UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
STEF VAN DUPPEN,

                 Plaintiff,

          v.

MYLAN N.V., MYLAN INC., HEATHER
BRESCH, and JOHN D. SHEEHAN,

                 Defendants.

1:16-cv-07926-JPO

------------------------------------x
------------------------------------x
LANDON W. PERDUE,

                 Plaintiff,

          v.

MYLAN N.V., MYLAN INC., HEATHER
BRESCH, ROBERT J. COURY, PAUL B.
CAMPBELL, KENNETH S. PARKS, and JOHN
D. SHEEHAN,

                 Defendants.

1:16-cv-08000-JPO

**STIPULATION AND [PROPOSED] ORDER**

------------------------------------x

WHEREAS, Plaintiff Stef Van Duppen ("Van Duppen") filed a putative Class Action Complaint (the "Van Duppen Complaint") in Case No. 1:16-cv-07926-JPO (S.D.N.Y.) on October 11, 2016, alleging violations of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder;

WHEREAS, Plaintiff Landon W. Perdue ("Perdue" and, together with Van Duppen, "Plaintiffs") filed a putative Class Action Complaint (the "Perdue Complaint") in Case No. 1:16-cv-08000-JPO (S.D.N.Y.) on October 13, 2016, alleging violations of the Securities

Exchange Act of 1934 and Rule 10b-5 promulgated thereunder, and designated his case as related to the case commenced by Van Duppen;

WHEREAS, on October 17, 2016, the Court accepted the case commenced by Perdue as related to the case commenced by Van Duppen;

WHEREAS, the defendants named in the actions (collectively, "Defendants") waived service of the Van Duppen Complaint on October 19, 2016, and of the Perdue Complaint on October 21, 2016;

WHEREAS, pursuant to the Federal Rules of Civil Procedure, Defendants are required to answer or otherwise respond to the Van Duppen and Perdue Complaints on or before December 19, 2016;

WHEREAS, the Private Securities Litigation Reform Act, 15 U.S.C. § 78u-4 (the "PSLRA"), provides that (i) not later than 20 days after the date on which the first complaint in a private putative securities class action is filed, the plaintiff shall publish a notice advising members of the purported plaintiff class, (ii) not later than 60 days after the date on which the notice is published any member of the purported class may move the Court to serve as lead plaintiff of the purported class, and (iii) not later than 90 days after the date on which the notice is published the Court shall appoint the "most adequate plaintiff" as lead plaintiff for the putative class ("Lead Plaintiff");

WHEREAS, it is customary in putative securities class actions under the PSLRA for the appointed Lead Plaintiff to file a Consolidated Amended Complaint or to designate an existing complaint as operative; and

WHEREAS, Plaintiffs and Defendants (collectively, the "Parties") have met and conferred and, for the convenience of all Parties and the Court, hereby enter into the following stipulation regarding the schedule in this matter;

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel for the Parties, that:

1. The time for any Defendant to answer, move or otherwise respond to the Van Duppen or Perdue Complaints shall be extended until a date to be agreed to by Lead Plaintiff and Defendants following the appointment of Lead Plaintiff pursuant to the PSLRA.

2. Within 10 days after the Court enters an order appointing Lead Plaintiff and Lead Plaintiff's counsel ("Lead Counsel"), counsel for Defendants and Lead Counsel shall confer and jointly submit a proposed schedule for the filing of a Consolidated Amended Complaint or the designation of an operative complaint, and for the time for Defendants to move to dismiss that complaint.

Dated: New York, New York
November 2, 2016

*Phillip Kim / SHA*

Phillip Kim
Laurence M. Rosen
**THE ROSEN LAW FIRM, P.A.**
275 Madison Avenue, 34th Floor
New York, New York 10016
Tel.: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
lrosen@rosenlegal.com

*Counsel for Plaintiff Stef Van Duppen*

Jeremy A. Lieberman
J. Alexander Hood II
**POMERANTZ LLP**
600 Third Avenue
New York, New York 10016
Tel.: (212) 661-1100
Fax: (212) 661-8665
Email: jalieberman@pomlaw.com
ahood@pomlaw.com

*Counsel for Plaintiff Landon W. Perdue*

Sandra C. Goldstein
**CRAVATH, SWAINE & MOORE LLP**
Worldwide Plaza
825 Eighth Avenue
New York, New York 10019
Tel.: (212) 474-1000
Fax: (212) 474-3700
Email: sgoldstein@cravath.com

*Counsel for Defendants*

Dated: New York, New York
November 2, 2016

SO ORDERED:

_____
J. PAUL OETKEN
United States District Judge

4