# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEF VAN DUPPEN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>MYLAN N.V., MYLAN INC., HEATHER BRESCH, AND JOHN D. SHEEHAN,<br><br>Defendants. | 1: 16-cv-07926-JPO |
| LANDON W. PERDUE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>MYLAN N.V., MYLAN INC., HEATHER BRESCH, ROBERT J. COURY, PAUL B. CAMPBELL, KENNETH S. PARKS, and JOHN D. SHEEHAN,<br><br>Defendants. | 1: 16-cv-08000-JPO |

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of Vladimir Tchentsov's motion for consolidation of related cases, appointment as lead plaintiff, and approval of lead counsel, a supporting declaration of Joseph R. Seidman, Jr., and a supporting memorandum of law, were served on December 12, 2016 via the district CM/ECF system on all counsel of record.

/s/ Joseph R. Seidman, Jr.
JOSEPH R. SEIDMAN, JR.