AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| STEF VAN DUPPEN, et al., | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 16-cv-07926 |
| MYLAN N.V., et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Movants, Menorah Mivtachim Insurance Ltd., Menorah Mivtachim Pensions and Gemel Ltd., Phoenix Insurance Company Ltd., and Meitav DS Provident Funds and Pension Ltd.

Date:   12/20/2016

/s/J. Alexander Hood II
*Attorney's signature*

J. Alexander Hood II (JA4625)
*Printed name and bar number*

Pomerantz LLP
600 Third Avenue, 20th Floor
New York, NY 10016
*Address*

ahood@pomlaw.com
*E-mail address*

(212) 661-1100
*Telephone number*

(212) 661-8665
*FAX number*