# CRAVATH, SWAINE & MOORE LLP

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: +1-212-474-1000
FACSIMILE: +1-212-474-3700

| | | | |
|---|---|---|---|
| JOHN W. WHITE | RICHARD J. STARK | DAMIEN R. ZOUBEK | AARON M. GRUBER |
| EVAN R. CHESLER | THOMAS E. DUNN | LAUREN ANGELILLI | O. KEITH HALLAM, III |
| RICHARD W. CLARY | MARK I. GREENE | TATIANA LAPUSHCHIK | OMID H. NASAB |
| STEPHEN L. GORDON | DAVID R. MARRIOTT | ALYSSA K. CAPLES | DAMARIS HERNÁNDEZ |
| DANIEL L. MOSLEY | MICHAEL A. PASKIN | JENNIFER S. CONWAY | JONATHAN J. KATZ |
| ROBERT H. BARON | ANDREW J. PITTS | MINH VAN NGO | MARGARET SEGALL D'AMICO |
| DAVID MERCADO | MICHAEL T. REYNOLDS | KEVIN J. ORSINI | RORY A. LERARIS |
| CHRISTINE A. VARNEY | ANTONY L. RYAN | MATTHEW MORREALE | KARA L. MUNGOVAN |
| PETER T. BARBUR | GEORGE E. ZOBITZ | JOHN D. BURETTA | NICHOLAS A. DORSEY |
| THOMAS G. RAFFERTY | GEORGE A. STEPHANAKIS | J. WESLEY EARNHARDT | ANDREW C. ELKEN |
| MICHAEL S. GOLDMAN | DARIN P. MCATEE | YONATAN EVEN | JENNY HOCHENBERG |
| RICHARD HALL | GARY A. BORNSTEIN | BENJAMIN GRUENSTEIN | VANESSA A. LAVELY |
| JULIE A. NORTH | TIMOTHY G. CAMERON | JOSEPH D. ZAVAGLIA | G.J. LIGELIS JR. |
| ANDREW W. NEEDHAM | KARIN A. DEMASI | STEPHEN M. KESSING | MICHAEL E. MARIANI |
| STEPHEN L. BURNS | LIZABETHANN R. EISEN | LAUREN A. MOSKOWITZ | |
| KEITH R. HUMMEL | DAVID S. FINKELSTEIN | DAVID J. PERKINS | |
| DAVID J. KAPPOS | DAVID GREENWALD | JOHNNY G. SKUMPIJA | SPECIAL COUNSEL |
| DANIEL SLIFKIN | RACHEL G. SKAISTIS | J. LEONARD TETI, II | SAMUEL C. BUTLER |
| ROBERT I. TOWNSEND, III | PAUL H. ZUMBRO | D. SCOTT BENNETT | |
| WILLIAM J. WHELAN, III | ERIC W. HILFERS | TING S. CHEN | |
| PHILIP J. BOECKMAN | GEORGE F. SCHOEN | CHRISTOPHER K. FARGO | |
| WILLIAM V. FOGG | ERIK R. TAVZEL | KENNETH C. HALCOM | OF COUNSEL |
| FAIZA J. SAEED | CRAIG F. ARCELLA | DAVID M. STUART | MICHAEL L. SCHLER |

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: +44-20-7453-1000
FACSIMILE: +44-20-7860-1150

WRITER'S DIRECT DIAL NUMBER
+1-212-474-1596

WRITER'S EMAIL ADDRESS
korsini@cravath.com

April 24, 2018

<u>In re Mylan N.V. Securities Litigation</u>, No. 1:16-cv-07926 (JPO) (S.D.N.Y.)

Dear Judge Oetken:

On May 30, 2017, Sandra C. Goldstein, Stefan H. Atkinson and I filed notices of appearance in this action on behalf of Defendants Mylan N.V., Mylan Inc., Heather Bresch, Robert J. Coury, Paul B. Campbell, Kenneth S. Parks and John D. Sheehan ("Defendants"). [Dkt. ##40-42.] On April 23, 2018, David R. Marriott and Rory A. Leraris filed notices of appearance in this action on behalf of Defendants. [Dkt. ##72-73.]

As of April 13, 2018, Ms. Goldstein and Mr. Atkinson are no longer affiliated with Cravath, Swaine & Moore LLP, and are now affiliated with Kirkland & Ellis LLP. Therefore, I respectfully request that the Court withdraw their appearances and direct the Clerk to remove their names from the ECF distribution list. Mr. Marriott, Ms. Leraris and I will continue to represent Defendants, and the withdrawal of Ms. Goldstein and Mr. Atkinson will not affect any deadlines or cause any delay.

Respectfully,

　　　/s/ Kevin J. Orsini　　　
Kevin J. Orsini

Hon. J. Paul Oetken
　　United States District Court
　　　　Southern District of New York
　　　　　　Thurgood Marshall United States Courthouse
　　　　　　　　40 Foley Square
　　　　　　　　　　New York, NY 10007
ECF

Copies to: Counsel of Record

BY ECF