UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Mylan N.V. Securities Litigation

No. 16-cv-07926 (JPO)

## NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE that, upon the Second Amended Complaint [Dkt. #89], a copy of which is annexed hereto, the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss and the accompanying Declaration of Kevin J. Orsini, executed on August 6, 2018, with exhibits annexed thereto, and all prior pleadings and proceedings herein, Defendants Mylan N.V., Mylan Inc., Heather Bresch, Robert J. Coury, Paul B. Campbell, Rajiv Malik, Kenneth S. Parks and John D. Sheehan hereby move this Court, before the Honorable J. Paul Oetken, United States District Court, Southern District of New York, 40 Foley Square, New York, New York 10007, for an order pursuant to Federal Rule of Civil Procedure 12(b)(6): (i) partially dismissing the Second Amended Complaint as to all defendants to the extent set forth in the Conclusion to the Memorandum of Law; and (ii) dismissing the Second Amended Complaint in its entirety as to defendant Rajiv Malik; and granting such other and further relief as the Court deems just and proper.

August 6, 2018

                            CRAVATH, SWAINE & MOORE LLP,

                                  By  _____
                                        David R. Marriott
                                        Kevin J. Orsini
                                        Rory A. Leraris
                                        Members of the Firm

                                    Worldwide Plaza
                                    825 Eighth Avenue
                                    New York, NY 10019
                                      (212) 474-1000
                                          dmarriott@cravath.com
                                            korsini@cravath.com
                                            rleraris@cravath.com

                                *Attorneys for Defendants*

TO ALL COUNSEL OF RECORD