

**U.S. Department of Justice**

Antitrust Division

*Liberty Square Building*
*450 5th St. N.W. Suite 11300*
*Washington, D.C. 20530*

May 22, 2019

The Honorable J. Paul Oetken
United States District Court for the Southern District of New York
40 Foley Square, Room 2101
New York, NY 10007

      Re:    *In re Mylan N.V. Securities Litigation*, No. 16-cv-07926 (S.D.N.Y.)

Dear Judge Oetken:

      I represent the United States of America, through the Antitrust Division of the United States Department of Justice. With the Court's permission, I respectfully request that the United States be added to the Court's docket as an interested party.

      The Antitrust Division is conducting a criminal investigation into companies and individuals in the generic pharmaceutical industry for their potential roles in conspiracies to inflate generic drug prices, allocate customers, and rig bids in violation of Section 1 of the Sherman Act, 15 U.S.C. § 1. The matter before this Court presents common questions of law and fact with the United States' ongoing criminal investigation. Given that overlap, civil discovery could reveal the scope and focus of an ongoing grand jury investigation, in violation of Federal Rule of Criminal Procedure 6(e).

> Granted.  The Clerk of Court is directed to add the United States of America to the docket in this case as an interested party.
> So ordered:
>   May 22, 2019

Respectfully submitted,

/s/ Nathan Brenner

Nathan Brenner
U.S. Department of Justice, Antitrust Division
Phone: (202) 598-2649
Email: nathan.brenner@usdoj.gov
*Counsel for the United States*

_____
J. PAUL OETKEN
United States District Judge