UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Mylan N.V. Securities Litigation | Case No. 1:16-CV-07926 (JPO) |

## STIPULATION AND AMENDMENT TO SCHEDULING ORDER

WHEREAS, on June 11, 2019, the parties executed a Stipulation and Proposed Scheduling Order in the Action, which was entered by the Court on June 12, 2019 (Dkt. No. 112) (the "June 12, 2019 Scheduling Order");

WHEREAS, in the June 12, 2019 Scheduling Order the parties stipulated to a class certification briefing schedule that required Lead Plaintiffs to file their motion for class certification by August 30, 2019, Defendants to file any opposition to Lead Plaintiffs' motion for class certification by November 15, 2019, and Lead Plaintiffs to file any reply in support of their motion for class certification by December 16, 2019;

WHEREAS, Lead Plaintiffs filed their motion for class certification on August 30, 2019 (Dkt. No. 132);

WHEREAS, certain scheduling conflicts prevent the depositions of Lead Plaintiffs to be taken prior to, or with sufficient time before, the current deadline set for Defendants' opposition to lead plaintiffs' motion for class certification;

WHEREAS, the parties have met and conferred on proposed amendments to the deadlines the June 12, 2019 Scheduling Order for Defendants' opposition to Lead Plaintiffs' motion for class certification and Lead Plaintiffs' reply in support of their motion for class certification;

IT IS HEREBY STIPULATED AND AGREED, by and among the parties that:

1. Defendants shall file any opposition to Lead Plaintiffs' motion for class certification by December 9, 2019.

2. Lead Plaintiffs shall file any reply in support of their motion for class certification by January 10, 2020.

3. All other deadlines and agreements in the June 12, 2019 Scheduling Order shall remain unchanged by this order.

STIPULATED AND AGREED TO BY:

Dated:  October 2, 2019

| **POMERANTZ LLP** | **CRAVATH, SWAINE & MOORE LLP** |
|---|---|
| by  */s/ Jeremy A. Lieberman*<br>Jeremy A. Lieberman<br>Austin P. Van<br>600 Third Avenue, 20th Floor<br>New York, New York 10016<br>Tel:  (212) 661-1100<br>jalieberman@pomlaw.com<br>avan@pomlaw.com<br><br>*Lead Counsel for Lead Plaintiffs* | by  */s/ Rory A. Leraris*<br>David R. Marriott<br>Kevin J. Orsini<br>Rory A. Leraris<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY 10019<br>Tel:  (212) 474-1000<br>dmarriott@cravath.com<br>korsini@cravath.com<br>rleraris@cravath.com<br><br>*Counsel for Defendants* |

Steven J. Toll
Daniel S. Sommers
COHEN MILSTEIN SELLERS
& TOLL PLLC
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC 2005-3964
Tel.:  (202) 408-4600
stoll@cohenmilstein.com
dsommers@cohenmilstein.com

Laura H. Posner
COHEN MILSTEIN SELLERS
& TOLL PLLC
88 Pine Street, 14th Floor
New York, NY 10005
Tel.:  (212) 838-7797
lposner@cohenmilstein.com

Jacob Sabo
LAW OFFICE OF JACOB SABO
No. 3 Daniel Frisch St.
24th Floor
Tel-Aviv 64731
Israel
Tel.:  03-7161555
Fax:  03-7161556

*Additional Counsel*

     SO ORDERED.

Dated:  October 3, 2019
        New York, New York

_____
J. PAUL OETKEN
United States District Judge