UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Mylan N.V. Securities Litigation | Case No. 1:16-CV-07926 (JPO)<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Terrence W. Scudieri, Jr. hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Class Representatives Menorah Mivtachim Insurance Ltd., Menorah Mivtachim Pensions and Gemel Ltd., Phoenix Insurance Company Ltd., and Meitav DS Provident Funds and Pension Ltd., in the above-captioned action.

I am duly admitted to the practice of law in the State of New York and I am a member in good standing of the New York bar. There are no pending disciplinary proceedings against me in any state or federal court. I have attached an affidavit pursuant to Local 1.3.

Dated: July 16, 2020

Respectfully submitted,

_____
Terrence W. Scudieri, Jr.
Pomerantz LLP
600 Third Avenue, 20th Floor
New York, N.Y. 10016
Telephone:   (212) 661-1100
Facsimile:    (917) 463-1044
Email:          tscudieri@pomlaw.com

*Class Counsel*

{00384029;1 }