UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Mylan N.V. Securities Litigation | Case No. 1:16-CV-07926 (JPO) |
| MYL Litigation Recovery I LLC. <br><br> vs. <br><br> Mylan N.V., *et al.* | Case No. 1:19-CV-01799 (JPO) |
| Abu Dhabi Investment Authority <br><br> vs. <br><br> Mylan N.V., *et al.* | Case No. 1:20-cv-01342 (JPO) |

## **SCHEDULING ORDER**

The following scheduling deadlines shall apply to these three actions.

| | |
|---|---|
| Completion of Document Production | October 30, 2020 |
| Close of All Remaining Fact Discovery | Janury 29, 2021 |
| Initial Expert Disclosures | February 26, 2021 |
| Rebuttal Expert Reports | March 26, 2021 |

| | |
|---|---|
| Close of Expert Discovery | April 30, 2021 |
| Dispositive Motions | May 28, 2021 |

SO ORDERED.

Dated: July 17, 2020
      New York, NY

_____
J. PAUL OETKEN
United States District Judge

SO ORDERED.

Dated:
      New York, New York

                                    J. PAUL OETKEN
                          United States District Judge