# CRAVATH, SWAINE & MOORE LLP

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: +1-212-474-1000
FACSIMILE: +1-212-474-3700

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: +44-20-7453-1000
FACSIMILE: +44-20-7860-1150

WRITER'S DIRECT DIAL NUMBER
+1-212-474-1430

WRITER'S EMAIL ADDRESS
dmarriott@cravath.com

September 4, 2020

*In re Mylan N.V. Securities Litigation*, No. 16-cv-07926 (JPO) (S.D.N.Y.)

Dear Judge Oetken:

    This firm represents Defendants in the above-captioned action, and we write respectfully to request an adjournment of the deadline for Defendants' response to Plaintiffs' Letter Motion for an Informal Conference scheduled to be filed today, September 4, 2020.

    On September 2, 2020, Plaintiffs filed a Letter Motion for an Informal Conference. Pursuant to Your Individual Practices, Defendants must file a response within two business days, or by today. Defendants have worked diligently to respond along the deadline set forth in the Court's Individual Practices, but coordinating a response to a number of issues on the onset of a holiday weekend has proven challenging.

    For these reasons, Defendants respectfully request a two-day adjournment of the deadline to respond to Plaintiff's Letter Motion by September 9, 2020. Plaintiffs consent to this request, which is Defendants' first request for an extension of time regarding the Letter Motion.

Respectfully submitted,

/s/ *David R. Marriott*
David R. Marriott

Hon. J. Paul Oetken
    United States District Judge for the Southern District of New York
        Thurgood Marshall United States Courthouse
            40 Foley Square
                New York, NY 10007

BY ECF

Copies to:  Counsel of Record

BY ECF