Exhibit A

| | |
|---|---|
| Important Legal Notice authorized by the United States District Court for the Southern District of New York about a Securities Class Action.<br><br>**If you purchased or otherwise acquired common stock of Mylan N.V. or Mylan Inc. ("Mylan") between February 21, 2012 and May 24, 2019 inclusive, you may be affected by a class action lawsuit that is currently pending.**<br><br><br>THIS NOTICE MAY AFFECT YOUR LEGAL RIGHTS.  PLEASE READ IT CAREFULLY. | *Court-Ordered Legal Notice*<br><br>*MYLAN SECURITIES LITIGATION*<br>c/o JND Legal Administration<br>P.O. Box 91375<br>Seattle, WA 98111 |

Exhibit A

*In re Mylan N.V. Securities Litigation,* No. 1:16-cv-07926 (S.D.N.Y.)
*THIS CARD ONLY PROVIDES LIMITED INFORMATION ABOUT THE ACTION.*
*VISIT WWW.MYLANSECURITIESLITIGATION.COM FOR MORE INFORMATION*

Various entities that acquired common stock of Mylan have sued Mylan and certain of its former members of management and directors ("Defendants") for violation of federal securities laws, alleging three categories of misconduct on the part of Mylan that make statements by Defendants to investors false and misleading: (1) Mylan knowingly misclassified the EpiPen for the purposes of the MDRP, (2) Mylan offered anticompetitive rebates on EpiPen in order to eliminate competition and inflate the price of the EpiPen, and (3) Mylan was a central participant in a massive cartel among generic drug companies that allocated the markets for, and fixed the prices of, generic drugs. This is an action for violations of Section 10(b) of the Exchange Act and Rule 10b-5 promulgated thereunder and Section 20(a) of the Exchange Act. The Defendants deny that the EpiPen was misclassified for purposes of the MDRP; that its rebates on EpiPen were anticompetitive; or that it participated in a cartel or conspired to allocate the markets for, or fix the prices of, generic drugs. The Defendants further deny that any of the Defendants made any materially false or misleading statements regarding the alleged misconduct. The United States District Court for the Southern District of New York (the "Court") has not made any determination about whether the Defendants engaged in any alleged misconduct or wrongdoing. The Class Period is February 21, 2012 and May 24, 2019, both dates inclusive. This Notice is issued pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the Court, entered April 6, 2020, certifying the above action as a Class Action.

**Who's Included?** If you purchased or otherwise acquired shares of Mylan common stock during the Class Period, you may be a member of the Class. If you purchased or otherwise acquired Mylan common stock during the Class Period for the beneficial interest of a Class member, you are required to forward this notice to the beneficial owners of Mylan common stock or provide their contact information to the Notice Administrator, Mylan Securities Litigation, JND Legal Administration, P.O. Box 91375, Seattle, WA 98111, or Info@MylanSecuritiesLitigation.com.

**Who Represents Me?** The Court has appointed attorneys at Pomerantz LLP as Class Counsel to represent the Class on a contingent fee basis. You may hire your own lawyer to represent you at your own expense. Lead Plaintiffs Menorah Mivtachim Insurance Ltd., Menorah Mivtachim Pensions and Gemel Ltd., Phoenix Insurance Company Ltd., Meitav DS Provident Funds and Pension Ltd are Class members, and the Court has appointed them to serve as the "Class Representatives."

**What Are My Rights & Options?** You have a choice of whether to stay in the Class or to exclude yourself from it by 60 days after the Postcard Notice is mailed. If you do nothing, you are choosing to stay in the Class, and are allowing the Court-appointed Class Counsel and the Class Representatives to continue to represent you and the Class and move forward with the lawsuit on your behalf. If the case settles or the Court enters a judgment in favor of the Lead Plaintiffs, you will get the benefit of that settlement or judgment. If you do nothing, you will remain in the lawsuit and cannot bring your own case against the Defendants for the legal claims included in this lawsuit. If you choose to exclude yourself, you will not be entitled to recover monetary benefits from the Lead Plaintiffs' efforts, but you will be entitled to pursue any individual remedy which you may have at your own expense. To ask to be excluded, send a letter to the return address postmarked by 60 days after the Postcard Notice is mailed stating you want to be excluded from *In re Mylan N.V. Securities Litigation,* No. 1:16-cv-07926 (S.D.N.Y.). Include your name, address, telephone number, and signature, as well as the total number of Mylan shares purchased or acquired and the date the Mylan shares were purchased or acquired.

**Want More Information?** Go to www.MylanSecuritiesLitigation.com. or call 1-888-383-0351.

**Do not contact the Court, Defendants or their counsel in this Action with questions.**