UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Mylan N.V. Securities Litigation | Case No. 1:16-CV-07926 (JPO) |

## DECLARATION OF TERRENCE W. SCUDIERI, JR.

I, Terrence W. Scudieri, Jr., declare under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

1. I am an attorney duly licensed to practice law in and before all of the courts of the States of New York and New Jersey, and in and before the United States District Court for the District of New Jersey and the United States Court of International Trade. By this Court's Order dated July 22, 2020, I am admitted to practice before this Court *pro hac vice* on behalf of the Class Representatives and the Class in the above-captioned Action. *See* ECF No. 151.

2. I am an associate of the law firm of Pomerantz LLP, counsel for the Class Representatives and the Class in the above-captioned action.

3. I have personal knowledge of the matters set forth herein because I am personally involved in the representation of the Class Representatives and the Class.

4. I submit this declaration in support of the Class Representatives' Letter Motion to Compel the Production of Improperly Withheld Documents, filed concurrently herewith.

5. Attached hereto as Exhibit A is a true and correct duplicate copy of Mylan's Responses & Objections to Lead Plaintiffs' First Set of Requests for Production of Documents to Mylan N.V., dated May 20, 2019.

1

6. Attached hereto as Exhibit B is a true and correct duplicate copy of Mylan's Responses & Objections to Class Representatives' Second Set of Interrogatories, dated July 20, 2020.

7. Attached hereto as Exhibit C is a true and correct excerpted copy of the official transcript of the deposition of James V. Abrams, dated February 12, 2020, along with an errata sheet dated April 21, 2021.

8. Attached hereto as Exhibit D is a true and correct duplicate copy of Defendants' Privilege Log, served by Defendants upon the Class Representatives on April 12, 2021.

9. Attached hereto as Exhibit E is a demonstrative, sample list of documents from Defendants' Privilege Log that appear to concern communications concerning Mylan's classification of the EpiPen for purposes of the Medicaid Drug Rebate Program.

10. Attached hereto as Exhibit F is a true and correct excerpted copy of the official transcript of the deposition of J. Kevin Gorospe, Pharm.D., dated July 28, 2021.

11. Attached hereto as Exhibit G is a true and correct duplicate copy of a series of e-mail communications between Nicole Valente, of Cravath, Swaine & Moore LLP, and Veronica Montenegro, of Pomerantz LLP.

12. Attached hereto as Exhibit H is a true and correct duplicate copy of Exhibit 622 as it was introduced by Defendants during the Rule 30(b)(6) deposition of Mylan N.V. on April 5, 2021.

13. Attached hereto as Exhibit I is a true and correct excerpted copy of the official transcript of the Rule 30(b)(6) deposition of Mylan N.V., dated April 5, 2021, along with an errata sheet dated June 3, 2021.

\* \* \*

I, Terrence W. Scudieri, Jr., hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct on this 23d day of August 2021, at New York, New York.

Dated: August 23, 2021
New York, New York

_____
Terrence W. Scudieri, Jr.