UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Mylan N.V. Securities Litigation | No. 16-cv-07926 (JPO) |

**DEFENDANTS' NOTICE OF MOTION FOR SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that upon the Memorandum of Law in Support of Defendants' Motion For Summary Judgment; Defendants' Local Civil Rule 56.1 Statement of Material Facts on Their Motion For Summary Judgment; the Declaration of Rory A. Leraris, executed on September 22, 2021, and its accompanying exhibits, and all prior proceedings herein, Defendants Mylan N.V., Mylan Inc., Heather Bresch, Paul B. Campbell, Robert J. Coury, Rajiv Malik, James Nesta, Kenneth S. Parks and John D. Sheehan hereby move this Court, before the Honorable J. Paul Oetken, United States District Court, Southern District of New York, 40 Foley Square, New York, New York 10007, for an order pursuant to Federal Rule of Civil Procedure 56 for summary judgment as to all claims asserted against them in Plaintiffs' Third Amended Class Action Complaint, a copy of which is annexed hereto, and granting such other and further relief as this Court deems just and proper.

September 22, 2021

Respectfully submitted,

**CRAVATH, SWAINE & MOORE LLP,**

by

*/s/ Rory A. Leraris*
David R. Marriott
Kevin J. Orsini
Rory A. Leraris
Members of the Firm

Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
(212) 474-1000
dmarriott@cravath.com
korsini@cravath.com
rleraris@cravath.com

*Attorneys for Defendants Mylan N.V., Mylan Inc., Heather Bresch, Paul B. Campbell, Robert J. Coury, Rajiv Malik, Kenneth S. Parks and John D. Sheehan*

**COZEN O'CONNOR P.C.,**

by

*/s/ Joseph Dever*
Joseph Dever
Matthew L. Elkin

3 World Trade Center,
175 Greenwich Street
55th Floor
New York, New York 10007
(212) 509-9400
jdever@cozen.com
melkin@cozen.com

*Attorneys for Defendant James Nesta*

TO ALL COUNSEL OF RECORD