UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Mylan N.V. Securities Litigation | Case No. 1:16-CV-07926 (JPO) |

**CLASS REPRESENTATIVES' NOTICE OF MOTION
FOR PARTIAL SUMMARY JUDGMENT**

PLEASE TAKE NOTICE that upon (i) the Memorandum of Law in Support of Class Representatives' Motion for Partial Summary Judgment and in Opposition to Defendants' Motion for Summary Judgment; (ii) the Class Representatives' Statement of Material Facts Pursuant to Local Civil Rule 56.1 in Support of their Motion for Partial Summary Judgment and in Opposition to Defendants' Motion for Summary Judgment; (iii) the Declaration of Veronica Montenegro, executed on November 23, 2021, and its accompanying Exhibits; and (iv) all other papers and proceedings in this action, Class Representatives Menorah Mivtachim Insurance Ltd., Menorah Mivtachim Pensions and Gemel Ltd., Meitav DS Provident Funds and Pension Ltd., and Phoenix Insurance Company Ltd. (the "Class Representatives") respectfully move this Court, before the Honorable J. Paul Oetken, United States District Court for the Southern District of New York, 40 Foley Square, New York, New York 10007, for an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure granting partial summary judgment in favor of Class Representatives on elements of their claims under Section 10(b) of the Exchange Act of 1934, denying Defendants' Motion for Summary Judgment (ECF No. 292), and granting such other relief as this Court deems just.

Dated: November 23, 2021

Respectfully submitted,

**POMERANTZ LLP**

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman
Austin P. Van
600 Third Avenue, 20th Floor
New York, New York 10016
Tel.: (212) 661-1100
Fax: (212) 661-8665
Email: jalieberman@pomlaw.com
avan@pomlaw.com

Orly Guy
Eitan Lavie
POMERANTZ LLP
HaShahar Tower
Ariel Sharon 4, 34th Floor
Givatayim, Israel 5320047
Tel.: +972 (0) 3 624 0240
Fax: +972 (0) 3 624 0111
Email: oguy@pomlaw.com
eitan@pomlaw.com

*Class Counsel*

Jacob Sabo
LAW OFFICE OF JACOB SABO
No. 3 Daniel Frisch St., 24th Floor
Tel-Aviv 64731
Israel
Tel.: 03-7161555
Fax: 03-7161556

Joseph R. Seidman
BERNSTEIN LIEBHARD LLP
10 East 40th Street,
New York, NY 10016
Tel.: (212) 779-1414
Fax: (212) 779-3218
Email: seidman@bernlieb.com

Steven J. Toll
Daniel S. Sommers
Laura Posner

COHEN MILSTEIN SELLERS
   & TOLL PLLC  
1100 New York Avenue, N.W.  
West Tower, Suite 500  
Washington, DC 2005-3964  
Tel.:  (202) 408-4600  
Fax:  (202) 408-4699  
Email:  stoll@cohenmilstein.com  
dsommers@cohenmilstein.com  
lposner@cohenmilstein.com  

*Additional Counsel*

Copies to All Counsel of Record via ECF