UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Mylan N.V. Securities Litigation | Case No. 1:16-CV-07926 (JPO) |

## DECLARATION OF VERONICA V. MONTENEGRO

I, Veronica V. Montenegro, declare under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

1.      I am an attorney duly licensed to practice law before this Court.

2.      I am of counsel of the law firm of Pomerantz LLP, counsel for the Class Representatives and the Class in this action.

3.      I have personal knowledge of the matters set forth herein because I am personally involved in the representation of the Class Representatives and the Class in this action.

4.      I submit this declaration in support of the Class Representatives' Cross-Motion for Partial Summary Judgment and Opposition to Defendants' Motion for Summary Judgment, filed concurrently.

5.      Attached hereto as Exhibit 1 is a true and correct copy of Mylan's Form 8-K dated August 8, 2018, bearing Bates number PLAINTIFF_0080393.

6.      Attached hereto as Exhibit 2 is a true and correct copy of Mylan's Form 8-K dated May 1, 2014, bearing Bates number PLAINTIFF_0080619.

7.      Attached hereto as Exhibit 3 is a true and correct copy of Mylan's Form 8-K dated August 9, 2016, bearing Bates number PLAINTIFF_0080775.

8. Attached hereto as Exhibit 4 is a true and correct copy of Mylan's Form 8-K dated August 9, 2017, bearing Bates number PLAINTIFF_0080803.

9. Attached hereto as Exhibit 5 is a true and correct copy of Mylan's Form 8-K dated October 31, 2013, bearing Bates number PLAINTIFF_0080833.

10. Attached hereto as Exhibit 6 is a true and correct copy of Mylan's Form 8-K dated February 27, 2013, bearing Bates number PLAINTIFF_0080856.

11. Attached hereto as Exhibit 7 is a true and correct copy of Mylan's Form 8-K dated May 10, 2017, bearing Bates number PLAINTIFF_0080904.

12. Attached hereto as Exhibit 8 is a true and correct copy of Mylan's Form 10-K dated March 1, 2017, bearing Bates number PLAINTIFF_0080930.

13. Attached hereto as Exhibit 9 is a true and correct copy of Mylan's Form 8-K dated May 5, 2015, bearing Bates number PLAINTIFF_0081537.

14. Attached hereto as Exhibit 10 is a true and correct copy of Mylan's Form 8-K dated October 30, 2015, bearing Bates number PLAINTIFF_0081691.

15. Attached hereto as Exhibit 11 is a true and correct copy of Mylan's Form 10-Q dated July 26, 2012, bearing Bates number PLAINTIFF_0081718.

16. Attached hereto as Exhibit 12 is a true and correct copy of Mylan's Form 8-K dated May 7, 2019, bearing Bates number PLAINTIFF_0081821.

17. Attached hereto as Exhibit 13 is a true and correct copy of Mylan's Form 8-K dated February 10, 2016, bearing Bates number PLAINTIFF_0081982.

18. Attached hereto as Exhibit 14 is a true and correct copy of Mylan's Form 10-K dated February 27, 2019, bearing Bates number PLAINTIFF_0082033.

19.    Attached hereto as Exhibit 15 is a true and correct copy of Mylan's Form 8-k dated October 30, 2014, bearing Bates number PLAINTIFF_0082285.

20.    Attached hereto as Exhibit 16 is a true and correct copy of Mylan's Form 10-K dated March 1, 2018, bearing Bates number PLAINTIFF_0082291.

21.    Attached hereto as Exhibit 17 is a true and correct copy of Mylan's Form 8-K dated March 1, 2017, bearing Bates number PLAINTIFF_0082564.

22.    Attached hereto as Exhibit 18 is a true and correct copy of Mylan's Form 10-Q dated April 27, 2012, bearing Bates number PLAINTIFF_0082591.

23.    Attached hereto as Exhibit 19 is a true and correct copy of Mylan's Form 8-K dated May 9, 2018, bearing Bates number PLAINTIFF_0082661.

24.    Attached hereto as Exhibit 20 is a true and correct copy of Mylan's Form 8-K dated November 9, 2016, bearing Bates number PLAINTIFF_0082685.

25.    Attached hereto as Exhibit 21 is a true and correct copy of Mylan's Form 8-K dated August 7, 2014, bearing Bates number PLAINTIFF_0082715.

26.    Attached hereto as Exhibit 22 is a true and correct copy of Mylan's Form 8-K dated February 26, 2019, bearing Bates number PLAINTIFF_0082743.

27.    Attached hereto as Exhibit 23 is a true and correct copy of Mylan's Form 8-K dated July 26, 2012, bearing Bates number PLAINTIFF_0082772.

28.    Attached hereto as Exhibit 24 is a true and correct copy of Mylan's Form 8-K dated August 6, 2015, bearing Bates number PLAINTIFF_0082793.

29.    Attached hereto as Exhibit 25 is a true and correct copy of Mylan's Form 8-K dated March 2, 2015, bearing Bates number PLAINTIFF_0082819.

30.     Attached hereto as Exhibit 26 is a true and correct copy of Mylan's Form 8-K dated February 28, 2018, bearing Bates number PLAINTIFF_0082840.

31.     Attached hereto as Exhibit 27 is a true and correct copy of Mylan's Form 8-K dated April 26, 2012, bearing Bates number PLAINTIFF_0082871.

32.     Attached hereto as Exhibit 28 is a true and correct copy of CMS Document set US 290 - US 381, bearing Bates number US_290-US_381.

33.     Attached hereto as Exhibit 29 is a true and correct copy of CMS Document Set US 208 - US 289, bearing Bates number US_208-US_289.

34.     Attached hereto as Exhibit 30 is a true and correct copy of CMS Document Set US 001 - US 207, bearing Bates number US_001-US_207.

35.     Attached hereto as Exhibit 31 is a true and correct copy of an email dated February 28, 2013, from Nina Devlin to Heather Bresch, bearing Bates number MYEP00334868.

36.     Attached hereto as Exhibit 32 is a true and correct copy of an email dated August 23, 2013, from Angela Vasko to Andrea Miller, bearing Bates number MYEP00370062.

37.     Attached hereto as Exhibit 33 is a true and correct copy of an Analyst report dated August 23, 2013, entitled Citi MYL Pricing In the Spotlight Again, bearing Bates number MYEP00370064.

38.     Attached hereto as Exhibit 34 is a true and correct copy of an email dated August 7, 2015, from Erin Walsh to Colleen Ostrosky, bearing Bates number MYEP00387247.

39.     Attached hereto as Exhibit 35 is a true and correct copy of a transcript dated August 7, 2015, entitled MYL Q2 2015 Earnings Call, bearing Bates number MYEP00387248.

40.     Attached hereto as Exhibit 36 is a true and correct copy of an email dated November 3, 2015, from John Sheehan to Robert Coury, bearing Bates number MYEP00411233.

41.     Attached hereto as Exhibit 37 is a true and correct copy of a transcript dated November 3, 2015, entitled Q3 2015 Mylan NV Earnings Call, bearing Bates number MYEP00411237.

42.     Attached hereto as Exhibit 38 is a true and correct copy of an email dated February 13, 2010, from Dan Rizzo to Harry O'Grady, bearing Bates number MYEP00413124.

43.     Attached hereto as Exhibit 39 is a true and correct copy of an email dated May 2, 2013, from Lauren Borys to Andrea Miller, bearing Bates number MYEP00429311.

44.     Attached hereto as Exhibit 40 is a true and correct copy of an email dated May 3, 2013, email from Becky Stevens to Dan Rizzo, bearing Bates number MYEP00429345.

45.     Attached hereto as Exhibit 41 is a true and correct copy of a transcript dated May 3, 2013, entitled Q1 2013 Earnings Call, bearing Bates number MYEP00429346.

46.     Attached hereto as Exhibit 42 is a true and correct copy of an email dated November 14, 2012, from Michael Bailey to Brian Pout, bearing Bates number MYEP00445453.

47.     Attached hereto as Exhibit 43 is a true and correct copy of an email dated November 15, 2013, from Julie Francis to Charesse Forbes, bearing Bates number MYEP00513752.

48.     Attached hereto as Exhibit 44 is a true and correct copy of an Excel spreadsheet dated November 15, 2013, entitled AMP Calc with Variance Analysis, bearing Bates number MYEP00513753.

49.     Attached hereto as Exhibit 45 is a true and correct copy of a PowerPoint presentation dated April 4, 2014, entitled EpiPen® Awareness, Attitude, & Usage Tracking Study2013 HCP Wave 5 Final Report, bearing Bates number MYEP00542935.

50.     Attached hereto as Exhibit 46 is a true and correct copy of an email dated Feb 25, 2012, email from Ron Graybill to John Thievon, bearing Bates number MYEP00595419.

51.     Attached hereto as Exhibit 47 is a true and correct copy of an email dated April 19, 2010, from Harry O'Grady to Carolyn Myers, bearing Bates number MYEP00905096.

52.     Attached hereto as Exhibit 48 is a true and correct copy of an EpiPen Drug Classification Report dated April 19, 2010, bearing Bates number MYEP00905097.

53.     Attached hereto as Exhibit 49 is a true and correct copy of an email dated January 31, 2011, from Ashley N. Homan to John Sheehan, bearing Bates number MYEP00913349.

54.     Attached hereto as Exhibit 50 is a true and correct copy of an email dated May 23, 2013, email from Ron Graybill to Tony Mauro, bearing Bates number MYEP00916463.

55.     Attached hereto as Exhibit 51 is a true and correct copy of a PowerPoint dated May 23, 2013, entitled Pricing Committee Review, bearing Bates number MYEP00916464.

56.     Attached hereto as Exhibit 52 is a true and correct copy of the 2014 FDA Orange Book "Approved Drug Products with Therapeutic Equivalence Evaluations", bearing Bates number MYEP00987536.

57.     Attached hereto as Exhibit 53 is a true and correct copy of a transcript dated August 9, 2016, entitled Mylan Earnings call, bearing Bates number MYEP01124284.

58.     Attached hereto as Exhibit 54 is a true and correct copy of an email dated April 9, 2013, from Laurie Marquis on behalf of Heather Bresch to John Young, bearing Bates number MYEP01131319.

59.     Attached hereto as Exhibit 55 is a true and correct copy of an email dated March 5, 2012, from Heather Bresch to Lara Ramsburg, bearing Bates number MYEP01345774.

60.    Attached hereto as Exhibit 56 is a true and correct copy of an email dated November 12, 2014, from Nina Devlin to Julie Knell, bearing Bates number MYEP01352792.

61.    Attached hereto as Exhibit 57 is a true and correct copy of an email dated July 20, 2012, from Marcie Coates to Heather Bresch, bearing Bates number MYEP01404626.

62.    Attached hereto as Exhibit 58 is a true and correct copy of a report dated July 20, 2012, entitled Quarterly Snapshot July 2012, bearing Bates number MYEP01404627.

63.    Attached hereto as Exhibit 59 is a true and correct copy of Mylan Specialty Complaint, bearing Bates number MYERISA-00005241.

64.    Attached hereto as Exhibit 60 is a true and correct copy of Memorandum of Law in Support of Plaintiff's Motion for Status Quo Preliminary Injunction, bearing Bates number MYERISA-00005274.

65.    Attached hereto as Exhibit 61 is a true and correct copy of an email dated June 15, 2012, from Alex Falto to Bruce Foster, bearing Bates number MYERISA-00059094.

66.    Attached hereto as Exhibit 62 is a true and correct copy of an email dated September 29, 2016, from Lynne C. Evosevich to Robert Coury, bearing Bates number MYERISA-00182275.

67.    Attached hereto as Exhibit 63 is a true and correct copy of an email dated October 6, 2016, from Lynne C. Evosevich to Adele Gulfo, bearing Bates number MYERISA-00182671.

68.    Attached hereto as Exhibit 64 is a true and correct copy of a letter dated June 10, 2013, from Andrea Miller and Raymond Urbanski to Carol Holquist, bearing Bates number MYERISA-00202622.

69.     Attached hereto as Exhibit 65 is a true and correct copy of an email dated February 27, 2014, from Mary L. Schroth to Adele Gulfo, bearing Bates number MYERISA-00224705.

70.     Attached hereto as Exhibit 66 is a true and correct copy of an email dated October 28, 2014, from Laurie Marquis on behalf of Heather Bresch to Carmen Shepard, bearing Bates number MYERISA-00231931.

71.     Attached hereto as Exhibit 67 is a true and correct copy of an email dated March 2, 2015, from Timothy Redd to Adele Gulfo, bearing Bates number MYERISA-00232224.

72.     Attached hereto as Exhibit 68 is a true and correct copy of an email dated May 1, 2014, from Mary Schroth to Adele Gulfo, bearing Bates number MYERISA-00232702.

73.     Attached hereto as Exhibit 69 is a true and correct copy of an email dated October 31, 2013, email Mary Schroth to Andrea Miller, bearing Bates number MYERISA-00274594.

74.     Attached hereto as Exhibit 70 is a true and correct copy of an analyst report dated October 10, 2016, entitled Susquehanna MYL Looking Ahead to 3Q After EpiPen Settlement, bearing Bates number MYERISA-00311240.

75.     Attached hereto as Exhibit 71 is a true and correct copy of an analyst report dated October 10, 2016, entitled RBC MYL Epipen settlement removes overhang but questions will linger on P&L outlook, bearing Bates number MYERISA-00311253.

76.     Attached hereto as Exhibit 72 is a true and correct copy of an email dated October 10, 2016, from Erin Walsh to Adele Gulfo, bearing Bates number MYERISA-00311270.

77.     Attached hereto as Exhibit 73 is a true and correct copy of an analyst Report dated October 10, 2016, entitled Citi MYL CMS Settlement Removes Overhang But Questions Remain, bearing Bates number MYERISA-00311272.

78.     Attached hereto as Exhibit 74 is a true and correct copy of an analyst Report dated October 10, 2016, entitled UBS MYL We're Still Constructive on MYL (Buy), bearing Bates number MYERISA-00311649.

79.     Attached hereto as Exhibit 75 is a true and correct copy of an analyst Report dated September 30, 2016, entitled Leerink MYL Lowering EpiPen Estimates Reflecting AG Launch; EpiPen No Longer in Stock Price, bearing Bates number MYERISA-00311827.

80.     Attached hereto as Exhibit 76 is a true and correct copy of an analyst Report dated September 29, 2016, entitled Wells Fargo MYL CMS Blames Mylan, bearing Bates number MYERISA-00312688.

81.     Attached hereto as Exhibit 77 is a true and correct copy of an email dated August 7, 2014, from Tim Reed to Adele Gulfo, bearing Bates number MYERISA-00320147.

82.     Attached hereto as Exhibit 78 is a true and correct copy of an email dated August 2, 2013, from Becky Stevens to Abigail Kopischke, bearing Bates number MYERISA-00336206.

83.     Attached hereto as Exhibit 79 is a true and correct copy of an analyst report dated August 2, 2013, entitled BMO Capital Markets - Investor Day Good and Bad, bearing Bates number MYERISA-00336211.

84.     Attached hereto as Exhibit 80 is a true and correct copy of Mylan Form 10-K for the year ending December 2012, bearing Bates number MYL-000089440.

85.     Attached hereto as Exhibit 81 is a true and correct copy of Mylan Form 10-K for year the ending December 2013, bearing Bates number MYL-000090395.

86.     Attached hereto as Exhibit 82 is a true and correct copy of Mylan form 10-K for the year ending December 2015, bearing Bates number MYL-000091037.

87. Attached hereto as Exhibit 83 is a true and correct copy of an email dated July 26, 2012, from Jennifer Jurosco to Robert Coury, bearing Bates number MYL-000124467.

88. Attached hereto as Exhibit 84 is a true and correct copy of an email dated August 2, 2013, from Laurie Marquis to Bradley Wideman, bearing Bates number MYLGP0000391856.

89. Attached hereto as Exhibit 85 is a true and correct copy of an email dated February 11, 2014, from Becky Stevens to Phil Wardega, bearing Bates number MYLGP0000481961.

90. Attached hereto as Exhibit 86 is a true and correct copy of an Excel Spreadsheet dated February 11, 2014, listing Members of Mylan Disclosure Committee, bearing Bates number MYLGP0000481962.

91. Attached hereto as Exhibit 87 is a true and correct copy of a calendar notice dated July 19, 2014, from Becky K. Stevens to John D. Sheehan, bearing Bates number MYLGP0000511574.

92. Attached hereto as Exhibit 88 is a true and correct copy of a calendar notice dated October 14, 2014, from John D. Sheehan to Rajiv Malik, bearing Bates number MYLGP0000512230.

93. Attached hereto as Exhibit 89 is a true and correct copy of Mylan Form 10-K for year ended December 31, 2014, bearing Bates number MYLGP0006594510.

94. Attached hereto as Exhibit 90 is a true and correct copy of an email dated Nov 14, 2014, from Kim Bauer to Bob Tighe, bearing Bates number MYLGP0008538352.

95. Attached hereto as Exhibit 91 is a true and correct copy of a Presentation dated Nov 14, 2014, entitled North America Commercial Finance, bearing Bates number MYLGP0008538354.

10

96.     Attached hereto as Exhibit 92 is a true and correct copy of an email dated Nov 17, 2014, from Matt Caruso to Alan Weiner, bearing Bates number MYLGP0008538418.

97.     Attached hereto as Exhibit 93 is a true and correct copy of November 17, 2014, entitled CFO Staff Meeting, bearing Bates number MYLGP0008538419.

98.     Attached hereto as Exhibit 94 is a true and correct copy of an email dated November 1, 2010, CMS email transmittal of Bulletin #82 through Matt Bauman, bearing Bates number MYLNEPI00001631.

99.     Attached hereto as Exhibit 95 is a true and correct copy of November 1, 2010, CMS Bulletin #82 for participating manufacturers, bearing Bates number MYLNEPI00001632.

100.     Attached hereto as Exhibit 96 is a true and correct copy of January 5, 2010, CMS email transmittal CMS Bulletin #80 Manufacturer Release, bearing Bates number MYLNEPI00001676.

101.     Attached hereto as Exhibit 97 is a true and correct copy of January 5, 2010, CMS Bulletin #80 Manufacturer Release, bearing Bates number MYLNEPI00001683.

102.     Attached hereto as Exhibit 98 is a true and correct copy of an email dated April 15, 2011, from Matt Bauman to James Abrams, bearing Bates number MYLNEPI00005180.

103.     Attached hereto as Exhibit 99 is a true and correct copy of an email dated April 1, 2008, from Pam Marrs to James Abrams, bearing Bates number MYLNEPI00005182.

104.     Attached hereto as Exhibit 100 is a true and correct copy of the October 23, 1997, CMS "Powell letter" regarding classification of EpiPen, bearing Bates number MYLNEPI00005184.

105.     Attached hereto as Exhibit 101 is a true and correct copy of the Mylan Medicaid Drug Rebate Program (MDRP) Policy, bearing Bates number MYLNEPI00006301.

106.    Attached hereto as Exhibit 102 is a true and correct copy of the October 11, 2011, Mylan Medicaid Drug Rebate Program Policy, bearing Bates number MYLNEPI00006839.

107.    Attached hereto as Exhibit 103 is a true and correct copy of an email dated September 29, 2014, from Kim Brooks to Terry Pierce, bearing Bates number MYLNEPI00007145.

108.    Attached hereto as Exhibit 104 is a true and correct copy of an email dated January 2, 2007, from Robert Tighe to James Abrams, bearing Bates number MYLNEPI00008228.

109.    Attached hereto as Exhibit 105 is a true and correct copy of an email dated January 15, 2010, from Matt Bauman to Jeremy Massett, bearing Bates number MYLNEPI00014077.

110.    Attached hereto as Exhibit 106 is a true and correct copy of Excel spreadsheet dated January 15, 2010, entitled Weighted Average Manufacturers Price 4Q09, bearing Bates number MYLNEPI00014079.

111.    Attached hereto as Exhibit 107 is a true and correct copy of compiled EpiPen documents, the first dated December 22, 1987, bearing Bates number MYLNEPI00028434.

112.    Attached hereto as Exhibit 108 is a true and correct copy of compiled EpiPen documents, the first dated August 1, 2005, bearing Bates number MYLNEPI00034802.

113.    Attached hereto as Exhibit 109 is a true and correct copy of an email dated January 25, 2011, from Alan Kirschenbaum to Harry O'Grady, bearing Bates number MYLNEPI00051672.

114.     Attached hereto as Exhibit 110 is a true and correct copy of Draft Hyman Phelps Memorandum, from Alan Kirschenbaum to Harry O'Grady, bearing Bates number MYLNEPI00051673.

115.     Attached hereto as Exhibit 111 is a true and correct copy of a letter dated June 11, 2013, from Raymond Urbanski to Patrick Lupinetti, regarding EpiPen coding errors, bearing Bates number MYLNEPI00051715.

116.     Attached hereto as Exhibit 112 is a true and correct copy of an Excel entitled Mylan Reporting Chain, bearing Bates number MYLN-MDL-ORG-00000043.

117.     Attached hereto as Exhibit 113 is a true and correct copy of an email dated June 15, 2011, from Matt Bauman to MaryBeth Rehberger, bearing Bates number MYL-SEC_LIT00000981.

118.     Attached hereto as Exhibit 114 is a true and correct copy of an Excel dated June 15, 2011, entitled AMP Calculations, bearing Bates number MYL-SEC_LIT00000983.

119.     Attached hereto as Exhibit 115 is a true and correct copy of a May 2011 AMP Certification, signed by James Abrams, dated June 14, 2011, bearing Bates number MYL-SEC_LIT00000985.

120.     Attached hereto as Exhibit 116 is a true and correct copy of an email dated August 13, 2014, from James Abrams to Robert O'Neill, bearing Bates number MYL-SEC_LIT00004603.

121.     Attached hereto as Exhibit 117 is a true and correct copy of the October 23, 1997 "Powell letter" from CMS, bearing Bates number MYL-SEC_LIT00004604.

122.    Attached hereto as Exhibit 118 is a true and correct copy of an email dated November 18, 2014, email Ryan Debski to John Coster, bearing Bates number MYL-SEC_LIT00014115.

123.    Attached hereto as Exhibit 119 is a true and correct copy of Pricing Committee minutes dated August 26, 2011, bearing Bates number MYL-SEC_LIT00111497.

124.    Attached hereto as Exhibit 120 is a true and correct copy of an email dated May 28, 2013, from Amy Peterpaul to Jennifer Conroy, bearing Bates number MYL-SEC_LIT00116578.

125.    Attached hereto as Exhibit 121 is a true and correct copy of a PowerPoint, dated April 30, 2013, entitled Medicaid: Fee for Service Contracting Strategies & Pricing, bearing Bates number MYL-SEC_LIT00116581.

126.    Attached hereto as Exhibit 122 is a true and correct copy of an email dated September 13, 2013, from James Abrams to Terry Pierce, bearing Bates number MYL-SEC_LIT00121030.

127.    Attached hereto as Exhibit 123 is a true and correct copy of an email dated October 24, 2013, from James Abrams to Irina Braverman, bearing Bates number MYL-SEC_LIT00121247.

128.    Attached hereto as Exhibit 124 is a true and correct copy of an email dated October 25, 2013, from Irina Braverman to James Abrams, bearing Bates number MYL-SEC_LIT00121251.

129.    Attached hereto as Exhibit 125 is a true and correct copy of an Excel dated October 25, 2013, entitled Single Source URA/Additional Medicaid Liability Estimate, bearing Bates number MYL-SEC_LIT00121252.

130.     Attached hereto as Exhibit 126 is a true and correct copy of an email dated October 1, 2014, email from Robert O'Neill to Terry Pierce, bearing Bates number MYL-SEC_LIT00123669.

131.     Attached hereto as Exhibit 127 is a true and correct copy of an email dated October 29, 2014, from Terry Pierce to CMS Ruth Blatt, bearing Bates number MYL-SEC_LIT00123981.

132.     Attached hereto as Exhibit 128 is a true and correct copy of an email dated August 14, 2014, from Lara Ramsburg to Heather Bresch, bearing Bates number MYL-SEC_LIT00139543.

133.     Attached hereto as Exhibit 129 is a true and correct copy of the October 23, 1997, "Powell letter", bearing Bates number MYL-SEC_LIT00139545.

134.     Attached hereto as Exhibit 130 is a true and correct copy of an email dated January 20, 2014, from Irina Braverman to James Abrams, bearing Bates number MYL-SEC_LIT00195684.

135.     Attached hereto as Exhibit 131 is a true and correct copy of an Excel dated June 10, 2015, entitled FL Medicaid Supplemental 2016 rebid, bearing Bates number MYL-SEC_LIT00210620.

136.     Attached hereto as Exhibit 132 is a true and correct copy of an email dated April 9, 2012, from Dee Ravis to Terry Pierce, bearing Bates number MYL-SEC_LIT00254028.

137.     Attached hereto as Exhibit 133 is a true and correct copy of an Excel dated April 9, 2012, entitled MEDI_MPI_DEY_Product_Summary, bearing Bates number MYL-SEC_LIT00254031.

138.     Attached hereto as Exhibit 134 is a true and correct copy of a PowerPoint dated November 23, 2011, entitled 2012 Budget & Long Term Financial Plan, bearing Bates number MYL-SEC_LIT00349299.

139.     Attached hereto as Exhibit 135 is a true and correct copy of an email dated May 30, 2012, from Nina Devlin to Heather Bresch, bearing Bates number MYL-SEC_LIT00361612.

140.     Attached hereto as Exhibit 136 is a true and correct copy of an email dated October 25, 2012, from Jennifer R. Jurosco to Robert Coury, bearing Bates number MYL-SEC_LIT00374614.

141.     Attached hereto as Exhibit 137 is a true and correct copy of an email dated January 7, 2013, from Harry O'Grady to Heather Bresch, bearing Bates number MYL-SEC_LIT00377609.

142.     Attached hereto as Exhibit 138 is a true and correct copy of an Excel dated January 7, 2013, entitled Auvi-Q FDB Report, bearing Bates number MYL-SEC_LIT00377612.

143.     Attached hereto as Exhibit 139 is a true and correct copy of an email dated June 11, 2013, from Christine Szkwarko to Ron Graybill, bearing Bates number MYL-SEC_LIT00396738.

144.     Attached hereto as Exhibit 140 is a true and correct copy of Excel dated June 7, 2013, entitled Epipen Medispan Data 6.7.13, bearing Bates number MYL-SEC_LIT00396740.

145.     Attached hereto as Exhibit 141 is a true and correct copy of an EpiPen pricing chart dated June 7, 2013, bearing Bates number MYL-SEC_LIT00396746.

146.     Attached hereto as Exhibit 142 is a true and correct copy of an email dated August 1, 2013, from Lauren Borys to Robert Coury, bearing Bates number MYL-SEC_LIT00408412.

147.     Attached hereto as Exhibit 143 is a true and correct copy of an email dated October 23, 2013, transmittal of "FDB Alternative Request" from Melissa Krause to Christine Szkwarko, bearing Bates number MYL-SEC_LIT00419073.

148.     Attached hereto as Exhibit 144 is a true and correct copy of a PSHI Consultant Report dated October 23, 2013, entitled FDB Alternative Request, bearing Bates number MYL-SEC_LIT00419075.

149.     Attached hereto as Exhibit 145 is a true and correct copy of an email dated October 31, 2013, from Mary Schroth to Robert Coury, bearing Bates number MYL-SEC_LIT00419647.

150.     Attached hereto as Exhibit 146 is a true and correct copy of an email dated September 22, 2014, from Sherry Korcyzynski to Rameshwari Bhavsar, bearing Bates number MYL-SEC_LIT00451281.

151.     Attached hereto as Exhibit 147 is a true and correct copy of an email dated October 8, 2016, from Angela Vasko to Andrea Miller and others, bearing Bates number MYL-SEC_LIT00550615.

152.     Attached hereto as Exhibit 148 is a true and correct copy of an Analyst report dated October 8, 2016, entitled Wells Fargo Specialty Pharma Weekly; Cleveland Rocks Edition, bearing Bates number MYL-SEC_LIT00550617.

153.     Attached hereto as Exhibit 149 is a true and correct copy of an Analyst Report dated October 10, 2016, Barclays MYL Settlement reached, but too soon to close the chapter, bearing Bates number MYL-SEC_LIT00550663.

154.     Attached hereto as Exhibit 150 is a true and correct copy of an email dated September 2, 2016, from Lynne C. Evosevich to Robert Coury, bearing Bates number MYL-SEC_LIT00593793.

155.     Attached hereto as Exhibit 151 is a true and correct copy of an email dated March 19, 2012, from James Abrams to Lara Ramsburg, bearing Bates number MYL-SEC_LIT00598357.

156.     Attached hereto as Exhibit 152 is a true and correct copy of draft GPHA comments to CMS dated March 19, 2012, bearing Bates number MYL-SEC_LIT00598359.

157.     Attached hereto as Exhibit 153 is a true and correct copy of an email dated November 4, 2016, from Erin Walsh to Adele Gulfo, bearing Bates number MYL-SEC_LIT01065496.

158.     Attached hereto as Exhibit 154 is a true and correct copy of an email dated October 6, 2016, from Lynne C. Evosevich to Robert Coury, bearing Bates number MYL-SEC_LIT01069573.

159.     Attached hereto as Exhibit 155 is a true and correct copy of an email dated October 7, 2016, from Lynne C. Evosevich to Robert Coury, bearing Bates number MYL-SEC_LIT01069650.

160.     Attached hereto as Exhibit 156 is a true and correct copy of an email dated October 10, 2016, from Lynne C. Evosevich to Robert Coury, bearing Bates number MYL-SEC_LIT01069954.

161.     Attached hereto as Exhibit 157 is a true and correct copy of an email dated October 18, 2012, from Julie Francis to Charesse Forbes, bearing Bates number MYL-SEC_LIT01293040.

162.    Attached hereto as Exhibit 158 is a true and correct copy of an Excel spreadsheet dated October 18, 2012, entitled AMP Calculations for September 2012, bearing Bates number MYL-SEC_LIT01293046.

163.    Attached hereto as Exhibit 159 is a true and correct copy of an email dated February 21, 2013, transmittal from Julie Francis to Charesse Forbes, bearing Bates number MYL-SEC_LIT01293095.

164.    Attached hereto as Exhibit 160 is a true and correct copy of an Excel spreadsheet dated February 21, 2013, reflecting AMP Calculations for January 2013, bearing Bates number MYL-SEC_LIT01293096.

165.    Attached hereto as Exhibit 161 is a true and correct copy of AMP Certification dated February 21, 2013, bearing Bates number MYL-SEC_LIT01293100.

166.    Attached hereto as Exhibit 162 is a true and correct copy of form, dated December 5, 2013, entitled Texas Health and Human Services Commission Vendor Information Form (VIF), bearing Bates number MYL-SEC_LIT01297351.

167.    Attached hereto as Exhibit 163 is a true and correct copy of the State of Texas Supplemental Rebate Agreement, signed November 22, 2013, bearing Bates number MYL-SEC_LIT01297426.

168.    Attached hereto as Exhibit 164 is a true and correct copy of an Excel spreadsheet dated March 16, 2015, entitled Mylan - BCRA Contract Summary Sheet and Collaboration Tool, bearing Bates number MYL-SEC_LIT01411778.

169.    Attached hereto as Exhibit 165 is a true and correct copy of a letter dated June 30, 2015, from Janet Woodcock to Elizabeth Dudek, bearing Bates number MYL-SEC_LIT01414854.

170.     Attached hereto as Exhibit 166 is a true and correct copy of a letter dated July 21, 2015, to Lucinda Jesson re Minnesota Medical Assistance Preferred Drug List, bearing Bates number MYL-SEC_LIT01415352.

171.     Attached hereto as Exhibit 167 is a true and correct copy of a letter dated September 24, 2015, from H. Buckley Cole and Bryant Witt of Hall Booth Smith, PC., to Darin Gordon, Bureau of TennCare, bearing Bates number MYL-SEC_LIT01421311.

172.     Attached hereto as Exhibit 168 is a true and correct copy of DOJ Subpoena dated November 7, 2014, bearing Bates number MYL-SEC_LIT01468650.

173.     Attached hereto as Exhibit 169 is a true and correct copy of Affidavit of Jeffrey Glazer (00439528xC40C2), dated April 11, 2021.

174.     Attached hereto as Exhibit 170 is a true and correct copy of Teva Declaration, dated June 9, 2021.

175.     Attached hereto as Exhibit 171 is a true and correct copy of an email dated April 2013 from Harry Jordan to Bethanie Stein of Humana (redacted), bearing Bates number HUM-MYSL000255.

176.     Attached hereto as Exhibit 172 is a true and correct copy of a PowerPoint entitled EpiPen Snapshot 11-27-15, bearing Bates number MYEP00003055.

177.     Attached hereto as Exhibit 173 is a true and correct copy of a PowerPoint entitled EpiPen Snapshot 12-27-13, bearing Bates number MYEP00003125.

178.     Attached hereto as Exhibit 174 is a true and correct copy of an email dated June 6, 2013, from Heather Bresch to Rajiv Malik, bearing Bates number MYEP00349144.

179.     Attached hereto as Exhibit 175 is a true and correct copy of an email dated August 9, 2015, from Patrick Zinn to Heather Bresch, bearing Bates number MYEP00354114.

180.    Attached hereto as Exhibit 176 is a true and correct copy of an email dated May 7, 2015, from Brittany Sheets to Emily Kelley, bearing Bates number MYEP00375415.

181.    Attached hereto as Exhibit 177 is a true and correct copy of an email dated November 5, 2012, from John Thievon to Heather Bresch and Rajiv Malik, bearing Bates number MYEP00442390.

182.    Attached hereto as Exhibit 178 is a true and correct copy of an email dated January 20, 2014, from Ron Graybill to Pat Jones, Bruce Foster and others, bearing Bates number MYEP00591103.

183.    Attached hereto as Exhibit 179 is a true and correct copy of a PowerPoint dated January 20, 2014, entitled Epipen Snapshot, bearing Bates number MYEP00591105.

184.    Attached hereto as Exhibit 180 is a true and correct copy of an email dated November 7, 2013, from Hema Chandranatha to Ron Graybill and others, bearing Bates number MYEP00596599.

185.    Attached hereto as Exhibit 181 is a true and correct copy of an email dated October 10, 2012, from Jon Rousseau to John Thievon, bearing Bates number MYEP00630912.

186.    Attached hereto as Exhibit 182 is a true and correct copy of an email dated November 2, 2012, from Jack Morrison to Tom Hadley, bearing Bates number MYEP00742244.

187.    Attached hereto as Exhibit 183 is a true and correct copy of a PowerPoint dated November 2, 2012, entitled EpiPen Competitive Assessment, bearing Bates number MYEP00742246.

188.    Attached hereto as Exhibit 184 is a true and correct copy of an email dated September 6, 2013, from Roger Graham to Debra O'Brien, bearing Bates number MYEP00752901.

189.     Attached hereto as Exhibit 185 is a true and correct copy of an email dated February 11, 2014, from Bob Thomson to Patrick Zinn, bearing Bates number MYEP00865774.

190.     Attached hereto as Exhibit 186 is a true and correct copy of an email dated February 22, 2013, from Daniel Niedbalksi to Scott Sussman, bearing Bates number MYEP00882367.

191.     Attached hereto as Exhibit 187 is a true and correct copy of an email dated October 27, 2015, from Patrick Zinn to Heather Bresch, bearing Bates number MYEP01042764.

192.     Attached hereto as Exhibit 188 is a true and correct copy of a PowerPoint dated October 27, 2015, entitled EpiPen® Franchise - Price / Volume Variance, bearing Bates number MYEP01042766.

193.     Attached hereto as Exhibit 189 is a true and correct copy of a PowerPoint dated September 18, 2012, entitled Consumer ideation and carry case summary, bearing Bates number MYEP01119938.

194.     Attached hereto as Exhibit 190 is a true and correct copy of an email dated December 10, 2015, from Irina Braverman to Adrienne Helmick, bearing Bates number MYERISA-00002016.

195.     Attached hereto as Exhibit 191 is a true and correct copy of an Excel dated December 10, 2015, entitled EpiPen Payer Landscape, bearing Bates number MYERISA-00002020.

196.     Attached hereto as Exhibit 192 is a true and correct copy of an email dated July 16, 2014, from Bob Potter to Pat Jones, bearing Bates number MYERISA-00003929.

197.     Attached hereto as Exhibit 193 is a true and correct copy of an email dated June 19, 2014, from Sherry Korczynski to Bruce Foster, bearing Bates number MYERISA-00004037.

198.     Attached hereto as Exhibit 194 is a true and correct copy of an email dated March 18, 2014, from Roger Graham to Jessica Breidegam, bearing Bates number MYERISA-00005002.

199.     Attached hereto as Exhibit 195 is a true and correct copy of a PowerPoint dated February 3, 2014, entitled Mylan U.S. Customer Review, bearing Bates number MYERISA-00005003.

200.     Attached hereto as Exhibit 196 is a true and correct copy of an email dated April 21, 2015, from Emily Kelley to Christopher Phillips, bearing Bates number MYERISA-00007952.

201.     Attached hereto as Exhibit 197 is a true and correct copy of an agreement effective July 1, 2013, Rebate Agreement (Epipen), bearing Bates number MYERISA-00007974.

202.     Attached hereto as Exhibit 198 is a true and correct copy of an email dated April 21, 2015, from Emily Kelley to Christopher Phillips, bearing Bates number MYERISA-00008010.

203.     Attached hereto as Exhibit 199 is a true and correct copy of an agreement dated April 1, 2013, entitled Prime Therapeutics Third Amendment to the Rebate and Administrative Fee Agreement, bearing Bates number MYERISA-00008066.

204.     Attached hereto as Exhibit 200 is a true and correct copy of an email dated April 21, 2015, from Emily Kelley to Christopher Phillips, bearing Bates number MYERISA-00008251.

205.     Attached hereto as Exhibit 201 is a true and correct copy of an agreement dated July 1, 2013, entitled MedImpact Healthcare Systems Pharmaceutical Rebate Agreement, bearing Bates number MYERISA-00008253.

206.    Attached hereto as Exhibit 202 is a true and correct copy of an email dated March 25, 2015, from Patrick Zinn to Peter Jellison, bearing Bates number MYERISA-00008473.

207.    Attached hereto as Exhibit 203 is a true and correct copy of an email dated November 2, 2014, from Kimberly Brooks to Patrick Zinn, bearing Bates number MYERISA-00009507.

208.    Attached hereto as Exhibit 204 is a true and correct copy of a PowerPoint dated November 2, 2014, entitled Auvi-Q and AAG Market Share, bearing Bates number MYERISA-00009508.

209.    Attached hereto as Exhibit 205 is a true and correct copy of an email dated September 16, 2014, from Christopher Phillips to Sandip Choudhury, bearing Bates number MYERISA-00009633.

210.    Attached hereto as Exhibit 206 is a true and correct copy of a PowerPoint dated September 16, 2014, entitled Contracts to Cash a Process Review, bearing Bates number MYERISA-00009634.

211.    Attached hereto as Exhibit 207 is a true and correct copy of an email dated November 3, 2015, from Bruce Foster to Irina Braverman, bearing Bates number MYERISA-00012868.

212.    Attached hereto as Exhibit 208 is a true and correct copy of a Skype Meeting notice for November 6, 2015, from Organizer Christopher Phillips to Irina Braverman, Bruce Foster and others, bearing Bates number MYERISA-00013662.

213.    Attached hereto as Exhibit 209 is a true and correct copy of a PowerPoint dated November 2, 2015, entitled EpiPen Payer Contracts, bearing Bates number MYERISA-00013664.

24

214.     Attached hereto as Exhibit 210 is a true and correct copy of an email dated July 30, 2013, from Bob Potter to Bruce Foster, bearing Bates number MYERISA-00013977.

215.     Attached hereto as Exhibit 211 is a true and correct copy of an email dated May 22, 2013, from Bruce Foster to Scott Sussman and others, bearing Bates number MYERISA-00015241.

216.     Attached hereto as Exhibit 212 is a true and correct copy of an email dated April 24, 2013, from Bruce Foster to Nicole Willing, bearing Bates number MYERISA-00015606.

217.     Attached hereto as Exhibit 213 is a true and correct copy of an email dated January 28, 2014, from Ron Graybill to Bruce Foster, bearing Bates number MYERISA-00015681.

218.     Attached hereto as Exhibit 214 is a true and correct copy of a PowerPoint dated January 28, 2014, entitled Great Year for EpiPen in Managed Care, bearing Bates number MYERISA-00015683.

219.     Attached hereto as Exhibit 215 is a true and correct copy of an email dated August 20, 2013, from Scott Sussman to Ron Hunt and others, bearing Bates number MYERISA-00016107.

220.     Attached hereto as Exhibit 216 is a true and correct copy of an email dated December 6, 2013, from Harry Jordan to Sherry Korczynski, bearing Bates number MYERISA-00016487.

221.     Attached hereto as Exhibit 217 is a true and correct copy of an email dated March 4, 2013, from Bruce Foster to Thomas Letizia, bearing Bates number MYERISA-00017291.

222.     Attached hereto as Exhibit 218 is a true and correct copy of an email dated November 9, 2012, from Linda Pelrine to Ron Graybill, bearing Bates number MYERISA-00018110.

223.     Attached hereto as Exhibit 219 is a true and correct copy of an Excel dated August 2012, entitled MHC - August 2012 PlanTrak Data, bearing Bates number MYERISA-00018111.

224.     Attached hereto as Exhibit 220 is a true and correct copy of an Excel dated August 10, 2016, entitled Rebate Master, bearing Bates number MYERISA-00024857.

225.     Attached hereto as Exhibit 221 is a true and correct copy of an email dated May 15, 2015, from Angela Vasko on behalf of Rajiv Malik, to Emily Kelly, bearing Bates number MYERISA-00036172.

226.     Attached hereto as Exhibit 222 is a true and correct copy of an agreement dated March 5, 2012, by and between Dey Pharma and Caremark PCS, bearing Bates number MYERISA-00037702.

227.     Attached hereto as Exhibit 223 is a true and correct copy of an agreement amendment effective January 1, 2012, by and between Express Scripts (ESI) and Dey L.P., bearing Bates number MYERISA-00038120.

228.     Attached hereto as Exhibit 224 is a true and correct copy of an email dated November 30, 2015, from Bruce Foster to Heather Dibblee of Optum, bearing Bates number MYERISA-00043676.

229.     Attached hereto as Exhibit 225 is a true and correct copy of an email dated November 23, 2015, from Joshua Grimm to Bruce Foster, bearing Bates number MYERISA-00043693.

230.    Attached hereto as Exhibit 226 is a true and correct copy of an email dated August 31, 2015, from Thomas Letizia to Scott Sussman, bearing Bates number MYERISA-00050846.

231.    Attached hereto as Exhibit 227 is a true and correct copy of an Excel dated August 5, 2015, entitled Mylan Formulary Drill Down Report, bearing Bates number MYERISA-00050847.

232.    Attached hereto as Exhibit 228 is a true and correct copy of an email dated January 6, 2014, from Hani Sefain to Bruce Foster, bearing Bates number MYERISA-00056589.

233.    Attached hereto as Exhibit 229 is a true and correct copy of an email dated June 27, 2013, from Frederic Curtiss to Thomas Letizia, bearing Bates number MYERISA-00057327.

234.    Attached hereto as Exhibit 230 is a true and correct copy of a letter dated June 26, 2013, entitled EpiPen Commercial and Manage Medicaid/CHIP Proposal, bearing Bates number MYERISA-00057350.

235.    Attached hereto as Exhibit 231 is a true and correct copy of an email dated December 2, 2011, from Harry Jordan to Bruce Foster, bearing Bates number MYERISA-00059680.

236.    Attached hereto as Exhibit 232 is a true and correct copy of an Excel dated December 1, 2011, entitled Managed Market Contracts, bearing Bates number MYERISA-00059682.

237.    Attached hereto as Exhibit 233 is a true and correct copy of an email dated July 17, 2014, from Patrick Zinn to Kimberley Brooks, bearing Bates number MYERISA-00063215.

238.    Attached hereto as Exhibit 234 is a true and correct copy of a PowerPoint dated July 17, 2014, entitled Getting up to Speed on the History ESI, bearing Bates number MYERISA-00063217.

239.    Attached hereto as Exhibit 235 is a true and correct copy of an email dated August 15, 2013, from Patrick Zinn to Bob Thomson, bearing Bates number MYERISA-00066125.

240.    Attached hereto as Exhibit 236 is a true and correct copy of a PowerPoint dated August 12, 2013, entitled Finance Summary OptumRx Second Amendment to Rebate Agreement, bearing Bates number MYERISA-00066127.

241.    Attached hereto as Exhibit 237 is a true and correct copy of an email dated May 28, 2014, from Bruce Foster to Nicole Willing, bearing Bates number MYERISA-00068578.

242.    Attached hereto as Exhibit 238 is a true and correct copy of an email dated May 19, 2014, from Megan Barber to Nicole Willing, bearing Bates number MYERISA-00069126.

243.    Attached hereto as Exhibit 239 is a true and correct copy of an email dated December 16, 2015, from Christopher Phillips to Roger Graham, Patrick Zinn, David Workman, Irina Braverman and others, bearing Bates number MYERISA-00079170.

244.    Attached hereto as Exhibit 240 is a true and correct copy of Pricing Committee Meeting Minutes dated December 12, 2015, bearing Bates number MYERISA-00079173.

245.    Attached hereto as Exhibit 241 is a true and correct copy of an email dated April 17, 2014, from Christopher Phillips to Roger Graham, bearing Bates number MYERISA-00096944.

246.    Attached hereto as Exhibit 242 is a true and correct copy of a PowerPoint dated April 17, 2014, entitled Growth Driver (EPIPEN®): "Key" Product Assumptions, bearing Bates number MYERISA-00096946.

247.    Attached hereto as Exhibit 243 is a true and correct copy of an email dated January 24, 2014, from Jack Morrison to Roger Graham, bearing Bates number MYERISA-00098255.

248.    Attached hereto as Exhibit 244 is a true and correct copy of a PowerPoint dated January 21, 2014, Weekly EpiPen Performance Insights, bearing Bates number MYERISA-00098257.

249.    Attached hereto as Exhibit 245 is a true and correct copy of an email dated August 28, 2013, from Jack Morrison to Roger Graham, bearing Bates number MYERISA-00102685.

250.    Attached hereto as Exhibit 246 is a true and correct copy of a PowerPoint dated August 16, 2013, Weekly EpiPen Performance Insights, bearing Bates number MYERISA-00102686.

251.    Attached hereto as Exhibit 247 is a true and correct copy of an email dated August 29, 2013, from Michael Arcara to Roger Graham, bearing Bates number MYERISA-00108113.

252.    Attached hereto as Exhibit 248 is a true and correct copy of a Report dated October 2012, entitled Auvi-Q Qualitative Marketing Research, bearing Bates number MYERISA-00108114.

253.     Attached hereto as Exhibit 249 is a true and correct copy of an email dated November 10, 2014, from Patrick Zinn to Kimberly Brooks and Roger Graham, bearing Bates number MYERISA-00111557.

254.     Attached hereto as Exhibit 250 is a true and correct copy of a PowerPoint dated November 10, 2014, entitled "Key 2015 Topics", bearing Bates number MYERISA-00111559.

255.     Attached hereto as Exhibit 251 is a true and correct copy of an email dated April 12, 2016, from Adrienne Helmick to Patrick Zinn, bearing Bates number MYERISA-00122063.

256.     Attached hereto as Exhibit 252 is a true and correct copy of a PowerPoint dated April 12, 2016, entitled Domestic EpiPen® Snapshot, bearing Bates number MYERISA-00122064.

257.     Attached hereto as Exhibit 253 is a true and correct copy of an email dated October 25, 2015, from Patrick Zinn to Christopher Phillips, bearing Bates number MYERISA-00122708.

258.     Attached hereto as Exhibit 254 is a true and correct copy of an email dated June 11, 2014, from Kimberly Brooks to Patrick Zinn, bearing Bates number MYERISA-00126118.

259.     Attached hereto as Exhibit 255 is a true and correct copy of a memorandum dated June 11, 2014, from Mylan Specialty with topic "EpiPen® Auto-Injector Erosion strategy upon AB-rated Generic launch in June 2015", bearing Bates number MYERISA-00126119.

260.     Attached hereto as Exhibit 256 is a true and correct copy of an email dated February 21, 2012, from Tom Hadley to Alexander Falto, bearing Bates number MYERISA-00134644.

261.    Attached hereto as Exhibit 257 is a true and correct copy of a PowerPoint dated February 21, 2012, entitled EpiPen Commercial Team Update, bearing Bates number MYERISA-00134645.

262.    Attached hereto as Exhibit 258 is a true and correct copy of an email dated November 4, 2013, from Sherry Korczynski to Patrick Zinn, bearing Bates number MYERISA-00138014.

263.    Attached hereto as Exhibit 259 is a true and correct copy of a PowerPoint presentation with cover date October 21, 2013 "Patient Point" Unlocking Significant Brand Value, bearing Bates number MYERISA-00138017.

264.    Attached hereto as Exhibit 260 is a true and correct copy of an email dated June 17, 2013, from Sherry Korczynski to Roger Graham, bearing Bates number MYERISA-00138116.

265.    Attached hereto as Exhibit 261 is a true and correct copy of an email dated June 13, 2013, from Jim Ayers to Bruce Foster, bearing Bates number MYERISA-00143102.

266.    Attached hereto as Exhibit 262 is a true and correct copy of an email dated December 2, 2011, from Bruce Foster to Harry Jordan, bearing Bates number MYERISA-00144022.

267.    Attached hereto as Exhibit 263 is a true and correct copy of an email dated December 8, 2011, from Ron Graybill to Bruce Foster, bearing Bates number MYERISA-00144407.

268.    Attached hereto as Exhibit 264 is a true and correct copy of an email dated September 25, 2015, from Bob Potter to Damian Frantz and others, bearing Bates number MYERISA-00149480.

269.    Attached hereto as Exhibit 265 is a true and correct copy of an email dated February 7, 2014, from Ron Graybill to Roger Graham, bearing Bates number MYERISA-00151451.

270.    Attached hereto as Exhibit 266 is a true and correct copy of an email dated March 10, 2014, from Bob Potter to Bruce Foster, bearing Bates number MYERISA-00152613.

271.    Attached hereto as Exhibit 267 is a true and correct copy of an email dated December 10, 2014, from Sherry Korczynski to Roger Graham, bearing Bates number MYERISA-00153873.

272.    Attached hereto as Exhibit 268 is a true and correct copy of a PowerPoint dated December 12, 2014, entitled EpiPen HCP Creative Concept and Messaging Research Executive Summary, bearing Bates number MYERISA-00153874.

273.    Attached hereto as Exhibit 269 is a true and correct copy of an email dated December 14, 2015, from Bruce Foster to Irina Braverman, bearing Bates number MYERISA-00160716.

274.    Attached hereto as Exhibit 270 is a true and correct copy of an email dated December 14, 2015, from Bruce Foster to Christopher Phillips, bearing Bates number MYERISA-00160739.

275.    Attached hereto as Exhibit 271 is a true and correct copy of an email dated October 22, 2014, Pricing Committee Meeting Invite, bearing Bates number MYERISA-00167003.

276.    Attached hereto as Exhibit 272 is a true and correct copy of PowerPoint dated October 22, 2014, entitled Pricing Committee Review, bearing Bates number MYERISA-00167005.

277.     Attached hereto as Exhibit 273 is a true and correct copy of an email dated April 30, 2013, from Bruce Foster to Ron Graybill, bearing Bates number MYERISA-00167511.

278.     Attached hereto as Exhibit 274 is a true and correct copy of an email dated March 15, 2013, from Bruce Foster to Ron Graybill, bearing Bates number MYERISA-00170938.

279.     Attached hereto as Exhibit 275 is a true and correct copy of a letter dated March 14, 2013, from Mylan Specialty to Prime Therapeutics, signed by Thomas Letizia, bearing Bates number MYERISA-00170941.

280.     Attached hereto as Exhibit 276 is a true and correct copy of an email dated March 4, 2013, from Bruce Foster to Ron Graybill, bearing Bates number MYERISA-00173229.

281.     Attached hereto as Exhibit 277 is a true and correct copy of an email dated February 23, 2013, from Bob Potter to Harry Jordan, bearing Bates number MYERISA-00173837.

282.     Attached hereto as Exhibit 278 is a true and correct copy of an email dated December 22, 2015, from Bruce Foster to Scott Sussman, bearing Bates number MYERISA-00186690.

283.     Attached hereto as Exhibit 279 is a true and correct copy of an email dated December 22, 2015, from Bruce Foster to Jim Ayers, bearing Bates number MYERISA-00186852.

284.     Attached hereto as Exhibit 280 is a true and correct copy of an email dated May 12, 2015, from James Cichowski to Nicole Willing, bearing Bates number MYERISA-00187665.

285.    Attached hereto as Exhibit 281 is a true and correct copy of an email dated December 14, 2011, from Harry Jordan to Alexander Falto, bearing Bates number MYERISA-00194625.

286.    Attached hereto as Exhibit 282 is a true and correct copy of a PowerPoint dated December 12, 2011, entitled EpiPen Competitive Workshop Summary, bearing Bates number MYERISA-00194626.

287.    Attached hereto as Exhibit 283 is a true and correct copy of an email dated February 3, 2014, from Scott Sussman to Jeffrey Rose, bearing Bates number MYERISA-00198260.

288.    Attached hereto as Exhibit 284 is a true and correct copy of an email dated December 29, 2011, from Lauren Kashtan to Ron Graybill, bearing Bates number MYERISA-00201591.

289.    Attached hereto as Exhibit 285 is a true and correct copy of a PowerPoint dated December 28, 2011, Managed Markets Competitive Responses, bearing Bates number MYERISA-00201595.

290.    Attached hereto as Exhibit 286 is a true and correct copy of an email dated October 15, 2013, from Patrick Zinn to Ron Graybill, bearing Bates number MYERISA-00203148.

291.    Attached hereto as Exhibit 287 is a true and correct copy of an email dated August 16, 2013, from Jeffrey Drews to Charesse Forbes, bearing Bates number MYERISA-00207160.

292.    Attached hereto as Exhibit 288 is a true and correct copy of an email dated November 6, 2013, from Roger Graham to Donna Jenkins, bearing Bates number MYERISA-00211394.

293.    Attached hereto as Exhibit 289 is a true and correct copy of a memo dated November 24, 2013, entitled EpiPen Competitive Visual Aid EpiPen Script/Talking Points, bearing Bates number MYERISA-00211395.

294.    Attached hereto as Exhibit 290 is a true and correct copy of an email dated December 14, 2011, from Tom Hadley to Irene Nitkowski, bearing Bates number MYERISA-00221046.

295.    Attached hereto as Exhibit 291 is a true and correct copy of an email dated November 23, 2011, from Tom Hadley to Jill Ondos, bearing Bates number MYERISA-00221059.

296.    Attached hereto as Exhibit 292 is a true and correct copy of a PowerPoint dated November 23, 2011, entitled EpiPen Competitive Workshop Draft Agenda, bearing Bates number MYERISA-00221061.

297.    Attached hereto as Exhibit 293 is a true and correct copy of an email dated May 20, 2013, from Jennifer Conroy to Thomas Theiss, bearing Bates number MYERISA-00223113.

298.    Attached hereto as Exhibit 294 is a true and correct copy of an agreement amendment effective July 1, 2012, between Mylan Specialty and Caremark PCS, bearing Bates number MYERISA-00223165.

299.    Attached hereto as Exhibit 295 is a true and correct copy of an email dated March 2, 2015, from Heather Bresch to Patrick Zinn, bearing Bates number MYERISA-00231634.

300.     Attached hereto as Exhibit 296 is a true and correct copy of an email dated June 27, 2014, from Roger Graham to Heather Bresch, bearing Bates number MYERISA-00232129.

301.     Attached hereto as Exhibit 297 is a true and correct copy of a PowerPoint dated June 25, 2014, entitled EpiPen CI Update, bearing Bates number MYERISA-00232132.

302.     Attached hereto as Exhibit 298 is a true and correct copy of a PowerPoint dated June 27, 2014, entitled Aetna/Coventry Summary, bearing Bates number MYERISA-00232133.

303.     Attached hereto as Exhibit 299 is a true and correct copy of an email dated May 1, 2014, from Kimberly Brooks to Heather Bresch, bearing Bates number MYERISA-00232710.

304.     Attached hereto as Exhibit 300 is a true and correct copy of a PowerPoint dated April 30, 2014, entitled Mylan Specialty EpiPen Budget Submission History and Forecast Scenarios, bearing Bates number MYERISA-00232711.

305.     Attached hereto as Exhibit 301 is a true and correct copy of an email dated October 27, 2015, from Patrick Zinn to Roger Graham, bearing Bates number MYERISA-00239581.

306.     Attached hereto as Exhibit 302 is a true and correct copy of an email dated October 24, 2015, from Patrick Zinn to Tony Mauro, bearing Bates number MYERISA-00240042.

307.     Attached hereto as Exhibit 303 is a true and correct copy of a PowerPoint dated October 24, 2015, entitled Price / Volume Variance, bearing Bates number MYERISA-00240043.

308.     Attached hereto as Exhibit 304 is a true and correct copy of an email dated April 23, 2014, from Kimberly Brooks to John Sheehan, Tony Mauro, and Robert Tighe, bearing Bates number MYERISA-00254361.

309.    Attached hereto as Exhibit 305 is a true and correct copy of an email dated May 20, 2014, from Brittany Sheets to Patrick Zinn, James Abrams and others, bearing Bates number MYERISA-00274917.

310.    Attached hereto as Exhibit 306 is a true and correct copy of an email dated January 3, 2014, from Kimberly Brooks to Patrick Zinn, bearing Bates number MYERISA-00277660.

311.    Attached hereto as Exhibit 307 is a true and correct copy of an Excel dated January 3, 2014, entitled Epinephrine Price Change 1-3-2014, bearing Bates number MYERISA-00277662.

312.    Attached hereto as Exhibit 308 is a true and correct copy of an email dated February 27, 2015, from Patrick Zinn to Heather Bresch, bearing Bates number MYERISA-00281145.

313.    Attached hereto as Exhibit 309 is a true and correct copy of a PowerPoint dated February 27, 2015, entitled Fross-to-Net Discounting History, bearing Bates number MYERISA-00281146.

314.    Attached hereto as Exhibit 310 is a true and correct copy of an email dated July 24, 2014, from Patrick Zinn to Sherry Korczynski, bearing Bates number MYERISA-00287449.

315.    Attached hereto as Exhibit 311 is a true and correct copy of a PowerPoint dated June 23, 2014, entitled Specialty 2014 Strat Plan, bearing Bates number MYERISA-00287451.

316.    Attached hereto as Exhibit 312 is a true and correct copy of an email dated July 28, 2013, from Tony Mauro to Bruce Foster, bearing Bates number MYERISA-00294353.

317.    Attached hereto as Exhibit 313 is a true and correct copy of an agreement amendment effective July 1, 2014, by and between Aetna Health and Mylan Specialty, bearing Bates number MYERISA-00326825.

318.    Attached hereto as Exhibit 314 is a true and correct copy of an agreement amendment effective March 1, 2012, by and between Express Scripts (ESI) and Mylan Specialty, bearing Bates number MYERISA-00329932.

319.    Attached hereto as Exhibit 315 is a true and correct copy of an email dated July 18, 2016, from Roger Graham to Tony Mauro, bearing Bates number MYERISA-00336525.

320.    Attached hereto as Exhibit 316 is a true and correct copy of Draft Quarter 2 Talking points for Heather Bresch, dated July 18, 2016, bearing Bates number MYERISA-00336526.

321.    Attached hereto as Exhibit 317 is a true and correct copy of a PowerPoint dated July 18, 2016, entitled 2Q16 Specialty Revenues Walk (YoY vs 2Q15), bearing Bates number MYERISA-00336528.

322.    Attached hereto as Exhibit 318 is a true and correct copy of an email dated August 16, 2013, from Thomas Letizia to Patrick Zinn, bearing Bates number MYERISA-00342677.

323.    Attached hereto as Exhibit 319 is a true and correct copy of an email dated June 4, 2013, from Roger Graham to Roger Graham, bearing Bates number MYERISA-00342693.

324.    Attached hereto as Exhibit 320 is a true and correct copy of a PowerPoint dated May 17, 2013, entitled EpiPen Price Recommendation, bearing Bates number MYERISA-00342718.

325.     Attached hereto as Exhibit 321 is a true and correct copy of an email dated April 1, 2016, from Frank Mullery to Heather Bresch, bearing Bates number MYL-000167510.

326.     Attached hereto as Exhibit 322 is a true and correct copy of an email dated January 9, 2015, from Wade Smith to Frank Mullery, bearing Bates number MYLGP0002224763.

327.     Attached hereto as Exhibit 323 is a true and correct copy of a PowerPoint dated December 2014, entitled Finance – CEO Update and Discussion, bearing Bates number MYLGP0002224765.

328.     Attached hereto as Exhibit 324 is a true and correct copy of an email dated January 13, 2015, from Frank Mullery to Wade Smith, bearing Bates number MYLGP0002395350.

329.     Attached hereto as Exhibit 325 is a true and correct copy of an email dated May 7, 2014, from James Abrams to Roger Graham, Robert O'Neill and others, bearing Bates number MYLGP0003808667.

330.     Attached hereto as Exhibit 326 is a true and correct copy of a PowerPoint dated May 7, 2014, entitled Pricing Committee Review, bearing Bates number MYLGP0003808668.

331.     Attached hereto as Exhibit 327 is a true and correct copy of an email dated October 22, 2013, from Frank Mullery to Robert Tighe, bearing Bates number MYLGP0005970797.

332.     Attached hereto as Exhibit 328 is a true and correct copy of Mylan SEC Draft Form 10-Q for the period ending September 20, 2013, bearing Bates number MYLGP0005970798.

333.     Attached hereto as Exhibit 329 is a true and correct copy of an email dated September 27, 2012, from Alexander Falto to Jennifer Conroy, bearing Bates number MYL-SEC_LIT00114739.

334.     Attached hereto as Exhibit 330 is a true and correct copy of a document dated Sept 27, 2012, with caption "Transition Document", bearing Bates number MYL-SEC_LIT00114740.

335.     Attached hereto as Exhibit 331 is a true and correct copy of an email dated October 8, 2014, from Amy Sharp to Natasha Dowd, bearing Bates number MYL-SEC_LIT00170778.

336.     Attached hereto as Exhibit 332 is a true and correct copy of an Excel dated October 5, 2014, Mylan Formulary Drill Down, bearing Bates number MYL-SEC_LIT00170781.

337.     Attached hereto as Exhibit 333 is a true and correct copy of an email dated March 12, 2015, from Irina Braverman to Margaret Toothman, bearing Bates number MYL-SEC_LIT00206438.

338.     Attached hereto as Exhibit 334 is a true and correct copy of a PowerPoint dated March 11, 2015, entitled Mylan Specialty Pricing Committee, bearing Bates number MYL-SEC_LIT00206440.

339.     Attached hereto as Exhibit 335 is a true and correct copy of an email dated April 21, 2015, from Emily Kelley to Christopher Phillips, bearing Bates number MYL-SEC_LIT00208292.

340.    Attached hereto as Exhibit 336 is a true and correct copy of an agreement dated July 1, 2013, entitled Second Amendment to the Rebate Agreement, bearing Bates number MYL-SEC_LIT00208341.

341.    Attached hereto as Exhibit 337 is a true and correct copy of an email dated June 20, 2016, from Patrick Zinn to Ken Parks, bearing Bates number MYL-SEC_LIT00337519.

342.    Attached hereto as Exhibit 338 is a true and correct copy of a letter dated June 20, 2016, re Mylan Specialty Express Scripts, Inc. Invoices, bearing Bates number MYL-SEC_LIT00337520.

343.    Attached hereto as Exhibit 339 is a true and correct copy of an email dated July 2, 2013, from Kimberly Brooks to Patrick Zinn, bearing Bates number MYL-SEC_LIT00401560.

344.    Attached hereto as Exhibit 340 is a true and correct copy of an Excel dated July 2, 2013, entitled Product Info and Assumptions, bearing Bates number MYL-SEC_LIT00401561.

345.    Attached hereto as Exhibit 341 is a true and correct copy of an email dated September 8, 2016, from Patrick Zinn to Ashley Holman, bearing Bates number MYL-SEC_LIT00546800.

346.    Attached hereto as Exhibit 342 is a true and correct copy of an Excel dated September 8, 2016, entitled Mylan Specialty Pricing Report 7.1.16, bearing Bates number MYL-SEC_LIT00546802.

347.    Attached hereto as Exhibit 343 is a true and correct copy of an email dated October 18, 2016, from Kerry Davis to Irina Braverman, bearing Bates number MYL-SEC_LIT00551116.

348.    Attached hereto as Exhibit 344 is a true and correct copy of an Excel dated October 18, 2016, entitled Managed Care Utilization 09-30-16 (no links), bearing Bates number MYL-SEC_LIT00551117.

349.    Attached hereto as Exhibit 345 is a true and correct copy of an email dated October 25, 2016, from Kenneth Metz to Jeff May, bearing Bates number MYL-SEC_LIT00551572.

350.    Attached hereto as Exhibit 346 is a true and correct copy of an Excel dated October 25, 2016, entitled Mylan Specialty Pricing Report 10.07.16, bearing Bates number MYL-SEC_LIT00551574.

351.    Attached hereto as Exhibit 347 is a true and correct copy of an email dated October 6, 2016, from Patrick Zinn to Christopher Phillips, bearing Bates number MYL-SEC_LIT00552709.

352.    Attached hereto as Exhibit 348 is a true and correct copy of an Excel dated October 6, 2016(by metadata), entitled Gross to Net (Sales), bearing Bates number MYL-SEC_LIT00552710.

353.    Attached hereto as Exhibit 349 is a true and correct copy of an email dated May 26, 2015, from Julia Egan to Nicole Willing, bearing Bates number MYL-SEC_LIT01349453.

354.    Attached hereto as Exhibit 350 is a true and correct copy of a PowerPoint dated May 27, 2015, Mylan Specialty Pricing and Contracting Team, bearing Bates number MYL-SEC_LIT01349454.

355.    Attached hereto as Exhibit 351 is a true and correct copy of an email dated October 26, 2015, from Patrick Zinn to Heather Bresch, bearing Bates number MYL-SEC_LIT01423719.

356.     Attached hereto as Exhibit 352 is a true and correct copy of a PowerPoint dated October 26, 2015, entitled EpiPen® Franchise - Price / Volume Variance, bearing Bates number MYL-SEC_LIT01423720.

357.     Attached hereto as Exhibit 353 is a true and correct copy of an email dated March 31, 2016, from Roger Graham to Patrick Zinn, bearing Bates number MYL-SEC_LIT01429692.

358.     Attached hereto as Exhibit 354 is a true and correct copy of an email dated August 17, 2015, from Irina Braverman to Patrick Zinn, bearing Bates number MYL-SEC_LIT01437113.

359.     Attached hereto as Exhibit 355 is a true and correct copy of an email dated January 25, 2016, from Roger Graham to Andy Fang, bearing Bates number MYL-SEC_LIT01442257.

360.     Attached hereto as Exhibit 356 is a true and correct copy of a PowerPoint dated January 11, 2013, entitled Auvi-Q Launch and 2013 Plan Review, bearing Bates number SAN-EPI-0169325.

361.     Attached hereto as Exhibit 357 is a true and correct copy of an email dated January 23, 2013, from Bryan Downey to Beth Kramli, bearing Bates number SAN-EPI-0305336.

362.     Attached hereto as Exhibit 358 is a true and correct copy of an Excel dated August 14, 2018 (in metadata), entitled Managed Care Auvi Q RebatesFeesPriceProtection - Run Date 8.10.2018, bearing Bates number SAN-EPI-1166769.

363.     Attached hereto as Exhibit 359 is a true and correct copy of a letter from Vincent Sansone, Pharm.D., Deputy Director, Office of Regulatory Operations, Office of Generic Drugs, Center for Drug Evaluation & Research, United States Food & Drug Administration, to Teva

Pharmaceuticals USA, Inc., bearing the seal of the United States Department of Health & Human Services.

364.    Attached hereto as Exhibit 360 is a true and correct copy of Sumant S. Kulkarni & Steve Chen, Mylan Inc.: EpiPen Settlement Takes Some Uncertainty Off the Table; Maintain Buy (Bank of America Merrill Lynch Oct. 7, 2016), which was attached as an Exhibit to the Nye Report at pages 2688–92 to a PDF document titled "Analyst Reports (4).pdf.".

365.    Attached hereto as Exhibit 361 is a true and correct copy of Caroline Chen and Robert Langreth, "Gilead Executive Says Pharmacy Benefit Managers Keep Prices High," Bloomberg, March 3, 2017.

366.    Attached hereto as Exhibit 362 is a true and correct copy of the 30(b)(6) deposition transcript of Roger Graham with Errata.

367.    Attached hereto as Exhibit 363 is a true and correct copy of the 30(b)(6) deposition transcript of Brian Roman with Errata.

368.    Attached hereto as Exhibit 364 is a true and correct copy of the deposition transcript of James Abrams with Errata.

369.    Attached hereto as Exhibit 365 is a true and correct copy of the deposition transcript of Heather Bresch with Errata.

370.    Attached hereto as Exhibit 366 is a true and correct copy of the deposition transcript of Kimberley Brooks w Errata.

371.    Attached hereto as Exhibit 367 is a true and correct copy of the deposition transcript of Paul Campbell with Errata.

372.    Attached hereto as Exhibit 368 is a true and correct copy of the deposition transcript of Robert Coury with Errata.

373.    Attached hereto as Exhibit 369 is a true and correct copy of the deposition transcript of J. Kevin Gorospe with Errata.

374.    Attached hereto as Exhibit 370 is a true and correct copy of the deposition transcript of Roger Graham with Errata.

375.    Attached hereto as Exhibit 371 is a true and correct copy of the deposition transcript of Rajiv Malik with Errata.

376.    Attached hereto as Exhibit 372 is a true and correct copy of the deposition transcript of Anthony Mauro with Errata.

377.    Attached hereto as Exhibit 373 is a true and correct copy of the deposition transcript of Zachery Nye with Errata.

378.    Attached hereto as Exhibit 374 is a true and correct copy of the deposition transcript of Robert O'Neill with Errata.

379.    Attached hereto as Exhibit 375 is a true and correct copy of the deposition transcript of Kenneth Parks with Errata.

380.    Attached hereto as Exhibit 376 is a true and correct copy of the deposition transcript of Lara Ramsburg with Errata.

381.    Attached hereto as Exhibit 377 is a true and correct copy of the deposition transcript of John Sheehan with Errata.

382.    Attached hereto as Exhibit 378 is a true and correct copy of the deposition transcript of Larri Short with Errata.

383.    Attached hereto as Exhibit 379 is a true and correct copy of the deposition transcript of Robert Tighe MISSING Errata.

384.    Attached hereto as Exhibit 380 is a true and correct copy of the EpiPen deposition transcript of Bruce Foster with Errata.

385.    Attached hereto as Exhibit 381 is a true and correct copy of Article Drug Channels Solving the Mystery of Employer-PBM Rebate Pass-Through (rerun).

386.    Attached hereto as Exhibit 382 is a true and correct copy of Michael Salinger, "All-Units Discounts by a Dominant Producer Threatened by Partial Entry," Antitrust Law Journal, Vol. 81, No. 2 (2017).

387.    Attached hereto as Exhibit 383 is a true and correct copy of Benjamin Klein, Andres V. Lerner, "Price-Cost in Antitrust Analysis of Single Product Loyalty Contracts," Antitrust Law Journal, Vol. 80, No. 3 (2016).

388.    Attached hereto as Exhibit 384 is a true and correct copy of Article Walker WSJ article 2016- Joseph Walker, "Drugmakers Point Finger at Middlemen for Rising Drug Prices," Wall Street Journal, October 3, 2016.

389.    Attached hereto as Exhibit 385 is a true and correct copy of the Declaration of Apotex Corporation dated May 24, 2021.

390.    Attached hereto as Exhibit 386 is a true and correct copy of a letter from the US Department of Justice to Austin Van dated September 30, 2020.

391.    Attached hereto as Exhibit 387 is a true and correct copy of the Declaration of Dr. Reddy's Laboratories dated March 19, 2021.

392.    Attached hereto as Exhibit 388 is a true and correct copy of the Declaration of Heritage Pharmaceuticals dated May 19, 2021.

393.    Attached hereto as Exhibit 389 is a true and correct copy of the Declaration of Sandoz, Inc. dated July 13, 2021.

394.     Attached hereto as Exhibit 390 is a true and correct copy of the Declaration of Upsher-Smith Laboratories dated May 20, 2021.

395.     Attached hereto as Exhibit 391 is a true and correct copy of the Declaration of Teva Pharmaceuticals dated August 24, 2021.

396.     Attached hereto as Exhibit 392 is a true and correct copy of Pallone, Wyden Confirm EpiPen Makers Overcharged Medicaid for Two Decades, dated October 5, 2016.

397.     Attached hereto as Exhibit 393 is a true and correct copy of the Expert Report of Todd Clark.

398.     Attached hereto as Exhibit 394 is a true and correct copy of the Expert Report of Daniel Ingberman – Generics, exhibit and backup.

399.     Attached hereto as Exhibit 395 is a true and correct copy of the Expert Report of Daniel Ingberman EAI, exhibits and backup.

400.     Attached hereto as Exhibit 396 is a true and correct copy of The Expert Report of J. Kevin Gorospe.

401.     Attached hereto as Exhibit 397 is a true and correct copy of the July 2018 Orange Book Changes - Additions/Deletions for Prescription Drug Product List: Cumulative Supplement Number 07: July 2018, updating the Prescription and Over-the-Counter Drug Product List set forth in the annual publication titled Approved Drug Products with Therapeutic Equivalence Evaluations (U.S. Dep't of Health & Hum. Servs. et al., 38th ed. 2018).

402.     Attached hereto as Exhibit 398 is a true and correct copy of a letter from Weil Gotshal to Austin Van regarding the Subpoena on Sanofi.

403.     Attached hereto as Exhibit 399 is a true and correct copy of the MACPAC Presentation.

404.     Attached hereto as Exhibit 400 is a true and correct copy of the Medicaid Drug

Rebate Operational Training Guide, U.S. Dep't of Health & Hum Servs., Health Care Fin.

Agency (Oct. 1996).

405.     Attached hereto as Exhibit 401 is a true and correct copy of an Edited Transcript:

MYL-Q4 2013 Mylan Inc. Earnings Conference Call dated February 27, 2014, and published by

Thomson Reuters StreetEvents, which was attached as an Exhibit to the Nye Report at pages

3503–20 to a PDF document titled "Analyst Reports (5).pdf.".

406.     Attached hereto as Exhibit 402 is a true and correct copy of an Edited Transcript:

MYL-Mylan Inc. Investor Day dated February 21, 2012, and published by Thomson Reuters

Street Events, which was attached as an Exhibit to the Nye Report at pages 3101–58 to a PDF

document titled "Analyst Reports (5).pdf.".

407.     Attached hereto as Exhibit 403 is a true and correct copy of an Edited Transcript:

MYL-Mylan N.V. at Barclays Healthcare Conference dated March 15, 2016, and published by

Thomson Reuters Street Events, which was attached as an Exhibit to the Nye Report at pages

3875–83 to a PDF document titled "Analyst Reports (5).pdf.".

408.     Attached hereto as Exhibit 404 is a true and correct copy of an Edited Transcript:

MYL-Q1 2013 Mylan Inc. Earnings Conference Call dated May 2, 2013, and published by

Thomson Reuters StreetEvents, which was attached as an Exhibit to the Nye Report at pages

3343–57 to a PDF document titled "Analyst Reports (5).pdf.".

409.     Attached hereto as Exhibit 405 is a true and correct copy of a duplicate copy of a

Settlement Agreement (the "Settlement Agreement") dated August 16, 2017, among and

between the United States of America, Mylan Inc., Mylan Specialty L.P., Sanofi-Aventis US

LLC, and Ven-A-Care of the Florida Keys, Inc.

410.     Attached hereto as Exhibit 406 is a true and correct copy of a document bearing the seal of the United States Department of Health & Human Services, titled Accuracy of Drug Categorizations for Medicaid Rebates, authored by Daniel R. Levinson, Inspector General, United States Department of Health and Human Services, dated July 2009, issued in connection with the HHS OIG's Office of Evaluation and Inspections investigation number OEI-03-08-00300.

411.     Attached hereto as Exhibit 407 is a true and correct copy of a document bearing the seal of the United States Department of Health & Human Services, titled Potential Misclassifications Reported by Drug Manufacturers May Have Led to $1 Billion in Lost Medicaid Rebates, authored by Daniel R. Levinson, Inspector General, United States Department of Health and Human Services, dated December 2017, issued in connection with the HHS OIG's Office of Evaluation and Inspections investigation number OEI-03-17-00100.

412.     Attached hereto as Exhibit 408 is a true and correct copy of U.S. Patent No. 7,449,012, approved on November 11, 2008.

413.     Attached hereto as Exhibit 409 is a true and correct copy of U.S. Patent No. 7,794,432, approved on September 14, 2010.

414.     Attached hereto as Exhibit 410 is a true and correct copy of U.S. Patent No. 8,048,035, approved on November 1, 2011.

415.     Attached hereto as Exhibit 411 is a true and correct copy of the Medicaid Services Investment & Accountability Act of 2019, Pub. L. No. 116-16 (Apr. 18, 2019).

416.     Attached hereto as Exhibit 412 is a true and correct copy of 165 Cong. Rec. S2469 (daily ed. Apr. 29, 2019).

417.    Attached hereto as Exhibit 413 is a true and correct copy of 42 CFR 1001.1201 (2016).

418.    Attached hereto as Exhibit 414 is a true and correct copy of 42 CFR 1001.1201 (2020).

419.    Attached hereto as Exhibit 415 is a true and correct copy of 42 CFR 447.510 (Oct 1, 2007).

420.    Attached hereto as Exhibit 416 is a true and correct copy of 42 CFR 447.510 (Oct 1, 2008).

421.    Attached hereto as Exhibit 417 is a true and correct copy of 42 CFR 447.510 (Oct 1, 2009).

422.    Attached hereto as Exhibit 418 is a true and correct copy of 42 CFR 447.510 (Oct 1, 2010).

423.    Attached hereto as Exhibit 419 is a true and correct copy of 42 CFR 447.510 (Oct 1, 2011).

424.    Attached hereto as Exhibit 420 is a true and correct copy of 42 CFR 447.510 (Oct 1, 2012).

425.    Attached hereto as Exhibit 421 is a true and correct copy of 42 CFR 447.510 (Oct 1, 2013).

426.    Attached hereto as Exhibit 422 is a true and correct copy of 42 CFR 447.510 (Oct 1, 2014).

427.    Attached hereto as Exhibit 423 is a true and correct copy of 42 CFR 447.510 (Oct 1, 2015).

50

428.    Attached hereto as Exhibit 424 is a true and correct copy of 42 CFR 447.510 (Oct 1, 2016).

429.    Attached hereto as Exhibit 425 is a true and correct copy of 42 CFR 447.510 (Oct 1, 2017).

430.    Attached hereto as Exhibit 426 is a true and correct copy of 42 CFR 447.510 (Oct 1, 2018).

431.    Attached hereto as Exhibit 427 is a true and correct copy of 42 CFR 447.510 (Oct 1, 2019).

432.    Attached hereto as Exhibit 428 is a true and correct copy of 42 CFR 447.510 (Oct 1, 2020).

433.    Attached hereto as Exhibit 429 is a true and correct copy of 42 USC 1320a-7.

434.    Attached hereto as Exhibit 430 is a true and correct copy of 42 USC 1396r-8 (1994).

435.    Attached hereto as Exhibit 431 is a true and correct copy of 42 USC 1396r-8 (2008).

436.    Attached hereto as Exhibit 432 is a true and correct copy of 42 USC 1396r-8 (2012).

437.    Attached hereto as Exhibit 433 is a true and correct copy of 42 USC 1396r-8 (2016).

438.    Attached hereto as Exhibit 434 is a true and correct copy of 42 USC 1396r-8 (2018).

439.    Attached hereto as Exhibit 435 is a true and correct copy of 42 USC 1396r-8 (2020).

440.     Attached hereto as Exhibit 436 is a true and correct copy of 42 USC 1396r-8 (2021).

441.     Attached hereto as Exhibit 437 is a true and correct copy of Health Care Programs: Fraud and Abuse; Amendments to OIG Exclusion and CMP Authorities Resulting from Public Law 100 93, 57 Fed. Reg. 3298 (Dep't of Health & Hum. Servs., Off. of the Inspector Gen. Jan. 29, 1992).

442.     Attached hereto as Exhibit 438 is a true and correct copy of Medicaid Program; Prescription Drugs; Final Rule, 72 Fed. Reg. 39,142 (Dep't Health & Hum. Servs., Ctrs. for Medicare & Medicaid Servs. July 17, 2007).

443.     Attached hereto as Exhibit 439 is a true and correct copy of Medicaid Program; Covered Outpatient Drugs, 77 Fed. Reg. 5318 (Dep't Health & Hum. Servs., Ctrs. for Medicare & Medicaid Servs. Feb. 2, 2012).

444.     Attached hereto as Exhibit 440 is a true and correct copy of Medicaid Program; Covered Outpatient Drugs, 81 Fed. Reg. 5170 (Dep't Health & Hum. Servs., Ctrs. for Medicare & Medicaid Servs. Feb. 1, 2016.

445.     Attached hereto as Exhibit 441 is a true and correct copy of 21 USC 355 (1982).

446.     Attached hereto as Exhibit 442 is a true and correct copy of 21 USC 355 (1985).

447.     Attached hereto as Exhibit 443 is a true and correct copy of 21 USC 355 (1988).

448.     Attached hereto as Exhibit 444 is a true and correct copy of 21 USC 355 (2021).

449.     Attached hereto as Exhibit 445 is a true and correct copy of Class Members' Notice Of Subpoena Duces Tecum To U.S. Centers For Medicare & Medicaid Services.

450.     Attached hereto as Exhibit 446 is a true and correct copy of Class Members' Notice of Subpoena Duces Tecum to Hikma Pharmaceuticals USA, INC.

451.    Attached hereto as Exhibit 447 is a true and correct copy of Class Members' Notice of Subpoena Duces Tecum to Mayne Pharma (USA), Inc.

452.    Attached hereto as Exhibit 448 is a true and correct copy of Class Members' Notice of Subpoena Duces Tecum to Shore Suven Pharma, Inc.

453.    Attached hereto as Exhibit 449 is a true and correct copy of Class Members Notice Subpoenas on Heritage Pharmaceuticals, Teva, Upsher-Smith, CT Attorney General and NY Attorney General.

454.    Attached hereto as Exhibit 450 is a true and correct copy of Class Representatives' Notice of Subpoenas Duces Tecum To Wockhardt USA LLC, Apotex Corporation, Aceto US, L.L.C., Taro Pharmaceuticals U.S.A., Inc., Sandoz, Inc., Lannett Company, Inc., West-Ward, Inc., Dr. Reddy's Laboratories, Inc.

455.    Attached hereto as Exhibit 451 is a true and correct copy of Class Members' Notice Of Subpoena Duces Tecum To Sanofi-Aventis U.S. LLC.

456.    Attached hereto as Exhibit 452 is a true and correct copy of Mayne Pharma Proof of Service dated August 26, 2020.

457.    Attached hereto as Exhibit 453 is a true and correct copy of Shore Suven Proof of Service dated September 9, 2020.

458.    Attached hereto as Exhibit 454 is a true and correct copy of Connecticut Attorney General Proof of Service dated August 25, 2020.

459.    Attached hereto as Exhibit 455 is a true and correct copy of Dr. Reddy's Laboratories Proof of Service dated August 18, 2020.

460.    Attached hereto as Exhibit 456 is a true and correct copy of Heritage Pharmaceuticals Proof of Service dated September 16, 2020.

461.     Attached hereto as Exhibit 457 is a true and correct copy of Lannett Company Proof of Service dated August 18, 2020.

462.     Attached hereto as Exhibit 458 is a true and correct copy of New York Attorney General Proof of Service dated August 21, 2020.

463.     Attached hereto as Exhibit 459 is a true and correct copy of Sandoz Proof of Service dated August 18, 2020.

464.     Attached hereto as Exhibit 460 is a true and correct copy of Taro Proof of Service dated August 19, 2020.

465.     Attached hereto as Exhibit 461 is a true and correct copy of Teva Proof of Service dated August 24, 2020.

466.     Attached hereto as Exhibit 462 is a true and correct copy of Upsher-Smith Laboratories Proof of Service dated August 24, 2020.

467.     Attached hereto as Exhibit 463 is a true and correct copy of West-Ward Proof of Service dated August 17, 2020.

468.     Attached hereto as Exhibit 464 is a true and correct copy of Wockhardt Proof of Service dated August 17, 2020.

469.     Attached hereto as Exhibit 465 is a true and correct copy of Center for Medicare and Medicaid Proof of Service dated July 30, 2020.

470.     Attached hereto as Exhibit 466 is a true and correct copy of Hikma Proof of Service dated September 15, 2020.

471.     Attached hereto as Exhibit 467 is a true and correct copy of Apotex Proof of Service dated August 17, 2020.

472.    Attached hereto as Exhibit 468 is a true and correct copy of 2020.08.06_Subpoena on Sanofi (8-5-20) Proof of Service dated August 6, 2020.

473.    Attached hereto as Exhibit 469 is a true and correct copy of Sanofi Certification dated April 12, 2021.

474.    Attached hereto as Exhibit 470 is a true and correct copy of Taro Response to Req. No. 9.

475.    Attached hereto as Exhibit 471 is a true and correct copy of Hikma Responses & Objections.

476.    Attached hereto as Exhibit 472 is a true and correct copy of Mayne Responses & Objections.

477.    Attached hereto as Exhibit 473 is a true and correct copy of Apotex Responses & Objections.

478.    Attached hereto as Exhibit 474 is a true and correct copy of Attorney General of Connecticut Responses & Objections.

479.    Attached hereto as Exhibit 475 is a true and correct copy of DRLI Responses & Objections.

480.    Attached hereto as Exhibit 476 is a true and correct copy of Heritage Responses & Objections.

481.    Attached hereto as Exhibit 477 is a true and correct copy of Sanofi Responses & Objections.

482.    Attached hereto as Exhibit 478 is a true and correct copy of Lannett Responses & Objections.

483.     Attached hereto as Exhibit 479 is a true and correct copy of NYAG Responses & Objections.

484.     Attached hereto as Exhibit 480 is a true and correct copy of Sandoz Responses & Objections.

485.     Attached hereto as Exhibit 481 is a true and correct copy of Taro Responses & Objections.

486.     Attached hereto as Exhibit 482 is a true and correct copy of Teva Responses & Objections.

487.     Attached hereto as Exhibit 483 is a true and correct copy of USL Responses & Objections.

488.     Attached hereto as Exhibit 484 is a true and correct copy of Wockhardt Responses & Objections.

489.     Attached hereto as Exhibit 485 is a true and correct copy of deposition transcript of Joseph Duda with Errata.

490.     Attached hereto as Exhibit 486 is a true and correct copy of Exhibit 320 in the deposition of Rodney Emerson.

491.     Attached hereto as Exhibit 487 is a true and correct copy of deposition transcript of Rodney Emerson with Errata.

492.     Attached hereto as Exhibit 488 is a true and correct copy of the deposition transcript of Ron Graybill - Errata not produced.

493.     Attached hereto as Exhibit 489 is a true and correct copy of the deposition transcript of Daniel Ingberman with Errata.

494.    Attached hereto as Exhibit 490 is a true and correct copy of the deposition transcript of Harry Jordan with Errata.

495.    Attached hereto as Exhibit 491 is a true and correct copy of the deposition transcript of Adam Kautzner with Errata.

496.    Attached hereto as Exhibit 492 is a true and correct copy of the EpiPen deposition transcript of Deborah Kronberg - no Errata produced.

497.    Attached hereto as Exhibit 493 is a true and correct copy of the deposition Transcript of Frank Mullery -Missing Errata.

498.    Attached hereto as Exhibit 494 is a true and correct copy of the deposition Transcript of Robert Navarro with Errata.

499.    Attached hereto as Exhibit 495 is a true and correct copy of the deposition transcript of Robert Willig with Errata.

500.    Attached hereto as Exhibit 496 is a true and correct copy of the Expert Report of Zachery Nye.

501.    Attached hereto as Exhibit 497 is a true and correct copy of the deposition transcript of Christopher Viehbacher - Errata not produced.

502.    Attached hereto as Exhibit 498 is a true and correct copy of the EpiPen deposition transcript of Nicole Willing with Errata.

503.    Attached hereto as Exhibit 499 is a true and correct copy of the deposition transcript of David Workman with Errata.

504.    Attached hereto as Exhibit 500 is a true and correct copy of the deposition transcript of Patrick Zinn with Errata.

505.    Attached hereto as Exhibit 501 is a true and correct copy of the deposition transcript of Robert Potter with Errata.

506.    Attached hereto as Exhibit 502 is a true and correct copy of Credit Suisse, "Mylan Inc., Investor Day Bolsters Our Confidence in Long Term Outlook," February 22, 2012, bearing Bates number MYERISA-00305528.

507.    Attached hereto as Exhibit 503 is a true and correct copy of NY Times Article, "Auvi Q Challenges EpiPen with a New Size and Shape" dated February 1, 2013.

508.    Attached hereto as Exhibit 504 is a true and correct copy of the EpiPen deposition transcript of Patrick Jones with Errata.

509.    Attached hereto as Exhibit 505 is a true and correct copy of Wells Fargo, "Specialty Pharma Weekly - Cleveland Rocks Edition," October 7, 2016, bearing the Bates number MYL-SEC_LIT00550617.

510.    Attached hereto as Exhibit 506 is a true and correct copy of Mylan Form 8-K dated October 25, 2012, bearing Bates number PLAINTIFF_0080375.

511.    Attached hereto as Exhibit 507 is a true and correct copy of Mylan Form 8-k dated May 2, 2013.

512.    Attached hereto as Exhibit 508 is a true and correct copy of Mylan Form 8-k dated August 1, 2013.

513.    Attached hereto as Exhibit 509 is a true and correct copy of Mylan Form 8-k, February 27, 2014, bearing Bates number PLAINTIFF_0080352.

514.    Attached hereto as Exhibit 510 is a true and correct copy of Mylan Form 8-k, May 3, 2016, bearing Bates number PLAINTIFF_0079984.

515.    Attached hereto as Exhibit 511 is a true and correct copy of Mylan's Form 10-K for the year ending December 31, 2011, bearing Bates number MYL-000089295.

516.    Attached hereto as Exhibit 512 is a true and correct copy of the deposition transcript of Edward Snyder with Errata.

517.    Attached hereto as Exhibit 513 is a true and correct copy of Mylan Form 10-Q dated May 8, 2015.

518.    Attached hereto as Exhibit 514 is a true and correct copy of an email dated September 2, 2016, from Lynne Evosevich to Robert Coury and others, bearing the Bates number MYL-SEC_LIT00593793.

519.    Attached hereto as Exhibit 515 is a true and correct copy of email dated September 2, 2016, from Lynne Evosevich to Robert Coury and others, bearing the Bates number MYERISA-00183475.

520.    Attached hereto as Exhibit 516 is a true and correct copy of Mylan Form 8-k dated September 26, 2016.

521.    Attached hereto as Exhibit 517 is a true and correct copy of Expert Rebuttal Report of Robert Willig, June 30, 2021.

522.    Attached hereto as Exhibit 518 is a true and correct copy of the deposition transcript of Lance Wyatt with Errata.

523.    Attached hereto as Exhibit 519 is a true and correct copy of Mylan Form 10-k for the year ending December 31, 2010.

524.    Attached hereto as Exhibit 520 is a true and correct copy of 21 CFR 314.1 (1984).

525.    Attached hereto as Exhibit 521 is a true and correct copy of 21 CFR 314.8 (1984).

526.     Attached hereto as Exhibit 522 is a true and correct copy of 2021.05.12 Class Representatives' Supplemental IROG Responses and Objections to Defendants' First Set of Interrogatories.

527.     Attached hereto as Exhibit 523 is a true and correct copy of Attorney General Complaint filed November 1, 2019.

528.     Attached hereto as Exhibit 524 is a true and correct copy of the deposition transcript of Heather Bresch - EpiPen Dep. Tr. With Errata.

529.     Attached hereto as Exhibit 525 is a true and correct copy of the deposition transcript of Brittany Campbell-Sheets w Errata.

530.     Attached hereto as Exhibit 526 is a true and correct copy of Connecticut v. Teva (ECF No 1) 5-10-19, AG May 10, 2019, Complaint.

531.     Attached hereto as Exhibit 527 is a true and correct copy of the deposition transcript of Richard Gilbert with Errata.

532.     Attached hereto as Exhibit 528 is a true and correct copy of Glazer Criminal Information dated December 12, 2016.

533.     Attached hereto as Exhibit 529 is a true and correct copy of Glazer Plea Hearing Transcript dated January 9, 2017.

534.     Attached hereto as Exhibit 530 is a true and correct copy of Glazer Waiver of Indictment dated January 9, 2017.

535.     Attached hereto as Exhibit 531 is a true and correct copy of Exhibit 571 in the deposition of Roger Graham.

536.     Attached hereto as Exhibit 532 is a true and correct copy of the deposition transcript of Roger Graham - EpiPen Dep Transcript with Errata.

537.    Attached hereto as Exhibit 533 is a true and correct copy of the deposition transcript of Darius Lakdawalla with Errata.

538.    Attached hereto as Exhibit 534 is a true and correct copy of MDL Transfer Order dated May 30, 2019.

539.    Attached hereto as Exhibit 535 is a true and correct copy of Expert Rebuttal Report of Dr. Robert P. Navarro.

540.    Attached hereto as Exhibit 536 is a true and correct copy of Approved Drug Products with Therapeutic Equivalence Evaluations, "Orange Book" (41st Edition) 2021.

541.    Attached hereto as Exhibit 537 is a true and correct copy of the deposition transcript of Traci Quarrick - With Errata.

542.    Attached hereto as Exhibit 538 is a true and correct copy of a letter from Senator Bernard Sanders and Representative Elijah Cummings to Jeffrey Glazer of Heritage Pharmaceuticals dated October 2, 2014.

543.    Attached hereto as Exhibit 539 is a true and correct copy of a letter from Senator Bernard Sanders and Representative Elijah Cummings to Heather Bresch of Mylan Inc. dated October 2, 2014.

544.    Attached hereto as Exhibit 540 is a true and correct copy of a letter from Senator Bernard Sanders and Representative Elijah Cummings to Erez Vigodman of Teva Pharmaceutical Industries, Ltd. dated October 2, 2014.

545.    Attached hereto as Exhibit 541 is a true and correct copy of an email dated November 12, 2013, from Jake Austin to Amanda Rebnicky, bearing Bates number DRLI_MYLANSECURITIES-000008256.

546.    Attached hereto as Exhibit 542 is a true and correct copy of an email dated June 26, 2013, from Katherine Neely to J McCormick, bearing Bates number DRLI_MYLANSECURITIES-000043514.

547.    Attached hereto as Exhibit 543 is a true and correct copy of an email dated February 5, 2013, from Anne Sather to Neal O'Mara, bearing Bates number HER_MYLSEC_0013287.

548.    Attached hereto as Exhibit 544 is a true and correct copy of an email dated February 5, 2013, from Anne Sather to Neal O'Mara, bearing Bates number HER_MYLSEC_0013290.

549.    Attached hereto as Exhibit 545 is a true and correct copy of an email dated February 7, 2013, from Matt Edelson to Anne Sather, bearing Bates number HER_MYLSEC_0013707.

550.    Attached hereto as Exhibit 546 is a true and correct copy of an email dated February 11, 2013, from Matt Edelson to Anne Sather, bearing Bates number HER_MYLSEC_0013865.

551.    Attached hereto as Exhibit 547 is a true and correct copy of an email dated March 18, 2013, from Matt Edelson to Jason Malek, bearing Bates number HER_MYLSEC_0016873.

552.    Attached hereto as Exhibit 548 is a true and correct copy of an email dated April 30, 2013, from Matt Edelson to Joyce Lloyd, bearing Bates number HER_MYLSEC_0017073.

553.    Attached hereto as Exhibit 549 is a true and correct copy of a PowerPoint dated February 2013, entitled Heritage Upcoming Launch List, bearing Bates number HER_MYLSEC_0017075.

554.    Attached hereto as Exhibit 550 is a true and correct copy of an email dated May 3, 2013, from Brian Block to Matt Edelson, bearing Bates number HER_MYLSEC_0017132.

555.    Attached hereto as Exhibit 551 is a true and correct copy of an email dated June 27, 2013, from Neal O'Mara to RFP Group, bearing Bates number HER_MYLSEC_0017579.

556.    Attached hereto as Exhibit 552 is a true and correct copy of an email dated July 18, 2013, from Vik Thapar to Jeff Glazer, bearing Bates number HER_MYLSEC_0029573.

557.    Attached hereto as Exhibit 553 is a true and correct copy of an email dated January 10, 2013, from Laya Steve to Jeff Glazer and Pablo Davila, bearing Bates number HER_MYLSEC_0029654.

558.    Attached hereto as Exhibit 554 is a true and correct copy of an email dated January 9, 2013, from Pankaj Dave to Laya Steve, bearing Bates number HER_MYLSEC_0029656.

559.    Attached hereto as Exhibit 555 is a true and correct copy of an email dated April 12, 2013, from Pablo Davila to Amish Desai, bearing Bates number HER_MYLSEC_0030303.

560.    Attached hereto as Exhibit 556 is a true and correct copy of an email dated April 30, 2013, from Laya Steve to Jeff Glazer and others, bearing Bates number HER_MYLSEC_0031915.

561.    Attached hereto as Exhibit 557 is a true and correct copy of a letter signed April 30, 2013, from Kathleen Uhl to Laya Steve, bearing Bates number HER_MYLSEC_0031916.

562.    Attached hereto as Exhibit 558 is a true and correct copy of an email dated May 8, 2013, from Rajiv Malik to Jeff Glazer, bearing Bates number HER_MYLSEC_0032027.

563. Attached hereto as Exhibit 559 is a true and correct copy of an email dated August 5, 2013, from Anne Sather to Jason Malek, bearing Bates number HER_MYLSEC_0033230.

564. Attached hereto as Exhibit 560 is a true and correct copy of a chart dated August 5, 2013, entitled Sales Call Report for Anne Sather – For July 27-August 2, 2013, bearing Bates number HER_MYLSEC_0033231.

565. Attached hereto as Exhibit 561 is a true and correct copy of an email dated November 25, 2013, from Jason Malek to Jeff Glazer, bearing Bates number HER_MYLSEC_0039363.

566. Attached hereto as Exhibit 562 is a true and correct copy of an email dated March 18, 2014, from Jason Malek to Jeff Glazer, bearing Bates number HER_MYLSEC_0041030.

567. Attached hereto as Exhibit 563 is a true and correct copy of an email dated October 3, 2014, from Gary Ruckelshaus to Jeff Glazer, bearing Bates number HER_MYLSEC_0043494.

568. Attached hereto as Exhibit 564 is a true and correct copy of an email dated June 4, 2013, from Jeff Glazer to Gina Cassaro, bearing Bates number HER_MYLSEC_0047105.

569. Attached hereto as Exhibit 565 is a true and correct copy of an email dated April 24, 2013, from Amish Desai to Jeff Glazer, bearing Bates number HER_MYLSEC_0061539.

570. Attached hereto as Exhibit 566 is a true and correct copy of an email dated May 3, 2013, from Jason Malek to Jeff Glazer, bearing Bates number HER_MYLSEC_0061743.

571. Attached hereto as Exhibit 567 is a true and correct copy of an email dated June 19, 2013, from Alicia Taylor to Juliana White, bearing Bates number HER_MYLSEC_0062766.

572.    Attached hereto as Exhibit 568 is a true and correct copy of a letter dated June 19, 2013, from Kathleen Uhl to Laya Steve, bearing Bates number HER_MYLSEC_0062783.

573.    Attached hereto as Exhibit 569 is a true and correct copy of an email dated June 19, 2013, from Jason Malek to Rich Smith, bearing Bates number HER_MYLSEC_0062812.

574.    Attached hereto as Exhibit 570 is a true and correct copy of a form effective June 14, 2013, entitled New Product Submission Form, bearing Bates number HER_MYLSEC_0062814.

575.    Attached hereto as Exhibit 571 is a true and correct copy of an email dated July 8, 2013, from Keith Fleming to Jason Malek, bearing Bates number HER_MYLSEC_0063401.

576.    Attached hereto as Exhibit 572 is a true and correct copy of an Excel dated April 28, 2013, entitled Annual Sales & GP Projections Doxycycline (DR) Tablets, bearing Bates number HER_MYLSEC_0063403.

577.    Attached hereto as Exhibit 573 is a true and correct copy of an email dated July 8, 2013, from Jason Malek to Jeff Glazer, bearing Bates number HER_MYLSEC_0063405.

578.    Attached hereto as Exhibit 574 is a true and correct copy of an email dated July 8, 2013, from Jason Malek to Patrick Ford, bearing Bates number HER_MYLSEC_0063425.

579.    Attached hereto as Exhibit 575 is a true and correct copy of an Excel dated April 28, 2013, entitled Annual Sales & GP Projections Doxycycline (DR) Tablets, bearing Bates number HER_MYLSEC_0063427.

580.    Attached hereto as Exhibit 576 is a true and correct copy of an email dated July 10, 2013, from Keith Fleming to Jason Malek and Jeff Glazer, bearing Bates number HER_MYLSEC_0063461.

581.    Attached hereto as Exhibit 577 is a true and correct copy of an email dated July 23, 2013, from Jason Malek to Jeff Glazer, bearing Bates number HER_MYLSEC_0063985.

582.    Attached hereto as Exhibit 578 is a true and correct copy of an Excel dated April 28, 2013, entitled Annual Sales & GP Projections Doxycycline (DR) Tablets, bearing Bates number HER_MYLSEC_0063986.

583.    Attached hereto as Exhibit 579 is a true and correct copy of an email dated November 25, 2013, from Jeff Glazer to Jason Malek, bearing Bates number HER_MYLSEC_0067059.

584.    Attached hereto as Exhibit 580 is a true and correct copy of an email dated November 25, 2013, from Daniel Lukasiewicz to Jason Malek, bearing Bates number HER_MYLSEC_0067082.

585.    Attached hereto as Exhibit 581 is a true and correct copy of an email dated March 31, 2014, from Anne Sather to Jason Malek, bearing Bates number HER_MYLSEC_0071576.

586.    Attached hereto as Exhibit 582 is a true and correct copy of an email dated August 29, 2014, from Jason Malek to Neal O'Mara, bearing Bates number HER_MYLSEC_0076265.

587.    Attached hereto as Exhibit 583 is a true and correct copy of an email dated November 20, 2014, from Matt Edelson to Lew Soars and others, bearing Bates number HER_MYLSEC_0077179.

588.    Attached hereto as Exhibit 584 is a true and correct copy of an email dated October 25, 2013, from Neal O'Mara to Jason Malek, bearing Bates number HER_MYLSEC_0083025.

589.     Attached hereto as Exhibit 585 is a true and correct copy of an email dated November 4, 2013, from Neal O'Mara to Anne Sather, bearing Bates number HER_MYLSEC_0083085.

590.     Attached hereto as Exhibit 586 is a true and correct copy of an email dated November 20, 2013, from Jason Malek to Neal O'Mara, bearing Bates number HER_MYLSEC_0083127.

591.     Attached hereto as Exhibit 587 is a true and correct copy of an email dated November 25, 2013, from Neal O'Mara to Jason Malek, bearing Bates number HER_MYLSEC_0083154.

592.     Attached hereto as Exhibit 588 is a true and correct copy of an email dated November 25, 2013, from Neal O'Mara to Jason Malek, bearing Bates number HER_MYLSEC_0083160.

593.     Attached hereto as Exhibit 589 is a true and correct copy of an email dated August 20, 2014, from Jason Malek to Neal O'Mara, bearing Bates number HER_MYLSEC_0084175.

594.     Attached hereto as Exhibit 590 is a true and correct copy of a chart dated November 1, 2014, entitled SMS Messages, bearing Bates number HER_MYLSEC_0091476.

595.     Attached hereto as Exhibit 591 is a true and correct copy of an Excel dated July 15, 2013, entitled Key Products Grid, bearing Bates number HER_MYLSEC_0134079.

596.     Attached hereto as Exhibit 592 is a true and correct copy of an email dated December 1, 2014, from Jeff Glazer to Jason Malek, bearing Bates number HER_MYLSEC_0224768.

597.    Attached hereto as Exhibit 593 is a true and correct copy of a Meeting Notice for July 8, 2015, from Rodney Emerson with the subject Doryx 100mg Price Committee Meeting, bearing Bates number MPI-NONPARTY-0000371.

598.    Attached hereto as Exhibit 594 is a true and correct copy of a PowerPoint dated July 8, 2015, entitled Mayne Pharma Price Committee Meeting, bearing Bates number MPI-NONPARTY-0000373.

599.    Attached hereto as Exhibit 595 is a true and correct copy of an email dated March 12, 2014, from Stefan Cross to Chris Schneider, bearing Bates number MPI-NONPARTY-0000989.

600.    Attached hereto as Exhibit 596 is a true and correct copy of an email dated December 22, 2011, from Mailet Minassian to John Sheehan, bearing Bates number MYEP00269211.

601.    Attached hereto as Exhibit 597 is a true and correct copy of a Form dated December 22, 2011, entitled My Performance Evaluation for Harry O'Grady, bearing Bates number MYEP00269212.

602.    Attached hereto as Exhibit 598 is a true and correct copy of an email dated January 30, 2016, from John Sheehan to Robert Coury, bearing Bates number MYEP00385147.

603.    Attached hereto as Exhibit 599 is a true and correct copy of a PowerPoint dated February 5, 2016, entitled Board of Directors Update, bearing Bates number MYEP00385148.

604.    Attached hereto as Exhibit 600 is a true and correct copy of an email dated July 2, 2014, from Robert Coury to Adele Golfo, bearing Bates number MYEP00388641.

605.    Attached hereto as Exhibit 601 is a true and correct copy of an email dated January 19, 2012, from Brian Smith to Heather Bresch, bearing Bates number MYEP00407075.

606.     Attached hereto as Exhibit 602 is a true and correct copy of a Report dated February 13, 2010, entitled Q409 1 0-K Short form certification-Corp & Global, bearing Bates number MYEP00413129.

607.     Attached hereto as Exhibit 603 is a true and correct copy of a Mylan's draft Form 10K for the year ending December 31, 2009, dated February 13, 2010, bearing Bates number MYEP00413130.

608.     Attached hereto as Exhibit 604 is a true and correct copy of an email dated November 7, 2013, from Lara Ramsburg to Heather Bresch, bearing Bates number MYEP00438271.

609.     Attached hereto as Exhibit 605 is a true and correct copy of an email dated September 8, 2014, from Christine Waller to Caitlyn Doyle, bearing Bates number MYEP00643258.

610.     Attached hereto as Exhibit 606 is a true and correct copy of an email dated January 18, 2016, from Patrick Zinn to Doug Johnston, bearing Bates number MYEP00669739.

611.     Attached hereto as Exhibit 607 is a true and correct copy of a draft Form 10K for the year ending December 31, 2011, dated January 31, 2012, bearing Bates number MYEP00913351.

612.     Attached hereto as Exhibit 608 is a true and correct copy of an FDA list dated 2013, entitled Approved Drug Products with Therapeutic Equivalence Evaluations 33rd Edition, (the "Orange Book"), bearing Bates number MYEP01077049.

613.     Attached hereto as Exhibit 609 is a true and correct copy of an email dated September 18, 2012, from Jack Morrison to Stacey Cirillo and others, bearing Bates number MYEP01119937.

614.    Attached hereto as Exhibit 610 is a true and correct copy, according to metadata, of a meeting notice for February 20, 2013, from Holly Voithofer, which has been withheld for privilege, bearing Bates number MYEP01124099.

615.    Attached hereto as Exhibit 611 is a true and correct copy of a PowerPoint dated February 20, 2013, entitled Board of Directors Update, bearing Bates number MYEP01124101.

616.    Attached hereto as Exhibit 612 is a true and correct copy of a Transcript dated July 14, 2014, Acquisition of Abbott Non-U.S. Developed Markets Specialty and Branded Generics Business by Mylan, bearing Bates number MYEP01129362.

617.    Attached hereto as Exhibit 613 is a true and correct copy of an email dated January 28,2015 from Joseph Haggerty to Robert Coury and others, bearing Bates number MYEP01130061.

618.    Attached hereto as Exhibit 614 is a true and correct copy of a PowerPoint dated January 28, 2015, entitled 2015 Budget Consolidated Mylan Board of Directors Review, bearing Bates number MYEP01130063.

619.    Attached hereto as Exhibit 615 is a true and correct copy of an email dated February 21, 2014, from Dan Rizzo to Neil Dimick and others, bearing Bates number MYEP01130887.

620.    Attached hereto as Exhibit 616 is a true and correct copy of a letter dated February 21, 2014, from Daniel Rizzo to Audit Committee Members, bearing Bates number MYEP01130889.

621.    Attached hereto as Exhibit 617 is a true and correct copy of an email dated August 13, 2012, from Robert Coury to Heather Bresch, bearing Bates number MYEP01173495.

622.     Attached hereto as Exhibit 618 is a true and correct copy of an email dated July 27, 2013, from Joseph Haggerty to Robert Coury and others, bearing Bates number MYEP01173553.

623.     Attached hereto as Exhibit 619 is a true and correct copy of an email dated January 5, 2012, from Kris King to Robert Coury and others, bearing Bates number MYEP01190105.

624.     Attached hereto as Exhibit 620 is a true and correct copy of a Report dated May 29, 2014, entitled Meeting Minutes Executive Committee Meeting, bearing Bates number MYEP01194553.

625.     Attached hereto as Exhibit 621 is a true and correct copy of an email dated June 10, 2016, from Kenneth Parks to Nina Devlin and others, bearing Bates number MYEP01219238.

626.     Attached hereto as Exhibit 622 is a true and correct copy of an email dated April 26, 2013, from Dan Rizzo to Neil Dimick and others, bearing Bates number MYEP01221644.

627.     Attached hereto as Exhibit 623 is a true and correct copy of a PowerPoint dated April 25, 2013, entitled Reporting Discussion Review of Draft Form 10-Q – Q1 2013, bearing Bates number MYEP01221690.

628.     Attached hereto as Exhibit 624 is a true and correct copy of a PowerPoint dated April 29, 2013, entitled Financial Review Audit Committee Update, bearing Bates number MYEP01221726.

629.     Attached hereto as Exhibit 625 is a true and correct copy of an email dated April 26, 2013, from Joseph Haggerty to Robert Coury and others, bearing Bates number MYEP01221821.

630.    Attached hereto as Exhibit 626 is a true and correct copy of an email dated July 20, 2011, from Angela Jacobs to Heather Bresch and others, bearing Bates number MYEP01222593.

631.    Attached hereto as Exhibit 627 is a true and correct copy of an email dated July 20, 2011, from Dan Rizzo to Robert O'Neill and others, bearing Bates number MYEP01225019.

632.    Attached hereto as Exhibit 628 is a true and correct copy of Mylan's draft Form 10-Q for the quarterly period ending June 30, 2011, bearing Bates number MYEP01225022.

633.    Attached hereto as Exhibit 629 is a true and correct copy of a Q2 CY11 10-Q Full (Long form) certification Form dated July 20, 2011, bearing Bates number MYEP01225086.

634.    Attached hereto as Exhibit 630 is a true and correct copy of an email dated October 25, 2014, from Michael Ward to Neil Dimick and others, bearing Bates number MYEP01347080.

635.    Attached hereto as Exhibit 631 is a true and correct copy of a letter dated October 24, 2014, from John Sheehan to Audit Committee Members, bearing Bates number MYEP01347082.

636.    Attached hereto as Exhibit 632 is a true and correct copy of an email dated February 27, 2013, from Christine Thompson to Hal Korman and others, bearing Bates number MYEP01362710.

637.    Attached hereto as Exhibit 633 is a true and correct copy of a memorandum dated for February 27, 2013, call entitled Draft Remarks for Heather, bearing Bates number MYEP01362711.

638.    Attached hereto as Exhibit 634 is a true and correct copy of an email dated June 1, 2015, from Patrick Zinn to Christopher Phillips, bearing Bates number MYERISA-00012426.

639.    Attached hereto as Exhibit 635 is a true and correct copy of an email dated June 15, 2015, from Julia Egan to Patrick Zinn and Irina Braverman, bearing Bates number MYERISA-00012546.

640.    Attached hereto as Exhibit 636 is a true and correct copy of an email dated April 22, 2016, from Bruce Foster to Heather Dibblee, bearing Bates number MYERISA-00042643.

641.    Attached hereto as Exhibit 637 is a true and correct copy of an email dated April 21, 2016, from Patrick Zinn to Adrienne Helmick, bearing Bates number MYERISA-00117423.

642.    Attached hereto as Exhibit 638 is a true and correct copy of a draft SEC Filing, Form 10-Q dated for the quarterly period ending March 31, 2016, bearing Bates number MYERISA-00117424.

643.    Attached hereto as Exhibit 639 is a true and correct copy of an email dated October 7, 2016, from Lynne Evosevich to Robert Coury and others, bearing Bates number MYERISA-00182076.

644.    Attached hereto as Exhibit 640 is a true and correct copy of an email dated September 28, 2016, from Timothy Redd to Robert Coury and others, bearing Bates number MYERISA-00182355.

645.    Attached hereto as Exhibit 641 is a true and correct copy of an email dated September 28, 2016, from Lynne Evosevich to Robert Coury and others, bearing Bates number MYERISA-00182540.

646.    Attached hereto as Exhibit 642 is a true and correct copy of an email dated January 3, 2015, from Heather Bresch to Robert Coury, bearing Bates number MYERISA-00185775.

647.     Attached hereto as Exhibit 643 is a true and correct copy of a PowerPoint dated December 31, 2014, EpiPen Return on Investment Analysis, bearing Bates number MYERISA-00185776.

648.     Attached hereto as Exhibit 644 is a true and correct copy of an email dated December 19, 2011, from Lesley Bourget to Patrick Zinn and others, bearing Bates number MYERISA-00199436.

649.     Attached hereto as Exhibit 645 is a true and correct copy of a PowerPoint dated December 19, 2011, entitled Connect Collaborate Communicate 2012 Global Leadership Summit, bearing Bates number MYERISA-00199438.

650.     Attached hereto as Exhibit 646 is a true and correct copy of an email dated November 9, 2013, from Roger Graham to Donna Jenkins, bearing Bates number MYERISA-00205388.

651.     Attached hereto as Exhibit 647 is a true and correct copy of a Performance Evaluation dated November 9, 2013, entitled Harry O'Grady's 2013 Year End Review, bearing Bates number MYERISA-00205389.

652.     Attached hereto as Exhibit 648 is a true and correct copy of an email dated December 12, 2013, from Kristi Barnes to Roger Graham, bearing Bates number MYERISA-00207679.

653.     Attached hereto as Exhibit 649 is a true and correct copy of an email dated October 4, 2013, from Nicole Willing to Sean Reilly, bearing Bates number MYERISA-00213500.

654.    Attached hereto as Exhibit 650 is a true and correct copy of an email dated December 2, 2011, from Tom Hadley to Katy Shuck, bearing Bates number MYERISA-00221429.

655.    Attached hereto as Exhibit 651 is a true and correct copy of an email dated October 2, 2015, from Angela Vasko on Behalf of Rajiv Malik, to Patrick Zinn, bearing Bates number MYERISA-00239921.

656.    Attached hereto as Exhibit 652 is a true and correct copy of an email dated April 23, 2014, from Tony Mauro to Kim Brooks, bearing Bates number MYERISA-00257569.

657.    Attached hereto as Exhibit 653 is a true and correct copy of an email dated October 20, 2015, from Patrick Zinn to Douglas Johnston, bearing Bates number MYERISA-00290535.

658.    Attached hereto as Exhibit 654 is a true and correct copy of an email dated September 2, 2016, from Lynne Evosevich to Robert Coury and others, bearing Bates number MYERISA-00293611.

659.    Attached hereto as Exhibit 655 is a true and correct copy of an email dated July 15, 2013, from Tony Mauro to Roger Graham, bearing Bates number MYERISA-00295472.

660.    Attached hereto as Exhibit 656 is a true and correct copy of an email dated September 29, 2016, from Erin Walsh to Adele Golfo and others, bearing Bates number MYERISA-00312686.

661.    Attached hereto as Exhibit 657 is a true and correct copy of an Excel dated February 8, 2018, entitled 2015 Organizational Chart, bearing Bates number MYERISA-00348833.

662.    Attached hereto as Exhibit 658 is a true and correct copy of an Excel dated February 8, 2018, entitled 2016 Organizational Chart, bearing Bates number MYERISA-00348834.

663.    Attached hereto as Exhibit 659 is a true and correct copy of an email dated June 2, 2013 from Michael Aigner to Michael Aigner, bearing Bates number MYL-000000929.

664.    Attached hereto as Exhibit 660 is a true and correct copy of an Excel dated 2013 HDMA Conference Schedule, bearing Bates number MYL-000000934.

665.    Attached hereto as Exhibit 661 is a true and correct copy of an email dated January 10, 2013, from Steve Krinke to James Nesta and others, bearing Bates number MYL-000001320.

666.    Attached hereto as Exhibit 662 is a true and correct copy of an Excel dated January 10, 2013, Mylan Product Discontinuations, bearing Bates number MYL-000001322.

667.    Attached hereto as Exhibit 663 is a true and correct copy of an email dated March 5, 2013, from James Nesta to Michael Aigner, bearing Bates number MYL-000004931.

668.    Attached hereto as Exhibit 664 is a true and correct copy of an email dated April 11, 2013, from Michael Aigner to Steve Krinke and others, bearing Bates number MYL-000007738.

669.    Attached hereto as Exhibit 665 is a true and correct copy of an email dated May 10, 2013, from Allene Walker to Andrea Morris and others, bearing Bates number MYL-000010198.

670.    Attached hereto as Exhibit 666 is a true and correct copy of a report dated 2013, entitled Summary Sheet by Product Family, bearing Bates number MYL-000010331.

671.    Attached hereto as Exhibit 667 is a true and correct copy of an email dated June 2, 2013, from Michael Aigner to Michael Aigner, bearing Bates number MYL-000012314.

672.    Attached hereto as Exhibit 668 is a true and correct copy of an Excel dated 2013 HDMA Business Appointments, bearing Bates number MYL-000012315.

673.    Attached hereto as Exhibit 669 is a true and correct copy of an Excel dated May 30, 2013, entitled Cardinal - 2012 and Q1 2013 Sales Report, bearing Bates number MYL-000012316.

674.    Attached hereto as Exhibit 670 is a true and correct copy of an Excel dated 2013, entitled Cardinal Health 2013 Gross Data, bearing Bates number MYL-000012317.

675.    Attached hereto as Exhibit 671 is a true and correct copy of an Excel dated 2013, Cardinal Health 2013 Weekly Fill Rate, bearing Bates number MYL-000012318.

676.    Attached hereto as Exhibit 672 is a true and correct copy of an Excel dated 2013, entitled HDMA Bullet Points, bearing Bates number MYL-000012319.

677.    Attached hereto as Exhibit 673 is a true and correct copy of an email dated June 10, 2013, from Christopher Dobrowolski to Andrea Morris and others, bearing Bates number MYL-000012516.

678.    Attached hereto as Exhibit 674 is a true and correct copy of a report dated 2013 Summary Sheet by Product Family, bearing Bates number MYL-000012648.

679.    Attached hereto as Exhibit 675 is a true and correct copy of an email dated May 17, 2013, from Christopher Dobrowolski to Andrew Mathers and others, bearing Bates number MYL-000022376.

680.    Attached hereto as Exhibit 676 is a true and correct copy of an Excel dated 2013, entitled Mylan Pharmaceuticals Executive Summary Q1 2013, bearing Bates number MYL-000022377.

681.    Attached hereto as Exhibit 677 is a true and correct copy of an email dated March 15, 2014, from Michael Aigner to Savana Skasik and others, bearing Bates number MYL-000024108.

682.    Attached hereto as Exhibit 678 is a true and correct copy of an email dated March 20, 2014, from Shane Bartolo to Michael Aigner and Sean Reilly, bearing Bates number MYL-000024149.

683.    Attached hereto as Exhibit 679 is a true and correct copy of an email dated April 7, 2014, from Michael Aigner to Edith St. Hilaire and others, bearing Bates number MYL-000025835.

684.    Attached hereto as Exhibit 680 is a true and correct copy of an email dated July 3, 2013, from Christopher Dobrowolski to Andrea Morris and others, bearing Bates number MYL-000030669.

685.    Attached hereto as Exhibit 681 is a true and correct copy of a report dated May 5, 2013, entitled Summary Sheet by Product Family, bearing Bates number MYL-000030670.

686.    Attached hereto as Exhibit 682 is a true and correct copy of an email dated July 23, 2013, from Deanna Guenther to James Nesta, bearing Bates number MYL-000032271.

687.    Attached hereto as Exhibit 683 is a true and correct copy of an email dated July 24, 2013, from James Nesta to Deanna Guenther, bearing Bates number MYL-000032355.

688.    Attached hereto as Exhibit 684 is a true and correct copy of an email dated August 6, 2013, from Adam Sams to Andrea Morris and others, bearing Bates number MYL-000033038.

689.    Attached hereto as Exhibit 685 is a true and correct copy of a report dated 2013, entitled Summary Sheet by Product Family, bearing Bates number MYL-000033039.

690.    Attached hereto as Exhibit 686 is a true and correct copy of an email dated August 14, 2013, from Christopher Dobrowolski to Adam Sams and others, bearing Bates number MYL-000035471.

691.    Attached hereto as Exhibit 687 is a true and correct copy of an email dated August 16, 2013, from James Nesta to Jaclyn Cook and others, bearing Bates number MYL-000035717.

692.    Attached hereto as Exhibit 688 is a true and correct copy of an email dated August 19, 2013, from James Nesta to David Workman and Tony Mauro, bearing Bates number MYL-000035758.

693.    Attached hereto as Exhibit 689 is a true and correct copy of a letter dated August 19, 2013, from Rodney Emerson to Robert Spina, bearing Bates number MYL-000035775.

694.    Attached hereto as Exhibit 690 is a true and correct copy of an email dated August 19, 2013, from J. Mark Bover to David Workman and others, bearing Bates number MYL-000035792.

695.    Attached hereto as Exhibit 691 is a true and correct copy of an email dated September 4, 2013, from Adam Sams to Andrea Morris and others, bearing Bates number MYL-000036903.

696.    Attached hereto as Exhibit 692 is a true and correct copy of a report dated July 7, 2013, entitled Summary Sheet by Product Family, bearing Bates number MYL-000037045.

697.    Attached hereto as Exhibit 693 is a true and correct copy of an email dated October 3, 2013, from Savana Skasik to Andrea Morris and others, bearing Bates number MYL-000039876.

698.    Attached hereto as Exhibit 694 is a true and correct copy of a report dated 2013, entitled Summary Sheet by Product Family, bearing Bates number MYL-000040018.

699.    Attached hereto as Exhibit 695 is a true and correct copy of an email dated November 5, 2013, from Savana Skasik to Andrea Morris and others, bearing Bates number MYL-000042620.

700.    Attached hereto as Exhibit 696 is a true and correct copy of a report dated September 2013, entitled Summary Sheet by Product Family, bearing Bates number MYL-000042766.

701.    Attached hereto as Exhibit 697 is a true and correct copy of an email dated December 3, 2013, from David Workman to Rodney Emerson, bearing Bates number MYL-000045131.

702.    Attached hereto as Exhibit 698 is a true and correct copy of an email dated December 4, 2013, from Savana Skasik to Andrea Morris and others, bearing Bates number MYL-000045173.

703.    Attached hereto as Exhibit 699 is a true and correct copy of a report dated December 4, 2013, entitled Product Summaries, bearing Bates number MYL-000045319.

704.    Attached hereto as Exhibit 700 is a true and correct copy of an email dated February 14, 2014, from Christopher Dobrowolski to Andrea Morris and others, bearing Bates number MYL-000050383.

705.    Attached hereto as Exhibit 701 is a true and correct copy of a report dated 2014, entitled Summary Sheet by Product Family, bearing Bates number MYL-000050525.

706.    Attached hereto as Exhibit 702 is a true and correct copy of an email dated January 6, 2014, from Lance Wyatt to James Nesta, bearing Bates number MYL-000068091.

707.    Attached hereto as Exhibit 703 is a true and correct copy of an email dated March 11, 2014, from Christopher Dobrowolski to Andrea Morris and others, bearing Bates number MYL-000070121.

708.    Attached hereto as Exhibit 704 is a true and correct copy of a report dated 2014, entitled Summary Sheet by Product Family, bearing Bates number MYL-000070263.

709.    Attached hereto as Exhibit 705 is a true and correct copy of an email dated June 9, 2014, from James Nesta to Melissa Second, bearing Bates number MYL-000078040.

710.    Attached hereto as Exhibit 706 is a true and correct copy of a report dated 2014, entitled Summary Sheet by Product Family, bearing Bates number MYL-000078190.

711.    Attached hereto as Exhibit 707 is a true and correct copy of an email dated September 12, 2014, from Garrett Harper to Andrea Morris and others, bearing Bates number MYL-000082944.

712.    Attached hereto as Exhibit 708 is a true and correct copy of a report dated 2014, entitled Summary Sheet by Product Family, bearing Bates number MYL-000083118.

713.     Attached hereto as Exhibit 709 is a true and correct copy of an email dated December 11, 2014, from Garrett Harper to Andrea Morris and others, bearing Bates number MYL-000088505.

714.     Attached hereto as Exhibit 710 is a true and correct copy of a report dated 2014, entitled Summary Sheet by Product Family, bearing Bates number MYL-000088570.

715.     Attached hereto as Exhibit 711 is a true and correct copy of an email dated June 25, 2013, from Tia Schaefer to Gary Tighe and others, bearing Bates number MYL-000091280.

716.     Attached hereto as Exhibit 712 is a true and correct copy of an Excel dated 2013, entitled NACDS Advanced Reg List, bearing Bates number MYL-000091281.

717.     Attached hereto as Exhibit 713 is a true and correct copy of an email dated May 12, 2014, from Dawna Johnson to Michael Aigner, bearing Bates number MYL-000091787.

718.     Attached hereto as Exhibit 714 is a true and correct copy of an email dated May 13, 2014, from Melissa Second to Michael Aigner, bearing Bates number MYL-000091811.

719.     Attached hereto as Exhibit 715 is a true and correct copy of a form dated 2014, entitled HDMA Business and Leadership Conference Awards Banquet Seating Arrangements, bearing Bates number MYL-000091816.

720.     Attached hereto as Exhibit 716 is a true and correct copy of an Excel dated 2014, entitled HDMA Business and Leadership Conference -Reg List, bearing Bates number MYL-000091817.

721.     Attached hereto as Exhibit 717 is a true and correct copy of an email dated May 20, 2013, from Dawna Johnson to Kevin McElfresh and others, bearing Bates number MYL-000092231.

722.    Attached hereto as Exhibit 718 is a true and correct copy of an email dated December 30, 2013, from Angela Vasko to Heather Bresch and others, bearing Bates number MYL-000145385.

723.    Attached hereto as Exhibit 719 is a true and correct copy of a PowerPoint dated 2013, entitled Mylan North America Executive Summary, bearing Bates number MYL-000145414.

724.    Attached hereto as Exhibit 720 is a true and correct copy of a meeting notice for April 28, 2014, entitled WBAD/ABC Meeting at NACDS Scottsdale, bearing Bates number MYL-000148935.

725.    Attached hereto as Exhibit 721 is a true and correct copy of an email dated January 29, 2016, from John Sheehan to Heather Bresch, bearing Bates number MYL-000157520.

726.    Attached hereto as Exhibit 722 is a true and correct copy of a PowerPoint presentation dated February 5, 2016, entitled Board of Directors Update, bearing Bates number MYL-000157522.

727.    Attached hereto as Exhibit 723 is a true and correct copy of a binder dated April 25-28, 2015, entitled NACDS Annual Meeting 2015, bearing Bates number MYL-000164065.

728.    Attached hereto as Exhibit 724 is a true and correct copy of an email dated April 11, 2014, from Melinda McQuiston to David Workman and others, bearing Bates number MYL-000776112.

729.    Attached hereto as Exhibit 725 is a true and correct copy of an email dated May 6, 2014, from Howard Martin to David Workman and others, bearing Bates number MYL-000777053.

730.    Attached hereto as Exhibit 726 is a true and correct copy of an email dated January 23, 2015, from James Nesta to Joseph Duda, bearing Bates number MYL-000788533.

731.    Attached hereto as Exhibit 727 is a true and correct copy of an email dated February 4, 2015, from Joseph Duda to Jill Dean and others, bearing Bates number MYL-000788909.

732.    Attached hereto as Exhibit 728 is a true and correct copy of an email dated February 9, 2015, from James Nesta to Joseph Duda, bearing Bates number MYL-000789205.

733.    Attached hereto as Exhibit 729 is a true and correct copy of an email dated July 8, 2015, from Christina Singletary to David Mitchell and others, bearing Bates number MYL-000797492.

734.    Attached hereto as Exhibit 730 is a true and correct copy of an email dated July 17, 2015, from Christina Singletary to David Mitchell and others, bearing Bates number MYL-000797897.

735.    Attached hereto as Exhibit 731 is a true and correct copy of an email dated August 6, 2015, from Christina Singletary to David Mitchell and others, bearing Bates number MYL-000799091.

736.    Attached hereto as Exhibit 732 is a true and correct copy of an email dated August 24, 2015, from Christina Singletary to Tony Mauro and others, bearing Bates number MYL-000799991.

737.    Attached hereto as Exhibit 733 is a true and correct copy of an email dated October 1, 2015, from Christina Singletary to David Mitchell and others, bearing Bates number MYL-000801700.

738.    Attached hereto as Exhibit 734 is a true and correct copy of an email dated July 18, 2013, from Brittany Sheets to Andrea Morris and others, bearing Bates number MYLGP0000109429.

739.    Attached hereto as Exhibit 735 is a true and correct copy of an Excel dated 2013, entitled CVS Price File, bearing Bates number MYLGP0000109430.

740.    Attached hereto as Exhibit 736 is a true and correct copy of an email dated June 18, 2013, from Brittany Sheets to Allene Walker, bearing Bates number MYLGP0000111729.

741.    Attached hereto as Exhibit 737 is a true and correct copy of an email dated June 26, 2013, from Calvin Castillo to Brittany Sheets, bearing Bates number MYLGP0000111776.

742.    Attached hereto as Exhibit 738 is a true and correct copy of an email dated August 14, 2013, from J. Mark Bover to Allene Walker and Brittany Sheets, bearing Bates number MYLGP0000112320.

743.    Attached hereto as Exhibit 739 is a true and correct copy of an email dated October 17, 2013, from J. Mark Bover to Courtney Wilson and others, bearing Bates number MYLGP0000112625.

744.    Attached hereto as Exhibit 740 is a true and correct copy of an email dated April 22, 2014, from Brittany Sheets to Andrea Morris, bearing Bates number MYLGP0000113867.

745.    Attached hereto as Exhibit 741 is a true and correct copy of an email dated February 5, 2013, from Brittany Sheets to Courtney Wilson and others, bearing Bates number MYLGP0000115235.

746.    Attached hereto as Exhibit 742 is a true and correct copy of an email dated June 4, 2013, from Rodney Emerson to J. Mark Bover, bearing Bates number MYLGP0000115581.

747.    Attached hereto as Exhibit 743 is a true and correct copy of a PowerPoint dated June 3, 2013, entitled CY 2013 Price Increases, bearing Bates number MYLGP0000115586.

748.    Attached hereto as Exhibit 744 is a true and correct copy of an email dated August 30, 2013, from Brittany Sheets to Rodney Emerson, bearing Bates number MYLGP0000115810.

749.    Attached hereto as Exhibit 745 is a true and correct copy of an email dated March 21, 2014, from Michael Aigner to Edgar Escoto and others, bearing Bates number MYLGP0000119021.

750.    Attached hereto as Exhibit 746 is a true and correct copy of an email dated August 8, 2014, from Katie Reed to Joseph Duda and others, bearing Bates number MYLGP0000119136.

751.    Attached hereto as Exhibit 747 is a true and correct copy of an email dated March 13, 2012, from Andrea Morris to Krista Burke and Jaclyn Cook, bearing Bates number MYLGP0000123230.

752.    Attached hereto as Exhibit 748 is a true and correct copy of an email dated April 16, 2012, from Jacquelyn Tricase to Gary Sphar, bearing Bates number MYLGP0000124794.

753.    Attached hereto as Exhibit 749 is a true and correct copy of an email dated August 3, 2012, from Michael Aigner to James Nesta, bearing Bates number MYLGP0000130830.

754.    Attached hereto as Exhibit 750 is a true and correct copy of an email dated August 31, 2012, from James Nesta to Lance Wyatt, bearing Bates number MYLGP0000132422.

755.    Attached hereto as Exhibit 751 is a true and correct copy of an email dated September 21, 2012, from Lance Wyatt to Shane Bartolo and others, bearing Bates number MYLGP0000133452.

756.    Attached hereto as Exhibit 752 is a true and correct copy of document dated September 21, 2012, entitled National Account Manager Weekly Update, bearing Bates number MYLGP0000133455.

757.    Attached hereto as Exhibit 753 is a true and correct copy of an email dated February 8, 2013, from Michael Aigner to Lance Wyatt, bearing Bates number MYLGP0000140145.

758.    Attached hereto as Exhibit 754 is a true and correct copy of an email dated February 15, 2013, from Brittany Sheets to J. Mark Bover and others, bearing Bates number MYLGP0000140368.

759.    Attached hereto as Exhibit 755 is a true and correct copy of an email dated February 27, 2013, from Shane Bartolo to Bill Cieri and others, bearing Bates number MYLGP0000140856.

760.    Attached hereto as Exhibit 756 is a true and correct copy of an email dated March 6, 2013, from J. Mark Bover to Courtney Wilson, bearing Bates number MYLGP0000141250.

761.    Attached hereto as Exhibit 757 is a true and correct copy of an email dated March 13, 2013, from James Nesta to Courtney Wilson and others, bearing Bates number MYLGP0000141524.

762.    Attached hereto as Exhibit 758 is a true and correct copy of an email dated April 15, 2013, from Katie Reed to Bethany Cage, bearing Bates number MYLGP0000142247.

763.    Attached hereto as Exhibit 759 is a true and correct copy of an email dated September 13, 2013, from Allene Walker to Brittany Sheets and others, bearing Bates number MYLGP0000146879.

764.    Attached hereto as Exhibit 760 is a true and correct copy of an email dated November 15, 2013, from David Workman to J. Mark Bover, bearing Bates number MYLGP0000150540.

765.    Attached hereto as Exhibit 761 is a true and correct copy of an email dated December 2, 2013, from Robert O'Neill to Andrea Morris, bearing Bates number MYLGP0000151125.

766.    Attached hereto as Exhibit 762 is a true and correct copy of an email dated January 10, 2014, from Sean Reilly to Aterra Mills, bearing Bates number MYLGP0000153696.

767.    Attached hereto as Exhibit 763 is a true and correct copy of an email dated February 26, 2014, from Sean Reilly to Savana Skasik, bearing Bates number MYLGP0000157741.

768.    Attached hereto as Exhibit 764 is a true and correct copy of an email dated June 7, 2013, from Jill Dean to Erik Williams and others, bearing Bates number MYLGP0000158803.

769.    Attached hereto as Exhibit 765 is a true and correct copy of an email dated September 12, 2014, from William Simon to Joseph Duda and others, bearing Bates number MYLGP0000161397.

770.    Attached hereto as Exhibit 766 is a true and correct copy of an email dated March 24, 2014, from Savana Skasik to Stephanie Nuzum and Courtney Wilson, bearing Bates number MYLGP0000165840.

771.    Attached hereto as Exhibit 767 is a true and correct copy of an email dated April 14, 2014, from Apollo Marple to Courtney Wilson and Stephanie Nuzum, bearing Bates number MYLGP0000166117.

772.    Attached hereto as Exhibit 768 is a true and correct copy of an email dated January 28, 2015, from Jaclyn Cook to Robert O'Neill and others, bearing Bates number MYLGP0000168362.

773.    Attached hereto as Exhibit 769 is a true and correct copy of an email dated October 18, 2013, from Katie Reed to Brittany Sheets and Allene Walker, bearing Bates number MYLGP0000169888.

774.    Attached hereto as Exhibit 770 is a true and correct copy of an email dated April 6, 2012, from James Nesta to Edward Lowther and others, bearing Bates number MYLGP0000171199.

775.    Attached hereto as Exhibit 771 is a true and correct copy of an email dated November 18, 2013, from Andrew Miller to Brian Jernigan and others, bearing Bates number MYLGP0000394571.

776.    Attached hereto as Exhibit 772 is a true and correct copy of an email dated September 24, 2015, from Christina Singletary to Erik Williams and others, bearing Bates number MYLGP0000402375.

777.    Attached hereto as Exhibit 773 is a true and correct copy of a memorandum dated 2015, entitled Addendum A to Mylan North America Charter of the Pricing Committee, bearing Bates number MYLGP0000402380.

778.    Attached hereto as Exhibit 774 is a true and correct copy of an email dated March 11, 2015, from Bob Potter to Heather Bresch and others, bearing Bates number MYLGP0000418557.

779.    Attached hereto as Exhibit 775 is a true and correct copy of an email dated June 15, 2015, from Bob Potter to Douglas Boothe, bearing Bates number MYLGP0000418616.

780.    Attached hereto as Exhibit 776 is a true and correct copy of an email dated August 10, 2015, from Bob Potter to Douglas Boothe, bearing Bates number MYLGP0000418640.

781.    Attached hereto as Exhibit 777 is a true and correct copy of an email dated November 18, 2013, from Andy Miller to Frank Mullery and others, bearing Bates number MYLGP0000421132.

782.    Attached hereto as Exhibit 778 is a true and correct copy of an email dated September 5, 2014, from Sarah Sopczynski to Daniel DiCola and others, bearing Bates number MYLGP0000421385.

783.    Attached hereto as Exhibit 779 is a true and correct copy of an email dated February 19, 2014, from Renee Miller to John Sheehan and others, bearing Bates number MYLGP0000441717.

784.    Attached hereto as Exhibit 780 is a true and correct copy of a PowerPoint dated January 2014 Financial Management Reporting Guidebook, bearing Bates number MYLGP0000441722.

785.    Attached hereto as Exhibit 781 is a true and correct copy of an email dated September 24, 2015, from Christina Singletary to Erik Williams and others, bearing Bates number MYLGP0000458346.

786.    Attached hereto as Exhibit 782 is a true and correct copy of a PowerPoint dated 2015, entitled Mylan North America Charter of the Pricing Committee, bearing Bates number MYLGP0000458347.

787.    Attached hereto as Exhibit 783 is a true and correct copy of a memorandum dated 2015, entitled Addendum B to Mylan North America Charter of the Pricing Committee, bearing Bates number MYLGP0000458356.

788.    Attached hereto as Exhibit 784 is a true and correct copy of an email dated April 13, 2014, from Terri Fettinger to Rajiv Malik, bearing Bates number MYLGP0000509687.

789.    Attached hereto as Exhibit 785 is a true and correct copy of an email dated November 16, 2015, from John Miraglia to Susanto Banerjee and others, bearing Bates number MYLGP0000547889.

790.    Attached hereto as Exhibit 786 is a true and correct copy of a PDF spreadsheet dated November 16, 2015, entitled Preliminary Draft Q1 Closing Calendar, bearing Bates number MYLGP0000547891.

791.    Attached hereto as Exhibit 787 is a true and correct copy of a PDF spreadsheet dated November 16, 2015, entitled Preliminary Draft Q1 Closing Calendar, bearing Bates number MYLGP0000547900.

792.    Attached hereto as Exhibit 788 is a true and correct copy of a report dated 2013, entitled Walgreens Divalproex ER, bearing Bates number MYLGP0000703330.

793.    Attached hereto as Exhibit 789 is a true and correct copy of a report dated 2014, entitled PharMerica ADC Checklist, bearing Bates number MYLGP0000706231.

794.    Attached hereto as Exhibit 790 is a true and correct copy of a report dated December 11, 2014, entitled ABC Tolterodine ER Source Addition, bearing Bates number MYLGP0000715321.

795.    Attached hereto as Exhibit 791 is a true and correct copy of a report dated December 17, 2014, entitled HD Smith Methotrexate Source Addition, bearing Bates number MYLGP0000716005.

796.    Attached hereto as Exhibit 792 is a true and correct copy of a report dated 2014, entitled Walgreens Divalproex Sodium ER Tabs Indirect Net Down to Price Change, bearing Bates number MYLGP0000717369.

797.    Attached hereto as Exhibit 793 is a true and correct copy of a report dated June 3, 2014, entitled Multiple Products Source Change, bearing Bates number MYLGP0000732806.

798.    Attached hereto as Exhibit 794 is a true and correct copy of a report dated May 29, 2014, entitled Multiple Products Source Addition, bearing Bates number MYLGP0000732883.

799.    Attached hereto as Exhibit 795 is a true and correct copy of a report dated March 27, 2013, entitled Multiple Products Source Change, bearing Bates number MYLGP0000732928.

800.    Attached hereto as Exhibit 796 is a true and correct copy of a report dated August 18, 2014, entitled Omnicare Tolterodine Direct Addition, bearing Bates number MYLGP0000733791.

801.    Attached hereto as Exhibit 797 is a true and correct copy of a report dated May 27, 2014, entitled Kinney Methotrexate Tablets Direct Addition, bearing Bates number MYLGP0000734004.

802.    Attached hereto as Exhibit 798 is a true and correct copy of a report dated August 19, 2014, entitled ABC Tolterodine ER OTB Contract Product Addition, bearing Bates number MYLGP0000734166.

803.    Attached hereto as Exhibit 799 is a true and correct copy of a report dated July 3, 2014, entitled Walgreen Divalproex ER Tabs Direct Change, bearing Bates number MYLGP0000735038.

804.    Attached hereto as Exhibit 800 is a true and correct copy of a report dated July 2, 2014, entitled Omnicare Clonidine Direct Change, bearing Bates number MYLGP0000737826.

805.    Attached hereto as Exhibit 801 is a true and correct copy of a report dated May 1, 2014, entitled OptumRX Multiple Direct Change, bearing Bates number MYLGP0000740728.

806.    Attached hereto as Exhibit 802 is a true and correct copy of a report dated March 28, 2014, entitled Cardinal Doxycycline SPR Source Addition, bearing Bates number MYLGP0000742938.

807.    Attached hereto as Exhibit 803 is a true and correct copy of a report dated July 7, 2014, entitled Publix Benazepril HCTZ Direct Addition, bearing Bates number MYLGP0000744079.

808.    Attached hereto as Exhibit 804 is a true and correct copy of a report dated July 31, 2014, entitled H.D. Smith Enalapril Source Addition, bearing Bates number MYLGP0000746237.

809.    Attached hereto as Exhibit 805 is a true and correct copy of a report dated September 29, 2014, entitled HEB Methotrexate Direct Addition, bearing Bates number MYLGP0000746848.

810.    Attached hereto as Exhibit 806 is a true and correct copy of a report dated September 25, 2014, entitled CVS Tolterodine ER OTB Direct Addition, bearing Bates number MYLGP0000748628.

811.    Attached hereto as Exhibit 807 is a true and correct copy of a report dated September 26, 2014, entitled Tolterodine ER CAPS Source Addition, bearing Bates number MYLGP0000748788.

812.    Attached hereto as Exhibit 808 is a true and correct copy of a report dated August 7, 2014, Walmart Tolterodine ER Direct Addition, bearing Bates number MYLGP0000752066.

813.    Attached hereto as Exhibit 809 is a true and correct copy of a report dated August 21, 2014, entitled CVS Tolterodine ER OTB Direct Product Addition, bearing Bates number MYLGP0000752928.

814.    Attached hereto as Exhibit 810 is a true and correct copy of a report dated June 17, 2015, entitled McKesson Multiple Product Addition, bearing Bates number MYLGP0000775434.

815.    Attached hereto as Exhibit 811 is a true and correct copy of a report dated May 7, 2015 McKesson Multiple Product Addition, bearing Bates number MYLGP0000777114.

816.    Attached hereto as Exhibit 812 is a true and correct copy of a report dated 2015, entitled McKesson Multiple Product Addition, bearing Bates number MYLGP0000777311.

817.    Attached hereto as Exhibit 813 is a true and correct copy of a report dated 2015, entitled McKesson Multiple Product Price Change, bearing Bates number MYLGP0000777634.

818.    Attached hereto as Exhibit 814 is a true and correct copy of a report dated 2015, entitled McKesson Multiple Product Price Change, bearing Bates number MYLGP0000778713.

819.     Attached hereto as Exhibit 815 is a true and correct copy of a report dated 2015, entitled McKesson Multiple Product Addition, bearing Bates number MYLGP0000778922.

820.     Attached hereto as Exhibit 816 is a true and correct copy of a report signed January 29, 2016, entitled Capecitabine USP Contract Price Change, bearing Bates number MYLGP0000798400.

821.     Attached hereto as Exhibit 817 is a true and correct copy of an email dated June 11, 2014, from Mike McBride to Joseph Duda, bearing Bates number MYLGP0000804312.

822.     Attached hereto as Exhibit 818 is a true and correct copy of an email dated August 11, 2014, from Joseph Duda to Richard Moldin, bearing Bates number MYLGP0000804423.

823.     Attached hereto as Exhibit 819 is a true and correct copy of an email dated August 22, 2014, from Joseph Duda to Mike McBride, bearing Bates number MYLGP0000804431.

824.     Attached hereto as Exhibit 820 is a true and correct copy of an email dated June 28, 2012, from Karen Ribler to Antonio Pera and others, bearing Bates number MYLGP0000811616.

825.     Attached hereto as Exhibit 821 is a true and correct copy of an email dated December 20, 2012 from Nicole Scotchel to Todd Treeger, bearing Bates number MYLGP0000813469.

826.     Attached hereto as Exhibit 822 is a true and correct copy of an insert dated 2012, entitled Tolterodine Tartrate, bearing Bates number MYLGP0000813475.

827.    Attached hereto as Exhibit 823 is a true and correct copy of an email dated February 26, 2013, from Diana Fortier to Kelly Myers and others, bearing Bates number MYLGP0000814270.

828.    Attached hereto as Exhibit 824 is a true and correct copy of a report dated February 26, 2013, entitled Clonidine Transdermal System, bearing Bates number MYLGP0000814280.

829.    Attached hereto as Exhibit 825 is a true and correct copy of an email dated March 19, 2013, from Angela Lanham to Joe Duda, bearing Bates number MYLGP0000814582.

830.    Attached hereto as Exhibit 826 is a true and correct copy of an email dated December 19, 2013, from Bethany Cage to Brian Schneider, bearing Bates number MYLGP0000820785.

831.    Attached hereto as Exhibit 827 is a true and correct copy of a letter dated 2013, from Holly Collins to Brian Schneider, bearing Bates number MYLGP0000820798.

832.    Attached hereto as Exhibit 828 is a true and correct copy of an email dated July 31, 2012 from Tracy Wrubleski to Sasa Kovic and others, bearing Bates number MYLGP0000832550.

833.    Attached hereto as Exhibit 829 is a true and correct copy of an email dated April 3, 2015 from Karen Ribler to Gayle Johnston and others, bearing Bates number MYLGP0000837463.

834.    Attached hereto as Exhibit 830 is a true and correct copy of an Excel dated April 3, 2015, entitled 2015 Center for Healthcare Supply Chain Research CEO Roundtable Fundraiser, bearing Bates number MYLGP0000837464.

835.     Attached hereto as Exhibit 831 is a true and correct copy of an email dated November 5, 2015, from Karen Ribler to James Reilly and others, bearing Bates number MYLGP0000837544.

836.     Attached hereto as Exhibit 832 is a true and correct copy of an email dated December 26, 2013, from Diana Fortier to Brian Schneider and others, bearing Bates number MYLGP0000838709.

837.     Attached hereto as Exhibit 833 is a true and correct copy of a letter dated 2013, from Holly Collins to Brian Schneider, bearing Bates number MYLGP0000838710.

838.     Attached hereto as Exhibit 834 is a true and correct copy of an email dated December 18, 2014, from Lexie Mills to Jill Dean and others, bearing Bates number MYLGP0000884972.

839.     Attached hereto as Exhibit 835 is a true and correct copy of an email dated June 18, 2014, from Sean Reilly to Susan Cadigan, bearing Bates number MYLGP0000895635.

840.     Attached hereto as Exhibit 836 is a true and correct copy of an agenda dated February 24, 2014, entitled Meeting of the Audit Committee of the Mylan Inc. Board of Directors Agenda, bearing Bates number MYLGP0000904787.

841.     Attached hereto as Exhibit 837 is a true and correct copy of a letter dated February 14, 2012 from Daniel Rizzo to Audit Committee Members, bearing Bates number MYLGP0000905420.

842.     Attached hereto as Exhibit 838 is a true and correct copy of meeting minutes dated October 29, 2013, entitled Meeting of the Board of Directors, bearing Bates number MYLGP0000906444.

843.    Attached hereto as Exhibit 839 is a true and correct copy of an email dated December 7, 2012, from Christopher Dobrowolski to Danielle Smith and others, bearing Bates number MYLGP0000922076.

844.    Attached hereto as Exhibit 840 is a true and correct copy of a report dated October 2012 entitled Summary Sheet by Product Family, bearing Bates number MYLGP0000922077.

845.    Attached hereto as Exhibit 841 is a true and correct copy of an email dated January 30, 2012, from Tom Palko to John Deiriggi, bearing Bates number MYLGP0000927327.

846.    Attached hereto as Exhibit 842 is a true and correct copy of an email dated May 15, 2012, from Megan Taylor to Gary Sphar and others, bearing Bates number MYLGP0000993136.

847.    Attached hereto as Exhibit 843 is a true and correct copy of an email dated November 17, 2011, from J. Mark Bover to David Workman, bearing Bates number MYLGP0000995950.

848.    Attached hereto as Exhibit 844 is a true and correct copy of an email dated March 22, 2013, from Christopher Dobrowolski to Jason Santucci and Brittany Sheets, bearing Bates number MYLGP0001029672.

849.    Attached hereto as Exhibit 845 is a true and correct copy of a report dated January 2013, entitled Summary Sheet by Product Family, bearing Bates number MYLGP0001029673.

850.    Attached hereto as Exhibit 846 is a true and correct copy of an email dated October 28, 2013, from Rick Mingori to Sean Reilly, bearing Bates number MYLGP0001078761.

851.     Attached hereto as Exhibit 847 is a true and correct copy of a letter dated October 28, 2013, entitled Actavis Announces the Introduction of Doxycycline DR Tab, bearing Bates number MYLGP0001078762.

852.     Attached hereto as Exhibit 848 is a true and correct copy of an email dated December 5, 2014, from Melinda McQuiston to Amanda Koch and others, bearing Bates number MYLGP0001236654.

853.     Attached hereto as Exhibit 849 is a true and correct copy of an email dated February 13, 2013, from Christopher Dobrowolski to Jaclyn Cook and others, bearing Bates number MYLGP0001302348.

854.     Attached hereto as Exhibit 850 is a true and correct copy of a report dated December 2012 Summary Sheet by Product Family, bearing Bates number MYLGP0001302490.

855.     Attached hereto as Exhibit 851 is a true and correct copy of an email dated January 1, 2014, from Christina Singletary to Rodney Emerson and others, bearing Bates number MYLGP0001309544.

856.     Attached hereto as Exhibit 852 is a true and correct copy of an email dated May 1, 2013, from Robin Young to Dan Maloney and others, bearing Bates number MYLGP0001331504.

857.     Attached hereto as Exhibit 853 is a true and correct copy of a letter dated April 30, 2013, from Rodney Emerson to Dan Maloney, bearing Bates number MYLGP0001331505.

858.     Attached hereto as Exhibit 854 is a true and correct copy of an form dated 2013 HDMA Clonidine Transdermal Information, bearing Bates number MYLGP0001331508.

859.     Attached hereto as Exhibit 855 is a true and correct copy of an form dated 2013 HDMA Clonidine Transdermal Information, bearing Bates number MYLGP0001331511.

860.    Attached hereto as Exhibit 856 is a true and correct copy of an email dated February 10, 2014, from Julie Westfall to Matthew Gregg and others, bearing Bates number MYLGP0001458721.

861.    Attached hereto as Exhibit 857 is a true and correct copy of an Excel dated 2014, entitled US MPI, bearing Bates number MYLGP0001458723.

862.    Attached hereto as Exhibit 858 is a true and correct copy of an email dated March 26, 2012, from Jennifer Jurosco to Robert Coury and others, bearing Bates number MYLGP0001506482.

863.    Attached hereto as Exhibit 859 is a true and correct copy of an email dated December 10, 2015, from Traci Quarrick to Mathias Olivier and others, bearing Bates number MYLGP0001609089.

864.    Attached hereto as Exhibit 860 is a true and correct copy of an Excel dated 2015 MPI Review for Drug Shortage, bearing Bates number MYLGP0001609090.

865.    Attached hereto as Exhibit 861 is a true and correct copy of an email dated April 5, 2013, from Jill Dean to Brad Frank and others, bearing Bates number MYLGP0001675622.

866.    Attached hereto as Exhibit 862 is a true and correct copy of an email dated February 18, 2015, from Brad Frank to Ruben Garrido and others, bearing Bates number MYLGP0001683458.

867.    Attached hereto as Exhibit 863 is a true and correct copy of an email dated February 14, 2014, from David Mitchell to Keith Meckstroth and others, bearing Bates number MYLGP0001695307.

868.    Attached hereto as Exhibit 864 is a true and correct copy of an Excel dated 2014, entitled Major Product Launches, bearing Bates number MYLGP0001695308.

869.    Attached hereto as Exhibit 865 is a true and correct copy of an email dated July 30, 2015, from Garrett Harper to Andrea Morris, bearing Bates number MYLGP0001702533.

870.    Attached hereto as Exhibit 866 is a true and correct copy of a report dated June 2015 Summary Sheet by Product Family, bearing Bates number MYLGP0001703116.

871.    Attached hereto as Exhibit 867 is a true and correct copy of an email dated September 23, 2014, from Frank Mullery to Amanda Koch and others, bearing Bates number MYLGP0001707943.

872.    Attached hereto as Exhibit 868 is a true and correct copy of an email dated January 30, 2015, from Frank Mullery to Donna Brooks, bearing Bates number MYLGP0001709143.

873.    Attached hereto as Exhibit 869 is a true and correct copy of an email dated February 10, 2015, from Donna Brooks to Frank Mullery, bearing Bates number MYLGP0001709183.

874.    Attached hereto as Exhibit 870 is a true and correct copy of an email dated April 30, 2014, from Stephen Campbell to Melinda McQuiston and others, bearing Bates number MYLGP0001714483.

875.    Attached hereto as Exhibit 871 is a true and correct copy of an email dated March 5, 2014, from Diana Fortier to Sean Reilly and Katie Reed, bearing Bates number MYLGP0001742959.

876.    Attached hereto as Exhibit 872 is a true and correct copy of an email dated September 15, 2014, from Matt Dawes to Erik Williams and James Papp, bearing Bates number MYLGP0001756546.

877.     Attached hereto as Exhibit 873 is a true and correct copy of an email dated

August 20, 2014, from Dave Berthold to Matt Dawes and others, bearing Bates number

MYLGP0001756550.

878.     Attached hereto as Exhibit 874 is a true and correct copy of an email dated April

23, 2013, from NACDS News Release to Joe Duda, bearing Bates number MYLGP0001878826.

879.     Attached hereto as Exhibit 875 is a true and correct copy of an email dated April

23, 2013, from NACDS News Release to Robert Potter, bearing Bates number

MYLGP0001878829.

880.     Attached hereto as Exhibit 876 is a true and correct copy of an email dated April

23, 2013, from NACDS News Release to James Nesta, bearing Bates number

MYLGP0001878832.

881.     Attached hereto as Exhibit 877 is a true and correct copy of an email dated May

11, 2015, from Amanda Koch to Dale Hill and others, bearing Bates number

MYLGP0002044715.

882.     Attached hereto as Exhibit 878 is a true and correct copy of a leaflet dated May

11, 2015, Capecitabine Tablets, bearing Bates number MYLGP0002044732.

883.     Attached hereto as Exhibit 879 is a true and correct copy of an email dated April

16, 2013, from J. Mark Bover to Donna Brooks and others, bearing Bates number

MYLGP0002051825.

884.     Attached hereto as Exhibit 880 is a true and correct copy of an email dated

January 20, 2015, from Larae Biggins to Joseph Duda and others, bearing Bates number

MYLGP0002069320.

885.    Attached hereto as Exhibit 881 is a true and correct copy of an email dated January 7, 2013, from J. Mark Bover to Thomas McGowan, bearing Bates number MYLGP0002219197.

886.    Attached hereto as Exhibit 882 is a true and correct copy of an email dated June 14, 2013, from Christina Singletary to J. Mark Bover, and others, bearing Bates number MYLGP0002220011.

887.    Attached hereto as Exhibit 883 is a true and correct copy of an email dated February 24, 2015, from Amanda Koch to Tony Mauro and others, bearing Bates number MYLGP0002222994.

888.    Attached hereto as Exhibit 884 is a true and correct copy of a PowerPoint dated February 17, 2015, MPI Price Increases, bearing Bates number MYLGP0002222997.

889.    Attached hereto as Exhibit 885 is a true and correct copy of an email dated February 27, 2015, from Amanda Koch to David Mitchell and others, bearing Bates number MYLGP0002223178.

890.    Attached hereto as Exhibit 886 is a true and correct copy of an email dated January 27, 2015, from James Nesta to Jill Dean and others, bearing Bates number MYLGP0002231913.

891.    Attached hereto as Exhibit 887 is a true and correct copy of an email dated October 22, 2013, from Lexie Matthews to Edgar Escoto, bearing Bates number MYLGP0002256607.

892.    Attached hereto as Exhibit 888 is a true and correct copy of an email dated March 7, 2015, from James Nesta to Deanna Guenther, bearing Bates number MYLGP0002262080.

893.     Attached hereto as Exhibit 889 is a true and correct copy of a report dated January 2015, entitled Summary Sheet by Product Family, bearing Bates number MYLGP0002262287.

894.     Attached hereto as Exhibit 890 is a true and correct copy of an email dated February 8, 2013, from Brittany Sheets to Stephanie Beatty and others, bearing Bates number MYLGP0002337912.

895.     Attached hereto as Exhibit 891 is a true and correct copy of an email dated December 6, 2013, from Christina Singletary to Rodney Emerson, bearing Bates number MYLGP0002351702.

896.     Attached hereto as Exhibit 892 is a true and correct copy of an email dated February 6, 2015, from Rajiv Malik to Satish Reddy, bearing Bates number MYLGP0002369743.

897.     Attached hereto as Exhibit 893 is a true and correct copy of an email dated February 7, 2015, from Sandra Keogh to Rajiv Malik and others, bearing Bates number MYLGP0002369978.

898.     Attached hereto as Exhibit 894 is a true and correct copy of an email dated February 19, 2015, from Sandra Keogh to Rajiv Malik and Thomas McGowan, bearing Bates number MYLGP0002370214.

899.     Attached hereto as Exhibit 895 is a true and correct copy of a PowerPoint dated February 2018, entitled Regional AOI ed R&D: North America, bearing Bates number MYLGP0002370215.

900.     Attached hereto as Exhibit 896 is a true and correct copy of an email dated February 22, 2015, from Brad Frank to Matthew Erick and others, bearing Bates number MYLGP0002378985.

901.    Attached hereto as Exhibit 897 is a true and correct copy of an email dated December 4, 2014, from Jill Dean to Joe Duda, Frank Mullery and others, bearing Bates number MYLGP0002390475.

902.    Attached hereto as Exhibit 898 is a true and correct copy of an email dated November 26, 2014, from Frank Mullery to Amanda Koch and others, bearing Bates number MYLGP0002394325.

903.    Attached hereto as Exhibit 899 is a true and correct copy of an email dated March 18, 2015, from Frank Mullery to Amanda Koch. David Workman, Tony Mauro, and others, bearing Bates number MYLGP0002395609.

904.    Attached hereto as Exhibit 900 is a true and correct copy of an email dated January 19, 2015, from James Nesta to Joseph Duda and others, bearing Bates number MYLGP0002397385.

905.    Attached hereto as Exhibit 901 is a true and correct copy of an email dated January 21, 2015, from James Nesta to Jill Dean and others, bearing Bates number MYLGP0002397433.

906.    Attached hereto as Exhibit 902 is a true and correct copy of an email dated January 27, 2015, from James Nesta to David Mitchell and others, bearing Bates number MYLGP0002397471.

907.    Attached hereto as Exhibit 903 is a true and correct copy of an email dated March 16, 2015, from Bob Potter to Tony Mauro and others, bearing Bates number MYLGP0002424553.

908.     Attached hereto as Exhibit 904 is a true and correct copy of an email dated April 26, 2015, from Tony Mauro to Douglas Boothe and others, bearing Bates number MYLGP0002424991.

909.     Attached hereto as Exhibit 905 is a true and correct copy of an email dated December 31, 2013, from Diana Fortier to Brian Schneider and others, bearing Bates number MYLGP0002427850.

910.     Attached hereto as Exhibit 906 is a true and correct copy of a letter dated 2013 from Holly Collins to Brian Schneider, bearing Bates number MYLGP0002427851.

911.     Attached hereto as Exhibit 907 is a true and correct copy of an email dated December 5, 2012, from Katie Reed to Sean Reilly, bearing Bates number MYLGP0002429145.

912.     Attached hereto as Exhibit 908 is a true and correct copy of an email dated April 24, 2013, from Evan Ludewig to Sean Reilly, bearing Bates number MYLGP0002430153.

913.     Attached hereto as Exhibit 909 is a true and correct copy of an email dated October 30, 2013, from Sean Reilly to Deborah Gossert, bearing Bates number MYLGP0002430542.

914.     Attached hereto as Exhibit 910 is a true and correct copy of an email dated March 5, 2014, from Joe Muha to Sean Reilly and others, bearing Bates number MYLGP0002430784.

915.     Attached hereto as Exhibit 911 is a true and correct copy of an email dated January 30, 2015, from David Workman to Erik Williams, bearing Bates number MYLGP0002452601.

916.     Attached hereto as Exhibit 912 is a true and correct copy of an email dated March 6, 2012, from Donna Brooks to Tony Mauro and others, bearing Bates number MYLGP0002481321.

917.     Attached hereto as Exhibit 913 is a true and correct copy of an email dated April 16, 2013, from Robert O'Neill to Donna Brooks and others, bearing Bates number MYLGP0002497274.

918.     Attached hereto as Exhibit 914 is a true and correct copy of an email dated April 17, 2013, from Brittany Sheets to J. Mark Bover and others, bearing Bates number MYLGP0002497282.

919.     Attached hereto as Exhibit 915 is a true and correct copy of an email dated September 25, 2012, from Brittany Sheets to Bob Potter and others, bearing Bates number MYLGP0002499094.

920.     Attached hereto as Exhibit 916 is a true and correct copy of a presentation dated September 26, 2012, Pricing Committee Meeting, bearing Bates number MYLGP0002499095.

921.     Attached hereto as Exhibit 917 is a true and correct copy of an agenda dated September 26, 2012, entitled MPI Pricing Committee Meeting Agenda, bearing Bates number MYLGP0002499151.

922.     Attached hereto as Exhibit 918 is a true and correct copy of an email dated June 10, 2013, from Christopher Dobrowolski to Andrea Morris and others, bearing Bates number MYLGP0002499944.

923.     Attached hereto as Exhibit 919 is a true and correct copy of a report dated April 2013, Summary Sheet by Product Family, bearing Bates number MYLGP0002500075.

924.     Attached hereto as Exhibit 920 is a true and correct copy of an email dated March 12, 2014, from Howard Martin to Frank Mullery, James Nesta, Joe Duda, and others, bearing Bates number MYLGP0002505013.

925.    Attached hereto as Exhibit 921 is a true and correct copy of an email dated May 16, 2013, from Brittany Sheets to J. Mark Bover and others, bearing Bates number MYLGP0002505457.

926.    Attached hereto as Exhibit 922 is a true and correct copy of an email dated October 31, 2013, from Frank Mullery to Christina Singletary and others, bearing Bates number MYLGP0002505569.

927.    Attached hereto as Exhibit 923 is a true and correct copy of an email dated November 14, 2013, from Christina Singletary to J. Mark Bover and others, bearing Bates number MYLGP0002505578.

928.    Attached hereto as Exhibit 924 is a true and correct copy of an Excel dated November 6, 2013, entitled MPI Pricing Committee Meeting Minutes, bearing Bates number MYLGP0002505579.

929.    Attached hereto as Exhibit 925 is a true and correct copy of an email dated September 9, 2014, from Joe Duda to Christina Singletary and others, bearing Bates number MYLGP0002525893.

930.    Attached hereto as Exhibit 926 is a true and correct copy of an email dated August 2, 2013, from Rodney Emerson to Courtney Wilson and others, bearing Bates number MYLGP0002529460.

931.    Attached hereto as Exhibit 927 is a true and correct copy of an email dated May 1, 2013, from Robert O'Neill to Brittany Sheets and others, bearing Bates number MYLGP0002529560.

932.    Attached hereto as Exhibit 928 is a true and correct copy of an email dated October 14, 2011, from Sasa Kovic to Patricia Latzo and others, bearing Bates number MYLGP0002555808.

933.    Attached hereto as Exhibit 929 is a true and correct copy of an Excel dated September 30, 2011, Mylan Overview, bearing Bates number MYLGP0002555809.

934.    Attached hereto as Exhibit 930 is a true and correct copy of an email dated October 31, 2011, from Donna Brooks to Tony Mauro, Bob Potter, and Gary Sphar, bearing Bates number MYLGP0002558878.

935.    Attached hereto as Exhibit 931 is a true and correct copy of an email dated October 30, 2012, from John Sheehan to Gary Sphar and others, bearing Bates number MYLGP0002659635.

936.    Attached hereto as Exhibit 932 is a true and correct copy of an email dated January 29, 2013, from Edgar Escoto to James Nesta, bearing Bates number MYLGP0002675095.

937.    Attached hereto as Exhibit 933 is a true and correct copy of an email dated July 1, 2014, from Deborah Autor to Rajiv Malik and others, bearing Bates number MYLGP0002811685.

938.    Attached hereto as Exhibit 934 is a true and correct copy of an email dated December 6, 2013, from James Nesta to Christina Singletary, Rodney Emerson, and others, bearing Bates number MYLGP0002837301.

939.    Attached hereto as Exhibit 935 is a true and correct copy of an email dated October 7, 2014, from Jay Fisher to David Mitchell and Russell Howell, bearing Bates number MYLGP0002839686.

940.    Attached hereto as Exhibit 936 is a true and correct copy of an email dated May 14, 2013, from Frank Mullery to Calvin Castillo and others, bearing Bates number MYLGP0002842099.

941.    Attached hereto as Exhibit 937 is a true and correct copy of an email dated March 21, 2014, from Frank Mullery to Christina Singletary and others, bearing Bates number MYLGP0002842305.

942.    Attached hereto as Exhibit 938 is a true and correct copy of an email dated June 3, 2014, from Frank Mullery to Christina Singletary and others, bearing Bates number MYLGP0002842490.

943.    Attached hereto as Exhibit 939 is a true and correct copy of an email dated July 3, 2014, from Frank Mullery to James Nesta and others, bearing Bates number MYLGP0002842540.

944.    Attached hereto as Exhibit 940 is a true and correct copy of an email dated July 18, 2014, from Frank Mullery to Amanda Koch, Joe Duda and others, bearing Bates number MYLGP0002842546.

945.    Attached hereto as Exhibit 941 is a true and correct copy of an email dated August 7, 2014, from Frank Mullery to Amanda Koch and others, bearing Bates number MYLGP0002842590.

946.    Attached hereto as Exhibit 942 is a true and correct copy of an email dated August 20, 2014, from Frank Mullery to Christina Singletary and others, bearing Bates number MYLGP0002842602.

947.    Attached hereto as Exhibit 943 is a true and correct copy of an email dated September 19, 2014, from Frank Mullery to Amanda Koch and others, bearing Bates number MYLGP0002842647.

948.    Attached hereto as Exhibit 944 is a true and correct copy of an email dated February 2, 2012, from Bob Potter to Robert Enserro and Tony Mauro, bearing Bates number MYLGP0002881865.

949.    Attached hereto as Exhibit 945 is a true and correct copy of an email dated September 27, 2013, from Angela Lanham to Bob Potter and others, bearing Bates number MYLGP0002886657.

950.    Attached hereto as Exhibit 946 is a true and correct copy of a program dated September 29, 2013, HDMA Annual Board & Membership Meeting Program, bearing Bates number MYLGP0002886660.

951.    Attached hereto as Exhibit 947 is a true and correct copy of an email dated December 13, 2013, from Bob Potter to Jeff Watson and Angela Lanham, bearing Bates number MYLGP0002887074.

952.    Attached hereto as Exhibit 948 is a true and correct copy of an email dated April 22, 2014, from Kathleen Jaeger to Bryan Stuke and others, bearing Bates number MYLGP0002888059.

953.    Attached hereto as Exhibit 949 is a true and correct copy of an agenda dated April 28, 2014, NACDS Foundation Board of Directors Meeting Agenda, bearing Bates number MYLGP0002888060.

954.    Attached hereto as Exhibit 950 is a true and correct copy of an email dated February 17, 2012, from Donna Brooks to Tony Mauro and others, bearing Bates number MYLGP0002890415.

955.    Attached hereto as Exhibit 951 is a true and correct copy of an email dated June 22, 2015, from Garrett Harper to Edgar Escoto and others, bearing Bates number MYLGP0002954492.

956.    Attached hereto as Exhibit 952 is a true and correct copy of a report dated May 2015, entitled Summary Sheet by Product Family, bearing Bates number MYLGP0002954493.

957.    Attached hereto as Exhibit 953 is a true and correct copy of an email dated August 24, 2015, from Christina Singletary to David Mitchell and others, bearing Bates number MYLGP0003008626.

958.    Attached hereto as Exhibit 954 is a true and correct copy of an email dated September 4, 2015, from Amanda Koch to David Mitchell and others, bearing Bates number MYLGP0003008643.

959.    Attached hereto as Exhibit 955 is a true and correct copy of an email dated July 15, 2015, from Christina Singletary to David Mitchell and others, bearing Bates number MYLGP0003008827.

960.    Attached hereto as Exhibit 956 is a true and correct copy of an email dated January 24, 2014, from Frank Mullery to Christina Singletary and others, bearing Bates number MYLGP0003019211.

961.    Attached hereto as Exhibit 957 is a true and correct copy of an email dated December 18, 2013, from Christina Singletary to Frank Mullery and others, bearing Bates number MYLGP0003025413.

962.    Attached hereto as Exhibit 958 is a true and correct copy of an email dated June 10, 2014, from Heather Paton to Daniel Karabin and others, bearing Bates number MYLGP0003058382.

963.    Attached hereto as Exhibit 959 is a true and correct copy of an email dated May 8, 2013, from Kristi Barnes to Joe Duda and Joann D'Amico, bearing Bates number MYLGP0003141388.

964.    Attached hereto as Exhibit 960 is a true and correct copy of an email dated July 24, 2015, from Jim Whitman to Chris Alverson and others, bearing Bates number MYLGP0003191766.

965.    Attached hereto as Exhibit 961 is a true and correct copy of an email dated August 17, 2015, from Melinda McQuiston to David Mitchell and others, bearing Bates number MYLGP0003240162.

966.    Attached hereto as Exhibit 962 is a true and correct copy of an email dated October 3, 2014, from Frank Mullery to Amanda Koch and others, bearing Bates number MYLGP0003278613.

967.    Attached hereto as Exhibit 963 is a true and correct copy of an email dated June 4, 2015, from Frank Mullery to Tony Mauro and others, bearing Bates number MYLGP0003278958.

968.    Attached hereto as Exhibit 964 is a true and correct copy of an email dated October 13, 2015, from Garrett Harper to Adrienne Helmick and others, bearing Bates number MYLGP0003293646.

969.    Attached hereto as Exhibit 965 is a true and correct copy of a report dated September 2015, entitled Summary Sheet by Product Family, bearing Bates number MYLGP0003293855.

970.    Attached hereto as Exhibit 966 is a true and correct copy of an email dated December 7, 2015, from Garrett Harper to Adrienne Helmick and others, bearing Bates number MYLGP0003295349.

971.    Attached hereto as Exhibit 967 is a true and correct copy of a report dated November 2015, entitled Summary Sheet by Product Family, bearing Bates number MYLGP0003295562.

972.    Attached hereto as Exhibit 968 is a true and correct copy of an email dated December 19, 2014, from Courtney Overfield to Summer Patton and Stephanie Nuzum, bearing Bates number MYLGP0003303306.

973.    Attached hereto as Exhibit 969 is a true and correct copy of an email dated August 19, 2015, from Bob Potter to Angela Lanham, bearing Bates number MYLGP0003339394.

974.    Attached hereto as Exhibit 970 is a true and correct copy of a report dated July 2015, entitled Summary Sheet by Product Family, bearing Bates number MYLGP0003339617.

975.    Attached hereto as Exhibit 971 is a true and correct copy of an email dated November 30, 2015, from Angela Lanham to Bob Potter, bearing Bates number MYLGP0003342162.

976.    Attached hereto as Exhibit 972 is a true and correct copy of an email dated March 27, 2014, from Della Lubke to Kevin Green and others, bearing Bates number MYLGP0003363333.

977.    Attached hereto as Exhibit 973 is a true and correct copy of an email dated November 1, 2013, from Christina Singletary to J. Mark Bover, James Nesta, Robert O'Neill, Frank Mullery, Tony Mauro, and others, bearing Bates number MYLGP0003424948.

978.    Attached hereto as Exhibit 974 is a true and correct copy of an agenda dated October 30, 2013, MPI Pricing Committee Meeting Minutes, bearing Bates number MYLGP0003424949.

979.    Attached hereto as Exhibit 975 is a true and correct copy of an email dated June 4, 2013, from Brittany Sheets to Frank Mullery and others, bearing Bates number MYLGP0003427006.

980.    Attached hereto as Exhibit 976 is a true and correct copy of a agenda dated June 5, 2013, MPI Pricing Committee Meeting Agenda, bearing Bates number MYLGP0003427007.

981.    Attached hereto as Exhibit 977 is a true and correct copy of a PowerPoint dated June 5, 2013, Pricing Committee Meeting, bearing Bates number MYLGP0003427008.

982.    Attached hereto as Exhibit 978 is a true and correct copy of an email dated June 13, 2013, from Angela Campbell to Rajiv Malik and others, bearing Bates number MYLGP0003434353.

983.    Attached hereto as Exhibit 979 is a true and correct copy of an email dated May 23, 2012, from Bob Potter to Angela Lanham, bearing Bates number MYLGP0003440427.

984.    Attached hereto as Exhibit 980 is a true and correct copy of a presentation dated May 23, 2012, Pricing Committee Meeting, bearing Bates number MYLGP0003440428.

985.    Attached hereto as Exhibit 981 is a true and correct copy of an agenda dated May 23, 2012, entitled MPI Pricing Committee Agenda, bearing Bates number MYLGP0003440446.

986.     Attached hereto as Exhibit 982 is a true and correct copy of an email dated November 27, 2012, from Brittany Sheets to J. Mark Bover and others, bearing Bates number MYLGP0003441069.

987.     Attached hereto as Exhibit 983 is a true and correct copy of a presentation dated November 28, 2012, entitled Pricing Committee Meeting, bearing Bates number MYLGP0003441070.

988.     Attached hereto as Exhibit 984 is a true and correct copy of an email dated August 28, 2012, from Jacquelyn Tricase to Joe Duda, and others, bearing Bates number MYLGP0003443126.

989.     Attached hereto as Exhibit 985 is a true and correct copy of a meeting dated July 25, 2012, MPI Pricing Committee Meeting, bearing Bates number MYLGP0003443127.

990.     Attached hereto as Exhibit 986 is a true and correct copy of an email dated July 1, 2014, from Michael Aigner to Rodney Emerson and others, bearing Bates number MYLGP0003447043.

991.     Attached hereto as Exhibit 987 is a true and correct copy of an email dated August 20, 2013, from Christina Singletary to J. Mark Bover, James Nesta, Robert O'Neill, Frank Mullery, Tony Mauro, and others, bearing Bates number MYLGP0003464718.

992.     Attached hereto as Exhibit 988 is a true and correct copy of an email dated April 25, 2012, from David Workman to J. Mark Bover, bearing Bates number MYLGP0003465204.

993.     Attached hereto as Exhibit 989 is a true and correct copy of an email dated October 4, 2012, from Jacquelyn Tricase to Robert O'Neill, bearing Bates number MYLGP0003465811.

994.    Attached hereto as Exhibit 990 is a true and correct copy of an email dated January 28, 2013, from Nadine Kelly to Amy Montana and others, bearing Bates number MYLGP0003468170.

995.    Attached hereto as Exhibit 991 is a true and correct copy of an email dated June 14, 2013, from Christina Singletary to J. Mark Bover, James Nesta, Tony Mauro, Robert O'Neill, Joe Duda, and others, bearing Bates number MYLGP0003468283.

996.    Attached hereto as Exhibit 992 is a true and correct copy of an email dated June 14, 2013, from Christina Singletary to Tony Mauro and others, bearing Bates number MYLGP0003468294.

997.    Attached hereto as Exhibit 993 is a true and correct copy of an email dated June 14, 2013, from Christina Singletary to J. Mark Bover and others, bearing Bates number MYLGP0003468304.

998.    Attached hereto as Exhibit 994 is a true and correct copy of an email dated June 21, 2013, from Christina Singletary to J. Mark Bover and others, bearing Bates number MYLGP0003468315.

999.    Attached hereto as Exhibit 995 is a true and correct copy of an email dated June 24, 2013, from Christina Singletary to J. Mark Bover and others, bearing Bates number MYLGP0003468326.

1000.   Attached hereto as Exhibit 996 is a true and correct copy of an email dated June 24, 2013, from Christina Singletary to Tony Mauro and others, bearing Bates number MYLGP0003468340.

1001.   Attached hereto as Exhibit 997 is a true and correct copy of an email dated June 25, 2013, from Tony Mauro to Robert Tighe and others, bearing Bates number MYLGP0003468348.

1002.   Attached hereto as Exhibit 998 is a true and correct copy of an email dated July 25, 2013, from Christina Singletary to J. Mark Bover and others, bearing Bates number MYLGP0003468452.

1003.   Attached hereto as Exhibit 999 is a true and correct copy of an email dated July 25, 2013, from Christina Singletary to Tony Mauro and others, bearing Bates number MYLGP0003468458.

1004.   Attached hereto as Exhibit 1000 is a true and correct copy of an email dated August 20, 2013, from Christina Singletary to Tony Mauro and others, bearing Bates number MYLGP0003468500.

1005.   Attached hereto as Exhibit 1001 is a true and correct copy of an email dated November 20, 2013, from Tony Mauro to Christina Singletary and others, bearing Bates number MYLGP0003468735.

1006.   Attached hereto as Exhibit 1002 is a true and correct copy of an email dated August 17, 2015, from Amanda Koch to David Mitchell and others, bearing Bates number MYLGP0003477385.

1007.   Attached hereto as Exhibit 1003 is a true and correct copy of an email dated February 5, 2014, from Howard Martin to Christina Singletary and others, bearing Bates number MYLGP0003491990.

1008.   Attached hereto as Exhibit 1004 is a true and correct copy of an email dated February 25, 2014, from Frank Mullery to Melinda McQuiston and others, bearing Bates number MYLGP0003492726.

1009.   Attached hereto as Exhibit 1005 is a true and correct copy of an email dated December 4, 2013, from Rodney Emerson to Christina Singletary and others, bearing Bates number MYLGP0003492735.

1010.   Attached hereto as Exhibit 1006 is a true and correct copy of an email dated November 26, 2013, from Frank Mullery to Christina Singletary and others, bearing Bates number MYLGP0003492908.

1011.   Attached hereto as Exhibit 1007 is a true and correct copy of an email dated December 12, 2013, from Howard Martin to Christina Singletary and others, bearing Bates number MYLGP0003492962.

1012.   Attached hereto as Exhibit 1008 is a true and correct copy of an email dated October 1, 2013, from Frank Mullery to Holly Collins and others, bearing Bates number MYLGP0003493148.

1013.   Attached hereto as Exhibit 1009 is a true and correct copy of an email dated June 24, 2013, from James Nesta to J. Mark Bover and others, bearing Bates number MYLGP0003493166.

1014.   Attached hereto as Exhibit 1010 is a true and correct copy of an email dated January 15, 2015, from James Nesta to David Mitchell and others, bearing Bates number MYLGP0003497240.

1015.   Attached hereto as Exhibit 1011 is a true and correct copy of an email dated March 18, 2014, from Joseph Duda to Melinda McQuiston, bearing Bates number MYLGP0003502637.

1016.   Attached hereto as Exhibit 1012 is a true and correct copy of an email dated February 11, 2014, from Frank Mullery to Joe Duda, bearing Bates number MYLGP0003504257.

1017.   Attached hereto as Exhibit 1013 is a true and correct copy of an email dated April 28, 2015 from Kevin McElfresh to James Nesta and Deanna Guenther, bearing Bates number MYLGP0003520599.

1018.   Attached hereto as Exhibit 1014 is a true and correct copy of an email dated July 29, 2013, from James Nesta to Bob Potter and Gary Tighe, bearing Bates number MYLGP0003583800.

1019.   Attached hereto as Exhibit 1015 is a true and correct copy of an email dated November 6, 2013, from John Sheehan to Bob Potter and others, bearing Bates number MYLGP0003597690.

1020.   Attached hereto as Exhibit 1016 is a true and correct copy of an email dated September 4, 2012, from Kevin McElfresh to James Nesta, bearing Bates number MYLGP0003622566.

1021.   Attached hereto as Exhibit 1017 is a true and correct copy of an email dated September 11, 2012, from Dawna Johnson to James Nesta and others, bearing Bates number MYLGP0003622654.

1022.   Attached hereto as Exhibit 1018 is a true and correct copy of an email dated May 10, 2013, from Diana Fortier to John Menchella and others, bearing Bates number MYLGP0003672638.

1023.   Attached hereto as Exhibit 1019 is a true and correct copy of a letter dated 2013, from J. Mark Bover to John Menchella, bearing Bates number MYLGP0003672639.

1024.   Attached hereto as Exhibit 1020 is a true and correct copy of an email dated June 5, 2014, from Frank Mullery to Larae Biggins and others, bearing Bates number MYLGP0003693914.

1025.   Attached hereto as Exhibit 1021 is a true and correct copy of an email dated July 7, 2014, from Frank Mullery to Christina Singletary and others, bearing Bates number MYLGP0003693940.

1026.   Attached hereto as Exhibit 1022 is a true and correct copy of an email dated February 5, 2015, from Frank Mullery to Donna Brooks and others, bearing Bates number MYLGP0003694970.

1027.   Attached hereto as Exhibit 1023 is a true and correct copy of an email dated August 21, 2013, from Frank Mullery to Christina Singletary and others, bearing Bates number MYLGP0003702082.

1028.   Attached hereto as Exhibit 1024 is a true and correct copy of an email dated March 22, 2014, from James Nesta to Joseph Duda and others, bearing Bates number MYLGP0003703510.

1029.   Attached hereto as Exhibit 1025 is a true and correct copy of an email dated June 11, 2012, from Ann Wolfe to Bob Potter, bearing Bates number MYLGP0003728054.

1030.   Attached hereto as Exhibit 1026 is a true and correct copy of an email dated February 20, 2013, from Tonya Martin to Jeff Watson and others, bearing Bates number MYLGP0003730127.

1031.   Attached hereto as Exhibit 1027 is a true and correct copy of a memo dated February 26, 2013, to Center for Healthcare Supply Chain Research Board of Directors from Ribler, bearing Bates number MYLGP0003730129.

1032.   Attached hereto as Exhibit 1028 is a true and correct copy of an email dated August 14, 2015, from Angela Lanham to Bob Potter, bearing Bates number MYLGP0003739656.

1033.   Attached hereto as Exhibit 1029 is a true and correct copy of an email dated April 24, 2012, from Bob Potter to Holly Collins and others, bearing Bates number MYLGP0003742388.

1034.   Attached hereto as Exhibit 1030 is a true and correct copy of an email dated April 30, 2012, from Bob Potter to J. Mark Bover and others, bearing Bates number MYLGP0003742396.

1035.   Attached hereto as Exhibit 1031 is a true and correct copy of an email dated February 18, 2013, from James Abrams to Robert O'Neill and others, bearing Bates number MYLGP0003751572.

1036.   Attached hereto as Exhibit 1032 is a true and correct copy of an email dated November 16, 2011, from Tony Mauro to David Workman, bearing Bates number MYLGP0003769149.

1037.   Attached hereto as Exhibit 1033 is a true and correct copy of an email dated June 26, 2013, from Christina Singletary to J. Mark Bover and others, bearing Bates number MYLGP0003804745.

1038.   Attached hereto as Exhibit 1034 is a true and correct copy of an email dated March 6, 2015, from Garrett Harper to Adrienne Helmick and others, bearing Bates number MYLGP0003806145.

1039.   Attached hereto as Exhibit 1035 is a true and correct copy of a report dated March 6, 2015, Summary Sheet by Product Family, bearing Bates number MYLGP0003806346.

1040.   Attached hereto as Exhibit 1036 is a true and correct copy of an email dated May 9, 2014, from James Abrams to David Workman and Brittany Sheets, bearing Bates number MYLGP0003809061.

1041.   Attached hereto as Exhibit 1037 is a true and correct copy of an email dated November 16, 2012, from Bob Potter to Heather Paton and Angela Lanham, bearing Bates number MYLGP0003853894.

1042.   Attached hereto as Exhibit 1038 is a true and correct copy of an email dated July 9, 2012, from Dawna Johnson to Bob Potter and others, bearing Bates number MYLGP0003861517.

1043.   Attached hereto as Exhibit 1039 is a true and correct copy of an email dated May 14, 2012, from Bob Potter to Joe Duda, and others, bearing Bates number MYLGP0003883618.

1044.   Attached hereto as Exhibit 1040 is a true and correct copy of an email dated January 25, 2013, from James Nesta to Sean Reilly and others, bearing Bates number MYLGP0003903564.

1045.   Attached hereto as Exhibit 1041 is a true and correct copy of an email dated July 12, 2013, from James Nesta to J. Mark Bover and Michael Aigner, bearing Bates number MYLGP0003903925.

1046.   Attached hereto as Exhibit 1042 is a true and correct copy of an email dated July 12, 2013, from J. Mark Bover to James Nesta and others, bearing Bates number MYLGP0003903929.

1047.   Attached hereto as Exhibit 1043 is a true and correct copy of an email dated July 12, 2013, from Michael Aigner to James Nesta, bearing Bates number MYLGP0003903966.

1048.   Attached hereto as Exhibit 1044 is a true and correct copy of an email dated March 21, 2014, from Michael Aigner to Steve Krinke and others, bearing Bates number MYLGP0003904554.

1049.   Attached hereto as Exhibit 1045 is a true and correct copy of an email dated April 17, 2014, from Michael Aigner to Edgar Escoto and others, bearing Bates number MYLGP0003904602.

1050.   Attached hereto as Exhibit 1046 is a true and correct copy of an email dated February 22, 2013, from Michael Aigner to James Nesta and others, bearing Bates number MYLGP0003912757.

1051.   Attached hereto as Exhibit 1047 is a true and correct copy of an email dated October 3, 2012, from J. Mark Bover to Robert O'Neill, bearing Bates number MYLGP0003916408.

1052.   Attached hereto as Exhibit 1048 is a true and correct copy of an email dated October 8, 2012, from James Nesta to Marc Falkin and J. Mark Bover, bearing Bates number MYLGP0003916449.

1053.   Attached hereto as Exhibit 1049 is a true and correct copy of an email dated February 8, 2016, from Garrett P. Harper to Adrienne Helmick and others, bearing Bates number MYLGP0003920210.

1054.   Attached hereto as Exhibit 1050 is a true and correct copy of a report dated February 5, 2016, Summary Sheet by Product Family, bearing Bates number MYLGP0003920404.

1055.   Attached hereto as Exhibit 1051 is a true and correct copy of an email dated February 10, 2014, from Howard Martin to Christina Singletary and others, bearing Bates number MYLGP0003922875.

1056.   Attached hereto as Exhibit 1052 is a true and correct copy of an email dated December 12, 2012, from Courtney Wilson to Robert Tighe and others, bearing Bates number MYLGP0003925842.

1057.   Attached hereto as Exhibit 1053 is a true and correct copy of a presentation dated December 11, 2012, MPI Pricing & Contracts Overview, bearing Bates number MYLGP0003925843.

1058.   Attached hereto as Exhibit 1054 is a true and correct copy of an email dated October 16, 2012, from Rodney Emerson to Lance Wyatt and others, bearing Bates number MYLGP0003929067.

1059.   Attached hereto as Exhibit 1055 is a true and correct copy of an email dated August 7, 2013, from James Nesta to Edgar Escoto and others, bearing Bates number MYLGP0003930555.

1060.   Attached hereto as Exhibit 1056 is a true and correct copy of an email dated September 4, 2014, from James Nesta to Deanna Guenther, bearing Bates number MYLGP0003943084.

1061.   Attached hereto as Exhibit 1057 is a true and correct copy of an email dated February 10, 2012, from James Nesta to Gary Tighe and Heather Mennillo, bearing Bates number MYLGP0003956657.

1062.   Attached hereto as Exhibit 1058 is a true and correct copy of a flier dated 2012 Anda's 5th Annual Supply Chain Symposium Agenda, bearing Bates number MYLGP0003956659.

1063.   Attached hereto as Exhibit 1059 is a true and correct copy of an email dated April 16, 2012, from Lance Wyatt to Amber Kehoe, bearing Bates number MYLGP0003961968.

1064.   Attached hereto as Exhibit 1060 is a true and correct copy of an email dated September 5, 2012, from Lance Wyatt to Amber Kehoe, bearing Bates number MYLGP0003970016.

1065.   Attached hereto as Exhibit 1061 is a true and correct copy of an email dated January 25, 2013, from Michael Aigner to James Nesta, bearing Bates number MYLGP0003979594.

1066.   Attached hereto as Exhibit 1062 is a true and correct copy of an email dated January 29, 2013, from James Nesta to Katie Reed, bearing Bates number MYLGP0003979862.

1067.   Attached hereto as Exhibit 1063 is a true and correct copy of an email dated February 12, 2013, from James Nesta to Shane Bartolo, bearing Bates number MYLGP0003980774.

1068.   Attached hereto as Exhibit 1064 is a true and correct copy of an email dated March 6, 2013, from Steve Krinke to James Nesta, bearing Bates number MYLGP0003982730.

1069.   Attached hereto as Exhibit 1065 is a true and correct copy of a Price Notice dated March 6, 2013, bearing Bates number MYLGP0003982732.

1070.   Attached hereto as Exhibit 1066 is a true and correct copy of an email dated March 12, 2013, from Bob Potter to Robert O'Neill, bearing Bates number MYLGP0003983012.

1071.   Attached hereto as Exhibit 1067 is a true and correct copy of an email dated May 16, 2013, from James Nesta to Tony Mauro, bearing Bates number MYLGP0003986974.

1072.   Attached hereto as Exhibit 1068 is a true and correct copy of an email dated March 8, 2012, from John Sheehan to Tom Palko and others, bearing Bates number MYLGP0004004699.

1073.   Attached hereto as Exhibit 1069 is a true and correct copy of an email dated February 13, 2013, from John Sheehan to Rajiv Malik and others, bearing Bates number MYLGP0004006142.

1074.   Attached hereto as Exhibit 1070 is a true and correct copy of an email dated February 28, 2013, from Satish Mehta to Rajiv Malik, bearing Bates number MYLGP0004006383.

1075.   Attached hereto as Exhibit 1071 is a true and correct copy of an email dated October 23, 2013, from Teri Coward to Bob Potter, bearing Bates number MYLGP0004014894.

1076.   Attached hereto as Exhibit 1072 is a true and correct copy of an email dated September 5, 2012, from Amber Kehoe to Lance Wyatt, bearing Bates number MYLGP0004015411.

1077.   Attached hereto as Exhibit 1073 is a true and correct copy of an email dated May 29, 2013, from Wendy Winter to Lance Wyatt, bearing Bates number MYLGP0004015874.

1078.   Attached hereto as Exhibit 1074 is a true and correct copy of an email dated June 25, 2013, from Wendy Winter to Lance Wyatt, bearing Bates number MYLGP0004015930.

1079.   Attached hereto as Exhibit 1075 is a true and correct copy of an email dated August 23, 2012, from Tracy Wrubleski to Sasa Kovic and others, bearing Bates number MYLGP0004020371.

1080.   Attached hereto as Exhibit 1076 is a true and correct copy of an email dated September 6, 2012, from Terri Fettinger to Rajiv Malik and others, bearing Bates number MYLGP0004020597.

1081.   Attached hereto as Exhibit 1077 is a true and correct copy of an email dated October 1, 2012, from George Svokos to Rajiv Malik, bearing Bates number MYLGP0004021101.

1082.   Attached hereto as Exhibit 1078 is a true and correct copy of an email dated March 1, 2013, from Rajiv Malik to Patricia Latzo, bearing Bates number MYLGP0004023047.

1083.   Attached hereto as Exhibit 1079 is a true and correct copy of an email dated March 1, 2013, from Rajiv Malik to Satish Mehta, bearing Bates number MYLGP0004023049.

1084.   Attached hereto as Exhibit 1080 is a true and correct copy of an email dated March 2, 2013, from Satish Mehta to Rajiv Malik, bearing Bates number MYLGP0004023059.

1085.   Attached hereto as Exhibit 1081 is a true and correct copy of an email dated May 8, 2013, from Jeff Glazer to Rajiv Malik, bearing Bates number MYLGP0004024207.

1086.   Attached hereto as Exhibit 1082 is a true and correct copy of an email dated May 8, 2013, from Rajiv Malik to Jeff Glazer, bearing Bates number MYLGP0004024209.

1087.   Attached hereto as Exhibit 1083 is a true and correct copy of an email dated June 2, 2013, from Robert Coury to Jeff George and Rajiv Malik, bearing Bates number MYLGP0004024381.

1088.   Attached hereto as Exhibit 1084 is a true and correct copy of an email dated June 18, 2013, from Robert Coury to Jeff George and Rajiv Malik, bearing Bates number MYLGP0004024536.

1089.   Attached hereto as Exhibit 1085 is a true and correct copy of an email dated June 18, 2013, from Robert Coury to Rajiv Malik, bearing Bates number MYLGP0004024559.

1090.   Attached hereto as Exhibit 1086 is a true and correct copy of an Analyst Report dated July 7, 2013, Novartis Difference Puts Sandoz in Prime Position, bearing Bates number MYLGP0004024561.

1091.   Attached hereto as Exhibit 1087 is a true and correct copy of an email dated June 23, 2013, from Robert Coury to Jeff George and Rajiv Malik, bearing Bates number MYLGP0004024614.

1092.   Attached hereto as Exhibit 1088 is a true and correct copy of an email dated July 18, 2013, from Rajiv Malik to Jeff Glazer, bearing Bates number MYLGP0004024770.

1093.   Attached hereto as Exhibit 1089 is a true and correct copy of an email dated October 22, 2013, from Paul Campbell to Rajiv Malik and others, bearing Bates number MYLGP0004025748.

1094.   Attached hereto as Exhibit 1090 is a true and correct copy of a PowerPoint dated October 2013, Global Yield Assessment, bearing Bates number MYLGP0004025749.

1095.   Attached hereto as Exhibit 1091 is a true and correct copy of an email dated December 27, 2013, from Hari Babu to Rajiv Malik, bearing Bates number MYLGP0004026656.

1096.   Attached hereto as Exhibit 1092 is a true and correct copy of an email dated August 19, 2014, from John Sheehan to Rajiv Malik and others, bearing Bates number MYLGP0004029638.

1097.   Attached hereto as Exhibit 1093 is a true and correct copy of an email dated January 12, 2015, from Robert Coury to Brent Saunders and Steve Frank, bearing Bates number MYLGP0004030872.

1098.   Attached hereto as Exhibit 1094 is a true and correct copy of an email dated April 21, 2014, from David Workman to Rajiv Malik and others, bearing Bates number MYLGP0004035788.

1099.   Attached hereto as Exhibit 1095 is a true and correct copy of a presentation dated 2014, Levothyroxine, bearing Bates number MYLGP0004035789.

1100.   Attached hereto as Exhibit 1096 is a true and correct copy of an email dated August 21, 2012, from Lance Wyatt to Kevin McElfresh, bearing Bates number MYLGP0004039534.

1101.   Attached hereto as Exhibit 1097 is a true and correct copy of an email dated January 24, 2014, from Kevin McElfresh to James Nesta, bearing Bates number MYLGP0004044370.

1102.   Attached hereto as Exhibit 1098 is a true and correct copy of an email dated June 5, 2014, from Kevin McElfresh to James Nesta, bearing Bates number MYLGP0004045573.

1103.    Attached hereto as Exhibit 1099 is a true and correct copy of an email dated March 24, 2014, from Frank Mullery to Christina Singletary and others, bearing Bates number MYLGP0004057435.

1104.    Attached hereto as Exhibit 1100 is a true and correct copy of an email dated September 17, 2015, from Garrett Harper to Adrienne Helmick and others, bearing Bates number MYLGP0004065905.

1105.    Attached hereto as Exhibit 1101 is a true and correct copy of a report dated August 2015, entitled Summary Sheet by Product Family, bearing Bates number MYLGP0004066085.

1106.    Attached hereto as Exhibit 1102 is a true and correct copy of an email dated February 11, 2013, from Stephanie Kroll to Lance Wyatt and Stephen Campbell, bearing Bates number MYLGP0004071292.

1107.    Attached hereto as Exhibit 1103 is a true and correct copy of an email dated February 12, 2013, from Lance Wyatt to Amber Kehoe and others, bearing Bates number MYLGP0004074009.

1108.    Attached hereto as Exhibit 1104 is a true and correct copy of an email dated October 8, 2012, from Jacquelyn Tricase to Robert O'Neill and others, bearing Bates number MYLGP0004075073.

1109.    Attached hereto as Exhibit 1105 is a true and correct copy of an email dated April 13, 2012, from Andrea Morris to J. Mark Bover and others, bearing Bates number MYLGP0004077291.

1110.   Attached hereto as Exhibit 1106 is a true and correct copy of an email dated May 2, 2012, from Gary Sphar to John Deiriggi and others, bearing Bates number MYLGP0004077410.

1111.   Attached hereto as Exhibit 1107 is a true and correct copy of an email dated September 14, 2012, from Robert O'Neill to James Nesta and others, bearing Bates number MYLGP0004078468.

1112.   Attached hereto as Exhibit 1108 is a true and correct copy of a report dated September 13, 2012, Valsartan HCTZ Launch Summary, bearing Bates number MYLGP0004078469.

1113.   Attached hereto as Exhibit 1109 is a true and correct copy of an email dated September 24, 2012, from Adrienne Helmick to Ron Graybill and others, bearing Bates number MYLGP0004078562.

1114.   Attached hereto as Exhibit 1110 is a true and correct copy of a chart dated September 24, 2012, Valsartan and Hydrochlorothiazide Tablets, bearing Bates number MYLGP0004078563.

1115.   Attached hereto as Exhibit 1111 is a true and correct copy of an email dated December 19, 2012, from Bob Potter to Rick Kolinsky, bearing Bates number MYLGP0004079038.

1116.   Attached hereto as Exhibit 1112 is a true and correct copy of an email dated December 21, 2011, from Tony Mauro to J. Mark Bover and others, bearing Bates number MYLGP0004085066.

1117.   Attached hereto as Exhibit 1113 is a true and correct copy of an email dated September 12, 2012, from James Nesta to Katie Reed, bearing Bates number MYLGP0004085537.

1118.   Attached hereto as Exhibit 1114 is a true and correct copy of an email dated September 13, 2012, from James Nesta to Katie Reed, bearing Bates number MYLGP0004085544.

1119.   Attached hereto as Exhibit 1115 is a true and correct copy of an email dated July 26, 2013, from James Nesta to Joe Duda and others, bearing Bates number MYLGP0004085983.

1120.   Attached hereto as Exhibit 1116 is a true and correct copy of an email dated April 10, 2012, from Sean Reilly to Edward Lowther and others, bearing Bates number MYLGP0004087025.

1121.   Attached hereto as Exhibit 1117 is a true and correct copy of an email dated June 18, 2013, from Lance Wyatt to James Nesta, bearing Bates number MYLGP0004096859.

1122.   Attached hereto as Exhibit 1118 is a true and correct copy of an email dated July 11, 2014, from Deanna Guenther to Edgar Escoto and others, bearing Bates number MYLGP0004114163.

1123.   Attached hereto as Exhibit 1119 is a true and correct copy of an email dated January 15, 2013, from Brittany Sheets to J. Mark Bover and others, bearing Bates number MYLGP0004129652.

1124.   Attached hereto as Exhibit 1120 is a true and correct copy of an email dated February 27, 2013, from Robert Spina to Bob Potter and others, bearing Bates number MYLGP0004216070.

1125.   Attached hereto as Exhibit 1121 is a true and correct copy of an email dated September 5, 2014, from Thomas McGowan to Rajiv Malik and others, bearing Bates number MYLGP0004218570.

1126.   Attached hereto as Exhibit 1122 is a true and correct copy of an email dated May 8, 2013, from Kevin McElfresh to Stephanie Beatty and Katie Reed, bearing Bates number MYLGP0004228467.

1127.   Attached hereto as Exhibit 1123 is a true and correct copy of an email dated May 10, 2013, from Katie Reed to Kevin McElfresh and others, bearing Bates number MYLGP0004228544.

1128.   Attached hereto as Exhibit 1124 is a true and correct copy of an email dated February 1, 2016 from Larry Butler to James Nesta and others, bearing Bates number MYLGP0004244790.

1129.   Attached hereto as Exhibit 1125 is a true and correct copy of an email dated April 5, 2012 from Joe Duda to James Nesta, J. Mark Bover, and others, bearing Bates number MYLGP0004245839.

1130.   Attached hereto as Exhibit 1126 is a true and correct copy of an email dated April 2, 2013, from Teri Coward to Robert Potter, bearing Bates number MYLGP0004257999.

1131.   Attached hereto as Exhibit 1127 is a true and correct copy of an email dated April 5, 2012, from James Nesta to Dale Kelley and Sean Reilly, bearing Bates number MYLGP0004273981.

1132.   Attached hereto as Exhibit 1128 is a true and correct copy of an email dated October 31, 2011, from Jacquelyn Tricase to Gary Sphar and others, bearing Bates number MYLGP0004282834.

1133.   Attached hereto as Exhibit 1129 is a true and correct copy of an email dated January 21, 2014, from David Workman to Michael Aigner and others, bearing Bates number MYLGP0004282915.

1134.   Attached hereto as Exhibit 1130 is a true and correct copy of an email dated August 15, 2013, from Christina Singletary to J. Mark Bover and others, bearing Bates number MYLGP0004310494.

1135.   Attached hereto as Exhibit 1131 is a true and correct copy of an email dated July 18, 2013, from Christina Singletary to J. Mark Bover and others, bearing Bates number MYLGP0004320613.

1136.   Attached hereto as Exhibit 1132 is a true and correct copy of an email dated January 24, 2014, from Frank Mullery to Christina Singletary and others, bearing Bates number MYLGP0004335026.

1137.   Attached hereto as Exhibit 1133 is a true and correct copy of an email dated December 31, 2013, from Frank Mullery to Christina Singletary and others, bearing Bates number MYLGP0004337287.

1138.   Attached hereto as Exhibit 1134 is a true and correct copy of an email dated December 3, 2013, from Rodney Emerson to Christina Singletary and others, bearing Bates number MYLGP0004338061.

1139.   Attached hereto as Exhibit 1135 is a true and correct copy of an email dated January 9, 2014, from Frank Mullery to Christina Singletary and others, bearing Bates number MYLGP0004340841.

1140.   Attached hereto as Exhibit 1136 is a true and correct copy of an email dated October 4, 2013, from Frank Mullery to James Nesta and others, bearing Bates number MYLGP0004340934.

1141.   Attached hereto as Exhibit 1137 is a true and correct copy of an email dated November 20, 2013, from J. Mark Bover to Christina Singletary and others, bearing Bates number MYLGP0004340939.

1142.   Attached hereto as Exhibit 1138 is a true and correct copy of an email dated May 13, 2013, to Brittany Sheets to Tony Mauro and others, bearing Bates number MYLGP0004341030.

1143.   Attached hereto as Exhibit 1139 is a true and correct copy of an email dated May 14, 2013, from Tony Mauro to David Workman and others, bearing Bates number MYLGP0004341042.

1144.   Attached hereto as Exhibit 1140 is a true and correct copy of an email dated May 31, 2013, from Brittany Sheets to Tony Mauro and others, bearing Bates number MYLGP0004341057.

1145.   Attached hereto as Exhibit 1141 is a true and correct copy of an email dated February 5, 2015, from Donna Brooks to Joseph Duda and others, bearing Bates number MYLGP0004344619.

1146.   Attached hereto as Exhibit 1142 is a true and correct copy of an email dated May 14, 2013, from Donna Brooks to J. Mark Bover and others, bearing Bates number MYLGP0004347892.

1147.   Attached hereto as Exhibit 1143 is a true and correct copy of an email dated March 31, 2014, from Howard Martin to David Workman and others, bearing Bates number MYLGP0004353226.

1148.   Attached hereto as Exhibit 1144 is a true and correct copy of an email dated November 22, 2013, from Frank Mullery to Donna Brooks and others, bearing Bates number MYLGP0004372263.

1149.   Attached hereto as Exhibit 1145 is a true and correct copy of an email dated March 14, 2013, from Frank Mullery to Brittany Sheets and others, bearing Bates number MYLGP0004745844.

1150.   Attached hereto as Exhibit 1146 is a true and correct copy of an email dated September 13, 2013, from Frank Mullery to Donna Brooks and others, bearing Bates number MYLGP0004746438.

1151.   Attached hereto as Exhibit 1147 is a true and correct copy of an email dated March 12, 2014, from Frank Mullery to Joe Duda, and others, bearing Bates number MYLGP0004746488.

1152.   Attached hereto as Exhibit 1148 is a true and correct copy of an email dated March 31, 2014, from Frank Mullery to Christina Singletary and others, bearing Bates number MYLGP0004746562.

1153.   Attached hereto as Exhibit 1149 is a true and correct copy of an email dated August 8, 2014, from Frank Mullery to Larae Biggins and others, bearing Bates number MYLGP0004746775.

1154.   Attached hereto as Exhibit 1150 is a true and correct copy of an email dated January 11, 2013, from Brittany Sheets to Julie Booth and others, bearing Bates number MYLGP0004825111.

1155.   Attached hereto as Exhibit 1151 is a true and correct copy of an Excel dated January 11, 2013, New Walgreens Opportunities Breakdown, bearing Bates number MYLGP0004825113.

1156.   Attached hereto as Exhibit 1152 is a true and correct copy of an Excel dated January 11, 2013, WAGs Potential Opportunity Supply Chain, bearing Bates number MYLGP0004825114.

1157.   Attached hereto as Exhibit 1153 is a true and correct copy of an email dated December 1, 2014, from Leela Teekasingh to Bob Potter, bearing Bates number MYLGP0004970897.

1158.   Attached hereto as Exhibit 1154 is a true and correct copy of an email dated June 14 2013, from Christina Singletary to J. Mark Bover and others, bearing Bates number MYLGP0004981121.

1159.   Attached hereto as Exhibit 1155 is a true and correct copy of an email dated June 14, 2013, from Christina Singletary to Tony Mauro and others, bearing Bates number MYLGP0004981134.

1160.   Attached hereto as Exhibit 1156 is a true and correct copy of an email dated July 2, 2013, from Christina Singletary to J. Mark Bover and others, bearing Bates number MYLGP0004981147.

1161.   Attached hereto as Exhibit 1157 is a true and correct copy of an email dated August 9, 2013, from Christina Singletary to J. Mark Bover and others, bearing Bates number MYLGP0004981202.

1162.   Attached hereto as Exhibit 1158 is a true and correct copy of an email dated August 9, 2013, from Christina Singletary to Tony Mauro and others, bearing Bates number MYLGP0004981214.

1163.   Attached hereto as Exhibit 1159 is a true and correct copy of an email dated August 13, 2013, from Christina Singletary to J. Mark Bover and others, bearing Bates number MYLGP0004981243.

1164.   Attached hereto as Exhibit 1160 is a true and correct copy of an email dated August 13, 2013, from Christina Singletary to Tony Mauro and others, bearing Bates number MYLGP0004981257.

1165.   Attached hereto as Exhibit 1161 is a true and correct copy of an email dated February 19, 2015, from Kimberly Brooks to Robert Tighe and others, bearing Bates number MYLGP0004986554.

1166.   Attached hereto as Exhibit 1162 is a true and correct copy of an email dated March 14, 2014, from Howard Martin to Frank Mullery and others, bearing Bates number MYLGP0004986907.

1167.   Attached hereto as Exhibit 1163 is a true and correct copy of an email dated January 9, 2014, from Robert Tighe to Christina Singletary and others, bearing Bates number MYLGP0004987469.

1168.  Attached hereto as Exhibit 1164 is a true and correct copy of an email dated May 31, 2013, from Brittany Sheets to J. Mark Bover and others, bearing Bates number MYLGP0004987558.

1169.  Attached hereto as Exhibit 1165 is a true and correct copy of an email dated November 19, 2013, from J. Mark Bover to Christina Singletary and others, bearing Bates number MYLGP0004987776.

1170.  Attached hereto as Exhibit 1166 is a true and correct copy of an email dated March 15, 2013, from Brittany Sheets to J. Mark Bover and others, bearing Bates number MYLGP0004987785.

1171.  Attached hereto as Exhibit 1167 is a true and correct copy of an email dated February 27, 2013, from Jamie Woofter to J. Mark Bover and others, bearing Bates number MYLGP0004987850.

1172.  Attached hereto as Exhibit 1168 is a true and correct copy of an agenda dated February 4, 2012, entitled MPI Pricing Committee Meeting Minutes, bearing Bates number MYLGP0004987867.

1173.  Attached hereto as Exhibit 1169 is a true and correct copy of an email dated January 6, 2012, from Tony Mauro to Jacquelyn Tricase, David Workman, and others, bearing Bates number MYLGP0004987989.

1174.  Attached hereto as Exhibit 1170 is a true and correct copy of an email dated January 6, 2012, from Gary Sphar to Jacquelyn Tricase and others, bearing Bates number MYLGP0004987995.

1175.   Attached hereto as Exhibit 1171 is a true and correct copy of an email dated April 12, 2012, from Jacquelyn Tricase to Gary Sphar, Bob Potter, and others, bearing Bates number MYLGP0004989436.

1176.   Attached hereto as Exhibit 1172 is a true and correct copy of an email dated March 15, 2013, from Paul Campbell to John Deiriggi and others, bearing Bates number MYLGP0004998628.

1177.   Attached hereto as Exhibit 1173 is a true and correct copy of an email dated March 4, 2014, from from James Nesta to Brittany Sheets and others, bearing Bates number MYLGP0005003622.

1178.   Attached hereto as Exhibit 1174 is a true and correct copy of an email dated June 30, 2014, from Frank Mullery to James Nesta and others, bearing Bates number MYLGP0005039697.

1179.   Attached hereto as Exhibit 1175 is a true and correct copy of an email dated September 5, 2012, from Bob Potter to Joe Duda and others, bearing Bates number MYLGP0005047927.

1180.   Attached hereto as Exhibit 1176 is a true and correct copy of an email dated September 26, 2013, from Christina Singletary to J. Mark Bover and others, bearing Bates number MYLGP0005054280.

1181.   Attached hereto as Exhibit 1177 is a true and correct copy of an agenda dated September 25, 2013, MPI Pricing Committee Meeting Minutes, bearing Bates number MYLGP0005054281.

1182.   Attached hereto as Exhibit 1178 is a true and correct copy of an email dated August 6, 2013, from Brittany Sheets to Frank Mullery and others, bearing Bates number MYLGP0005269700.

1183.   Attached hereto as Exhibit 1179 is a true and correct copy of a presentation dated August 1, 2013, entitled Pricing Committee Meeting, bearing Bates number MYLGP0005269701.

1184.   Attached hereto as Exhibit 1180 is a true and correct copy of an email dated June 29, 2012, from Terri Fettinger to Rajiv Malik and others, bearing Bates number MYLGP0005282547.

1185.   Attached hereto as Exhibit 1181 is a true and correct copy of an email dated September 4, 2012, from Terri Fettinger to Rajiv Malik and others, bearing Bates number MYLGP0005283659.

1186.   Attached hereto as Exhibit 1182 is a true and correct copy of an email dated April 3, 2014, from Christina Singletary to David Workman and others, bearing Bates number MYLGP0005298391.

1187.   Attached hereto as Exhibit 1183 is a true and correct copy of meeting minutes dated March 4, 2014, entitled MPI Pricing Committee Meeting Minutes, bearing Bates number MYLGP0005298393.

1188.   Attached hereto as Exhibit 1184 is a true and correct copy of an email dated June 27, 2013, from Frank Mullery to J. Mark Bover, bearing Bates number MYLGP0005299779.

1189.   Attached hereto as Exhibit 1185 is a true and correct copy of a presentation dated June 26, 2013, entitled Pricing Committee Meeting, bearing Bates number MYLGP0005299780.

1190.   Attached hereto as Exhibit 1186 is a true and correct copy of an email dated September 7, 2012, from Sean Reilly to Dale Kelley, bearing Bates number MYLGP0005331956.

1191.   Attached hereto as Exhibit 1187 is a true and correct copy of an email dated October 12, 2012, from Susan Cadigan to Sean Reilly, bearing Bates number MYLGP0005332049.

1192.   Attached hereto as Exhibit 1188 is a true and correct copy of an email dated March 15, 2013, from Sean Reilly to Jarod Castonguay, bearing Bates number MYLGP0005332273.

1193.   Attached hereto as Exhibit 1189 is a true and correct copy of an email dated June 18, 2012, from Sean Reilly to Ralph Young, bearing Bates number MYLGP0005335806.

1194.   Attached hereto as Exhibit 1190 is a true and correct copy of an email dated March 22, 2013, from Sean Reilly to Andre Patton, bearing Bates number MYLGP0005337690.

1195.   Attached hereto as Exhibit 1191 is a true and correct copy of an email dated August 9, 2013, from Sean Reilly to Ralph Young, bearing Bates number MYLGP0005338504.

1196.   Attached hereto as Exhibit 1192 is a true and correct copy of an Excel dated 2013, Product Price Change Notification, bearing Bates number MYLGP0005338505.

1197.   Attached hereto as Exhibit 1193 is a true and correct copy of an email dated March 10, 2014, from Sean Reilly to Susan Cadigan, bearing Bates number MYLGP0005339449.

1198.   Attached hereto as Exhibit 1194 is a true and correct copy of an email dated October 9, 2012, from Nadine Kelly to Amy Montana and others, bearing Bates number MYLGP0005372088.

1199.   Attached hereto as Exhibit 1195 is a true and correct copy of an email dated April 25, 2013, from Robert O'Neill to Tony Mauro and others, bearing Bates number MYLGP0005372561.

1200.   Attached hereto as Exhibit 1196 is a true and correct copy of a presentation dated April 24, 2013, Market Overview Levothyroxine Tablets, bearing Bates number MYLGP0005372562.

1201.   Attached hereto as Exhibit 1197 is a true and correct copy of an email dated October 31, 2013, from Tom Pirozzi to Tony Mauro and others, bearing Bates number MYLGP0005376302.

1202.   Attached hereto as Exhibit 1198 is a true and correct copy of a PowerPoint dated October 28, 2013, Compliance Committee Update, bearing Bates number MYLGP0005376303.

1203.   Attached hereto as Exhibit 1199 is a true and correct copy of an email dated February 21, 2014, from James Nesta to Joe Duda and others, bearing Bates number MYLGP0005377033.

1204.   Attached hereto as Exhibit 1200 is a true and correct copy of an email dated October 30, 2014, from Bradley Wideman to Robert Coury and others, bearing Bates number MYLGP0005425493.

1205.   [Attached hereto as Exhibit 1201 is a true and correct copy of a letter dated October 23, 2014, from Stephen Ryan to Elijah Cummings and Bernard Sanders, bearing Bates number MYLGP0005425494.

1206.   Attached hereto as Exhibit 1202 is a true and correct copy of an email dated October 13, 2011, from Tara Myers to Allene Walker and others, bearing Bates number MYLGP0005430368.

1207.   Attached hereto as Exhibit 1203 is a true and correct copy of an Excel dated October 2011, entitled Weekly TRx Summary Reports, bearing Bates number MYLGP0005430430.

1208.   Attached hereto as Exhibit 1204 is a true and correct copy of an email dated March 25, 2014, from Frank Mullery to James Abrams and others, bearing Bates number MYLGP0005436287.

1209.   Attached hereto as Exhibit 1205 is a true and correct copy of an email dated May 30, 2014, from Sean Reilly to James Nesta, bearing Bates number MYLGP0005439376.

1210.   Attached hereto as Exhibit 1206 is a true and correct copy of an email dated April 22, 2013, from Brittany Sheets to Frank Mullery and others, bearing Bates number MYLGP0005455484.

1211.   Attached hereto as Exhibit 1207 is a true and correct copy of an Agenda dated April 24, 2012, MPI Pricing Committee Meeting Agenda, bearing Bates number MYLGP0005455485.

1212.   Attached hereto as Exhibit 1208 is a true and correct copy of an Excel dated April 24, 2013, Pricing Committee Meeting, bearing Bates number MYLGP0005455486.

1213.   Attached hereto as Exhibit 1209 is a true and correct copy of an email dated February 27, 2013, from Brittany Sheets to Frank Mullery and others, bearing Bates number MYLGP0005458876.

1214.   Attached hereto as Exhibit 1210 is a true and correct copy of a agenda dated February 27, 2012, MPI Pricing Committee Meeting Agenda, bearing Bates number MYLGP0005458877.

1215.   Attached hereto as Exhibit 1211 is a true and correct copy of an email dated July 31, 2013, from Christina Singletary to J. Mark Bover and others, bearing Bates number MYLGP0005460019.

1216.   Attached hereto as Exhibit 1212 is a true and correct copy of a presentation sdated August 1, 2013, Pricing Committee Meeting, bearing Bates number MYLGP0005460020.

1217.   Attached hereto as Exhibit 1213 is a true and correct copy of an agenda dated August 1, 2013, MPI Pricing Committee Meeting Agenda, bearing Bates number MYLGP0005460048.

1218.   Attached hereto as Exhibit 1214 is a true and correct copy of an email dated January 12, 2016, from Garrett Harper to Kimberley Brooks and others, bearing Bates number MYLGP0005578557.

1219.   Attached hereto as Exhibit 1215 is a true and correct copy of an Excel dated January 12, 2016, Product Summary, bearing Bates number MYLGP0005578558.

1220.   Attached hereto as Exhibit 1216 is a true and correct copy of an email dated August 28, 2014, from Macall Holsinger to Ashley Vitale and Brittany Sheets, bearing Bates number MYLGP0005582172.

1221.   Attached hereto as Exhibit 1217 is a true and correct copy of a report dated August 28, 2014, entitled Launch Summaries, bearing Bates number MYLGP0005582190.

1222.   Attached hereto as Exhibit 1218 is a true and correct copy of an email dated August 22, 2012, from Kavit Tyagi to Tom Palko and others, bearing Bates number MYLGP0005596392.

1223.   Attached hereto as Exhibit 1219 is a true and correct copy of an email dated August 21, 2012, from Tom Palko to Tony Mauro and John Deiriggi, bearing Bates number MYLGP0005597169.

1224.   Attached hereto as Exhibit 1220 is a true and correct copy of an email dated April 17, 2013, from Angela Lanham to Steve Krinke and Shane Bartolo, bearing Bates number MYLGP0005609648.

1225.   Attached hereto as Exhibit 1221 is a true and correct copy of an email dated April 19, 2013, from Steve Krinke to Dawna Johnson, bearing Bates number MYLGP0005630384.

1226.   Attached hereto as Exhibit 1222 is a true and correct copy of an email dated May 29, 2014, from David Workman to Courtney Wilson, bearing Bates number MYLGP0005673666.

1227.   Attached hereto as Exhibit 1223 is a true and correct copy of an email dated October 21, 2013, from Stephanie Nuzum to J. Mark Bover and others, bearing Bates number MYLGP0005737038.

1228.   Attached hereto as Exhibit 1224 is a true and correct copy of an Excel dated 2013, Rite Aid- Doxycycline DR, bearing Bates number MYLGP0005737041.

1229.   Attached hereto as Exhibit 1225 is a true and correct copy of an email dated April 4, 2012, from Courtney Wilson to Jill Dean and Edward Lowther, bearing Bates number MYLGP0005788255.

1230.   Attached hereto as Exhibit 1226 is a true and correct copy of a PowerPoint dated March 2012, entitled Internal Audit Working Capital Review, bearing Bates number MYLGP0005827554.

1231.   Attached hereto as Exhibit 1227 is a true and correct copy of an email dated March 19, 2012, from Thomas McGowan to Rodney Emerson, bearing Bates number MYLGP0005831036.

1232.   Attached hereto as Exhibit 1228 is a true and correct copy of an analyst report dated March 19, 2012, Global Healthcare Conference Event Takeaways, bearing Bates number MYLGP0005831039.

1233.   Attached hereto as Exhibit 1229 is a true and correct copy of an email dated July 19, 2013, from Brittany Sheets and David Workman, bearing Bates number MYLGP0005920180.

1234.   Attached hereto as Exhibit 1230 is a true and correct copy of an email dated October 3, 2013, from Wade Smith to David Zaken and others, bearing Bates number MYLGP0005934941.

1235.   Attached hereto as Exhibit 1231 is a true and correct copy of an Excel dated 2013, entitled letter Labels, bearing Bates number MYLGP0005934944.

1236.   Attached hereto as Exhibit 1232 is a true and correct copy of an email dated October 30, 2013, from Cameron Lemley to Stephanie Nuzum and others, bearing Bates number MYLGP0005939956.

1237.   Attached hereto as Exhibit 1233 is a true and correct copy of an email dated March 1, 2012, from James Mastakas to Robert Tighe, bearing Bates number MYLGP0005956695.

1238.   Attached hereto as Exhibit 1234 is a true and correct copy of an email dated November 19, 2013, from Cameron Lemley to Courtney Wilson and Stephanie Nuzum, bearing Bates number MYLGP0005996711.

1239.   Attached hereto as Exhibit 1235 is a true and correct copy of an email dated November 2, 2012, from Courtney Wilson to J. Mark Bover and others, bearing Bates number MYLGP0005997698.

1240.   Attached hereto as Exhibit 1236 is a true and correct copy of an email dated November 15, 2013, from Cameron Lemley to David Workman and others, bearing Bates number MYLGP0005997762.

1241.   Attached hereto as Exhibit 1237 is a true and correct copy of an Excel dated 2013, Walmart Doxycycline Hyclate DR, bearing Bates number MYLGP0005997763.

1242.   Attached hereto as Exhibit 1238 is a true and correct copy of an email dated March 13, 2013, from Shane Bartolo to Sean Reilly, bearing Bates number MYLGP0006014577.

1243.   Attached hereto as Exhibit 1239 is a true and correct copy of an email dated November 2, 2011, from Courtney Wilson to J. Mark Bover and others, bearing Bates number MYLGP0006184925.

1244.   Attached hereto as Exhibit 1240 is a true and correct copy of an email dated April 26, 2013, from Dan Maloney to Steve Krinke, bearing Bates number MYLGP0006203830.

1245.   Attached hereto as Exhibit 1241 is a true and correct copy of an email dated June 11, 2012, from John Sheehan to Robert O'Neill and others, bearing Bates number MYLGP0006236321.

1246.   Attached hereto as Exhibit 1242 is a true and correct copy of an email dated September 11, 2012, from Brittany Sheets to Courtney Wilson and Stephanie Kroll, bearing Bates number MYLGP0006248487.

1247.    Attached hereto as Exhibit 1243 is a true and correct copy of an email dated September 12, 2012, from Katie Reed to Danielle Smith and others, bearing Bates number MYLGP0006248621.

1248.    Attached hereto as Exhibit 1244 is a true and correct copy of an email dated June 4, 2012, from Kandice Shomo to Mara Uhlig and others, bearing Bates number MYLGP0006312524.

1249.    Attached hereto as Exhibit 1245 is a true and correct copy of a report dated April 30, 2012, entitled Shortdated Inventory, bearing Bates number MYLGP0006312525.

1250.    Attached hereto as Exhibit 1246 is a true and correct copy of an email dated August 31, 2012, from Katie Reed to Joe Duda and others, bearing Bates number MYLGP0006315326.

1251.    Attached hereto as Exhibit 1247 is a true and correct copy of a report dated 2012, entitled Valsartan HCTZ Launch Summary, bearing Bates number MYLGP0006315327.

1252.    Attached hereto as Exhibit 1248 is a true and correct copy of an email dated October 2, 2012, from Cameron Lemley to Stephanie Kroll, bearing Bates number MYLGP0006320532.

1253.    Attached hereto as Exhibit 1249 is a true and correct copy of an email dated December 26, 2012, from J. Mark Bover to Courtney Wilson and others, bearing Bates number MYLGP0006321986.

1254.    Attached hereto as Exhibit 1250 is a true and correct copy of an email dated September 4, 2012, from Jacquelyn Tricase to J. Mark Bover and others, bearing Bates number MYLGP0006336581.

1255.   Attached hereto as Exhibit 1251 is a true and correct copy of an email dated December 19, 2012, from Harry O'Grady to Paul Campbell and others, bearing Bates number MYLGP0006362388.

1256.   Attached hereto as Exhibit 1252 is a true and correct copy of an email dated February 8, 2012, from Katie Reed to Ashlea Currey and Jill Dean, bearing Bates number MYLGP0006377053.

1257.   Attached hereto as Exhibit 1253 is a true and correct copy of an email dated January 6, 2014, from Allene Walker to Andrea Morris and others, bearing Bates number MYLGP0006481671.

1258.   Attached hereto as Exhibit 1254 is a true and correct copy of an email dated January 14, 2016, from Calvin Castillo to Erik Williams and others, bearing Bates number MYLGP0006498183.

1259.   Attached hereto as Exhibit 1255 is a true and correct copy of an email dated January 13, 2014, from Jill Dean to David Workman and others, bearing Bates number MYLGP0006521866.

1260.   Attached hereto as Exhibit 1256 is a true and correct copy of an email dated August 21, 2015, from James Schnatterly to Andrea Morris and others, bearing Bates number MYLGP0006586286.

1261.   Attached hereto as Exhibit 1257 is a true and correct copy of an email dated November 5, 2014, from William Simon to Robert O'Neill, bearing Bates number MYLGP0006628274.

1262.   Attached hereto as Exhibit 1258 is a true and correct copy of a PowerPoint dated 2014, entitled Competitor Profiles, bearing Bates number MYLGP0006628276.

1263.   Attached hereto as Exhibit 1259 is a true and correct copy of an email dated January 21, 2014, from Robert Tighe to Jo Ann D'Amico, bearing Bates number MYLGP0006684790.

1264.   Attached hereto as Exhibit 1260 is a true and correct copy of a Reporting Package dated 2013, entitled Executive Quarterly Reporting Package, bearing Bates number MYLGP0006684791.

1265.   Attached hereto as Exhibit 1261 is a true and correct copy of an email dated May 1, 2014, from Christina Singletary to Holly Collins and others, bearing Bates number MYLGP0006701968.

1266.   Attached hereto as Exhibit 1262 is a true and correct copy of meeting minutes dated April 11, 2014, entitled MPI Pricing Committee Meeting Minutes, bearing Bates number MYLGP0006701969.

1267.   Attached hereto as Exhibit 1263 is a true and correct copy of a presentation dated April 2014, entitled Pricing Committee Meeting Agenda, bearing Bates number MYLGP0006701971.

1268.   Attached hereto as Exhibit 1264 is a true and correct copy of an email dated September 3, 2014, from William Simon to David Workman, bearing Bates number MYLGP0006702807.

1269.   Attached hereto as Exhibit 1265 is a true and correct copy of a PowerPoint dated August 28, 2014, entitled Portfolio Review Meeting, bearing Bates number MYLGP0006702808.

1270.   Attached hereto as Exhibit 1266 is a true and correct copy of an email dated January 20, 2014, from Michael Aigner to David Workman, bearing Bates number MYLGP0006769064.

1271.   Attached hereto as Exhibit 1267 is a true and correct copy of a Resume dated 2014 for Alex Likvornik, bearing Bates number MYLGP0006769065.

1272.   Attached hereto as Exhibit 1268 is a true and correct copy of an email dated July 24, 2014, from Brian Drieger to John Deiriggi and others, bearing Bates number MYLGP0006819811.

1273.   Attached hereto as Exhibit 1269 is a true and correct copy of an email dated February 5, 2016, from Kathy Dragone to Joseph Duda, bearing Bates number MYLGP0006874496.

1274.   Attached hereto as Exhibit 1270 is a true and correct copy of a presentation dated February 4, 2016, Stronger Together, bearing Bates number MYLGP0006874497.

1275.   Attached hereto as Exhibit 1271 is a true and correct copy of an email dated September 4, 2014, from Daniel Piett to Rodney Emerson, bearing Bates number MYLGP0006877404.

1276.   Attached hereto as Exhibit 1272 is a true and correct copy of a PowerPoint dated 2014, Walmart Product Segmentation, bearing Bates number MYLGP0006877412.

1277.   Attached hereto as Exhibit 1273 is a true and correct copy of an email dated August 26, 2014, from Diana Fortier to David Mitchell and Katie Reed, bearing Bates number MYLGP0006932562.

1278.   Attached hereto as Exhibit 1274 is a true and correct copy of a report dated August 20, 2014, Capecitabine Product Launch Summary, bearing Bates number MYLGP0006932563.

1279.   Attached hereto as Exhibit 1275 is a true and correct copy of an email dated July 16, 2014, from Frank Mullery to Christina Singletary and others, bearing Bates number MYLGP0006938027.

1280.   Attached hereto as Exhibit 1276 is a true and correct copy of an email dated December 27, 2013, from Jaclyn Cook to Robert O'Neill, bearing Bates number MYLGP0006958549.

1281.   Attached hereto as Exhibit 1277 is a true and correct copy of an email dated February 14, 2014, from Diana Fortier to Adrienne Helmick and Katie Reed, bearing Bates number MYLGP0006990619.

1282.   Attached hereto as Exhibit 1278 is a true and correct copy of an email dated August 20, 2014, from Katie Reed to Calvin Castillo and Jason Santucci, bearing Bates number MYLGP0006992060.

1283.   Attached hereto as Exhibit 1279 is a true and correct copy of an Excel dated November 2011 Product Summary, bearing Bates number MYLGP0007081139.

1284.   Attached hereto as Exhibit 1280 is a true and correct copy of an Excel dated 2012 Product Summary, bearing Bates number MYLGP0007083137.

1285.   Attached hereto as Exhibit 1281 is a true and correct copy of an Excel dated 2012 Product Summary, bearing Bates number MYLGP0007083947.

1286.   Attached hereto as Exhibit 1282 is a true and correct copy of meeting minutes dated October 10, 2012, MPI Pricing Committee Meeting Agenda, bearing Bates number MYLGP0007095553.

1287.   Attached hereto as Exhibit 1283 is a true and correct copy of an agenda dated February 4, 2013, Pricing Committee Meeting, bearing Bates number MYLGP0007103664.

1288.   Attached hereto as Exhibit 1284 is a true and correct copy of an Excel dated February 2, 2013, Product Summaries, bearing Bates number MYLGP0007108763.

1289.   Attached hereto as Exhibit 1285 is a true and correct copy of an Excel dated June 5, 2013, Fenofibrate New Product Pricing Analysis, bearing Bates number MYLGP0007111319.

1290.   Attached hereto as Exhibit 1286 is a true and correct copy of an Excel dated June 6, 2013, Valsartan New Product Pricing Analysis, bearing Bates number MYLGP0007111475.

1291.   Attached hereto as Exhibit 1287 is a true and correct copy of an Excel dated 2013 Product Summary, bearing Bates number MYLGP0007116111.

1292.   Attached hereto as Exhibit 1288 is a true and correct copy of an Excel dated 2014, Product Summary, bearing Bates number MYLGP0007128439.

1293.   Attached hereto as Exhibit 1289 is a true and correct copy of an Excel dated January 2015 Product Summary, bearing Bates number MYLGP0007165065.

1294.   Attached hereto as Exhibit 1290 is a true and correct copy of an Excel dated April 2015 Product Summary, bearing Bates number MYLGP0007175883.

1295.   Attached hereto as Exhibit 1291 is a true and correct copy of an Excel dated May 2015 Product Summary, bearing Bates number MYLGP0007180237.

1296.   Attached hereto as Exhibit 1292 is a true and correct copy of an Excel dated 2015 Product Summary, bearing Bates number MYLGP0007182101.

1297.   Attached hereto as Exhibit 1293 is a true and correct copy of a PowerPoint dated August 13, 2015, entitled MPI Pricing Committee Meeting, bearing Bates number MYLGP0007183299.

1298.   Attached hereto as Exhibit 1294 is a true and correct copy of an Excel dated September 17, 2015, Product Summary, bearing Bates number MYLGP0007187494.

1299.   Attached hereto as Exhibit 1295 is a true and correct copy of an Excel dated 2015 Product Summary, bearing Bates number MYLGP0007190784.

1300.   Attached hereto as Exhibit 1296 is a true and correct copy of an Excel dated 2015 Product Summary, bearing Bates number MYLGP0007193038.

1301.   Attached hereto as Exhibit 1297 is a true and correct copy of an email dated August 3, 2012, from Sean Reilly to Katie Reed, bearing Bates number MYLGP0007421370.

1302.   Attached hereto as Exhibit 1298 is a true and correct copy of an Excel dated 2013 entitled Product Summary, bearing Bates number MYLGP0007464862.

1303.   Attached hereto as Exhibit 1299 is a true and correct copy of an Excel dated 2013 entitled Product Summary, bearing Bates number MYLGP0007465331.

1304.   Attached hereto as Exhibit 1300 is a true and correct copy of an Excel dated April 4, 2013, entitled Product Summary, bearing Bates number MYLGP0007465838.

1305.   Attached hereto as Exhibit 1301 is a true and correct copy of an Excel dated 2013, entitled Product Summary, bearing Bates number MYLGP0007466022.

1306.   Attached hereto as Exhibit 1302 is a true and correct copy of an Excel dated 2013, entitled Product Summary, bearing Bates number MYLGP0007466478.

1307.   Attached hereto as Exhibit 1303 is a true and correct copy of an Excel dated 2013, entitled Product Summary, bearing Bates number MYLGP0007467448.

1308.   Attached hereto as Exhibit 1304 is a true and correct copy of an Excel dated 2013, entitled Product Summary, bearing Bates number MYLGP0007467870.

1309.   Attached hereto as Exhibit 1305 is a true and correct copy of an Excel dated 2013, entitled Product Summary, bearing Bates number MYLGP0007467976.

1310.   Attached hereto as Exhibit 1306 is a true and correct copy of an Excel dated 2014, entitled Product Summary, bearing Bates number MYLGP0007468224.

1311.   Attached hereto as Exhibit 1307 is a true and correct copy of an Excel dated February 2015, entitled Product Summary, bearing Bates number MYLGP0007478205.

1312.   Attached hereto as Exhibit 1308 is a true and correct copy of an Excel dated March 2015, entitled Product Summaries, bearing Bates number MYLGP0007479259.

1313.   Attached hereto as Exhibit 1309 is a true and correct copy of an Excel dated July 2015, entitled Product Summary, bearing Bates number MYLGP0007482529.

1314.   Attached hereto as Exhibit 1310 is a true and correct copy of an Excel dated 2015, entitled Product Summary, bearing Bates number MYLGP0007484999.

1315.   Attached hereto as Exhibit 1311 is a true and correct copy of an email dated April 16, 2012, from David Workman to J. Mark Bover and others, bearing Bates number MYLGP0007587170.

1316.   Attached hereto as Exhibit 1312 is a true and correct copy of an email dated July 3, 2013, from J. Mark Bover to David Workman, Tony Mauro, Robert Tighe, and others, bearing Bates number MYLGP0007592197.

1317.   Attached hereto as Exhibit 1313 is a true and correct copy of an email dated July 15, 2013, from Christina Singletary to J. Mark Bover, bearing Bates number MYLGP0007592257.

1318.   Attached hereto as Exhibit 1314 is a true and correct copy of meeting minutes dated June 26, 2013, MPI Pricing Committee Meeting Minutes, bearing Bates number MYLGP0007592260.

1319.   Attached hereto as Exhibit 1315 is a true and correct copy of an email dated August 13, 2013, from J. Mark Bover to Kristin Dibartolomeo, bearing Bates number MYLGP0007592912.

1320.   Attached hereto as Exhibit 1316 is a true and correct copy of an email dated September 3, 2013, from Rodney Emerson to Robert O'Neill and others, bearing Bates number MYLGP0007593885.

1321.   Attached hereto as Exhibit 1317 is a true and correct copy of an email dated September 3, 2013, from Robert O'Neill to Rodney Emerson and others, bearing Bates number MYLGP0007593888.

1322.   Attached hereto as Exhibit 1318 is a true and correct copy of an email dated September 8, 2015, from Melinda McQuiston to Erik Williams and others, bearing Bates number MYLGP0007599265.

1323.   Attached hereto as Exhibit 1319 is a true and correct copy of an email dated July 28, 2015, from Christina Singletary to Erik Williams and others, bearing Bates number MYLGP0007601303.

1324.   Attached hereto as Exhibit 1320 is a true and correct copy of an email dated June 10, 2013, from Christina Singletary to Jamie Woofter, Brittany A Sheets, and Courtney Wilson, bearing Bates number MYLGP0007602943.

1325.   Attached hereto as Exhibit 1321 is a true and correct copy of meeting minutes dated June 5, 2013 MPI Pricing Committee Meeting Minutes, bearing Bates number MYLGP0007602946.

1326.   Attached hereto as Exhibit 1322 is a true and correct copy of an email dated February 25, 2014, from Melinda McQuiston to Rodney Emerson and others, bearing Bates number MYLGP0007607241.

1327.   Attached hereto as Exhibit 1323 is a true and correct copy of an email dated November 21, 2013, from Christina Singletary to J. Mark Bover, Rodney Emerson, and others, bearing Bates number MYLGP0007609308.

1328.   Attached hereto as Exhibit 1324 is a true and correct copy of an email dated April 16, 2012 from Jacquelyn Tricase to J. Mark Bover and others, bearing Bates number MYLGP0007618191.

1329.   Attached hereto as Exhibit 1325 is a true and correct copy of an email dated June 5, 2013, from Brad Frank to Matt Erick and others, bearing Bates number MYLGP0007618693.

1330.   Attached hereto as Exhibit 1326 is a true and correct copy of an email dated June 7, 2013, from Brad Frank to Matt Erick and others, bearing Bates number MYLGP0007618694.

1331.   Attached hereto as Exhibit 1327 is a true and correct copy of an email dated January 20, 2014, from Erik Williams to Brad Frank and others, bearing Bates number MYLGP0007618727.

1332.   Attached hereto as Exhibit 1328 is a true and correct copy of an email dated June 7, 2013, from Jill Dean to Brad Frank and others, bearing Bates number MYLGP0007618895.

1333.   Attached hereto as Exhibit 1329 is a true and correct copy of an email dated January 9, 2013, from Robert O'Neill to Robert Tighe and others, bearing Bates number MYLGP0007622002.

1334.   Attached hereto as Exhibit 1330 is a true and correct copy of an email dated January 9, 2013, from Paul Campbell to Robert O'Neill and others, bearing Bates number MYLGP0007626997.

1335.   Attached hereto as Exhibit 1331 is a true and correct copy of an email dated April 18, 2013, from Ashley Holman to Frank Mullery and others, bearing Bates number MYLGP0007686830.

1336.   Attached hereto as Exhibit 1332 is a true and correct copy of an email dated June 4, 2013, from Shawna Whanger to Christina Singletary and others, bearing Bates number MYLGP0007689189.

1337.   Attached hereto as Exhibit 1333 is a true and correct copy of an Excel dated June 5, 2013, FTS Claims for Pricing Committee Approval, bearing Bates number MYLGP0007689191.

1338.   Attached hereto as Exhibit 1334 is a true and correct copy of an email dated June 17, 2013, from Jamie Woofter to Courtney Wilson, bearing Bates number MYLGP0007690595.

1339.   Attached hereto as Exhibit 1335 is a true and correct copy of a form dated April 29, 2013, entitled ADC Checklist Doxazosin, bearing Bates number MYLGP0007690596.

1340.   Attached hereto as Exhibit 1336 is a true and correct copy of an email dated September 11, 2013, from Andrea Mieses to Jill Dean and others, bearing Bates number MYLGP0007700241.

1341.   Attached hereto as Exhibit 1337 is a true and correct copy of a memo dated February 2, 2012, entitled Mylan North America Charter of the Pricing Committee, bearing Bates number MYLGP0007700248.

1342.   Attached hereto as Exhibit 1338 is a true and correct copy of an email dated December 4, 2013, from Rodney Emerson to Holly Collins and Courtney Wilson, bearing Bates number MYLGP0007709031.

1343.   Attached hereto as Exhibit 1339 is a true and correct copy of a memo dated July 1, 2011, entitled Mylan North America Charter of the Pricing Committee, bearing Bates number MYLGP0007709039.

1344.   Attached hereto as Exhibit 1340 is a true and correct copy of an email dated September 1, 2015, from Howard Martin to Brad Frank and others, bearing Bates number MYLGP0007728585.

1345.   Attached hereto as Exhibit 1341 is a true and correct copy of an email dated September 10, 2012, from Katie Reed to Danielle Smith and others, bearing Bates number MYLGP0007739447.

1346.   Attached hereto as Exhibit 1342 is a true and correct copy of an Excel dated 2012 Valsartan HCTZ Customer Activity, bearing Bates number MYLGP0007739449.

1347.   Attached hereto as Exhibit 1343 is a true and correct copy of an email dated December 10, 2014, from Frank Mullery to Amanda Koch, bearing Bates number MYLGP0007743259.

1348.   Attached hereto as Exhibit 1344 is a true and correct copy of an email dated March 25, 2014, from Christina Singletary to Stephanie Nuzum, bearing Bates number MYLGP0007754639.

1349.   Attached hereto as Exhibit 1345 is a true and correct copy of an email dated March 18, 2014, from Savana Skasik to Stephanie Nuzum and others, bearing Bates number MYLGP0007761186.

1350.   Attached hereto as Exhibit 1346 is a true and correct copy of an email dated October 25, 2012, from Courtney Wilson to Katie Reed, bearing Bates number MYLGP0007775862.

1351.   Attached hereto as Exhibit 1347 is a true and correct copy of an brochure dated 2012 Fenofibrate Capsules, bearing Bates number MYLGP0007775872.

1352.   Attached hereto as Exhibit 1348 is a true and correct copy of an email dated January 27, 2014, from Brad Frank to Erik Williams, bearing Bates number MYLGP0007808408.

1353.   Attached hereto as Exhibit 1349 is a true and correct copy of an Excel dated October 30, 2013, Pricing Committee Meeting, bearing Bates number MYLGP0007808409.

1354.   Attached hereto as Exhibit 1350 is a true and correct copy of an email dated March 24, 2014, from Christina Singletary to David Workman and others, bearing Bates number MYLGP0007816425.

1355.   Attached hereto as Exhibit 1351 is a true and correct copy of an email dated January 6, 2015, from Christina Singletary to Jill Dean and others, bearing Bates number MYLGP0007832715.

1356.   Attached hereto as Exhibit 1352 is a true and correct copy of an agenda dated February 17, 2015, MPI Pricing Committee Agenda, bearing Bates number MYLGP0007832718.

1357.   Attached hereto as Exhibit 1353 is a true and correct copy of a presentation dated August 2014, entitled Governance and Decision-Making, bearing Bates number MYLGP0007910965.

1358.   Attached hereto as Exhibit 1354 is a true and correct copy of an email dated August 28, 2012, from Jacquelyn Tricase to J. Mark Bover, bearing Bates number MYLGP0008385718.

1359.   Attached hereto as Exhibit 1355 is a true and correct copy of Meeting minutes dated July 25, 2012, entitled MPI Pricing Committee Meeting, bearing Bates number MYLGP0008385719.

1360.   Attached hereto as Exhibit 1356 is a true and correct copy of an email dated December 19, 2012, from J. Mark Bover to Tammy Maisel, bearing Bates number MYLGP0008386103.

1361.   Attached hereto as Exhibit 1357 is a true and correct copy of an email dated October 14, 2014, from Jaclyn Cook to Jeremy Terry and others, bearing Bates number MYLGP0008413143.

1362.   Attached hereto as Exhibit 1358 is a true and correct copy of a report dated 2014, entitled MPI Q2, bearing Bates number MYLGP0008413144.

1363.   Attached hereto as Exhibit 1359 is a true and correct copy of an email dated February 20, 2013, from Renee Miller to Brian Byala and others, bearing Bates number MYLGP0008445202.

1364.   Attached hereto as Exhibit 1360 is a true and correct copy of an Excel dated February 21, 2013, entitled CFO Team Meeting, bearing Bates number MYLGP0008445204.

1365.   Attached hereto as Exhibit 1361 is a true and correct copy of a PowerPoint dated February 13, 2013, entitled Strategy Cycle Discussion, bearing Bates number MYLGP0008445247.

1366.   Attached hereto as Exhibit 1362 is a true and correct copy of a PowerPoint dated February 14, 2013, entitled Strategy Cycle Discussion: Growth Drivers, bearing Bates number MYLGP0008445248.

1367.   Attached hereto as Exhibit 1363 is a true and correct copy of a presentation dated January 31, 2013, entitled CEO Quarterly Financial and Operational Review, bearing Bates number MYLGP0008445276.

1368.   Attached hereto as Exhibit 1364 is a true and correct copy of a presentation dated February 5, 2013, entitled Mylan Audit Committee Update, bearing Bates number MYLGP0008445328.

1369.   Attached hereto as Exhibit 1365 is a true and correct copy of a presentation dated February 5, 2013, entitled Audit Committee Management's Internal Control Over Financial Reporting Assessment, bearing Bates number MYLGP0008445390.

1370.   Attached hereto as Exhibit 1366 is a true and correct copy of a presentation dated February 5, 2013, entitled Reporting Discussion, bearing Bates number MYLGP0008445401.

1371.   Attached hereto as Exhibit 1367 is a true and correct copy of a PowerPoint dated 2013, entitled Unremediated SOX Deficiencies, bearing Bates number MYLGP0008445449.

1372.   Attached hereto as Exhibit 1368 is a true and correct copy of an Excel dated 2012, entitled Summary of Control Deficiencies, bearing Bates number MYLGP0008445450.

1373.   Attached hereto as Exhibit 1369 is a true and correct copy of a PowerPoint dated February 2013, entitled Working Capital Budget, bearing Bates number MYLGP0008445451.

1374.   Attached hereto as Exhibit 1370 is a true and correct copy of an email dated August 28, 2013, from Christina Singletary to J. Mark Bover, bearing Bates number MYLGP0008461228.

1375.   Attached hereto as Exhibit 1371 is a true and correct copy of meeting minutes dated August 28, 2013, entitled MPI Pricing Committee Meeting Minutes, bearing Bates number MYLGP0008461229.

1376.   Attached hereto as Exhibit 1372 is a true and correct copy of a presentation dated August 28, 2013, entitled Pricing Committee Meeting, bearing Bates number MYLGP0008461236.

1377.   Attached hereto as Exhibit 1373 is a true and correct copy of an email dated September 4, 2013, from Brittany Sheets to Julie Booth, bearing Bates number MYLGP0008461684.

1378.   Attached hereto as Exhibit 1374 is a true and correct copy of meeting minutes dated June 5, 2013, entitled MPI Pricing Committee Meeting Minutes, bearing Bates number MYLGP0008461685.

1379.   Attached hereto as Exhibit 1375 is a true and correct copy of a presentation dated June 5, 2013, entitled Pricing Committee Meeting, bearing Bates number MYLGP0008461693.

1380.   Attached hereto as Exhibit 1376 is a true and correct copy of an email dated December 11, 2013, from Jaclyn Cook to Robert O'Neill, bearing Bates number MYLGP0008506376.

1381.   Attached hereto as Exhibit 1377 is a true and correct copy of a Report dated 2013, entitled Potential December Launches, bearing Bates number MYLGP0008506378.

1382.   Attached hereto as Exhibit 1378 is a true and correct copy of an email dated January 29, 2014, from Ashley Holman to Kimberley Brooks and others, bearing Bates number MYLGP0008563213.

1383.   Attached hereto as Exhibit 1379 is a true and correct copy of a Mylan's Form 10-K for the year ending December 31, 2013, bearing Bates number MYLGP0008563214.

1384.   Attached hereto as Exhibit 1380 is a true and correct copy of an email dated April 15, 2014, from Jill Moats to Robert Tighe and others, bearing Bates number MYLGP0008585680.

1385.   Attached hereto as Exhibit 1381 is a true and correct copy of a reporting package dated March 31, 2014, Executive Quarterly Reporting Package, bearing Bates number MYLGP0008585681.

1386.   Attached hereto as Exhibit 1382 is a true and correct copy of an email dated January 10, 2014, from Katie Reed to Bethany Cage, bearing Bates number MYLGP0008596246.

1387.   Attached hereto as Exhibit 1383 is a true and correct copy of an email dated October 8, 2012, from J. Mark Bover to Emily Kelley and others, bearing Bates number MYLGP0008608269.

1388.   Attached hereto as Exhibit 1384 is a true and correct copy of an email dated January 4, 2013, from David Workman to Julie Booth and Kevin Shanley, bearing Bates number MYLGP0008725152.

1389.   Attached hereto as Exhibit 1385 is a true and correct copy of an agreement dated November 17, 2009, Mutual Nondisclosure Agreement, bearing Bates number MYLGP0008725154.

1390.   Attached hereto as Exhibit 1386 is a true and correct copy of an email dated April 15, 2014, from Allene Walker to Lexie Matthews, bearing Bates number MYLGP0008800852.

1391.   Attached hereto as Exhibit 1387 is a true and correct copy of meeting minutes dated March 13, 2014, MPI Pricing Committee Meeting Minutes, bearing Bates number MYLGP0008800922.

1392.   Attached hereto as Exhibit 1388 is a true and correct copy of an email dated May 13, 2013, from Frank Mullery to Calvin Castillo and others, bearing Bates number MYLGP0008815903.

1393.   Attached hereto as Exhibit 1389 is a true and correct copy of an email dated June 25, 2014, from Frank Mullery to Donna Brooks and James Abrams, bearing Bates number MYLGP0008821935.

1394.   Attached hereto as Exhibit 1390 is a true and correct copy of an email dated June 27, 2014, from Frank Mullery to Christina Singletary and others, bearing Bates number MYLGP0008821960.

1395.   Attached hereto as Exhibit 1391 is a true and correct copy of an email dated August 22, 2014, from Frank Mullery to Christina Singletary and others, bearing Bates number MYLGP0008822392.

1396.   Attached hereto as Exhibit 1392 is a true and correct copy of an email dated October 8, 2012, from Courtney Wilson to Stephanie Kroll, bearing Bates number MYLGP0008853367.

1397.   Attached hereto as Exhibit 1393 is a true and correct copy of an email dated August 19, 2013, from Stephen Campbell to J. Mark Bover and others, bearing Bates number MYLGP0008856027.

1398.   Attached hereto as Exhibit 1394 is a true and correct copy of an Excel dated 2013, CVS Doxycycline Hyclate Analysis, bearing Bates number MYLGP0008856031.

1399.   Attached hereto as Exhibit 1395 is a true and correct copy of an email dated December 23, 2013, from Melinda McQuiston to Rodney Emerson and others, bearing Bates number MYLGP0008857764.

1400.   Attached hereto as Exhibit 1396 is a true and correct copy of an email dated February 24, 2012, from Jacquelyn Tricase to J. Mark Bover and others, bearing Bates number MYLGP0008875570.

1401.   Attached hereto as Exhibit 1397 is a true and correct copy of an email dated March 12, 2012, from Katie Reed to Jill Dean, bearing Bates number MYLGP0008875592.

1402.   Attached hereto as Exhibit 1398 is a true and correct copy of an agenda dated December 5, 2011, MPI Pricing Committee Meeting Agenda, bearing Bates number MYLGP0008875617.

1403.   Attached hereto as Exhibit 1399 is a true and correct copy of an email dated May 14, 2012, from Katie Reed to Jacquelyn Tricase, bearing Bates number MYLGP0008875728.

1404.   Attached hereto as Exhibit 1400 is a true and correct copy of an agenda dated April 25, 2012, MPI Pricing Committee Meeting Agenda, bearing Bates number MYLGP0008875773.

1405.   Attached hereto as Exhibit 1401 is a true and correct copy of an email dated October 17, 2013, from Frank Mullery to Robert Tighe, bearing Bates number MYLGP0008896537.

1406.   Attached hereto as Exhibit 1402 is a true and correct copy of an email dated October 26, 2016, from Dan Rizzo to Brian Byala and others, bearing Bates number MYLGP0008896591.

1407.   Attached hereto as Exhibit 1403 is a true and correct copy of a document dated October 26, 2013 (by metadata), that has been withheld for privilege, bearing Bates number MYLGP0008896593.

1408.   Attached hereto as Exhibit 1404 is a true and correct copy of an email dated February 14, 2014, from Joe Duda to Donna Brooks and others, bearing Bates number MYLGP0008941736.

1409.   Attached hereto as Exhibit 1405 is a true and correct copy of an email dated July 29, 2015, from Christina Singletary to David Mitchell and others, bearing Bates number MYLGP0008946727.

1410.   Attached hereto as Exhibit 1406 is a true and correct copy of an email dated August 14, 2015, from Melinda McQuiston to David Mitchell and others, bearing Bates number MYLGP0008946741.

1411.   Attached hereto as Exhibit 1407 is a true and correct copy of an email dated February 26, 2015, from Lexie Mills to Jill Dean and others, bearing Bates number MYLGP0008946874.

1412.   Attached hereto as Exhibit 1408 is a true and correct copy of an email dated September 17, 2012, from Jacquelyn Tricase to Robert O'Neill, Joe Duda, and others, bearing Bates number MYLGP0008947746.

1413.   Attached hereto as Exhibit 1409 is a true and correct copy of an email dated September 4, 2015, from Amanda Koch to Tony Mauro and others, bearing Bates number MYLGP0008947975.

1414.   Attached hereto as Exhibit 1410 is a true and correct copy of an email dated March 2, 2014, from Michael Aigner to Michael Aigner, bearing Bates number MYLGP-rc0000122410.

1415.   Attached hereto as Exhibit 1411 is a true and correct copy of an email dated March 2, 2014, from Deanna Guenther to Bob Potter and others, bearing Bates number MYLGP-rc0000122755.

1416.   Attached hereto as Exhibit 1412 is a true and correct copy of an email dated May 27, 2014, from Michael Aigner to Lance Wyatt, bearing Bates number MYLGP-rc0000124246.

1417.   Attached hereto as Exhibit 1413 is a true and correct copy of an email dated August 12, 2014, from Michael Aigner to Dianne Pfahl, bearing Bates number MYLGP-rc0000124803.

1418.   Attached hereto as Exhibit 1414 is a true and correct copy of an email dated July 24, 2015, from Michael Aigner to Michael Aigner, bearing Bates number MYLGP-rc0000126916.

1419.   Attached hereto as Exhibit 1415 is a true and correct copy of an email dated December 11, 2013, from Jeremy Terry to Andrea Morris and others, bearing Bates number MYLGP-rc0000192073.

1420.   Attached hereto as Exhibit 1416 is a true and correct copy of a presentation dated 2013, Price Increase Analysis, bearing Bates number MYLGP-rc0000192074.

1421.   Attached hereto as Exhibit 1417 is a true and correct copy of an email dated June 1, 2013, from Michael Aigner to Andrew Dobbs and others, bearing Bates number MYLGP-rc0000249035.

1422.   Attached hereto as Exhibit 1418 is a true and correct copy of an email dated December 13, 2013, from Michael Aigner to James Nesta and others, bearing Bates number MYLGP-rc0000346930.

1423.   Attached hereto as Exhibit 1419 is a true and correct copy of an email dated August 12, 2014, from Angela Lanham to Bob Potter, bearing Bates number MYLGP-rc0000426582.

1424.   Attached hereto as Exhibit 1420 is a true and correct copy of an email dated August 21, 2015, from Angela Lanham to Bob Potter, bearing Bates number MYLGP-rc0000427076.

1425.   Attached hereto as Exhibit 1421 is a true and correct copy of a meeting invite dated November 9, 2015, from Angela Lanham to Rajiv Malik and others, bearing Bates number MYLGP-rc0000428285.

1426.   Attached hereto as Exhibit 1422 is a true and correct copy of an email dated February 3, 2016, from Jeremy Terry to Jason Harper and others, bearing Bates number MYLGP-rc0000481574.

1427.   Attached hereto as Exhibit 1423 is a true and correct copy of an Excel dated 2016 entitled Monthly Review by Business Unit, bearing Bates number MYLGP-rc0000481578.

1428.   Attached hereto as Exhibit 1424 is a true and correct copy of an email dated February 4, 2014, from Jeremy Terry to Andrea Morris and others, bearing Bates number MYLGP-rc0000498180.

1429.   Attached hereto as Exhibit 1425 is a true and correct copy of a presentation dated 2014, entitled Price Increase Analysis, bearing Bates number MYLGP-rc0000498181.

1430.   Attached hereto as Exhibit 1426 is a true and correct copy of an email dated May 4, 2011, from Matthew Bauman to Kwan Saddler and others, bearing Bates number MYLNEPI00004793.

1431.   Attached hereto as Exhibit 1427 is a true and correct copy of a chart dated 2016 entitled Management History, bearing Bates number MYLN-MDL-ORG-00000001.

1432.   Attached hereto as Exhibit 1428 is a true and correct copy of a Chart of 2016 employees Reporting to James Nesta, bearing Bates number MYLN-MDL-ORG-00000012.

1433.   Attached hereto as Exhibit 1429 is a true and correct copy of a Chart of 2012 employees Reporting to James Nesta, bearing Bates number MYLN-MDL-ORG-00000013.

1434.   Attached hereto as Exhibit 1430 is a true and correct copy of a Chart of 2013 employees reporting to James Nesta, bearing Bates number MYLN-MDL-ORG-00000014.

1435.   Attached hereto as Exhibit 1431 is a true and correct copy of a Chart of 2014, employees reporting to James Nesta, bearing Bates number MYLN-MDL-ORG-00000015.

1436.   Attached hereto as Exhibit 1432 is a true and correct copy of a Chart of 2015 employees reporting to James Nesta, bearing Bates number MYLN-MDL-ORG-00000016.

1437.   Attached hereto as Exhibit 1433 is a true and correct copy of an Excel dated 2013, Mylan Reporting Chain, bearing Bates number MYLN-MDL-ORG-00000044.

1438.   Attached hereto as Exhibit 1434 is a true and correct copy of an Excel dated 2014, Mylan Reporting Chain, bearing Bates number MYLN-MDL-ORG-00000045.

1439.   Attached hereto as Exhibit 1435 is a true and correct copy of an email dated December 17, 2014, from Lexie Mills to Michael Aigner and others, bearing Bates number MYLN-PROP-00000019.

1440.   Attached hereto as Exhibit 1436 is a true and correct copy of an email dated April 8, 2014, from Brittany Sheets to Lexie Matthews and Allene Walker, bearing Bates number MYLN-PROP-00001166.

1441.   Attached hereto as Exhibit 1437 is a true and correct copy of an email dated June 11, 2013, from Carl Poland to Venkat Sure, bearing Bates number MYL-SEC_LIT00128864.

1442.   Attached hereto as Exhibit 1438 is a true and correct copy of an Excel dated 2013, Requisitioner and Check Request Requester Approver List, bearing Bates number MYL-SEC_LIT00128865.

1443.   Attached hereto as Exhibit 1439 is a true and correct copy of an email dated February 5, 2014, from Mandy Rinehart to Carl Poland, bearing Bates number MYL-SEC_LIT00128875.

1444.   Attached hereto as Exhibit 1440 is a true and correct copy of an Excel dated 2014, Employee List, bearing Bates number MYL-SEC_LIT00128876.

1445.   Attached hereto as Exhibit 1441 is a true and correct copy of an email dated March 4, 2011, from MaryBeth Rehberger to Bruce Foster and Amy Peterpaul, bearing Bates number MYL-SEC_LIT00339840.

1446.   Attached hereto as Exhibit 1442 is a true and correct copy of an email dated January 17, 2012, from John Thievon to Harry O'Grady, bearing Bates number MYL-SEC_LIT00352084.

1447.   Attached hereto as Exhibit 1443 is a true and correct copy of a Form dated 2012, entitled Investor Day Outline, bearing Bates number MYL-SEC_LIT00352085.

1448.   Attached hereto as Exhibit 1444 is a true and correct copy of an email dated February 4, 2012, from Brian Smith to Heather Bresch and others, bearing Bates number MYL-SEC_LIT00353811.

1449.   Attached hereto as Exhibit 1445 is a true and correct copy of a presentation dated February 21, 2012, entitled Mylan Investor Day, bearing Bates number MYL-SEC_LIT00353812.

1450.   Attached hereto as Exhibit 1446 is a true and correct copy of an email dated April 30, 2012, from Gary Sphar to Jacquelyn Tricase and others, bearing Bates number MYL-SEC_LIT00567846.

1451.   Attached hereto as Exhibit 1447 is a true and correct copy of an email dated May 22, 2012, from Jill Dean to Joe Duda, and others, bearing Bates number MYL-SEC_LIT00568685.

1452.   Attached hereto as Exhibit 1448 is a true and correct copy of an agenda dated May 23, 2012, MPI Pricing Committee Meeting Agenda, bearing Bates number MYL-SEC_LIT00568686.

1453.   Attached hereto as Exhibit 1449 is a true and correct copy of an email dated August 29, 2012, from Brittany Sheets to Joe Duda and others, bearing Bates number MYL-SEC_LIT00572100.

1454.   Attached hereto as Exhibit 1450 is a true and correct copy of an agenda dated August 30, 2012, MPI Pricing Committee Meeting Agenda, bearing Bates number MYL-SEC_LIT00572101.

1455.   Attached hereto as Exhibit 1451 is a true and correct copy of a PowerPoint dated August 30, 2012, Pricing Committee Presentation, bearing Bates number MYL-SEC_LIT00572102.

1456.   Attached hereto as Exhibit 1452 is a true and correct copy of an email dated September 21, 2012, from Ashlea Currey to Tony Mauro and others, bearing Bates number MYL-SEC_LIT00573139.

1457.   Attached hereto as Exhibit 1453 is a true and correct copy of an email dated January 7, 2013, from Brittany Sheets to J. Mark Bover and others, bearing Bates number MYL-SEC_LIT00576866.

1458.   Attached hereto as Exhibit 1454 is a true and correct copy of an email dated February 22, 2013, from Briana Bilotta to Tony Mauro and others, bearing Bates number MYL-SEC_LIT00579239.

1459.   Attached hereto as Exhibit 1455 is a true and correct copy of an email dated September 13, 2012, from Gary Sphar to Katrina Curia and others, bearing Bates number MYL-SEC_LIT00580893.

1460.   Attached hereto as Exhibit 1456 is a true and correct copy of an email dated June 25, 2015, from Amy Montana to Tony Mauro and others, bearing Bates number MYL-SEC_LIT00584704.

1461.   Attached hereto as Exhibit 1457 is a true and correct copy of an email dated July 1, 2015, from Tony Mauro to Rajiv Malik and others, bearing Bates number MYL-SEC_LIT00584783.

1462.   Attached hereto as Exhibit 1458 is a true and correct copy of an email dated January 20, 2012, from Kristi Barnes to Kristi Barnes, bearing Bates number MYL-SEC_LIT00594817.

1463.   Attached hereto as Exhibit 1459 is a true and correct copy of a Report for the quarter ending December 31, 2011, entitled Executive Quarterly Reporting Package, bearing Bates number MYL-SEC_LIT00594818.

1464.   Attached hereto as Exhibit 1460 is a true and correct copy of an email dated February 19, 2012, from Tony Mauro to Kristin Dibartolomeo, bearing Bates number MYL-SEC_LIT00596831.

1465.   Attached hereto as Exhibit 1461 is a true and correct copy of an email dated May 16, 2012, from Carole Ben-Maimon to Tony Mauro, bearing Bates number MYL-SEC_LIT00601330.

1466.   Attached hereto as Exhibit 1462 is a true and correct copy of an email dated August 22, 2012, from Tom Palko to Kavit Tyagi and others, bearing Bates number MYL-SEC_LIT00605704.

1467.   Attached hereto as Exhibit 1463 is a true and correct copy of an email dated September 5, 2012, from Tony Mauro to Kristin Dibartolomeo, bearing Bates number MYL-SEC_LIT00606135.

1468.   Attached hereto as Exhibit 1464 is a true and correct copy of an email dated November 1, 2012, from Paul Campbell to Ian Fuller and others, bearing Bates number MYL-SEC_LIT00609436.

1469.   Attached hereto as Exhibit 1465 is a true and correct copy of an email dated September 3, 2013, from Tony Mauro to David Workman, and others, bearing Bates number MYL-SEC_LIT00617010.

1470.   Attached hereto as Exhibit 1466 is a true and correct copy of an email dated January 15, 2014, from Jeff Galzer to Tony Mauro, bearing Bates number MYL-SEC_LIT00624138.

1471.   Attached hereto as Exhibit 1467 is a true and correct copy of an email dated February 19, 2014, from Nimish Shah to Tony Mauro, bearing Bates number MYL-SEC_LIT00626765.

1472.   Attached hereto as Exhibit 1468 is a true and correct copy of an email dated March 5, 2014, from Leanora Griffin on behalf of Hal Korman to Adele Gulfo and others, bearing Bates number MYL-SEC_LIT00627608.

1473.   Attached hereto as Exhibit 1469 is a true and correct copy of a PowerPoint dated March 5, 2014, Global Commercial Steering Committee Meeting, bearing Bates number MYL-SEC_LIT00627611.

1474.   Attached hereto as Exhibit 1470 is a true and correct copy of an email dated March 31, 2014, from Tony Mauro to Bob Tighe, Frank Mullery and Joe Duda, bearing Bates number MYL-SEC_LIT00629899.

1475.   Attached hereto as Exhibit 1471 is a true and correct copy of an email dated March 27, 2014, from Melinda McQuiston to David Workman and others, bearing Bates number MYL-SEC_LIT00629902.

1476.   Attached hereto as Exhibit 1472 is a true and correct copy of an email dated April 3, 2014, from James Nesta to Melinda McQuiston, David Workman, and others., bearing Bates number MYL-SEC_LIT00630181.

1477.   Attached hereto as Exhibit 1473 is a true and correct copy of an email dated June 10, 2014, from Tony Mauro to Holly Collins and others, bearing Bates number MYL-SEC_LIT00633091.

1478.   Attached hereto as Exhibit 1474 is a true and correct copy of an email dated July 22, 2014, from Melinda McQuiston to Frank Mullery and others, bearing Bates number MYL-SEC_LIT00634385.

1479.   Attached hereto as Exhibit 1475 is a true and correct copy of an email dated December 15, 2014, from Tony Mauro to Melinda McQuiston and others, bearing Bates number MYL-SEC_LIT00641945.

1480.   Attached hereto as Exhibit 1476 is a true and correct copy of an email dated February 19, 2015, from Tony Mauro to David Workman, and others, bearing Bates number MYL-SEC_LIT00644577.

1481.   Attached hereto as Exhibit 1477 is a true and correct copy of an email dated February 27, 2015, from Amanda Koch to David Mitchell and others, bearing Bates number MYL-SEC_LIT00645395.

1482.   Attached hereto as Exhibit 1478 is a true and correct copy of an email dated April 29, 2015, from Tony Mauro to Amanda Koch and others, bearing Bates number MYL-SEC_LIT00648441.

1483.   Attached hereto as Exhibit 1479 is a true and correct copy of an email dated April 14, 2016, from Enis Otuk to Ryll Alvarez and others, bearing Bates number MYL-SEC_LIT00681375.

1484.   Attached hereto as Exhibit 1480 is a true and correct copy of a pamphlet dated 2016 entitled The Heart of the Matter, bearing Bates number MYL-SEC_LIT00681379.

1485.   Attached hereto as Exhibit 1481 is a true and correct copy of an email dated May 2, 2016, from Tony Mauro to David Workman, and others, bearing Bates number MYL-SEC_LIT00684466.

1486.   Attached hereto as Exhibit 1482 is a true and correct copy of an email dated July 18, 2016, from Tony Mauro to Christina Singletary and others, bearing Bates number MYL-SEC_LIT00696248.

1487.   Attached hereto as Exhibit 1483 is a true and correct copy of an email dated February 10, 2014, from Howard Martin to Christina Singletary and others, bearing Bates number MYL-SEC_LIT00704917.

1488.   Attached hereto as Exhibit 1484 is a true and correct copy of an email dated April 8, 2014, from Christina Singletary to David Workman and others, bearing Bates number MYL-SEC_LIT00705420.

1489.   Attached hereto as Exhibit 1485 is a true and correct copy of meeting minutes dated March 4, 2014, MPI Pricing Committee Meeting Minutes, bearing Bates number MYL-SEC_LIT00705421.

1490.   Attached hereto as Exhibit 1486 is a true and correct copy of an email dated July 29, 2015, from Christina Singletary to Tony Mauro and others, bearing Bates number MYL-SEC_LIT00711144.

1491.   Attached hereto as Exhibit 1487 is a true and correct copy of an email dated August 14, 2015, from Christina Singletary to David Mitchell and others, bearing Bates number MYL-SEC_LIT00711211.

1492.   Attached hereto as Exhibit 1488 is a true and correct copy of an email dated October 22, 2013, from Christina Singletary to J. Mark Bover and others, bearing Bates number MYL-SEC_LIT00716437.

1493.   Attached hereto as Exhibit 1489 is a true and correct copy of meeting minutes dated October 21, 2013, MPI Pricing Committee Meeting Minutes, bearing Bates number MYL-SEC_LIT00716438.

1494.   Attached hereto as Exhibit 1490 is a true and correct copy of an email dated May 14, 2014, from Erik Williams to Larae Biggins and others, bearing Bates number MYL-SEC_LIT00716520.

1495.   Attached hereto as Exhibit 1491 is a true and correct copy of an email dated June 12, 2016, from Robert Coury to Ken Parks and others, bearing Bates number MYL-SEC_LIT00854345.

1496.   Attached hereto as Exhibit 1492 is a true and correct copy of a presentation dated 2016, entitled Market Price Review, bearing Bates number MYL-SEC_LIT00854346.

1497.   Attached hereto as Exhibit 1493 is a true and correct copy of an email dated August 3, 2016, from Greg Luttrell to Andrea Morris and others, bearing Bates number MYL-SEC_LIT00910756.

1498.   Attached hereto as Exhibit 1494 is a true and correct copy of an email dated August 17, 2016, from Frank Mullery to Christina Singletary and others, bearing Bates number MYL-SEC_LIT00920990.

1499.   Attached hereto as Exhibit 1495 is a true and correct copy of an email dated September 28, 2016, from Lynne Evosevich to Robert Coury and others, bearing Bates number MYL-SEC_LIT00948759.

1500.   Attached hereto as Exhibit 1496 is a true and correct copy of an email dated May 16, 2016, from Steve Gorny to Daniel Stefanoni and others, bearing Bates number MYL-SEC_LIT00969596.

1501.   Attached hereto as Exhibit 1497 is a true and correct copy of an email dated October 5, 2016, from James Nesta to Brittany Campbell and others, bearing Bates number MYL-SEC_LIT01068025.

1502.   Attached hereto as Exhibit 1498 is a true and correct copy of an email dated April 22, 2016, from Robert Tighe to Jo Ann D'Amico, bearing Bates number MYL-SEC_LIT01288607.

1503.   Attached hereto as Exhibit 1499 is a true and correct copy of a Draft 2016 Form 10-Q dated April 20, 2016, bearing Bates number MYL-SEC_LIT01288608.

1504.   Attached hereto as Exhibit 1500 is a true and correct copy of an email dated January 17, 2014, from Brian Mills to Kimberly Brooks and Patrick Zinn, bearing Bates number MYL-SEC_LIT01406321.

1505.   Attached hereto as Exhibit 1501 is a true and correct copy of a report dated 2014, Monthly Management Reporting Package, bearing Bates number MYL-SEC_LIT01406323.

1506.   Attached hereto as Exhibit 1502 is a true and correct copy of an Excel dated December 2013, Management Reporting Deck, bearing Bates number MYL-SEC_LIT01406333.

1507.   Attached hereto as Exhibit 1503 is a true and correct copy of an email dated April 21, 2016, from Sandra Keogh to Tony Mauro, bearing Bates number MYL-SEC_LIT01457469.

1508.   Attached hereto as Exhibit 1504 is a true and correct copy of a presentation dated April 26, 2016, entitled Audit Committee Update, bearing Bates number MYL-SEC_LIT01457471.

1509.   Attached hereto as Exhibit 1505 is a true and correct copy of an email dated April 26, 2014, from Armando Kallum to Michael Vezza and others, bearing Bates number SDZMYLSL-000013506.

1510.   Attached hereto as Exhibit 1506 is a true and correct copy of an email dated January 24, 2013, from Katie Dysart to Don DeGolyer and others, bearing Bates number SDZMYLSL-000033919.

1511.   Attached hereto as Exhibit 1507 is a true and correct copy of an email dated May 10, 2013, from Armando Kellum to Al Rivera and others, bearing Bates number SDZMYLSL-000064851.

1512.   Attached hereto as Exhibit 1508 is a true and correct copy of an email dated March 8, 2013, from Luis Jorge to Armando Kellum and others, bearing Bates number SDZMYLSL-000068673.

1513.   Attached hereto as Exhibit 1509 is a true and correct copy of an email dated October 2, 2013, from Michael Vezza to Steven Greenstein, bearing Bates number SDZMYLSL-000114382.

1514.   Attached hereto as Exhibit 1510 is a true and correct copy of an email dated July 12, 2013, from Luis Jorge to Paul Krauthauser and others, bearing Bates number SDZMYLSL-000115550.

1515.   Attached hereto as Exhibit 1511 is a true and correct copy of an email dated September 4, 2012 from Steven Greenstein to Chip Johnson and others, bearing Bates number SDZMYLSL-000116936.

1516.   Attached hereto as Exhibit 1512 is a true and correct copy of an email dated July 25, 2013, from Luis Jorge to Paul Krauthauser and others, bearing Bates number SDZMYLSL-000145544.

1517.   Attached hereto as Exhibit 1513 is a true and correct copy of an email dated July 18, 2013, from Luis Jorge to Michael Vezza and others, bearing Bates number SDZMYLSL-000145625.

1518.   Attached hereto as Exhibit 1514 is a true and correct copy of an email dated September 6, 2012, from Armando Kellum to Richard Tremont, bearing Bates number SDZMYLSL-000147660.

1519.   Attached hereto as Exhibit 1515 is a true and correct copy of an email dated January 4, 2013, from Armando Kellum to Freddy Rosado and others, bearing Bates number SDZMYLSL-000147956.

1520.   Attached hereto as Exhibit 1516 is a true and correct copy of an email dated September 18, 2012, from Luis Jorge to Monika Misiuta, bearing Bates number SDZMYLSL-000163858.

1521.   Attached hereto as Exhibit 1517 is a true and correct copy of an Excel dated September 18, 2012, Valsartan, bearing Bates number SDZMYLSL-000163865.

1522.   Attached hereto as Exhibit 1518 is a true and correct copy of an email dated September 12, 2012, from Luis Jorge to Monika Misiuta and others, bearing Bates number SDZMYLSL-000167477.

1523.   Attached hereto as Exhibit 1519 is a true and correct copy of an Excel dated September 12, 2012, entitled Diovan HCT, bearing Bates number SDZMYLSL-000167482.

1524.   Attached hereto as Exhibit 1520 is a true and correct copy of an email dated November 18, 2012, from Richard Tremonte to Steven Greenstein and others, bearing Bates number SDZMYLSL-000169073.

1525.   Attached hereto as Exhibit 1521 is a true and correct copy of an email dated September 17, 2012, from Connie Pak to Paul Cooper and others, bearing Bates number SDZMYLSL-000202549.

1526.   Attached hereto as Exhibit 1522 is a true and correct copy of a proposal dated September 14, 2012, Walgreens Valsartan/HCTZ Proposal, bearing Bates number SDZMYLSL-000202551.

1527.   Attached hereto as Exhibit 1523 is a true and correct copy of an email dated September 6, 2012, from Christopher Neurohr to Joyce Lloyd and others, bearing Bates number SDZMYLSL-000232493.

1528.   Attached hereto as Exhibit 1524 is a true and correct copy of an Excel dated September 6, 2012, entitled Omnicare Valsarta/HCTZ Proposal, bearing Bates number SDZMYLSL-000232494.

1529.   Attached hereto as Exhibit 1525 is a true and correct copy of an email dated September 5, 2012, from Connie Pak to Mark Kabulski and Freddy Rosado, bearing Bates number SDZMYLSL-000238188.

1530.   Attached hereto as Exhibit 1526 is a true and correct copy of an Excel dated September 5, 2012, Valsartan, bearing Bates number SDZMYLSL-000238190.

1531.   Attached hereto as Exhibit 1527 is a true and correct copy of an Excel dated September 5, 2012, Valsartan Prices, bearing Bates number SDZMYLSL-000238192.

1532.   Attached hereto as Exhibit 1528 is a true and correct copy of an email dated July 16, 2013, from Michael Vezza to Armando Kellum and others, bearing Bates number SDZMYLSL-000261550.

1533.   Attached hereto as Exhibit 1529 is a true and correct copy of an email dated July 16, 2013, from Michael Vezza to Armando Kellum, bearing Bates number SDZMYLSL-000267491.

1534.   Attached hereto as Exhibit 1530 is a true and correct copy of an email dated May 16, 2013, from Richard Tremonte to Jeff George, bearing Bates number SDZMYLSL-000296672.

1535.   Attached hereto as Exhibit 1531 is a true and correct copy of an email dated September 13, 2012, from Megan Yager to Richard Tremonte and others, bearing Bates number SDZMYLSL-000299692.

1536.   Attached hereto as Exhibit 1532 is a true and correct copy of a letter dated September 13, 2012, from Sandoz to Michael Allen, bearing Bates number SDZMYLSL-000299693.

1537.   Attached hereto as Exhibit 1533 is a true and correct copy of an email dated April 20, 2013, from Michael Vezza to Armando Kellum and others, bearing Bates number SDZMYLSL-000303076.

1538.   Attached hereto as Exhibit 1534 is a true and correct copy of an email dated May 14, 2014, from Ara Aprahamian to Elizabeth Guerrero and others, bearing Bates number TARO_MSS-001201.

1539.   Attached hereto as Exhibit 1535 is a true and correct copy of an email dated January 14, 2015, from Ara Aprahamian to Michael Perfetto and others, bearing Bates number TARO_MSS-003030.

1540.   Attached hereto as Exhibit 1536 is a true and correct copy of an email dated September 8, 2015, from Jim Kedrowski to Kal Sundaram, bearing Bates number TARO_MSS-019670.

1541.   Attached hereto as Exhibit 1537 is a true and correct copy of an email dated February 10, 2012, from Dave Rekenthaler to Kevin Galownia and others, bearing Bates number TEVA_MYLAN_SEC_000001.

1542.   Attached hereto as Exhibit 1538 is a true and correct copy of an email dated May 7, 2012, from Kevin Galownia to Teri Coward and others, bearing Bates number TEVA_MYLAN_SEC_000003.

1543.   Attached hereto as Exhibit 1539 is a true and correct copy of an email dated July 18, 2012, from Eugene Cioschi to Jessica Peters and others, bearing Bates number TEVA_MYLAN_SEC_000016.

1544.   Attached hereto as Exhibit 1540 is a true and correct copy of an email dated February 27, 2013, from Teri Coward to Kevin Green and others, bearing Bates number TEVA_MYLAN_SEC_000024.

1545.   Attached hereto as Exhibit 1541 is a true and correct copy of an email dated February 27, 2013, from Kevin Galownia to Dave Rekenthaler and others, bearing Bates number TEVA_MYLAN_SEC_000026.

1546.   Attached hereto as Exhibit 1542 is a true and correct copy of an email dated February 28, 2013, from Teri Coward to Dave Rekenthaler, bearing Bates number TEVA_MYLAN_SEC_000027.

1547.   Attached hereto as Exhibit 1543 is a true and correct copy of an email dated April 10, 2013, from Teri Coward to Jared Levinson and Bryan Bart, bearing Bates number TEVA_MYLAN_SEC_000033.

1548.   Attached hereto as Exhibit 1544 is a true and correct copy of an email dated December 3, 2013, from Jennifer King to Dave Rekenthaler and others, bearing Bates number TEVA_MYLAN_SEC_000038.

1549.   Attached hereto as Exhibit 1545 is a true and correct copy of an email dated December 20, 2013, from Teri Coward to Kevin Galownia and others, bearing Bates number TEVA_MYLAN_SEC_000040.

1550.   Attached hereto as Exhibit 1546 is a true and correct copy of an email dated January 31, 2014, from Jessica Peters to Jennifer King and others, bearing Bates number TEVA_MYLAN_SEC_000041.

1551.   Attached hereto as Exhibit 1547 is a true and correct copy of an email dated May 1, 2013, from Nisha Patel from Kevin Galownia, bearing Bates number TEVA_MYLAN_SEC_000046.

1552.   Attached hereto as Exhibit 1548 is a true and correct copy of an Excel dated 2013 Price Increase Candidate Competitive Landscape, bearing Bates number TEVA_MYLAN_SEC_000047.

1553.   Attached hereto as Exhibit 1549 is a true and correct copy of an email dated May 9, 2013, from Kevin Galownia to Jared Levinson and others, bearing Bates number TEVA_MYLAN_SEC_000049.

1554.   Attached hereto as Exhibit 1550 is a true and correct copy of an email dated May 10, 2013, from Jared Levinson to Kevin Galownia and others, bearing Bates number TEVA_MYLAN_SEC_000050.

1555.   Attached hereto as Exhibit 1551 is a true and correct copy of an email dated May 10, 2013, from Nisha Patel to Kevin Galownia, bearing Bates number TEVA_MYLAN_SEC_000053.

1556.   Attached hereto as Exhibit 1552 is a true and correct copy of an email dated May 16, 2013, from Kevin Galownia to Kevin Green and others, bearing Bates number TEVA_MYLAN_SEC_000059.

1557.   Attached hereto as Exhibit 1553 is a true and correct copy of an email dated May 17, 2013, from Jared Levinson to Nisha Patel, bearing Bates number TEVA_MYLAN_SEC_000061.

1558.   Attached hereto as Exhibit 1554 is a true and correct copy of an email dated July 31, 2013, from Nisha Patel to Kevin Green and others, bearing Bates number TEVA_MYLAN_SEC_000079.

1559.   Attached hereto as Exhibit 1555 is a true and correct copy of an email dated December 22, 2013, from Kevin Galownia to Teri Mouro-Sherman and others, bearing Bates number TEVA_MYLAN_SEC_000090.

1560.   Attached hereto as Exhibit 1556 is a true and correct copy of an email dated December 23, 2013, from Dave Rekenthaler to Kevin Galownia and others, bearing Bates number TEVA_MYLAN_SEC_000093.

1561.   Attached hereto as Exhibit 1557 is a true and correct copy of an Excel dated 2013, Tolterodine ER Pricing Sheet, bearing Bates number TEVA_MYLAN_SEC_000095.

1562.   Attached hereto as Exhibit 1558 is a true and correct copy of an email dated May 15, 2014, from Kevin Galownia to Nisha Patel, bearing Bates number TEVA_MYLAN_SEC_000124.

1563.   Attached hereto as Exhibit 1559 is a true and correct copy of an email dated August 4, 2014, from Dave Rekenthaler to Nisha Patel, bearing Bates number TEVA_MYLAN_SEC_000151.

1564.   Attached hereto as Exhibit 1560 is a true and correct copy of an email dated August 7, 2014, from Christine Baeder to Nisha Patel and others, bearing Bates number TEVA_MYLAN_SEC_000153.

1565.   Attached hereto as Exhibit 1561 is a true and correct copy of an email dated August 8, 2014, from Dave Rekenthaler to Kevin Galownia and others, bearing Bates number TEVA_MYLAN_SEC_000163.

1566.   Attached hereto as Exhibit 1562 is a true and correct copy of an email dated August 10, 2014, from Dave Rekenthaler to Christine Baeder and others, bearing Bates number TEVA_MYLAN_SEC_000177.

1567.   Attached hereto as Exhibit 1563 is a true and correct copy of an email dated August 11, 2014, from Dave Rekenthaler to Kevin Galownia and others, bearing Bates number TEVA_MYLAN_SEC_000179.

1568.   Attached hereto as Exhibit 1564 is a true and correct copy of an email dated August 19, 2014, from Kevin Galownia to Miriam Muller and others, bearing Bates number TEVA_MYLAN_SEC_000201.

1569.   Attached hereto as Exhibit 1565 is a true and correct copy of an email dated August 13, 2014, from Christine Baeder to Kevin Galownia, bearing Bates number TEVA_MYLAN_SEC_001410.

1570.   Attached hereto as Exhibit 1566 is a true and correct copy of an email dated November 28, 2016, from Andrew Boyer to Christine Baeder, bearing Bates number TEVA_MYLAN_SEC_006135.

1571.   Attached hereto as Exhibit 1567 is a true and correct copy of an email dated January 2, 2014, from Kevin Galownia to Maureen Cavanaugh, bearing Bates number TEVA_MYLAN_SEC_029912.

1572.   Attached hereto as Exhibit 1568 is a true and correct copy of an email dated December 9, 2014, from Teri Coward to Christine Baeder and others, bearing Bates number TEVA_MYLAN_SEC_066656.

1573.   Attached hereto as Exhibit 1569 is a true and correct copy of an email dated December 10, 2014, from Franklin Harris to Teri Coward, bearing Bates number TEVA_MYLAN_SEC_066672.

1574.   Attached hereto as Exhibit 1570 is a true and correct copy of an email dated December 10, 2014, from Teri Coward to Kevin Galownia and others, bearing Bates number TEVA_MYLAN_SEC_066686.

1575.   Attached hereto as Exhibit 1571 is a true and correct copy of an email dated December 10, 2014, from Teri Coward to Franklin Harris, bearing Bates number TEVA_MYLAN_SEC_066697.

1576.   Attached hereto as Exhibit 1572 is a true and correct copy of an email dated January 29, 2010, from GPhA Events to John Denman, bearing Bates number TEVA_MYLAN_SEC_073990.

1577.   Attached hereto as Exhibit 1573 is a true and correct copy of an email dated December 18, 2014, from James Kellermann to Cassie Dunrud, bearing Bates number TEVA_MYLAN_SEC_080544.

1578.   Attached hereto as Exhibit 1574 is a true and correct copy of an email dated August 7, 2013, from Nisha Patel to Kevin Galownia, bearing Bates number TEVA_MYLAN_SEC_097460.

1579.   Attached hereto as Exhibit 1575 is a true and correct copy of an Excel dated 2013 Price Increase, bearing Bates number TEVA_MYLAN_SEC_097461.

1580.   Attached hereto as Exhibit 1576 is a true and correct copy of an email dated December 4, 2013, from Teri Mouro-Sherman to Jennifer King and others, bearing Bates number TEVA_MYLAN_SEC_098640.

1581.   Attached hereto as Exhibit 1577 is a true and correct copy of an Excel dated 2013, Tolterodine ER Customer Usage, bearing Bates number TEVA_MYLAN_SEC_098642.

1582.   Attached hereto as Exhibit 1578 is a true and correct copy of an email dated July 23, 2015, from Bryan Bart to Roger Biehl, bearing Bates number TEVA_MYLAN_SEC_110921.

1583.   Attached hereto as Exhibit 1579 is a true and correct copy of an Excel dated July 23, 2015, AOP Segment Listing, bearing Bates number TEVA_MYLAN_SEC_110923.

1584.   Attached hereto as Exhibit 1580 is a true and correct copy of an email dated May 10, 2013, from Kevin Galownia to Dave Rekenthaler and others, bearing Bates number TEVA_MYLAN_SEC_123445.

1585.   Attached hereto as Exhibit 1581 is a true and correct copy of an Excel dated 2013, Fenofibrate Customer Pricing, bearing Bates number TEVA_MYLAN_SEC_123448.

1586.   Attached hereto as Exhibit 1582 is a true and correct copy of an email dated January 23, 2013, from Kevin Galownia to Bryan Bart and others, bearing Bates number TEVA_MYLAN_SEC_130580.

1587.   Attached hereto as Exhibit 1583 is a true and correct copy of an email dated May 14, 2013, from Jared Levinson to Eugene Cioschi, bearing Bates number TEVA_MYLAN_SEC_130951.

1588.   Attached hereto as Exhibit 1584 is a true and correct copy of an email dated May 27, 2014, from Teri Mouro-Sherman to Nisha Patel, bearing Bates number TEVA_MYLAN_SEC_161952.

1589.   Attached hereto as Exhibit 1585 is a true and correct copy of an email dated December 23, 2013, from Kevin Galownia to Teri Mouro-Sherman and others, bearing Bates number TEVA_MYLAN_SEC_163409.

1590.   Attached hereto as Exhibit 1586 is a true and correct copy of an Excel dated 2013, Tolterodine ER Launch Pricing, bearing Bates number TEVA_MYLAN_SEC_163412.

1591.   Attached hereto as Exhibit 1587 is a true and correct copy of an email dated August 16, 2013, from Liz Ricketts to Kevin Galownia and others, bearing Bates number TEVA_MYLAN_SEC_193833.

1592.   Attached hereto as Exhibit 1588 is a true and correct copy of an email dated December 23, 2013, from Teri Mouro-Sherman to Dave Rekenthaler and others, bearing Bates number TEVA_MYLAN_SEC_194133.

1593.   Attached hereto as Exhibit 1589 is a true and correct copy of an email dated February 26, 2014, from Dave Rekenthaler to Teri Coward and others, bearing Bates number TEVA_MYLAN_SEC_195677.

1594.   Attached hereto as Exhibit 1590 is a true and correct copy of an email dated April 24, 2014, from Nisha Patel to Thomas Spotts, bearing Bates number TEVA_MYLAN_SEC_196208.

1595.   Attached hereto as Exhibit 1591 is a true and correct copy of an Excel dated April 2014, WAC Increase Analysis, bearing Bates number TEVA_MYLAN_SEC_196212.

1596.   Attached hereto as Exhibit 1592 is a true and correct copy of an email dated May 2, 2013, from Jessica Peters to Michelle Grant and Teri Mouro-Sherman, bearing Bates number TEVA_MYLAN_SEC_207219.

1597.   Attached hereto as Exhibit 1593 is a true and correct copy of an Excel dated 2013, Market Intel Summary, bearing Bates number TEVA_MYLAN_SEC_207223.

1598.   Attached hereto as Exhibit 1594 is a true and correct copy of an email dated November 26, 2012 from Erica Player to Beth Gniazdowski, bearing Bates number TEVA_MYLAN_SEC_216832.

1599.   Attached hereto as Exhibit 1595 is a true and correct copy of an email dated October 14, 2011, from GPhA Events to Dave Rekenthaler, bearing Bates number TEVA_MYLAN_SEC_242840.

1600.   Attached hereto as Exhibit 1596 is a true and correct copy of an email dated December 9, 2014, from Teri Coward to Liz Ricketts, bearing Bates number TEVA_MYLAN_SEC_264695.

1601.   Attached hereto as Exhibit 1597 is a true and correct copy of an email dated July 15, 2015, from Kevin Galownia to Sean Silver, bearing Bates number TEVA_MYLAN_SEC_281231.

1602.   Attached hereto as Exhibit 1598 is a true and correct copy of an email dated January 10, 2016, from Mike McBride to Joseph Duda, bearing Bates number USL_MylanSecurities_000038809.

1603.   Attached hereto as Exhibit 1599 is a true and correct copy of an email dated April 11, 2016, from Rusty R. Field to Ashley Vitale and others, bearing Bates number USL_MylanSecurities_000072018.

1604.   Attached hereto as Exhibit 1600 is a true and correct copy of an email dated May 15, 2015, from Beth Pannier to Brad Leonard and Chad Olson, bearing Bates number USL_MylanSecurities_000095989.

1605.   Attached hereto as Exhibit 1601 is a true and correct copy of a letter dated November 27, 2013, from Alicia Mozzachio on behalf of Carmelo Rosa for Dr. Habil Khorakiwala, bearing Bates number WOCKHARDT-MYLAN 000000295.

1606.   Attached hereto as Exhibit 1602 is a true and correct copy of the deposition transcript of Bruce Foster with Errata.

1607.   Attached hereto as Exhibit 1603 is a true and correct copy of an email dated August 6, 2020, from Anthony Lauriello to Terrence Scudieri and others regarding a Sanofi subpoena.

1608.   Attached hereto as Exhibit 1604 is a true and correct copy of the deposition transcript of Michael Aigner.

1609.   Attached hereto as Exhibit 1605 is a true and correct copy of Luke M. Froeb, Robert A. Koyak, Gregory J. Werden, What is the effect of bid-rigging on prices?, 42-4 Economics letters 419 (1993)).

1610.   Attached hereto as Exhibit 1606 is a true and correct copy of Daniel R. Karon, Price Fixing, Market Allocation & Bid Rigging Conspiracies: How to Counsel Your Clients to Detect Violations & Inform You of Potential Claims, 25 Am. J. Trial Advocacy 241, 250 (2001).

1611.   Attached hereto as Exhibit 1607 is a true and correct copy of Expert Report of Richard Gilbert.

1612.   Attached hereto as Exhibit 1608 is a true and correct copy of Yu, Y., Gupta, S., Pioneering advantage in generic drug competition, International Journal of Pharmaceutical and Healthcare Marketing (2014).

1613.   Attached hereto as Exhibit 1609 is a true and correct copy of Statement of Commissioner Rohit Chopra Joined by Commissioner Rebecca Kelly Slaughter in the Matter of Pfizer Inc. / Mylan N.V. Commission File No. 1910182. Federal Trade Commission (October 30, 2020).

1614.   Attached hereto as Exhibit 1610 is a true and correct copy of Berndt, E., et al., The Generic Drug User Fee Amendments: An Economic Perspective. Journal of Law and the Biosciences (2018).

1615.   Attached hereto as Exhibit 1611 is a true and correct copy of Senate Testimony of Dr. Scott Gottlieb, November 20, 2014. Available at:

https://www.govinfo.gov/content/pkg/CHRG-113shrg24459/html/CHRG-113shrg24459.htm (accessed April 7, 2021).

1616.   Attached hereto as Exhibit 1612 is a true and correct copy of Overview: the Drug Development and Supply Chain. Medicare Payment Advisory Commission, dated June 16, 2016.

1617.   Attached hereto as Exhibit 1613 is a true and correct copy of Robert S. Pindyck and Daniel L. Rubinfeld, Microeconomics, 9th edition, Pearson, 2018.

1618.   Attached hereto as Exhibit 1614 is a true and correct copy of Moffatt, What is a Commodity in Economics.

1619.   Attached hereto as Exhibit 1615 is a true and correct copy of Deposition transcript of Sean Reilly.

1620.   Attached hereto as Exhibit 1616 is a true and correct copy of Yu Awaya and Vijay Krishna, "On Communication and Collusion," The American Economic Review, Vol. 106, No. 2 (February 2016), pp. 285-315.)

1621.   Attached hereto as Exhibit 1617 is a true and correct copy of Joseph Farrell and Matthew Rabin, "Cheap Talk," Journal of Economic Perspectives, Vol. 10, No. 3 (Summer 1996), pp.103-118.

1622.   Attached hereto as Exhibit 1618 is a true and correct copy of Joseph Harrington and Andrzej Skrzypacz, Private Monitoring and Communication in Cartels: Explaining Recent Collusive Practices, American Economic Review 101, October 2011, pp. 2425-2449.

1623.   Attached hereto as Exhibit 1619 is a true and correct copy of Heritage Pharmaceuticals Press Release, Heritage Pharma Announces Executive Leadership Changes, dated April 18, 2018.

1624.   Attached hereto as Exhibit 1620 is a true and correct copy of Keeping You One Step Ahead of the Competition. ProspectorRx Marketing Brochure. (Available at https://www.elsevier.com/__data/assets/pdf_file/0004/813838/9A_ProspectoRx_FactSheet10_31_18WEB.pdf).

1625.   Attached hereto as Exhibit 1621 is a true and correct copy of AMCP Guide to Pharmaceutical Payment Methods, 2013 Update.

1626.   Attached hereto as Exhibit 1622 is a true and correct copy of a Department of Health and Human Services memorandum dated October 18, 2011, from Daniel Levinson to Donald Berwick, Review of Drug Costs to Medicaid Pharmacies and Their Relation to Benchmark Prices.

1627.   Attached hereto as Exhibit 1623 is a true and correct copy of MDL Order Granting Leave to File CAC.

1628.   Attached hereto as Exhibit 1624 is a true and correct copy of Deposition transcript of J. Mark Bover.

1629.   Attached hereto as Exhibit 1625 is a true and correct copy of Edward J. Green & Robert H. Porter, Noncooperative Collusion Under Imperfect Price Information, 52 Econometrica 87, 87 (1984)

1630.   Attached hereto as Exhibit 1626 is a true and correct copy of Connecticut Attorney General Jepsen press release, "AG Jepsen Leads Coalition in New, Expanded Complaint in Federal Generic Drug Antitrust Lawsuit," October 31, 2017.

1631.   Attached hereto as Exhibit 1627 is a true and correct copy of Kai Peters, "A Storm Is Brewing: What Happened to the Generic Pharmaceutical Anti-Trust Price Fixing Criminal Investigation?," November 2018.

1632.   Attached hereto as Exhibit 1628 is a true and correct copy of Mylan's Form 8-K dated December 4, 2015, disclosing DOJ subpoena.

1633.   Attached hereto as Exhibit 1629 is a true and correct copy of MDL Pretrial Order 70.

1634.   Attached hereto as Exhibit 1630 is a true and correct copy of the Jason Malek, Plea Transcript.

1635.   Attached hereto as Exhibit 1631 is a true and correct copy of the Heritage Deferred Prosecution Agreement.

1636.   Attached hereto as Exhibit 1632 is a true and correct copy of the Rising Deferred Prosecution Agreement.

1637.   Attached hereto as Exhibit 1633 is a true and correct copy of "Sixth Pharmaceutical Company Charged In Ongoing Criminal Antitrust Investigation," Department of Justice, Office of Public Affairs, July 23, 2020.

1638.   Attached hereto as Exhibit 1634 is a true and correct copy of the Armando Kellum, Plea Agreement.

1639.   Attached hereto as Exhibit 1635 is a true and correct copy of "Generic Pharmaceutical Company Admits to Fixing Price of Widely Used Cholesterol Medication," Department of Justice, Office of Public Affairs, May 7, 2020.

1640.   Attached hereto as Exhibit 1636 is a true and correct copy of "Seventh Generic Drug Manufacturer Is Charged In Ongoing Criminal Antitrust Investigation," Department of Justice, Office of Public Affairs, August 25, 2020.

1641.   Attached hereto as Exhibit 1637 is a true and correct copy of the deposition transcript of James Nesta with Errata.

1642.   Attached hereto as Exhibit 1638 is a true and correct copy of 30(b)(6) deposition transcript of David Workman with Errata.

1643.   Attached hereto as Exhibit 1639 is a true and correct copy of The New York Times, "Is EpiPen a Brand-Name or a Generic Drug? Mylan Casts It Both Ways," September 2, 2016, 8:02 PM.

1644.   Attached hereto as Exhibit 1640 is a true and correct copy of Wells Fargo, "Mylan N.V., MYL: Lawmakers Now Asking About EpiPen Medicare Rebates," September 2, 2016.

1645.   Attached hereto as Exhibit 1641 is a true and correct copy of Business Insider, "Lawmakers are accusing Mylan of overcharging Medicaid for the EpiPen— and the stock is tanking," September 2, 2016.

1646.   Attached hereto as Exhibit 1642 is a true and correct copy of letter to AG Loretta Lynch from Senators Richard Blumenthal, Chuck Grassley, and Amy Klobuchar on Mylan Rebate Pricing.

1647.   Attached hereto as Exhibit 1643 is a true and correct copy of CNBC, "Mylan 'incorrectly' classified EpiPens, shortchanging government: Regulators," September 28, 2016, 3:07 PM.

1648.   Attached hereto as Exhibit 1644 is a true and correct copy of Bank of Jerusalem, "Senators Ask DOJ to Investigate EpiPen," September 29, 2016 (contained in Auerbach Grayson, "Daily Morning Note, Western Europe Large Cap," September 29, 2016).

1649.   Attached hereto as Exhibit 1645 is a true and correct copy of Leerink, "MYLAN N.V. Lowering EpiPen Ests Reflecting AG Launch; EpiPen No Longer in Stk Price," September 29, 2016.

1650.   Attached hereto as Exhibit 1646 is a true and correct copy of Dow Jones Newswires Chinese (English), "Senators urge Department of Justice to investigate Mylan over EpiPen," September 28, 2016, 12:00 PM.

1651.   Attached hereto as Exhibit 1647 is a true and correct copy of Senator Grassley press release, "EpiPens: Grassley Finds Substantial Revenue Growth to Mylan from Taxpayers Via Medicare, Medicaid", dated October 6, 2016.

1652.   Attached hereto as Exhibit 1648 is a true and correct copy of Bloomberg, "Mylan Accused by U.S. of Overcharging Medicaid for EpiPen (1)," October 6, 2016, 2:37 PM.

1653.   Attached hereto as Exhibit 1649 is a true and correct copy of Bloomberg, "Mylan in 'Hot Seat' as U.S. Says It Overcharged for EpiPen," October 6, 2016.

1654.   Attached hereto as Exhibit 1650 is a true and correct copy of Associated Press Newswires, "Twitter and Wal-Mart fall; ICU Medical and Lam Research jump," October 6, 2016, 4:41 PM.

1655.   Attached hereto as Exhibit 1651 is a true and correct copy of The Quad-City Times, "Big Movers," October 7, 2016.

1656.   Attached hereto as Exhibit 1652 is a true and correct copy of Susquehanna Financial Group, "Mylan, Inc.: Cheaper Epipen Has Some Offsets to Lessen Impact," August 29, 2016.

1657.   Attached hereto as Exhibit 1653 is a true and correct copy of the deposition transcript of S. P. Kothari.

1658.   Attached hereto as Exhibit 1654 is a true and correct copy of Exhibit 861 – Mark Mitchell and Jeffry Netter, "The Role of Financial Economics in Securities Fraud Cases: Applications at the Securities and Exchange Commission".

1659.   Attached hereto as Exhibit 1655 is a true and correct copy of Exhibit 855 – Chapter 19 by David Tabak And Frederick Dunbar, "Materiality and Magnitude: Event Studies in the Courtroom", Litigation Services Handbook (3rd ed.).

1660.   Attached hereto as Exhibit 1656 is a true and correct copy of Expert Report of S.P. Kothari.

1661.   Attached hereto as Exhibit 1657 is a true and correct copy of Bloomberg, "Klobuchar Seeks FTC Investigation of Mylan's EpiPen Price Hikes," August 22, 2016, 2:37 PM).

1662.   Attached hereto as Exhibit 1658 is a true and correct copy of Thomson Reuters StreetEvents, Edited Transcript: MYL-Q1 2016 Mylan N.V. Earnings Call (May 3, 2016), as it was produced to the Class Representatives by Dr. Zachary Nye, and served on Defendants on May 12, 2021, in the backup to Dr. Zachary Nye's Expert Report, at pages 3884–99 of a document titled "Analyst Reports(5).pdf.".

1663.    Attached hereto as Exhibit 1659 is a true and correct copy of Senator Klobuchar press release, "Klobuchar Calls for Judiciary Hearing and Investigation Into At Least 400 Percent Increase of EpiPen Packs," August 20, 2016.

1664.    Attached hereto as Exhibit 1660 is a true and correct copy of Bloomberg, "Clinton Calls Mylan EpiPen Price Hikes 'Outrageous'," August 24, 2016, 1:21 PM.

1665.    Attached hereto as Exhibit 1661 is a true and correct copy of Senator Blumenthal press release, "Blumenthal Demands Mylan Lower Price for Life-Saving Epipen," August 22, 2016.

1666.    Attached hereto as Exhibit 1662 is a true and correct copy of Business Insider, "The price of an EpiPen has skyrocketed more than 500% since 2009 — and senators are asking for answers," August 22, 2016.

1667.    Attached hereto as Exhibit 1663 is a true and correct copy of Los Angeles Times, "Column: Another reason to hate Mylan, which jacked up the price of lifesaving EpiPens: It's a tax dodger," August 23, 2016.

1668.    Attached hereto as Exhibit 1664 is a true and correct copy of The Boston Globe, "EpiPen maker games the system, at everyone's expense," August 24, 2016, 1:59 PM.

1669.    Attached hereto as Exhibit 1665 is a true and correct copy of Citi, "Mylan NV (MYL), Alert: Pricing In the Spotlight Again as EpiPen Pricing Comes Under Scrutiny," August 22, 2016.

1670.    Attached hereto as Exhibit 1666 is a true and correct copy of Bank of America Merrill Lynch, "Mylan Inc., Injecting some perspective around EpiPen, maintain Buy," August 24, 2016.

1671.   Attached hereto as Exhibit 1667 is a true and correct copy of Evercore ISI, "Mylan, Inc., Epipen pricing: briefing to Senate staff being scheduled," August 24, 2016.

1672.   Attached hereto as Exhibit 1668 is a true and correct copy of Dow Jones Institutional News, "Mylan: In EpiPen Controversy, Shades of Valeant -- Barron's Blog," August 23, 2016, 10:29 AM.

1673.   Attached hereto as Exhibit 1669 is a true and correct copy of Seeking Alpha, "Mylan slumps on senator's inquiry into EpiPen price hikes," August 23, 2016, 4:32 PM.

1674.   Attached hereto as Exhibit 1670 is a true and correct copy of Agence France Presse, "Pharma shares under fire as US stocks fall," August 24, 2016, 4:15 PM.

1675.   Attached hereto as Exhibit 1671 is a true and correct copy of Bloomberg, "Clinton to Propose Penalties for 'Unjustified' Drug Price Hikes," September 2, 2016, 7:00 AM.

1676.   Attached hereto as Exhibit 1672 is a true and correct copy of BTIG, "Mylan N.V., Political Headwinds Remain – But Shares Look Inexpensive Trading at Multiples Not Seen Since 2008," September 2, 2016.

1677.   Attached hereto as Exhibit 1673 is a true and correct copy of Morningstar, "Mylan NV, Clinton's Proposed Drug Plan Doesn't Change the Pricing Power for Innovative Drugs," September 2, 2016.

1678.   Attached hereto as Exhibit 1674 is a true and correct copy of Wells Fargo, "Mylan N.V., MYL: Lawmakers Now Asking About EpiPen Medicare Rebates," September 2, 2016.

1679.   Attached hereto as Exhibit 1675 is a true and correct copy of Bloomberg, "U.S. Charges in Generic-Drug Probe Said to Be Filed by Year-End," November 3, 2016, 2:10 PM.

1680.   Attached hereto as Exhibit 1676 is a true and correct copy of Bank of America Merrill Lynch, "Specialty Pharmaceuticals, Specialty Pharma reacts sharply to DOJ news; our latest take on pricing headwinds," November 4, 2016.

1681.   Attached hereto as Exhibit 1677 is a true and correct copy of Barclays, "U.S. Specialty Pharmaceuticals, Quick thoughts on DOJ investigation into generics pricing," November 4, 2016.

1682.   Attached hereto as Exhibit 1678 is a true and correct copy of BTIG, "Specialty Pharmaceuticals and Biotechnology, Generic Drug Stocks 'Smoked' on Fears of DOJ Pricing Probe," November 3, 2016.

1683.   Attached hereto as Exhibit 1679 is a true and correct copy of Citi, "Generic Drug Pricing, Alert: Nowhere to Hide. Bloomberg Reports DOJ Conducting Probe Into Potential Generic Pricing Improprieties," November 3, 2016.

1684.   Attached hereto as Exhibit 1680 is a true and correct copy of Investor's Business Daily, "Generic-Drug Makers Crash On Report DOJ Plans Collusion Charges," November 3, 2016.

1685.   Attached hereto as Exhibit 1681 is a true and correct copy of President-elect Donald Trump press conference transcript, January 11, 2017.

1686.   Attached hereto as Exhibit 1682 is a true and correct copy of Livemint.com, "Trump's pharma bomb has industry leasers hunkered down in shock," updated January 12, 2017, 8:35 PM IST (10:35 AM ET)).

1687.    Attached hereto as Exhibit 1683 is a true and correct copy of Benzinga.com, "Mylan Volatile As Trump Makes Negative Statement On Drug Pricing," January 11, 2017, 12:19 PM.

1688.   Attached hereto as Exhibit 1684 is a true and correct copy of Pittsburgh Business Times, "Mylan, other pharmaceutical firms see stocks decline after Trump comments," January 11, 2017.

1689.   Attached hereto as Exhibit 1685 is a true and correct copy of BTIG, "Mylan N.V., No Treats for Generic Industry as State AG's Expand Drug Pricing Case," October 31, 2017.

1690.   Attached hereto as Exhibit 1686 is a true and correct copy of Cantor Fitzgerald, "Mylan Inc., Witch Hunt? Mylan's President Targeted In A Civil Investigation And Suit Expanded," October 31, 2017.

1691.   Attached hereto as Exhibit 1687 is a true and correct copy of Citi, "Generic Drug Pricing, Alert: Drug Collusion Probe Back in the Headlines," October 31, 2017.

1692.   Attached hereto as Exhibit 1688 is a true and correct copy of JP Morgan, "Specialty Pharmaceuticals, Thoughts on MYL/Generic Sector in Light of State AG Pricing Headlines," October 31, 2017.

1693.   Attached hereto as Exhibit 1689 is a true and correct copy of Morningstar, "Mylan NV, Mylan Executive Targeted in Expanding Generic Antitrust Probe," October 31, 2017.

1694.   Attached hereto as Exhibit 1690 is a true and correct copy of Benzinga, "Mylan Sharply Lower Amid Drug Price Fixing Concerns," October 31, 2017, 1:41 PM.

1695.   Attached hereto as Exhibit 1691 is a true and correct copy of Financial Times, "Mylan Drops as AGs Look to Expand Generic Drug-Pricing Lawsuit," October 31, 2017.

1696.   Attached hereto as Exhibit 1692 is a true and correct copy of CBS News, 60 Minutes, "Sweeping Lawsuit Accuses Top Generic Drug Companies, Executives of Fixing Prices," May 12, 2019.

1697.   Attached hereto as Exhibit 1693 is a true and correct copy of BTIG, "Specialty Pharmaceuticals and Biotechnology, New Drug Pricing Lawsuit Hammer's Generic Drug Stocks," May 13, 2019.

1698.   Attached hereto as Exhibit 1694 is a true and correct copy of UBS, "Mylan Inc., Drug Price Fixing Complaint Brings More Uncertainty – Rating/PT Under Review (update)," May 13, 2019.

1699.   Attached hereto as Exhibit 1695 is a true and correct copy of Morningstar, "Mylan NV, Generic Drug Companies Hit With Legal Challenge on Potential Pricing Collusion," May 17, 2019.

1700.   Attached hereto as Exhibit 1696 is a true and correct copy of MarketWatch, "Stocks of generic drug companies fall after more than 40 states file suit alleging price fixing; Teva Pharmaceuticals, Mylan stocks pace the losers with double-digit percentage selloffs," May 13, 2019, 10:59 AM.

1701.   Attached hereto as Exhibit 1697 is a true and correct copy of Bloomberg, "Collusion Allegations Send Generic Drug Company Shares Spiraling," May 13, 2019.

1702.   Attached hereto as Exhibit 1698 is a true and correct copy of Berndt, E., et al., Pricing and Reimbursement in U.S. Pharmaceutical Markets. NBER Working Paper 16297 (2010).

1703.   Attached hereto as Exhibit 1699 is a true and correct copy of the Heritage Information.

1704.   Attached hereto as Exhibit 1700 is a true and correct copy of the Heritage Order of Deferral.

1705.   Attached hereto as Exhibit 1701 is a true and correct copy of the Rising Information.

1706.   Attached hereto as Exhibit 1702 is a true and correct copy of the Sandoz Deferred Prosecution Agreement.

1707.   Attached hereto as Exhibit 1703 is a true and correct copy of the Sandoz Information.

1708.   Attached hereto as Exhibit 1704 is a true and correct copy of the Teva Information.

1709.   Attached hereto as Exhibit 1705 is a true and correct copy of the Teva Second Superseding Indictment.

1710.   Attached hereto as Exhibit 1706 is a true and correct copy of the Kellum Docket Sheet.

1711.   Attached hereto as Exhibit 1707 is a true and correct copy of the Kellum Information.

1712.   Attached hereto as Exhibit 1708 is a true and correct copy of the Aprahamian Docket Sheet.

1713.   Attached hereto as Exhibit 1709 is a true and correct copy of the Aprahamian Indictment.

1714.   Attached hereto as Exhibit 1710 is a true and correct copy of the Aprahamian Order Setting Conditions of Release.

1715.   Attached hereto as Exhibit 1711 is a true and correct copy of the Kellum Notice of Sentencing Hearing.

1716.   Attached hereto as Exhibit 1712 is a true and correct copy of Plaintiff States' Motion for Leave to File a Consolidated Amended Complaint, Connecticut. v Aurobindo.

1717.   Attached hereto as Exhibit 1713 is a true and correct copy of the Malek Information.

1718.   Attached hereto as Exhibit 1714 is a true and correct copy of the Malek Waiver of Indictment.

1719.   Attached hereto as Exhibit 1715 is a true and correct copy of a PowerPoint Presentation dated July 12, 2012, entitled "Medicaid: Fee for Service Contracting Strategies & Pricing", bearing the Bates number MYERISA-00059095.

1720.   Attached hereto as Exhibit 1716 is a true and correct copy of Medicare & Medicaid Programs; Change of Agency Name:  Technical Amendments, 66 Fed. Reg. 39,450 (Dep't Health & Hum. Servs., July 31, 2001).

1721.   Attached hereto as Exhibit 1717 is a true and correct copy of SEC Press Release, Mylan to Pay $30 Million for Disclosure and Accounting Failure Related to EpiPen, September 27, 2019.

1722.   Attached hereto as Exhibit 1718 is a true and correct copy of Grassley: Latest Estimate is Taxpayers Overpaid $1.27 Billion for EpiPen, May 31, 2017.

1723.   Attached hereto as Exhibit 1719 is a true and correct copy of an email dated March 18, 2014, from Anne Sather to Jason Malek and others, bearing Bates number HER_MYLSEC_0071127.

1724.   Attached hereto as Exhibit 1720 is a true and correct copy of an email dated November 25, 2014, from Jason Malek to Anne Sather, bearing Bates number HER_MYLSEC_0077220.

1725.   Attached hereto as Exhibit 1721 is a true and correct copy of an email dated March 6, 2015, from Daniel Lukasiewicz to Jason Malek and Matt Edelson, bearing Bates number HER_MYLSEC_0078740.

1726.   Attached hereto as Exhibit 1722 is a true and correct copy of an Excel dated March 2015, Heritage Propranolol, bearing Bates number HER_MYLSEC_0078743.

1727.   Attached hereto as Exhibit 1723 is a true and correct copy of a Price Adjustment Notification dated January 15, 2015, for Propranolol, bearing Bates number HER_MYLSEC_0078801.

1728.   Attached hereto as Exhibit 1724 is a true and correct copy of a Log of Text Messages (SMS) for periods November 2014 and September 2015 from Heritage Ann Sather to Gloria Schmidt, Mayne, bearing Bates number HER_MYLSEC_0084285.

1729.   Attached hereto as Exhibit 1725 is a true and correct copy of a letter dated January 14, 2013, from Robert Foley to Ashley Dawson, bearing Bates number LANNETT3PMYLAN-0026429.

1730.   Attached hereto as Exhibit 1726 is a true and correct copy of an email dated August 21, 2013, from Rita Augustine to Rita Augustine, bearing Bates number LANNETT3PMYLAN-0026443.

1731.   Attached hereto as Exhibit 1727 is a true and correct copy of an Excel dated 2013, Levothyroxine Pricing Master Sheet, bearing Bates number LANNETT3PMYLAN-0026444.

1732.   Attached hereto as Exhibit 1728 is a true and correct copy of an email dated January 13, 2013, from J. Mark Bover to James Nesta, bearing Bates number MYL-000001398.

1733.   Attached hereto as Exhibit 1729 is a true and correct copy of an Excel dated 2013, Direct Usages and Prices, bearing Bates number MYL-000001401.

1734.   Attached hereto as Exhibit 1730 is a true and correct copy of an email dated January 23, 2013, from J. Mark Bover to James Nesta, bearing Bates number MYL-000002746.

1735.   Attached hereto as Exhibit 1731 is a true and correct copy of an Excel dated 2013, Econdisc- Rebate Evaluation, bearing Bates number MYL-000002748.

1736.   Attached hereto as Exhibit 1732 is a true and correct copy of an email dated August 6, 2013, from Michael Aigner to Trish Cowley, bearing Bates number MYL-000022880.

1737.   Attached hereto as Exhibit 1733 is a true and correct copy of an email dated August 15, 2013, from Sean Reilly to Edgar Escoto and others, bearing Bates number MYL-000022936.

1738.   Attached hereto as Exhibit 1734 is a true and correct copy of an Excel dated 2013, Optilock Evaluation by Rockford, bearing Bates number MYL-000022937.

1739.   Attached hereto as Exhibit 1735 is a true and correct copy of a chart dated October 3, 2013, Executive Price Comparison Report, bearing Bates number MYL-000040324.

1740.   Attached hereto as Exhibit 1736 is a true and correct copy of an email dated December 6, 2013, from Rodney Emerson to Joe Duda and others, bearing Bates number MYL-000046270.

1741.   Attached hereto as Exhibit 1737 is a true and correct copy of an Excel dated December 6, 2013, Optum Line Analysis, bearing Bates number MYL-000046275.

1742.   Attached hereto as Exhibit 1738 is a true and correct copy of an email dated August 27, 2014, from Nicholas Claudio to Kevin McElfresh, bearing Bates number MYL-000064955.

1743.   Attached hereto as Exhibit 1739 is a true and correct copy of an Excel dated 2014, Launch Opps List, bearing Bates number MYL-000064956.

1744.   Attached hereto as Exhibit 1740 is a true and correct copy of an email dated November 20, 2013, from Edgar Escoto to David Workman and James Nesta, bearing Bates number MYL-000066810.

1745.   Attached hereto as Exhibit 1741 is a true and correct copy of an Excel dated 2013, WBAD, bearing Bates number MYL-000066814.

1746.   Attached hereto as Exhibit 1742 is a true and correct copy of an Excel dated 2013, Weekly TRx Summary Reports, bearing Bates number MYL-000137160.

1747.   Attached hereto as Exhibit 1743 is a true and correct copy of an Attendee list for GPhA 2014 Annual Meeting, Orlando, Florida, bearing Bates number MYL-000163387.

1748.   Attached hereto as Exhibit 1744 is a true and correct copy of an Excel dated 2012, Weekly TRx Summary Reports, bearing Bates number MYL-CID-00431470.

1749.   Attached hereto as Exhibit 1745 is a true and correct copy of an Excel dated 2012 Valsartan/HCTZ Competitors, bearing Bates number MYLGP0000108463.

1750.   Attached hereto as Exhibit 1746 is a true and correct copy of an email dated May 2, 2013, from Rodney Emerson to Courtney Wilson and others, bearing Bates number MYLGP0000108760.

1751.   Attached hereto as Exhibit 1747 is a true and correct copy of an email dated July 12, 2012, from Edward Lowther to J. Mark Bover and others, bearing Bates number MYLGP0000114669.

1752.   Attached hereto as Exhibit 1748 is a true and correct copy of an email dated January 22, 2013, from Rodney Emerson to Stephanie Kroll and others, bearing Bates number MYLGP0000115143.

1753.    Attached hereto as Exhibit 1749 is a true and correct copy of an email dated August 23, 2013, from Joe Duda to James Nesta and others, bearing Bates number MYLGP0000119242.

1754.    Attached hereto as Exhibit 1750 is a true and correct copy of an email dated March 1, 2012, from Michael Vezza to Edgar Escoto, bearing Bates number MYLGP0000122590.

1755.    Attached hereto as Exhibit 1751 is a true and correct copy of an email dated September 20, 2012, from Marc Falkin to Ann Wolfe and others, bearing Bates number MYLGP0000133349.

1756.    Attached hereto as Exhibit 1752 is a true and correct copy of an email dated January 24, 2013, from Gary Tighe to Stephen Campbell, bearing Bates number MYLGP0000139076.

1757.    Attached hereto as Exhibit 1753 is a true and correct copy of an email dated May 1, 2013, from Sean Reilly to Tanya Johnson, bearing Bates number MYLGP0000142852.

1758.    Attached hereto as Exhibit 1754 is a true and correct copy of an email dated August 20, 2013, from Allene Walker to Brittany Sheets and others, bearing Bates number MYLGP0000145750.

1759.    Attached hereto as Exhibit 1755 is a true and correct copy of an email dated January 2, 2014, from Edgar Escoto to Joe Duda and others, bearing Bates number MYLGP0000152578.

1760.    Attached hereto as Exhibit 1756 is a true and correct copy of an email dated January 6, 2014, from Katie Reed to Joe Duda and others, bearing Bates number MYLGP0000152859.

1761.   Attached hereto as Exhibit 1757 is a true and correct copy of an email dated February 24, 2014, from Katie Reed to James Nesta and others, bearing Bates number MYLGP0000157639.

1762.   Attached hereto as Exhibit 1758 is a true and correct copy of an email dated August 8, 2013, from Brittany Sheets to Bob Potter and others, bearing Bates number MYLGP0000160788.

1763.   Attached hereto as Exhibit 1759 is a true and correct copy of an Excel dated 2013, entitled CVS Price Reference File, bearing Bates number MYLGP0000160789.

1764.   Attached hereto as Exhibit 1760 is a true and correct copy of a Call Log dated 2015 James Nesta, bearing Bates number MYLGP0000662227.

1765.   Attached hereto as Exhibit 1761 is a true and correct copy of a Call Log J. Mark Bover 2011, bearing Bates number MYLGP0000664329.

1766.   Attached hereto as Exhibit 1762 is a true and correct copy of a Call Log dated 2013, J. Mark Bover, bearing Bates number MYLGP0000664974.

1767.   Attached hereto as Exhibit 1763 is a true and correct copy of an email dated August 21, 2013, from Holly Collins to J. Mark Bover, bearing Bates number MYLGP0000801389.

1768.   Attached hereto as Exhibit 1764 is a true and correct copy of an email dated September 3, 2013, from Angela Campbell to Rajiv Malik and others, bearing Bates number MYLGP0000832750.

1769.   Attached hereto as Exhibit 1765 is a true and correct copy of an email dated December 20, 2013, from Bethany Cage to Dale Kelley and others, bearing Bates number MYLGP0000838677.

1770.    Attached hereto as Exhibit 1766 is a true and correct copy of a letter dated December 20, 2013, from Rodney Emerson to Dale Kelley, bearing Bates number MYLGP0000838690.

1771.    Attached hereto as Exhibit 1767 is a true and correct copy of an email dated October 24, 2012, from Shawn McMorrow to Edgar Escoto and others, bearing Bates number MYLGP0000864054.

1772.    Attached hereto as Exhibit 1768 is a true and correct copy of a Call Log dated 2015 for Deanna Guenther, bearing Bates number MYLGP0000915668.

1773.    Attached hereto as Exhibit 1769 is a true and correct copy of a Call Log Deanna Guenther 2014, bearing Bates number MYLGP0000916150.

1774.    Attached hereto as Exhibit 1770 is a true and correct copy of an email dated October 18, 2012 from Brittany Sheets to Andrea Mieses, bearing Bates number MYLGP0000921365.

1775.    Attached hereto as Exhibit 1771 is a true and correct copy of a Report dated 2012 The Power of Pricing, bearing Bates number MYLGP0000921429.

1776.    Attached hereto as Exhibit 1772 is a true and correct copy of an Excel dated 2012 HDMA Business and Leadership Conference List of Attendees, bearing Bates number MYLGP0001009021.

1777.    Attached hereto as Exhibit 1773 is a true and correct copy of an email dated May 29, 2014, from Lisa Kanfer to Dawna Johnson and James Nesta, bearing Bates number MYLGP0001015762.

1778.   Attached hereto as Exhibit 1774 is a true and correct copy of an email dated February 7, 2014, from Christopher Dobrowolski to Jaclyn Cook and others, bearing Bates number MYLGP0001031764.

1779.   Attached hereto as Exhibit 1775 is a true and correct copy of a report dated December 2013, entitled Summary Sheet by Product Family, bearing Bates number MYLGP0001031906.

1780.   Attached hereto as Exhibit 1776 is a true and correct copy of an email dated January 15, 2014, from Donna Neiber to Amanda Dunn and others, bearing Bates number MYLGP0001065145.

1781.   Attached hereto as Exhibit 1777 is a true and correct copy of an email dated February 3, 2015, from Stephen Campbell to Courtney Overfield, bearing Bates number MYLGP0001279361.

1782.   Attached hereto as Exhibit 1778 is a true and correct copy of an Excel dated 2015, Status List, bearing Bates number MYLGP0001279362.

1783.   Attached hereto as Exhibit 1779 is a true and correct copy of an email dated July 15, 2013, from Lexie Matthews to J. Mark Bover and others, bearing Bates number MYLGP0001299223.

1784.   Attached hereto as Exhibit 1780 is a true and correct copy of a Newsletter dated June 2013, Pricing and Contracts Newsletter, bearing Bates number MYLGP0001299224.

1785.   Attached hereto as Exhibit 1781 is a true and correct copy of an email dated August 22, 2013, from Allen Lowther to Steve Krinke and others, bearing Bates number MYLGP0001331583.

1786.   Attached hereto as Exhibit 1782 is a true and correct copy of an email dated December 20, 2013, from Bethany Cage to Gary Blessin and others, bearing Bates number MYLGP0001334542.

1787.   Attached hereto as Exhibit 1783 is a true and correct copy of a letter dated December 20, 2013, from Rodney Emerson to Gary Blessin, bearing Bates number MYLGP0001334543.

1788.   Attached hereto as Exhibit 1784 is a true and correct copy of an email dated October 3, 2013, from Summer Patton to Stephanie Kroll, bearing Bates number MYLGP0001452838.

1789.   Attached hereto as Exhibit 1785 is a true and correct copy of an email dated May 1, 2013, from Lexie Matthews to Edgar Escoto and others, bearing Bates number MYLGP0001634303.

1790.   Attached hereto as Exhibit 1786 is a true and correct copy of an Excel dated 2013, NAM Sheet – Edgar Escoto, bearing Bates number MYLGP0001634304.

1791.   Attached hereto as Exhibit 1787 is a true and correct copy of an email dated February 21, 2014, from John Menchella to Kevin McElfresh, bearing Bates number MYLGP0001687731.

1792.   Attached hereto as Exhibit 1788 is a true and correct copy of an email dated February 7, 2013, from GPhA Events to Bob Potter, bearing Bates number MYLGP0001872449.

1793.   Attached hereto as Exhibit 1789 is a true and correct copy of an email dated June 17, 2013, from Rodney Emerson to Frank Mullery and others, bearing Bates number MYLGP0002220020.

1794.   Attached hereto as Exhibit 1790 is a true and correct copy of an Excel dated 2013, Nadolol Price List, bearing Bates number MYLGP0002220022.

1795.   Attached hereto as Exhibit 1791 is a true and correct copy of an email dated December 5, 2014, from Lance Wyatt to Stephen Campbell, bearing Bates number MYLGP0002460789.

1796.   Attached hereto as Exhibit 1792 is a true and correct copy of an email dated January 14, 2013, from Christopher Dobrowolski to Angela Lanham and others, bearing Bates number MYLGP0002487587.

1797.   Attached hereto as Exhibit 1793 is a true and correct copy of a report dated November 2012, entitled Summary Sheet by Product Family, bearing Bates number MYLGP0002487721.

1798.   Attached hereto as Exhibit 1794 is a true and correct copy of an email dated April 17, 2013, from Rodney Emerson to Summer Patton and others, bearing Bates number MYLGP0002490413.

1799.   Attached hereto as Exhibit 1795 is a true and correct copy of an email dated May 9, 2013, from Diana Fortier to Edgar Escoto and others, bearing Bates number MYLGP0002692344.

1800.   Attached hereto as Exhibit 1796 is a true and correct copy of an email dated May 23, 2014, from Kristi Barnes on behalf of Tony Mauro to Joseph Duda and Junette DeWitt, bearing Bates number MYLGP0003050735.

1801.   Attached hereto as Exhibit 1797 is a true and correct copy of an email dated June 4, 2013, from Heather Paton to Martin Wingerter and others, bearing Bates number MYLGP0003459537.

1802.   Attached hereto as Exhibit 1798 is a true and correct copy of an email dated October 9, 2014, from Jaclyn Cook to Roger Graham and others, bearing Bates number MYLGP0003504245.

1803.   Attached hereto as Exhibit 1799 is a true and correct copy of a PowerPoint dated October 10, 2014, Commercial Update, bearing Bates number MYLGP0003504246.

1804.   Attached hereto as Exhibit 1800 is a true and correct copy of an email dated February 8, 2012, from Bob Potter to Heather Mennillo and Dawna Johnson, bearing Bates number MYLGP0003536588.

1805.   Attached hereto as Exhibit 1801 is a true and correct copy of a report dated December 10, 2013, entitled Summary Sheet by Product Family, bearing Bates number MYLGP0003600999.

1806.   Attached hereto as Exhibit 1802 is a true and correct copy of an email dated July 15, 2015, from Jaclyn Cook to Robert O'Neill and Katlyn Moore, bearing Bates number MYLGP0003718435.

1807.   Attached hereto as Exhibit 1803 is a true and correct copy of an Excel dated July 15, 2015, Pricing & Contracts Update Agenda, bearing Bates number MYLGP0003718437.

1808.   Attached hereto as Exhibit 1804 is a true and correct copy of an email dated June 15, 2015, from Lance Wyatt to Robert D. O'Neill, bearing Bates number MYLGP0003719528.

1809.   Attached hereto as Exhibit 1805 is a true and correct copy of an email dated December 21, 2012, from Brittany Sheets to James Nesta and others, bearing Bates number MYLGP0003916841.

1810.   Attached hereto as Exhibit 1806 is a true and correct copy of an email dated January 25, 2013, from J. Mark Bover to James Nesta and others, bearing Bates number MYLGP0003917151.

1811.   Attached hereto as Exhibit 1807 is a true and correct copy of an Excel dated 2013, NAM Reference File, bearing Bates number MYLGP0003923983.

1812.   Attached hereto as Exhibit 1808 is a true and correct copy of an email dated July 9, 2015, from Jill Dean to James Nesta and others, bearing Bates number MYLGP0003925614.

1813.   Attached hereto as Exhibit 1809 is a true and correct copy of an email dated February 19, 2013, from James Nesta to Steve Krinke, bearing Bates number MYLGP0003981065.

1814.   Attached hereto as Exhibit 1810 is a true and correct copy of an email dated August 8, 2013, from James Nesta to Kevin McElfresh, bearing Bates number MYLGP0004011425.

1815.   Attached hereto as Exhibit 1811 is a true and correct copy of an email dated February 24, 2014, from Angela Vasko to Ameet Mallik and Rajiv Malik, bearing Bates number MYLGP0004028526.

1816.   Attached hereto as Exhibit 1812 is a true and correct copy of an email dated April 22, 2014, from David Workman to Joseph Duda and others, bearing Bates number MYLGP0004057940.

1817.   Attached hereto as Exhibit 1813 is a true and correct copy of an email dated April 15, 2014, from James Nesta to Sean Reilly, bearing Bates number MYLGP0004068981.

1818.   Attached hereto as Exhibit 1814 is a true and correct copy of an email dated March 6, 2013, from Courtney Wilson to James Nesta and J. Mark Bover, bearing Bates number MYLGP0004074018.

1819.   Attached hereto as Exhibit 1815 is a true and correct copy of an email dated May 8, 2013, from Katie Reed to James Nesta, bearing Bates number MYLGP0004085900.

1820.   Attached hereto as Exhibit 1816 is a true and correct copy of an email dated October 26, 2012, from Heather Hunter to Lance Wyatt, bearing Bates number MYLGP0004095893.

1821.   Attached hereto as Exhibit 1817 is a true and correct copy of an email dated June 14, 2013, from Katie Reed to Tony Mauro and others, bearing Bates number MYLGP0004123716.

1822.   Attached hereto as Exhibit 1818 is a true and correct copy of a Launch Summary (Fenofibrate) dated June 14, 2013, bearing Bates number MYLGP0004123717.

1823.   Attached hereto as Exhibit 1819 is a true and correct copy of an email dated April 13, 2015, from Julie Westfall to Bob Tighe and others, bearing Bates number MYLGP0004306082.

1824.   Attached hereto as Exhibit 1820 is a true and correct copy of Meeting Minutes dated March 30, 2015, MPI S&OP, bearing Bates number MYLGP0004306083.

1825.   Attached hereto as Exhibit 1821 is a true and correct copy of an email dated December 20, 2013, from Bethany Cage to Jarod Castonguay and others, bearing Bates number MYLGP0005335209.

1826.   Attached hereto as Exhibit 1822 is a true and correct copy of a letter dated

December 20, 2013, from Rodney Emerson to Jarod Castonguay, bearing Bates number

MYLGP0005335222.

1827.   Attached hereto as Exhibit 1823 is a true and correct copy of an email dated

November 17, 2014, from Brittany Sheets to David Workman and others, bearing Bates number

MYLGP0005582754.

1828.   Attached hereto as Exhibit 1824 is a true and correct copy of a report dated 2014,

entitled Summary Sheet by Product Family, bearing Bates number MYLGP0005582911.

1829.   Attached hereto as Exhibit 1825 is a true and correct copy of an email dated

August 12, 2014, from Andrea Morris to Joseph Duda and Frank Mullery, bearing Bates number

MYLGP0005599733.

1830.   Attached hereto as Exhibit 1826 is a true and correct copy of a Report dated 2014,

NA Weekly Commercial Updates, bearing Bates number MYLGP0005599734.

1831.   Attached hereto as Exhibit 1827 is a true and correct copy of an email dated June

18, 2014, from Katie Reed to Allene Walker and others, bearing Bates number

MYLGP0005693717.

1832.   Attached hereto as Exhibit 1828 is a true and correct copy of a letter dated April

24, 2012, from Holly Collins to Jason Hanks, bearing Bates number MYLGP0005718944.

1833.   Attached hereto as Exhibit 1829 is a true and correct copy of an email dated

March 1, 2013, from Courtney Wilson to Stephen Campbell and others, bearing Bates number

MYLGP0005728251.

1834.   Attached hereto as Exhibit 1830 is a true and correct copy of an Excel dated 2013,

McKesson Clonidine TDS Analysis, bearing Bates number MYLGP0005728256.

1835.   Attached hereto as Exhibit 1831 is a true and correct copy of an Excel dated 2013, IMS Volume for Mylan Market, bearing Bates number MYLGP0005762570.

1836.   Attached hereto as Exhibit 1832 is a true and correct copy of a Chart dated July 2013 - Weekly IMS Prescription Report, bearing Bates number MYLGP0005767781.

1837.   Attached hereto as Exhibit 1833 is a true and correct copy of an email dated October 17, 2013, from Courtney Wilson to J. Mark Bover and others, bearing Bates number MYLGP0005772758.

1838.   Attached hereto as Exhibit 1834 is a true and correct copy of an email dated June 1, 2012, from Courtney Wilson to Emily Kelley and others, bearing Bates number MYLGP0005841572.

1839.   Attached hereto as Exhibit 1835 is a true and correct copy of an Excel dated 2012, Original Price File 5-29-12, bearing Bates number MYLGP0005841573.

1840.   Attached hereto as Exhibit 1836 is a true and correct copy of an email dated September 4, 2012, from Brittany Sheets to Tara Myers, bearing Bates number MYLGP0005850126.

1841.   Attached hereto as Exhibit 1837 is a true and correct copy of an email dated February 4, 2013, from Brittany Sheets to Ryan Debski and Tom Pirozzi, bearing Bates number MYLGP0005880922.

1842.   Attached hereto as Exhibit 1838 is a true and correct copy of a PowerPoint dated February 4, 2013, Pricing Committee Meeting, bearing Bates number MYLGP0005880924.

1843.   Attached hereto as Exhibit 1839 is a true and correct copy of an email dated December 18, 2013, from Chris Dobrowski to Howard Martin and others, bearing Bates number MYLGP0005953140.

1844.    Attached hereto as Exhibit 1840 is a true and correct copy of an Excel dated 2013, Weekly IMS Week Ending 11.22.13, bearing Bates number MYLGP0005953141.

1845.    Attached hereto as Exhibit 1841 is a true and correct copy of an Excel dated 2012, Weekly TRx Summary Reports, bearing Bates number MYLGP0005960106.

1846.    Attached hereto as Exhibit 1842 is a true and correct copy of an email dated November 29, 2012, from Kenneth Craig to Jeff May and others, bearing Bates number MYLGP0006261301.

1847.    Attached hereto as Exhibit 1843 is a true and correct copy of an Excel dated 2012, IMS Data Summarized by GCN, bearing Bates number MYLGP0006261302.

1848.    Attached hereto as Exhibit 1844 is a true and correct copy of an email dated July 16, 2013, from Brittany Sheets to Allene Walker and Adam Sams, bearing Bates number MYLGP0006290064.

1849.    Attached hereto as Exhibit 1845 is a true and correct copy of an email dated June 7, 2013, from Jill Dean to Heather Paton and others, bearing Bates number MYLGP0006306482.

1850.    Attached hereto as Exhibit 1846 is a true and correct copy of an Excel dated 2013, Customer Impacts 6.7.13, bearing Bates number MYLGP0006306483.

1851.    Attached hereto as Exhibit 1847 is a true and correct copy of an email dated July 20, 2015, from Lexie Mills to Elida Beattie and others, bearing Bates number MYLGP0006491853.

1852.    Attached hereto as Exhibit 1848 is a true and correct copy of an Excel dated 2014, Supply Interruptions and Warning Letters, bearing Bates number MYLGP0006602780.

1853.   Attached hereto as Exhibit 1849 is a true and correct copy of an email dated July 22, 2014, from Exchange Administrative Group to Jill Dean and others, bearing Bates number MYLGP0006646381.

1854.   Attached hereto as Exhibit 1850 is a true and correct copy of a PowerPoint dated 2014, Portfolio Review Meeting Agenda, bearing Bates number MYLGP0006646382.

1855.   Attached hereto as Exhibit 1851 is a true and correct copy of a PowerPoint dated July 2014, Portfolio Review Discussion Points/Action Items, bearing Bates number MYLGP0006646385.

1856.   Attached hereto as Exhibit 1852 is a true and correct copy of an email dated August 5, 2014, from Courtney Wilson to Jeremy Terry, bearing Bates number MYLGP0006646740.

1857.   Attached hereto as Exhibit 1853 is a true and correct copy of an Excel dated 2014, "PAM Site Examples", bearing Bates number MYLGP0006646741.

1858.   Attached hereto as Exhibit 1854 is a true and correct copy of an email dated January 10, 2014, from Katie Reed to Joe Duda and Diana Fortier, bearing Bates number MYLGP0006669415.

1859.   Attached hereto as Exhibit 1855 is a true and correct copy of a Launch Summary dated January 10, 2014, for Tolterodine Tartrate ER, bearing Bates number MYLGP0006669416.

1860.   Attached hereto as Exhibit 1856 is a true and correct copy of an email dated July 23, 2013, from Judith Rumpler to James Smith and others, bearing Bates number MYLGP0006781371.

1861.   Attached hereto as Exhibit 1857 is a true and correct copy of an email dated March 2, 2016, from Courtney Overfield to Bob Tighe and Kimberley Brooks, bearing Bates number MYLGP0006838240.

1862.   Attached hereto as Exhibit 1858 is a true and correct copy of an email dated November 8, 2013, from David Workman to Jill Dean, bearing Bates number MYLGP0006916465.

1863.   Attached hereto as Exhibit 1859 is a true and correct copy of an email dated May 19, 2015, from Jamie Ripoli to Andrea Morris and others, bearing Bates number MYLGP0006934169.

1864.   Attached hereto as Exhibit 1860 is a true and correct copy of an email dated August 1, 2014, from Amy Staud to Andrea Morris and others, bearing Bates number MYLGP0007004705.

1865.   Attached hereto as Exhibit 1861 is a true and correct copy of an email dated July 12, 2015, from Erik Williams to Andrea Morris and others, bearing Bates number MYLGP0007017712.

1866.   Attached hereto as Exhibit 1862 is a true and correct copy of a report dated June 2014, entitled Summary Sheet by Product Family, bearing Bates number MYLGP0007146596.

1867.   Attached hereto as Exhibit 1863 is a true and correct copy of an Excel dated an Excel, dated June 2015, "June 2015 Quarterly IMS" and with tabs beginning with "Annual by mfg," "Annual by family," "Annual Trend" and others, bearing Bates number MYLGP0007183010.

1868.   Attached hereto as Exhibit 1864 is a true and correct copy of a Newsletter dated August 2013 Pricing & Contracts Newsletter, bearing Bates number MYLGP0007595135.

1869.   Attached hereto as Exhibit 1865 is a true and correct copy of an email dated May 7, 2013, from Brittany Sheets to J. Mark Bover and Rodney Emerson, bearing Bates number MYLGP0007602860.

1870.   Attached hereto as Exhibit 1866 is a true and correct copy of a PowerPoint dated May 6, 2013, Price Committee Meeting, bearing Bates number MYLGP0007602861.

1871.   Attached hereto as Exhibit 1867 is a true and correct copy of a PowerPoint dated February 4, 2013, Pricing Committee Meeting, bearing Bates number MYLGP0008386672.

1872.   Attached hereto as Exhibit 1868 is a true and correct copy of an email dated January 14, 2015, from Deanna Guenther to Deanna Guenther, Edgar Escoto, and others, bearing Bates number MYLGP-rc0000196279.

1873.   Attached hereto as Exhibit 1869 is a true and correct copy of an Excel dated 2014, Annual Report, with tabs starting with "Annual by mfg," "Annual by family," "Annual Trend," and others, bearing Bates number MYLGP-rc0000196283.

1874.   Attached hereto as Exhibit 1870 is a true and correct copy of a certification Status report dated April 30, 2013, Drug Data Reporting for Medicaid, bearing Bates number MYLNEPI00007883.

1875.   Attached hereto as Exhibit 1871 is a true and correct copy of a certification Status report dated May 30, 2013, Drug Data Reporting for Medicaid, bearing Bates number MYLNEPI00007897.

1876.   Attached hereto as Exhibit 1872 is a true and correct copy of a certification Status report date June 28, 2013, Drug Data Reporting for Medicaid, bearing Bates number MYLNEPI00007910.

1877.   Attached hereto as Exhibit 1873 is a true and correct copy of an Excel dated 2015, with information on Job Titles and columns beginning with "Full Legal Name," "Job Title," "Company Name," and others, bearing Bates number MYLN-MDL-ORG-00000046.

1878.   Attached hereto as Exhibit 1874 is a true and correct copy of an email dated January 8, 2016, from Kevin McElfresh to Kathleen Cabrera and others, bearing Bates number MYLN-PROP-00000236.

1879.   Attached hereto as Exhibit 1875 is a true and correct copy of an email dated February 12, 2015, from David Workman to Erik Williams, bearing Bates number MYLN-PROP-00000518.

1880.   Attached hereto as Exhibit 1876 is a true and correct copy of an email dated August 14, 2014, from Howard Martin to Chad Holland and others, bearing Bates number MYLN-PROP-00001427.

1881.   Attached hereto as Exhibit 1877 is a true and correct copy of an email dated March 2, 2015, from Bob Potter to Tony Mauro and others, bearing Bates number MYL-SEC_LIT00583516.

1882.   Attached hereto as Exhibit 1878 is a true and correct copy of an email dated August 08, 2014, from Katie Reed to Tony Mauro and others, bearing Bates number MYL-SEC_LIT00705983.

1883.   Attached hereto as Exhibit 1879 is a true and correct copy of a Launch Summary dated 2014, Capecitabine Tablets, bearing Bates number MYL-SEC_LIT00705984.

1884.   Attached hereto as Exhibit 1880 is a true and correct copy of an email dated December 5, 2013, from Rosalind Davis to Terry Pierce and others, bearing Bates number MYL-SEC_LIT01297266.

1885.   Attached hereto as Exhibit 1881 is a true and correct copy of an Agreement dated November 25, 2013, Mississippi Medicaid Supplemental Drug Rebate Agreement, bearing Bates number MYL-SEC_LIT01297352.

1886.   Attached hereto as Exhibit 1882 is a true and correct copy of an email dated December 5, 2013, from Rosalind Davis to Terry Pierce and others, bearing Bates number MYL-SEC_LIT01297365.

1887.   Attached hereto as Exhibit 1883 is a true and correct copy of an Agreement dated 2013, Iowa Medicaid Supplemental Drug Rebate Agreement, bearing Bates number MYL-SEC_LIT01297384.

1888.   Attached hereto as Exhibit 1884 is a true and correct copy of an email dated August 5, 2013, from Armando Kellum to Sierk Poetting and others, bearing Bates number SDZMYLSL-000080600.

1889.   Attached hereto as Exhibit 1885 is a true and correct copy of a PowerPoint dated August 2013, Price Increase Opportunities and Risks, bearing Bates number SDZMYLSL-000080601.

1890.   Attached hereto as Exhibit 1886 is a true and correct copy of an email dated August 14, 2013, from Michael Vezza to Steven Greenstein and others, bearing Bates number SDZMYLSL-000113563.

1891.   Attached hereto as Exhibit 1887 is a true and correct copy of an email dated May 1, 2013, from Armando Kellum to Connie Pak and others, bearing Bates number SDZMYLSL-000145032.

1892.   Attached hereto as Exhibit 1888 is a true and correct copy of an email dated October 15, 2013, from Ozgur Kilic to Michael Vezza and others, bearing Bates number SDZMYLSL-000168478.

1893.   Attached hereto as Exhibit 1889 is a true and correct copy of an email dated July 16, 2013, from Della Lubke to Michael Vezza and others, bearing Bates number SDZMYLSL-000168549.

1894.   Attached hereto as Exhibit 1890 is a true and correct copy of an email dated August 2, 2013, from Michael Vezza to Armando Kellum, bearing Bates number SDZMYLSL-000184169.

1895.   Attached hereto as Exhibit 1891 is a true and correct copy of an Excel dated 2013, Teva Price Increases, bearing Bates number SDZMYLSL-000184170.

1896.   Attached hereto as Exhibit 1892 is a true and correct copy of an email dated August 24, 2012, from Armando Kellum to Koula Christides and others, bearing Bates number SDZMYLSL-000218499.

1897.   Attached hereto as Exhibit 1893 is a true and correct copy of an Excel dated 2012, Nadolol AWP, bearing Bates number SDZMYLSL-000218500.

1898.   Attached hereto as Exhibit 1894 is a true and correct copy of an email dated June 28, 2013, from Nisha Patel to Jared Levinson and others, bearing Bates number TEVA_MYLAN_SEC_000070.

1899.   Attached hereto as Exhibit 1895 is a true and correct copy of an email dated April 23, 2014, from Nisha Patel to Teri Mouro-Sherman and others, bearing Bates number TEVA_MYLAN_SEC_000112.

1900.   Attached hereto as Exhibit 1896 is a true and correct copy of an email dated January 31, 2014, from Christine Baeder to Jessica Peters and Jennifer King, bearing Bates number TEVA_MYLAN_SEC_000896.

1901.   Attached hereto as Exhibit 1897 is a true and correct copy of an email dated December 23, 2013, from Kevin Galownia to Teri-Mouro Sherman and others, bearing Bates number TEVA_MYLAN_SEC_248458.

1902.   Attached hereto as Exhibit 1898 is a true and correct copy of an Excel dated 2013, Tolterodine ER Launch Pricing, bearing Bates number TEVA_MYLAN_SEC_248461.

1903.   Attached hereto as Exhibit 1899 is a true and correct copy of an email dated April 24, 2014, from Liz Ricketts to Nisha Patel, bearing Bates number TEVA_MYLAN_SEC_262843.

1904.   Attached hereto as Exhibit 1900 is a true and correct copy of an email dated May 28, 2014, from Thomas Spotts to Nisha Patel, bearing Bates number TEVA_MYLAN_SEC_307172.

1905.   Attached hereto as Exhibit 1901 is a true and correct copy of an Excel dated 2014, Future Price Increase Candidate Analysis, bearing Bates number TEVA_MYLAN_SEC_307174.

1906.   Attached hereto as Exhibit 1902 is a true and correct copy of Conrad Docket Sheet.

1907.   Attached hereto as Exhibit 1903 is a true and correct copy of the Conrad Memorandum Opinion.

1908.   Attached hereto as Exhibit 1904 is a true and correct copy of the Conrad Order of Dismissal.

1909.   Attached hereto as Exhibit 1905 is a true and correct copy of the Conrad Qui Tam Complaint with Exhibits.

1910.   Attached hereto as Exhibit 1906 is a true and correct copy of Deutsche Bank, "Specialty Pharmaceuticals, Initial thoughts on generics news," November 4, 2016.

1911.   Attached hereto as Exhibit 1907 is a true and correct copy of Morgan Stanley, "Specialty Pharmaceuticals, Stocks appear to be overreacting to DOJ generic price collusion investigation," November 3, 2016.

1912.   Attached hereto as Exhibit 1908 is a true and correct copy of Morningstar, "Mylan NV, Media Reports Suggest Generic Drug Manufacturers Could Face Collusion Charges," November 4, 2016

1913.   Attached hereto as Exhibit 1909 is a true and correct copy of RBC Capital Markets, "Generic sector: headwinds growing, cycles matter," November 4, 2016.

1914.   Attached hereto as Exhibit 1910 is a true and correct copy of Susquehanna, "DOJ Price-Fixing Case A Major Overhang but Declines Overdone vs. Precedents," November 4, 2016.

1915.   Attached hereto as Exhibit 1911 is a true and correct copy of Wells Fargo, "Specialty Pharma Weekly - Bad Gets Worse Edition" November 4, 2016.

1916.   Attached hereto as Exhibit 1912 is a true and correct copy of Bloomberg, "GENERIC STREET WRAP: No 'Urgency to Own the Sector,' Says RBC," November 4, 2016, 8:43 AM.

1917.   Attached hereto as Exhibit 1913 is a true and correct copy of Cowen, "Mylan Labs, Whatever The Outcome Of The Many Investigations, It Should Be Very Manageable," October 31, 2017.

1918.    Attached hereto as Exhibit 1914 is a true and correct copy of RBC Capital Markets, "Generic drug price fixing headline not going away, Investigation expanding, visibility low; still a lot we don't know," October 31, 2017.

1919.    Attached hereto as Exhibit 1915 is a true and correct copy of Specialty Pharma, Halloween Surprise Spooks Generics But Following Fundamentals Is Key," November 1, 2017.

1920.    Attached hereto as Exhibit 1916 is a true and correct copy of Wells Fargo, "Specialty Pharmaceuticals, Generics Expanded Collusion Probe Targets MYL Exec, Others," October 31, 2017.

1921.    Attached hereto as Exhibit 1917 is a true and correct copy of Wells Fargo, "Specialty Pharmaceuticals, Suit Alleging Price Fixing Filed Against 20 Generic Drugmakers," May 13, 2019.

1922.    Attached hereto as Exhibit 1918 is a true and correct copy of Wells Fargo, "Flash Comment, Specialty Pharmaceuticals, The Daily David: TEVA, MYL," May 15, 2019.

1923.    Attached hereto as Exhibit 1919 is a true and correct copy of Bloomberg, "Legal Issues May Raise Red Flags for Teva, Endo: Citi (1)," May 13, 2019, 12:42 PM.

1924.    Attached hereto as Exhibit 1920 is a true and correct copy of Thomson Reuters Street Events, Edited Transcript: MYL-Q1 2015 Mylan NV Earnings Call (May 5, 2015), as it was excerpted from pages 3674-93 of a document "Analyst Reports (5).pdf," produced to Defendants in the backup materials to the Expert Report of Zachary Nye, Ph.D.

1925.    Attached hereto as Exhibit 1921 is a true and correct copy of Thomson Reuters Street Events, Edited Transcript: MYL-Q3 2016 Mylan NV Earnings Call (Nov. 9, 2016), as it was excerpted from pages 3943-56 of a document "Analyst Reports (5).pdf," produced to Defendants in the backup materials to the Expert Report of Zachary Nye, Ph.D.

1926.   Attached hereto as Exhibit 1922 is a self-authenticating true and correct duplicate copy of an Opinion issued by the United States Court of Appeals for the District of Columbia Circuit on December 3, 2019, in the matter styled as Ipsen Biopharmaceuticals, Inc. v. Azar, Case No. 18-5299, ECF Document Number 1818402.  The case is reported at 943 F.3d 953 (D.C. Cir. 2019).

1927.   Attached hereto as Exhibit 1923 is a true and correct copy of Seeking Apha, "Mylan still under fire for EpiPen pricing; CMS says company may have deliberately misclassified it to maximize profits," dated September 28, 2016.

1928.   Attached hereto as Exhibit 1924 is a true and correct copy of the deposition transcript of Todd Clark with Errata.

1929.   Attached hereto as Exhibit 1925 is a true and correct copy of the EpiPen deposition transcript of Sherry Korczynski with Errata.

1930.   Attached hereto as Exhibit 1926 is a true and correct copy of the rebuttal report of Professor Darius Lakdawalla.

1931.   Attached hereto as Exhibit 1927 is a true and correct copy of an Excel Summary of Miscategorized drugs with bates US_382, bearing Bates number US_382.

1932.   Attached hereto as Exhibit 1928 is a true and correct copy of an Email dated September 23, 2013, from Cookie Cottrell to Bob Loewenstein and others, bearing Bates number APO-MYLR45-0057240.

1933.   Attached hereto as Exhibit 1929 is a true and correct copy of Minutes for FDA-GPHA Board of Directors Quarterly Meeting dated August 27, 2013, bearing Bates number APO-MYLR45-0057241.

1934.   Attached hereto as Exhibit 1930 is a true and correct copy of an Email dated June 27, 2013, from Matt Edelson to Jason Malek, bearing Bates number HER_MYLSEC_0017583.

1935.   Attached hereto as Exhibit 1931 is a true and correct copy of an Excel dated May 2013, bearing Bates number HER_MYLSEC_0061744.

1936.   Attached hereto as Exhibit 1932 is a true and correct copy of a Form 10-Q dated 2011, bearing Bates number MYEP01222595.

1937.   Attached hereto as Exhibit 1933 is a true and correct copy of an Email dated March 18, 2011, from Bruce Foster to Ron Graybill and others, bearing Bates number MYERISA-00060536.

1938.   Attached hereto as Exhibit 1934 is a true and correct copy of an Excel EpiPen Payer Analysis 2, bearing Bates number MYERISA-00060537.

1939.   Attached hereto as Exhibit 1935 is a true and correct copy of an Email dated June 26, 2014, from Rosalind Davis to Jessica Breidegam and others, bearing Bates number MYERISA-00153897.

1940.   Attached hereto as Exhibit 1936 is a true and correct copy of an Agreement dated January 1, 2014, Pharmaceutical Rebate Agreement, bearing Bates number MYERISA-00153920.

1941.   Attached hereto as Exhibit 1937 is a true and correct copy of an Email dated December 23, 2015, from Frank Mullery to Christopher Phillips and others, bearing Bates number MYERISA-00289115.

1942.   Attached hereto as Exhibit 1938 is a true and correct copy of an Email dated September 19, 2013, from James Nesta to Tony Mauro, bearing Bates number MYL-000039050.

1943.   Attached hereto as Exhibit 1939 is a true and correct copy of an Email dated March 28, 2014, from Evan Ludewig to Sean Reilly and others, bearing Bates number MYL-000052370.

1944.   Attached hereto as Exhibit 1940 is a true and correct copy of an Excel dated 2014, OA Log, bearing Bates number MYL-000052371.

1945.   Attached hereto as Exhibit 1941 is a true and correct copy of an Email dated January 4, 2013, from William Marth to Heather Bresch, bearing Bates number MYL-000131007.

1946.   Attached hereto as Exhibit 1942 is a true and correct copy of an email dated March 3, 2016, from Heather Bresch to Erez Vigodman, bearing Bates number MYL-000160140.

1947.   Attached hereto as Exhibit 1943 is a true and correct copy of a Report dated 2013, Clonidine Standard Product Information, bearing Bates number MYLGP0001331514.

1948.   Attached hereto as Exhibit 1944 is a true and correct copy of an Email dated December 27, 2012, from Jamie Woofter to Katie Reed, bearing Bates number MYLGP0002169922.

1949.   Attached hereto as Exhibit 1945 is a true and correct copy of an Agreement dated June 20, 2008, Product Manufacturing and Supply Agreement, bearing Bates number MYLGP0002169923.

1950.   Attached hereto as Exhibit 1946 is a true and correct copy of a Letter dated 2013, from J. Mark Bover to Gina Rhone, bearing Bates number MYLGP0002692359.

1951.   Attached hereto as Exhibit 1947 is a true and correct copy of an Email dated February 3, 2014, from Karen Ribler to Jeff Watson and others, bearing Bates number MYLGP0003734856.

1952.   Attached hereto as Exhibit 1948 is a true and correct copy of a Presentation dated February 12, 2014, Board of Directors Meeting, bearing Bates number MYLGP0003734857.

1953.   Attached hereto as Exhibit 1949 is a true and correct copy of an Email dated January 3, 2014, from Deanna Guenther to James Nesta, bearing Bates number MYLGP0003942956.

1954.   Attached hereto as Exhibit 1950 is a true and correct copy of an Email dated August 15, 2013, from James Nesta to Gary Tighe and Bob Potter, bearing Bates number MYLGP0005000421.

1955.   Attached hereto as Exhibit 1951 is a true and correct copy of an Email dated May 9, 2013, from Diana Fortier to Rick Mingori and others, bearing Bates number MYLGP0005685924.

1956.   Attached hereto as Exhibit 1952 is a true and correct copy of a Letter dated 2013, from J. Mark Bover to Rick Mingori, bearing Bates number MYLGP0005685933.

1957.   Attached hereto as Exhibit 1953 is a true and correct copy of an Email dated April 23, 2013, from Robert O'Neill to J. Mark Bover and Rodney Emerson, bearing Bates number MYLGP0005729988.

1958.   Attached hereto as Exhibit 1954 is a true and correct copy of an Email dated November 18, 2013, from David Workman to J. Mark Bover and others, bearing Bates number MYLGP0005738261.

1959.   Attached hereto as Exhibit 1955 is a true and correct copy of an Email dated August 7, 2014, from Garrett Harper to Aimee Stock and others, bearing Bates number MYLGP0006481723.

1960.   Attached hereto as Exhibit 1956 is a true and correct copy of an Email dated March 11, 2014, from Allene Walker to Andrea Morris and others, bearing Bates number MYLGP0006481994.

1961.   Attached hereto as Exhibit 1957 is a true and correct copy of an Email dated March 7, 2014, from Crystal Bennett to Joseph Duda, bearing Bates number MYLGP0006873137.

1962.   Attached hereto as Exhibit 1958 is a true and correct copy of a Report dated 2013, Frank Mullery Performance Evaluation, bearing Bates number MYLGP0006873138.

1963.   Attached hereto as Exhibit 1959 is a true and correct copy of a Powerpoint dated January 31, 2013, CEO Quarterly Financial and Operational Review, bearing Bates number MYLGP0008445249.

1964.   Attached hereto as Exhibit 1960 is a true and correct copy of an Organizational Chart dated 2012, David Workman Directs, bearing Bates number MYLN-MDL-ORG-00000003.

1965.   Attached hereto as Exhibit 1961 is a true and correct copy of an Organizational Chart dated 2016, Erik Williams Directs, bearing Bates number MYLN-MDL-ORG-00000007.

1966.   Attached hereto as Exhibit 1962 is a true and correct copy of an Organizational Chart dated 2015, Erik Williams Directs, bearing Bates number MYLN-MDL-ORG-00000011.

1967.   Attached hereto as Exhibit 1963 is a true and correct copy of an Organizational Chart dated 2016, Robert Potter Directs, bearing Bates number MYLN-MDL-ORG-00000022.

1968.   Attached hereto as Exhibit 1964 is a true and correct copy of an Excel dated 2016, Organizational Chart of Top Level Executives, bearing Bates number MYLN-MDL-ORG-00000047.

1969.   Attached hereto as Exhibit 1965 is a true and correct copy of an Email dated April 24, 2014, from Rosalind Davis to Joseph Birdsall and others, bearing Bates number MYL-SEC_LIT00443160.

1970.   Attached hereto as Exhibit 1966 is a true and correct copy of an Agreement dated January 1, 2014, Pharmaceutical Rebate Agreement, bearing Bates number MYL-SEC_LIT00443162.

1971.   Attached hereto as Exhibit 1967 is a true and correct copy of an Email dated January 18, 2013, from Jeff Glazer to Tony Mauro, bearing Bates number MYL-SEC_LIT00613798.

1972.   Attached hereto as Exhibit 1968 is a true and correct copy of Meeting Agenda and Minutes dated October 8, 2014, bearing Bates number MYL-SEC_LIT00639663.

1973.   Attached hereto as Exhibit 1969 is a true and correct copy of an Excel dated 2016 EpiPen Price Volume Analysis, bearing Bates number MYL-SEC_LIT01442259.

1974.   Attached hereto as Exhibit 1970 is a true and correct copy of an Meeting Invitation dated February 14, 2014, from Nikki Miller to Michele Wang and others, bearing Bates number RISING_0005664.

1975.   Attached hereto as Exhibit 1971 is a true and correct copy of an Email dated May 13, 2014, from Steven Greenstein to Luis Jorge and others, bearing Bates number SDZMYLSL-000000004.

1976.   Attached hereto as Exhibit 1972 is a true and correct copy of an Email dated October 10, 2012, from Eugene Cioschi to Teri Mouro and others, bearing Bates number TEVA_MYLAN_SEC_000018.

1977.   Attached hereto as Exhibit 1973 is a true and correct copy of an Email dated July 3, 2013, from Nisha Patel to Jessica Peters, Teri Mouro-Sherman, and others, bearing Bates number TEVA_MYLAN_SEC_000071.

1978.   Attached hereto as Exhibit 1974 is a true and correct copy of an Email dated January 2, 2014, from Miriam Muller to Kevin Galownia and others, bearing Bates number TEVA_MYLAN_SEC_163503.

1979.   Attached hereto as Exhibit 1975 is a true and correct copy of an Email dated December 5, 2012, from Allan Oberman to Cynthia Prediger and others, bearing Bates number TEVA_MYLAN_SEC_220373.

1980.   Attached hereto as Exhibit 1976 is a true and correct copy of a self-authenticating document titled "Report of Neutral" dated June 2, 2016, as it appears at Docket Entry No. 110 in the matter styled as Cestra v. Mylan, Inc., No. 2:14-CV-00825-JFC-CRE (W.D. Pa.), as it was downloaded by Terrence Scudieri from CM/ECF system of the same Court on November 17, 2021.

1981.   Attached hereto as Exhibit 1977 is a true and correct copy of a self-authenticating document titled "Objections to the Magistrate Judge's Report and Recommendation and Motion for Certification Pursuant to 28 U.S.C. § 1292(b)" dated April 20, 2015, filed on behalf of Mylan Inc. and Mylan Pharmaceuticals Inc., as it appears at Docket Entry No. 28 in the matter styled as Cestra v. Mylan, Inc., No. 2:14-CV-00825-JFC-CRE (W.D. Pa.), as it was downloaded by Terrence Scudieri from CM/ECF system of the same Court on November 17, 2021.

1982.   Attached hereto as Exhibit 1978 is a true and correct copy of a self-authenticating Order dated May 22, 2015, issued and signed by the Honorable Joy Flowers Conti, Chief United States District Judge for the U.S. District Court for the Western District of Pennsylvania, as it appears at Docket Entry No. 40 in the matter styled as Cestra v. Mylan, Inc., No. 2:14-CV-00825-JFC-CRE (W.D. Pa.), as it was downloaded by Terrence Scudieri from CM/ECF system of the same Court on November 17, 2021.

1983.   Attached hereto as Exhibit 1979 is a true and correct copy of Report and Recommendation dated April 6, 2015, issued and signed by the Honorable Cynthia Reed Eddy, United States Magistrate Judge for the U.S. District Court for the Western District of Pennsylvania, as it appears at Docket Entry No. 27 in the matter styled as Cestra v. Mylan, Inc., No. 2:14-CV-00825-JFC-CRE (W.D. Pa.), as it was downloaded by Terrence Scudieri from CM/ECF system of the same Court on November 17, 2021.

1984.   Attached hereto as Exhibit 1980 is a true and correct copy of a self-authenticating Order of Dismissal with Prejudice pursuant to Stipulation dated June 29, 2016, issued and signed by the Honorable Joy Flowers Conti, Chief United States District Judge for the U.S. District Court for the Western District of Pennsylvania, as it appears at Docket Entry No. 113 in the matter styled as Cestra v. Mylan, Inc., No. 2:14-CV-00825-JFC-CRE (W.D. Pa.), as it was downloaded by Terrence Scudieri from CM/ECF system of the same Court on November 17, 2021.

1985.   Attached hereto as Exhibit 1981 is a true and correct copy of a self-authenticating document titled "Stipulation of Dismissal with Prejudice" dated June 24, 2016, as it appears at Docket Entry No. 112 in the matter styled as Cestra v. Mylan, Inc., No.

2:14-CV-00825-JFC-CRE (W.D. Pa.), as it was downloaded by Terrence Scudieri from CM/ECF system of the same Court on November 17, 2021.

1986.   Attached hereto as Exhibit 1982 is a true and correct copy of a self-authenticating Letter from Seth A. Moskowitz, Kasowitz Benson Torres LLP, to the Honorable J. Paul Oetken, United States District Judge for the U.S. District Court for the Southern District of New York, dated September 4, 2020, filed on behalf of nonparties Actavis Elizabeth, LLC, Actavis Holdco U.S., Inc., Actavis Pharma, Inc., Aurobindo Pharma USA, Inc., Camber Pharmaceuticals, Inc., Dr. Reddy's Laboratories, Inc., Heritage Pharmaceuticals, Inc., Impax Laboratories, Inc., Mayne Pharma Inc., Lannett Company, Inc., Par Pharmaceutical, Inc., Perrigo New York, Inc., Sandoz Inc., Teva Pharmaceuticals USA, Inc., Sun Pharmaceutical Industries, Inc., Taro Pharmaceuticals U.S.A., Inc., Wockhardt USA LLC, Morton Grove Pharmaceuticals, Inc., and Upsher-Smith Laboratories, Inc., as it appears at Docket Entry No. 160 in this action, which is styled as In re Mylan N.V. Securities Litigation, No. 16 Civ. 7926 (JPO).

1987.   Attached hereto as Exhibit 1983 is a true and correct copy of a self-authenticating Letter from Rory A. Leraris, Cravath, Swaine & Moore LLP, to the Honorable J. Paul Oetken, United States District Judge for the U.S. District Court for the Southern District of New York, dated January 14, 2021, as it appears at Docket Entry No. 193 in this action, which is styled as In re Mylan N.V. Securities Litigation, No. 16 Civ. 7926 (JPO) (S.D.N.Y.).

1988.   Attached hereto as Exhibit 1984 is a true and correct copy of a self-authenticating Order dated November 14, 2018, issued and signed by the Honorable Cynthia M. Rufe, United States District Judge for the U.S. District Court for the Eastern District of Pennsylvania, as it appears at Docket Entry No. 758 in the matter styled as In re Generic Pharmaceuticals Pricing

Antitrust Litigation, MDL No. 16-2724 (E.D. Pa.) as it was downloaded by Terrence Scudieri from CM/ECF system of the same Court on November 17, 2021.

1989.   Attached hereto as Exhibit 1985 is a true and correct copy of a self-authenticating Pretrial Order No. 53, styled as "Protective Order—Modifying Pretrial Order No. 45" dated September 4, 2018, issued and signed by the Honorable Cynthia M. Rufe, United States District Judge for the U.S. District Court for the Eastern District of Pennsylvania, as it appears at Docket Entry No. 697 in the matter styled as In re Generic Pharmaceuticals Pricing Antitrust Litigation, MDL No. 16-2724 (E.D. Pa.) as it was downloaded by Terrence Scudieri from CM/ECF system of the same Court on November 17, 2021.

1990.   Attached hereto as Exhibit 1986 is a true and correct copy of a self-authenticating Pretrial Order No. 106, styled as "Amending Pretrial Order No. 70 and Adopting Amended Stipulated Protocol Implementing the Court's November 14, 2018 Order Regarding Private Plaintiffs' Motion for Access" dated October 25, 2019, issued and signed by the Honorable Cynthia M. Rufe, United States District Judge for the U.S. District Court for the Eastern District of Pennsylvania, as it appears at Docket Entry No. 1142 in the matter styled as In re Generic Pharmaceuticals Pricing Antitrust Litigation, MDL No. 16-2724 (E.D. Pa.) as it was downloaded by Terrence Scudieri from CM/ECF system of the same Court on November 17, 2021.

1991.   Attached hereto as Exhibit 1987 is a true and correct copy of a Letter dated January 18, 2021, with Taro providing phone numbers of Taro employees in response to Class' Subpoena Request Number #9, bearing Bates number PLAINTIFF_0082987.

1992.   Attached hereto as Exhibit 1988 is a true and correct copy of an Email dated May 1, 2015, from Apotex Beth Hamilton to Mike Bohling, bearing Bates number APO-MYLR45-0000337.

1993.   Attached hereto as Exhibit 1989 is a true and correct copy of an Email dated May 22, 2015, from Apotex Michael Bohling to Diane Sinclair and others, bearing Bates number APO-MYLR45-0009812.

1994.   Attached hereto as Exhibit 1990 is a true and correct copy of an Email dated March 6, 2015, from Heritage Kate Brodowski to Jason Malek, bearing Bates number HER_MYLSEC_0002509.

1995.   Attached hereto as Exhibit 1991 is a true and correct copy of A Contact List dated February 2015 Retail Pharmacy Generic Pharmaceuticals EPPS, bearing Bates number HER_MYLSEC_0022161.

1996.   Attached hereto as Exhibit 1992 is a true and correct copy of an Email dated Jan 5, 2012, from Mark Dudick to James Nesta and others, email signature bearing cell phone number 410.603.8061, bearing Bates number MYLGP0002577686.

1997.   Attached hereto as Exhibit 1993 is a true and correct copy of an Email dated March 27, 2014, from Kevin Green to Warren Pefley and others, bearing Bates number MYLGP0003363325.

1998.   Attached hereto as Exhibit 1994 is a true and correct copy of an Email dated July 31, 2015, from Bob Potter to Tracy Fournier, bearing Bates number MYLN-PROP-00000002.

1999.   Attached hereto as Exhibit 1995 is a true and correct copy of an Email dated June 3, 2016, from James Nesta to Bob Tighe & David Workman, bearing Bates number MYLN-PROP-00000534.

2000.   Attached hereto as Exhibit 1996 is a true and correct copy of an Email dated December 24, 2013, from William Giannone to Armando Kellum and others, bearing Bates number SDZMYLSL-000000345.

2001.   Attached hereto as Exhibit 1997 is a true and correct copy of an Email dated November 11, 2015, from Kevin Galownia to Christine Baeder, bearing Bates number TEVA_MYLAN_SEC_002464.

2002.   Attached hereto as Exhibit 1998 is a true and correct copy of the deposition transcript of John Shakow.

2003.   Attached hereto as Exhibit 1999 is a true and correct copy of a Powerpoint dated November 4, 2013, Pricing Committee Review (6 slides), bearing Bates number MYEP00438273.

2004.   Attached hereto as Exhibit 2000 is a true and correct copy of an Email dated Sept 20, 2016, from Lynne Evosevich to Robert Coury and others, bearing Bates number MYERISA-00179285.

2005.   Attached hereto as Exhibit 2001 is a true and correct copy of an Email dated July 19, 2012, from Matt Tarin to Dan Rizzo and others, bearing Bates number MYLGP0004508009.

2006.   Attached hereto as Exhibit 2002 is a true and correct copy of a Chart dated July 19, 2013, New Entrant analysis, Heritage Targets, bearing Bates number MYLGP0005920182.

2007.   Attached hereto as Exhibit 2003 is a true and correct copy of a Powerpoint dated November 4, 2013, Pricing Committee Review (22 slides), bearing Bates number MYLGP0007224421.

2008.   Attached hereto as Exhibit 2004 is a true and correct copy of an Email dated April 19, 2012, from Ashley Holman to Rajiv Malik and others, bearing Bates number MYLGP0008942285.

2009.   Attached hereto as Exhibit 2005 is a true and correct copy of an Email dated September 7, 2016, from Evercore's Umer Raffat to Robert Coury, bearing Bates number MYL-SEC_LIT00529544.

2010.   Attached hereto as Exhibit 2006 is a true and correct copy of an organizational document showing the direct reports of Robert Potter, bearing Bates number MYLN--MDL-ORG-00000023.

2011.   Attached hereto as Exhibit 2007 is a true and correct copy of a Letter dated March 14, 2013, signed by Thomas Letizia, bearing Bates number MYERISA-00170943.

2012.   Attached hereto as Exhibit 2008 is a true and correct copy of the rebuttal report of Dr. Michael Blaiss.

2013.   Attached hereto as Exhibit 2009 is a true and correct copy of the deposition transcript of Dr. Michael Blaiss with errata.

2014.   Attached hereto as Exhibit 2010 is a true and correct copy of an Email dated October 23, 2013, from Emily Kelley to Riteaid's Owen McMahon, bearing Bates number MYLGP0001416547.

2015.   Attached hereto as Exhibit 2011 is a true and correct copy of an Email dated June 3, 2014, from Savana Skasik to Stephanie Nuzum, bearing Bates number MYLGP0003036324.

2016.   Attached hereto as Exhibit 2012 is a true and correct copy of an Email dated August 13, 2013, from Jill Dean to Erik Williams and Brad Frank, bearing Bates number MYLGP0005784912.

2017.   Attached hereto as Exhibit 2013 is a true and correct copy of an Email dated January 22, 2014, from Apollo Marple to Courtney Wilson, bearing Bates number MYLGP0006549838.

2018.   Attached hereto as Exhibit 2014 is a true and correct copy of a Letter dated February 2, 2010, from Scott Maynard at Dey Pharma L.P. to Stacey Baker at Office of Vermont Health Access, enclosing a letter from Pam Marrs, CFO of Dey Pharma L.P. to Ann Rugg at Office of Vermont Health Access, bearing Bates number MYLNEPI00009209.

2019.   Attached hereto as Exhibit 2015 is a true and correct copy of an Email fully redacted marked "Withheld for Privilege" (transmittal of Ex 2016), bearing Bates number MYERISA-00256029.

2020.   Attached hereto as Exhibit 2016 is a true and correct copy of a Slide Deck dated May 30, 2014 "Specialty Update" Location: Executive Boardroom RJC Global Center, bearing Bates number MYERISA-00256030.

2021.   Attached hereto as Exhibit 2017 is a true and correct copy of an Email dated October 9, 2016, from Jacob Wagner to Andrea Morris and others, bearing Bates number MYERISA-00135525.

2022.   Attached hereto as Exhibit 2018 is a true and correct copy of a set of five PowerPoint slides dated October 9, 2016, from EpiPen Market Snapshot, first slide captioned "The EAI Market (+4.4) shows...", bearing Bates number MYERISA-00135527.

2023.   Attached hereto as Exhibit 2019 is a true and correct copy of an Email dated November 17, 2015, from Garrett Harper to Adrienne Helmick and others, bearing Bates number MYLGP0003294612.

2024.   Attached hereto as Exhibit 2020 is a true and correct copy of a report dated 2015, titled Summary Sheet by Product Family, bearing Bates number MYLGP0003294790.

2025.   Attached hereto as Exhibit 2021 is a true and correct copy of an Email dated April 21, 2013, from James Nesta to Bob Potter, bearing Bates number MYL-000008850.

2026.   Attached hereto as Exhibit 2022 is a true and correct copy of a report dated January 3, 2014, titled Summary Sheet by Project Family, bearing Bates number MYL-000047406.

2027.   Attached hereto as Exhibit 2023 is a true and correct copy of a report dated 2015, titled Summary Sheet by Product Family bearing Bates number MYLGP0001709237.

2028.   Attached hereto as Exhibit 2024 is a true and correct copy of a report dated April 2015, titled Summary Sheet by Product Family, bearing Bates number MYLGP0002447618.

2029.   Attached hereto as Exhibit 2025 is a true and correct copy of an Excel dated October 2, 2012, with the file name "8 – Aug 12 ProdSum Excel File 9.20.12.xlsx" and column headings starting with Customer Code, Customer Name, bearing Bates number MYLGP0007095091.

2030.   Attached hereto as Exhibit 2026 is a true and correct copy of an Excel Organizational Chart 2013 bearing Bates number MYERISA-00348831.

\* \* \*

I, Veronica V. Montenegro, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct on this 23 day of November 2021, at New York, New York.

Dated: November 23, 2021
       New York, New York

_____
Veronica V. Montenegro

247