UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Mylan N.V. Securities Litigation | Case No. 1:16-CV-07926 (JPO) |

**NOTICE OF ADDITIONAL EXHIBITS TO**

**DECLARATION OF VERONICA MONTENEGRO (ECF 327)**