# EXHIBITS 1612-1618

# FILED UNDER SEAL