# EXHIBIT 1620-1622
# FILED UNDER SEAL