# EXHIBIT 1624-1625

# FILED UNDER SEAL