**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE MYLAN N.V. SECURITIES LITIGATION | NO. 1:16-CV-07926 (JPO)<br><br>**REPLY DECLARATION OF RORY A. LERARIS IN FURTHER SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |

I, RORY A. LERARIS, declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a member of the law firm Cravath, Swaine & Moore LLP, which represents Defendants Mylan N.V., Mylan Inc., Heather Bresch, Robert J. Coury, Paul B. Campbell, Rajiv Malik, Kenneth S. Parks and John D. Sheehan in the above-captioned action (the "Defendants"). I respectfully submit this declaration on behalf of Defendants and on behalf of Defendant James Nesta (1) in reply in further support of Defendants' motion for summary judgment, and (2) in opposition to Class Representatives' motion for partial summary judgment.

2. Defendants are submitting today: (1) Defendants' Reply Memorandum of Law in Further Support of Defendants' Motion for Summary Judgment and in Opposition to Plaintiffs' Motion for Partial Summary Judgment; (2) Defendants' Responses to Plaintiffs' Rule 56.1 Counterstatement of Fact; (3) Defendants' Reply in Further Support of Their Rule 56.1 Statement in Support of Their Motion for Summary Judgment; and (4) Defendants' motion for leave to file under seal the documents identified above and certain of Exhibits A to K identified hereinafter in this Declaration.

3. Attached hereto as **Exhibit A** is a true and correct copy of a chart listing identical Plaintiffs' and Defendants' exhibits with the different exhibit numbers filed with Plaintiffs' and Defendants' respective Local Civil Rule 56.1 Statements.

4. Attached hereto as **Exhibit B** is a true and correct copy of excerpts from the Daniel Fischel deposition transcript, dated August 17, 2021.

5. Attached hereto as **Exhibit C** is a true and correct copy of a letter from the FDA to Teva Pharmaceuticals, dated August 16, 2018.

6. Attached hereto as **Exhibit D** is a true and correct copy of excerpts from the Edgar Escoto deposition transcript, dated September 24, 2021.

7. Attached hereto as **Exhibit E** is a true and correct copy of the GAO Report titled "DRUG INDUSTRY – Profits, Research and Development Spending, and Merger and Acquisition Deals", dated November 2017.

8. Attached hereto as **Exhibit F** is a true and correct copy of the Rebate Agreement between Cigna Health and Mylan, dated June 29, 2015, bearing beginning bates number CIGNA_01375.

9. Attached hereto as **Exhibit G** is a true and correct copy of the Second Amendment to the Rebate and Administrative Fee Agreement Between Prime Therapeutics LLC and Dey, L.P., dated December 17, 2009, bearing beginning bates number MYERISA-00025917.

10. Attached hereto as **Exhibit H** is a true and correct excerpt from an excel titled "Auvi Q Historical Access", bearing beginning bates number SAN-EPI-0002613.

11. Attached hereto as **Exhibit I** is a true and correct copy of a Mylan Summary Sheet by Customer Group, bearing beginning bates number MYL-000050385.

12. Attached hereto as **Exhibit J** is a true and correct copy of a Mylan PowerPoint titled "Project Blueprint", bearing beginning bates number MYEP00088116.

13. Attached hereto as **Exhibit K** is a true and correct copy of a February 12, 2014 email with the subject, "ABC & Mylan 2013 Rebate Schedules – WBAD", bearing beginning bates number MYL-000050304; and a true and correct copy of a document titled "Amendment No. 2 to the Addendum to the PRxO Generics Program Addendum to the Master Distribution Services Agreement with AmerisourceBergen Drug Corporation", bearing beginning bates number MYL-000050306.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 14, 2022.

*/s/ Rory A. Leraris*
Rory A. Leraris

Hon. J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

VIA ECF

Copy to:

All counsel of record

VIA ECF