UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Mylan N.V. Securities Litigation | Case No. 1:16-CV-07926 (JPO) |

**JOINT STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR MOTIONS TO EXCLUDE EXPERT OPINIONS**

WHEREAS, Defendants indicated in their summary judgment papers their intent to file motions to exclude certain expert opinions;

WHEREAS, Plaintiffs indicated to Defendants their intent to file motions to exclude certain expert opinions;

WHEREAS, the Parties have met and conferred and have agreed to the briefing schedule set forth below.

**IT IS HEREBY STIPULATED AND AGREED** by and between the Parties, through their undersigned counsel, that the schedule for briefing on motions to exclude is as follows:

1. The Parties' motions to exclude expert opinions shall be filed by April 12, 2022;

2. The Parties' opposition briefs shall be filed by June 13, 2022;

3. The Parties' reply briefs shall be filed by July 13, 2022.

STIPULATED AND AGREED TO BY:

Dated:  February 22, 2022

| **POMERANTZ LLP** | **CRAVATH, SWAINE & MOORE LLP** |
|---|---|
| by  *s/ Jeremy A. Lieberman*<br>Jeremy A. Lieberman<br>Austin P. Van<br>600 Third Avenue, 20th Floor<br>New York, New York 10016<br>Tel: (212) 661-1100<br>jalieberman@pomlaw.com<br>avan@pomlaw.com<br><br>*Class Counsel* | by  *s/ David R. Marriott*<br>David R. Marriott<br>Kevin J. Orsini<br>Rory A. Leraris<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, New York 10019<br>Tel: (212) 474-1000<br>dmarriott@cravath.com<br>korsini@cravath.com<br>rleraris@cravath.com<br><br>*Counsel for Defendants Mylan N.V., Mylan Inc., Heather Bresch, Robert J. Coury, Paul B. Campbell, Rajiv Malik, Kenneth S. Parks and John D. Sheehan* |

                        **COZEN O'CONNOR P.C.**

by  *s/ Peter M Ryan*
     Joseph P. Dever, Jr.
     Matthew L. Elkin
     Three World Trade Center
     175 Greenwich Street, 55th Floor
     New York, New York 10007
     Tel: (212) 509-9400
     jdever@cozen.com
     melkin@cozen.com

     Peter M. Ryan
     One Liberty Place
     1650 Market Street, Suite 2800
     Philadelphia, Pennsylvania 19103
     Tel: (215) 665-2130
     pryan@cozen.com

     *Counsel for Defendant James Nesta*

SO ORDERED.

Dated:_____
     New York, New York

                              _____
                                  J. PAUL OETKEN
                           United States District Judge