UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Mylan N.V. Securities Litigation | Case No. 1:16-CV-07926 (JPO) |

### ORDER GRANTING LEAVE TO WITHDRAW AS COUNSEL

Upon the Letter Motion to Withdraw the *Pro Hac Vice* Appearance of Terrence W. Scudieri, Jr., the accompanying Declaration of Terrence W. Scudieri, Jr. dated April 5, 2022 in support thereof, and for good cause shown,

**IT IS HEREBY ORDERED** that the motion to withdraw as counsel is GRANTED and Terrence W. Scudieri, Jr.'s *pro hac vice* appearance in the above-captioned matter is withdrawn as of the date of this Order.

**SO ORDERED.**

Dated: April 6, 2022
New York, New York

_____
J. PAUL OETKEN
United States District Judge