**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Mylan N.V. Securities Litigation | No. 16-cv-07926 (JPO) |

**NOTICE OF MOTION TO EXCLUDE CERTAIN EXPERT TESTIMONY OF TODD CLARK**

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law in Support of Defendants' Motion to Exclude Certain Expert Testimony of Todd Clark, dated April 12, 2022, and the accompanying Declaration of Rory A. Leraris, executed April 12, 2022, and exhibits thereto, Defendants Mylan N.V., Mylan Inc., Heather Bresch, Paul B. Campbell, Robert J. Coury, Rajiv Malik, James Nesta, Kenneth S. Parks and John D. Sheehan hereby move this Court, before Hon. J. Paul Oetken in courtroom 706 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, for an order, pursuant to Federal Rules of Evidence 702 and 703, to exclude the expert testimony of Todd Clark, and granting such other and further relief as the Court deems just and proper.

April 12, 2022

        Respectfully submitted,
        CRAVATH, SWAINE & MOORE LLP,
        by

            */s/ Rory A. Leraris*
            David R. Marriott
            Kevin J. Orsini
            Rory A. Leraris

        Worldwide Plaza
        825 Eighth Avenue
        New York, NY 10019
        (212) 474-1000

        dmarriott@cravath.com
        korsini@cravath.com
        rleraris@cravath.com

        *Attorneys for Defendants Mylan N.V. and Mylan Inc., Heather Bresch, Paul B. Campbell, Robert J. Coury, Rajiv Malik, Kenneth S. Parks and John D. Sheehan*

        COZEN O'CONNOR P.C.,
        by

            */s/ Joseph Dever*
            Joseph Dever
            Matthew L. Elkin

        3 World Trade Center
        175 Greenwich Street, 55th Floor
        (212) 509-9400

        jdever@cozen.com
        melkin@cozen.com

        *Attorneys for Defendant James Nesta*