UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Mylan N.V. Securities Litigation

Case No. 1:16-CV-07926 (JPO)

**CLASS REPRESENTATIVES' NOTICE OF MOTION**
***IN LIMINE* TO EXCLUDE THE TESTIMONY OF S.P. KOTHARI**

PLEASE TAKE NOTICE that, upon the accompanying (i) Class Representatives' Memorandum in Support of Their Motion *in Limine* to Exclude the Testimony of S.P. Kothari and (ii) Declaration of Veronica V. Montenegro and attached exhibits, Class Representatives Menorah Mivtachim Insurance Ltd., Menorah Mivtachim Pensions and Gemel Ltd., Meitav DS Provident Funds and Pension Ltd., and Phoenix Insurance Company Ltd., by and through their undersigned counsel, respectfully move this Court, before the Honorable J. Paul Oetken, United States District Court for the Southern District of New York, 40 Foley Square, New York, New York 10007, for an Order, pursuant to Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.,* 509 U.S. 579 (1993), excluding the testimony of Defendants' purported expert, S.P. Kothari, together with such other and further relief as the Court deems just and proper.

Dated:  April 12, 2022
       New York, New York

Respectfully submitted,

**POMERANTZ LLP**

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman
Austin P. Van
600 Third Avenue, 20th Floor
New York, New York 10016
Tel.:  (212) 661-1100
Fax:  (212) 661-8665
Email:  jalieberman@pomlaw.com
avan@pomlaw.com

Orly Guy
Eitan Lavie
POMERANTZ LLP
HaShahar Tower
Ariel Sharon 4, 34th Floor
Givatayim, Israel 5320047
Tel.:  +972 (0) 3 624 0240
Fax: +972 (0) 3 624 0111
Email:  oguy@pomlaw.com
eitan@pomlaw.com

*Class Counsel*

Jacob Sabo
LAW OFFICE OF JACOB SABO
No. 3 Daniel Frisch St., 24th Floor
Tel-Aviv 64731
Israel
Tel.:  03-7161555
Fax:  03-7161556

Joseph R. Seidman
BERNSTEIN LIEBHARD LLP
10 East 40th Street,
New York, NY 10016
Tel.:  (212) 779-1414
Fax:  (212) 779-3218
Email:  seidman@bernlieb.com

Steven J. Toll
Daniel S. Sommers
Laura Posner

COHEN MILSTEIN SELLERS
& TOLL PLLC
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC 2005-3964
Tel.:  (202) 408-4600
Fax:  (202) 408-4699
Email:  stoll@cohenmilstein.com
dsommers@cohenmilstein.com
lposner@cohenmilstein.com

*Additional Counsel*

Copies to All Counsel of Record via ECF