UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Mylan N.V. Securities Litigation | Case No. 1:16-CV-07926 (JPO) |

**DECLARATION OF VERONICA V. MONTENEGRO**

I, Veronica V. Montenegro, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am Of Counsel of the law firm of Pomerantz LLP, appointed by the Court as Class Counsel in the above-captioned action. I am personally involved in the representation of the Class Representatives and the Class and submit this declaration in support of Class Representatives' Motion *in Limine* to Exclude the Expert Testimony of Dr. S.P. Kothari. I have personal knowledge of the matters set forth herein.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Rebuttal Report of Dr. S.P. Kothari, dated June 30, 2021. (Filed Under Seal).

3. Attached here to as Exhibit 2 is a true and correct copy of the Expert Report of Dr. Zachary Nye, Ph.D., dated May 12, 2021. (Filed Under Seal).

4. Attached here to as Exhibit 3 is a true and correct copy of the backup exhibit to the Rebuttal Report of Dr. S.P. Kothari, produced as an Excel spreadsheet, titled "Exhibit – XPH and Modified Index." (Filed Under Seal).

5. Attached hereto as Exhibit 4 is a true and correct copy of the Deposition Transcript of Dr. Zachary Nye, Ph.D., dated July 20, 2020. (Filed Under Seal). (Excerpted).

6. Attached hereto as Exhibit 5 is a true and correct copy of an Excel spreadsheet representing an analysis performed by Dr. Zachary Nye, titled "Kothari Daubert Motion." (Filed Under Seal).

7. Attached hereto as Exhibit 6 is a true and correct copy of the backup exhibit 9 to the Rebuttal Report of Dr. S.P. Kothari, produced as an Excel spreadsheet, titled "Market Model – NETXPH." (Filed Under Seal).

8. Attached hereto as Exhibit 7 is a true and correct copy of the backup exhibit 7 to the Rebuttal Report of Dr. S.P. Kothari, produced as an Excel spreadsheet, titled "SPSIPH Comps Flagged as Generic." (Filed Under Seal).

9. Attached hereto as Exhibit 8 is a true and correct copy of the Deposition Transcript of Dr. S.P. Kothari, dated July 21, 2021. (Filed Under Seal). (Excerpted).

10. Attached hereto as Exhibit 9 is a true and correct copy Mylan's SEC Form 10-K for year-end 2011, filed February 21, 2012.

11. Attached hereto as Exhibit 10 is a true and correct copy Mylan's SEC Form 10-K for year-end 2018, filed February 27, 2019, p. 39

I declare under penalty of perjury that the foregoing is true and correct. Executed this 12th day of April 2022, in New York, NY.

Veronica V. Montenegro