UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Mylan N.V. Securities Litigation | No. 16-cv-07926 (JPO) |

**NOTICE OF MOTION TO EXCLUDE THE EXPERT TESTIMONY OF DR. DANIEL E. INGBERMAN RELATING TO EPINEPHRINE AUTO-INJECTOR ANTITRUST ALLEGATIONS**

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law in Support of Defendants' Motion to Exclude Expert Testimony of Dr. Daniel E. Ingberman Relating to Plaintiffs' Epinephrine Auto-Injector Antitrust Allegations, dated April 12, 2022, and the accompanying Declaration of Rory A. Leraris, executed April 12, 2022, and exhibits thereto, Defendants Mylan N.V., Mylan Inc., Heather Bresch, Paul B. Campbell, Robert J. Coury, Rajiv Malik, James Nesta, Kenneth S. Parks and John D. Sheehan hereby move this Court, before Hon. J. Paul Oetken in courtroom 706 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, for an order, pursuant to Federal Rule of Evidence 702, to exclude the expert testimony of Dr. Daniel E. Ingberman, and granting such other and further relief as the Court deems just and proper.

April 12, 2022

                Respectfully submitted,
                CRAVATH, SWAINE & MOORE LLP,
                by

                    */s/ Rory A. Leraris*
                    David R. Marriott
                    Kevin J. Orsini
                    Rory A. Leraris

                Worldwide Plaza
                825 Eighth Avenue
                New York, NY 10019
                (212) 474-1000

                dmarriott@cravath.com
                korsini@cravath.com
                rleraris@cravath.com

                *Attorneys for Defendants Mylan N.V. and Mylan Inc., Heather Bresch, Paul B. Campbell, Robert J. Coury, Rajiv Malik, Kenneth S. Parks and John D. Sheehan*

                COZEN O'CONNOR P.C.,
                by

                    */s/ Joseph Dever*
                    Joseph Dever
                    Matthew L. Elkin

                3 World Trade Center
                175 Greenwich Street, 55th Floor
                (212) 509-9400

                jdever@cozen.com
                melkin@cozen.com

                *Attorneys for Defendant James Nesta*