UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Mylan N.V. Securities Litigation | Case No. 1:16-CV-07926 (JPO) |

**CLASS REPRESENTATIVES' NOTICE OF MOTION
*IN LIMINE* TO EXCLUDE THE TESTIMONY OF JOHN D. SHAKOW**

PLEASE TAKE NOTICE that, upon the accompanying (i) Class Representatives' Memorandum in Support of Their Motion *in Limine* to Exclude the Testimony of John D. Shakow and (ii) Declaration of Veronica V. Montenegro and attached exhibits, Class Representatives Menorah Mivtachim Insurance Ltd., Menorah Mivtachim Pensions and Gemel Ltd., Meitav DS Provident Funds and Pension Ltd., and Phoenix Insurance Company Ltd., by and through their undersigned counsel, respectfully move this Court, before the Honorable J. Paul Oetken, United States District Court for the Southern District of New York, 40 Foley Square, New York, New York 10007, for an Order, pursuant to Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.,* 509 U.S. 579 (1993), excluding the testimony of Defendants' purported expert, John D. Shakow, together with such other and further relief as the Court deems just and proper.

1

| | |
|---|---|
| Dated:  April 12, 2022<br>         New York, New York | Respectfully submitted,<br><br>**POMERANTZ LLP**<br><br>*/s/ Jeremy A. Lieberman*<br>Jeremy A. Lieberman<br>Austin P. Van<br>600 Third Avenue, 20th Floor<br>New York, New York 10016<br>Tel.:  (212) 661-1100<br>Fax:  (212) 661-8665<br>Email:  jalieberman@pomlaw.com<br>avan@pomlaw.com<br><br>Orly Guy<br>Eitan Lavie<br>POMERANTZ LLP<br>HaShahar Tower<br>Ariel Sharon 4, 34th Floor<br>Givatayim, Israel 5320047<br>Tel.:  +972 (0) 3 624 0240<br>Fax: +972 (0) 3 624 0111<br>Email:  oguy@pomlaw.com<br>eitan@pomlaw.com<br><br>*Class Counsel*<br><br>Jacob Sabo<br>LAW OFFICE OF JACOB SABO<br>No. 3 Daniel Frisch St., 24th Floor<br>Tel-Aviv 64731<br>Israel<br>Tel.:  03-7161555<br>Fax:  03-7161556<br><br>Joseph R. Seidman<br>BERNSTEIN LIEBHARD LLP<br>10 East 40th Street,<br>New York, NY 10016<br>Tel.:  (212) 779-1414<br>Fax:  (212) 779-3218<br>Email:  seidman@bernlieb.com<br><br>Steven J. Toll<br>Daniel S. Sommers<br>Laura Posner |

                              COHEN MILSTEIN SELLERS
                                        & TOLL PLLC
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC 2005-3964
Tel.: (202) 408-4600
Fax: (202) 408-4699
Email: stoll@cohenmilstein.com
dsommers@cohenmilstein.com
lposner@cohenmilstein.com

*Additional Counsel*

Copies to All Counsel of Record via ECF