UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Mylan N.V. Securities Litigation | Case No. 1:16-CV-07926 (JPO) |

**[PROPOSED] ORDER GRANTING CLASS REPRESENTATIVES' MOTION**
***IN LIMINE* TO EXCLUDE THE TESTIMONY OF JOHN D. SHAKOW**

After considering Class Representatives' Motion *in Limine* to Exclude the Testimony of

John D. Shakow ("Shakow"), the Court GRANTS Class Representatives' motion to exclude the

testimony of Shakow, as reflected in the Shakow Rebuttal Report.


It is SO ORDERED.


_____              _____

The Honorable J. Paul Oetken
United States District Judge

{00491524;1 }