UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Mylan N.V. Securities Litigation   No. 16-cv-07926 (JPO)

**NOTICE OF MOTION TO EXCLUDE THE EXPERT TESTIMONY OF
DR. DANIEL E. INGBERMAN RELATING TO PLAINTIFFS' GENERIC DRUG
ALLEGATIONS**

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law in Support of Defendants' Motion to Exclude Expert Testimony of Dr. Daniel E. Ingberman Relating to Plaintiffs' Generic Drug Allegations, dated April 12, 2022, and the accompanying Declaration of Rory A. Leraris, executed April 12, 2022, and exhibits thereto, Defendants Mylan N.V., Mylan Inc., Heather Bresch, Paul B. Campbell, Robert J. Coury, Rajiv Malik, James Nesta, Kenneth S. Parks and John D. Sheehan hereby move this Court, before Hon. J. Paul Oetken in courtroom 706 at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007, for an order, pursuant to Federal Rules of Evidence 702 and 703, to exclude the expert testimony of Dr. Daniel E. Ingberman, and granting such other and further relief as the Court deems just and proper.

April 12, 2022

                    Respectfully submitted,
                    CRAVATH, SWAINE & MOORE LLP,
                    by
                        */s/ Rory A. Leraris*
                        David R. Marriott
                        Kevin J. Orsini
                        Rory A. Leraris

                    Worldwide Plaza
                    825 Eighth Avenue
                    New York, NY 10019
                    (212) 474-1000

                    dmarriott@cravath.com
                    korsini@cravath.com
                    rleraris@cravath.com

*Attorneys for Defendants Mylan N.V. and Mylan Inc., Heather Bresch, Paul B. Campbell, Robert J. Coury, Rajiv Malik, Kenneth S. Parks and John D. Sheehan*

COZEN O'CONNOR P.C.,
by
    */s/ Joseph Dever*
    Joseph Dever
    Matthew L. Elkin

3 World Trade Center
175 Greenwich Street, 55th Floor
(212) 509-9400

jdever@cozen.com
melkin@cozen.com

*Attorneys for Defendant James Nesta*