**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE MYLAN N.V. SECURITIES LITIGATION | NO. 1:16-CV-07926 (JPO)<br><br>**DECLARATION OF RORY A. LERARIS IN SUPPORT OF DEFENDANTS' MOTIONS TO EXCLUDE THE EXPERT TESTIMONY OF TODD CLARK, JAMES KEVIN GOROSPE, DR. DANIEL E. INGBERMAN AND DR. ZACHARY D. NYE** |

I, RORY A. LERARIS, declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a member of the law firm Cravath, Swaine & Moore LLP, which represents Defendants Mylan N.V., Mylan Inc., Heather Bresch, Robert J. Coury, Paul B. Campbell, Rajiv Malik, Kenneth S. Parks and John D. Sheehan in the above-captioned action (the "Defendants"). I respectfully submit this declaration on behalf of Defendants and on behalf of Defendant James Nesta in support of Defendants' motions to exclude the expert testimony of Todd Clark, James Kevin Gorospe, Dr. Daniel E. Ingberman and Dr. Zachary D. Nye.

2. Defendants are submitting today: (1) Defendants' Motion to Exclude Certain Expert Testimony of Todd Clark; (2) Defendants' Motion to Exclude Expert Testimony of James Kevin Gorospe; (3) Defendants' Motion to Exclude Expert Testimony of Dr. Daniel E. Ingberman Related to Plaintiffs' Epinephrine Auto-Injector Antitrust Allegations; (4) Defendants' Motion to Exclude Expert Testimony of Dr. Daniel E. Ingberman Relating to Plaintiffs' Generic Drug Allegations; (5) Defendants' Motion to Exclude Certain Proposed Expert Testimony of Dr. Zachary D. Nye and (6) Defendants'

motion for leave to file under seal the documents identified above and certain of Exhibits 1 to 26 identified hereinafter in this Declaration.

3. Attached hereto as **Exhibit 1** is a true and correct copy of the Expert Report of Todd Clark, dated May 12, 2021.

4. Attached hereto as **Exhibit 2** is a true and correct copy of the deposition transcript of Todd Clark, dated July 19, 2021.

5. Attached hereto as **Exhibit 3** is a true and correct copy of the Expert Report of J. Kevin Gorospe, dated May 12, 2021.

6. Attached hereto as **Exhibit 4** is a true and correct copy of the deposition transcript of J. Kevin Gorospe, dated July 28, 2021.

7. Attached hereto as **Exhibit 5** is a true and correct copy of an excerpt of the Rebuttal Expert Report of John Shakow, dated June 30, 2021.

8. Attached hereto as **Exhibit 6** is a true and correct copy of an excerpt of the Rebuttal Expert Report of Larri Short, dated June 30, 2021.

9. Attached hereto as **Exhibit 7** is a true and correct copy of an email from David Read to Michelle Butler, dated September 29, 2008, bearing bates number MYLNEPI00000146.

10. Attached hereto as **Exhibit 8** is a true and correct copy of a letter from John Wodarczyk to Marilyn Tavenner, dated April 2, 2012, bearing bates number MYLNEPI00014821.

11. Attached hereto as **Exhibit 9** is a true and correct copy of the Expert Report of Dr. Daniel E. Ingberman (EAI), dated May 12, 2021.

12. Attached hereto as **Exhibit 10** is a true and correct copy of the deposition transcript of Dr. Daniel E. Ingberman (EAI), dated July 20, 2021.

13. Attached hereto as **Exhibit 11** is a true and correct copy of an excerpt of the deposition transcript of Christopher Viehbacher, dated October 16, 2018.

14. Attached hereto as **Exhibit 12** is a true and correct copy of an excerpt of the Rebuttal Expert Report of Dr. Robert Willig, dated June 30, 2021.

15. Attached hereto as **Exhibit 13** is a true and correct copy of the Expert Report of Dr. Daniel E. Ingberman (Generics), dated May 12, 2021.

16. Attached hereto as **Exhibit 14** is a true and correct copy of the deposition transcript of Dr. Daniel E. Ingberman (Generics), dated July 16, 2021.

17. Attached hereto as **Exhibit 15** is a true and correct copy of Class Representatives' Supplemental Responses and Objections to Defendants' First Set of Interrogatories, dated May 12, 2021.

18. Attached hereto as **Exhibit 16** is a true and correct copy of an excerpt of the Rebuttal Expert Report of Dr. Richard Gilbert, dated June 30, 2021.

19. Attached hereto as **Exhibit 17** is a true and correct copy of the Rising Pharmaceuticals Information filed in *United States of America v. Kavod Pharmaceuticals LLC (F/K/A Rising Pharmaceuticals, LLC)*, No. 2:19-cr-00689-RBS, dated December 3, 2019.

20. Attached hereto as **Exhibit 18** is a true and correct copy of the Sandoz Inc. Information filed in *United States of America v. Sandoz Inc.*, No. 2:20-cr-00111-RBS, dated March 2, 2020.

21. Attached hereto as **Exhibit 19** is a true and correct copy of the Deferred Prosecution Agreement between the United States Department of Justice, Antitrust Division and Sandoz Inc. filed in *United States of America v. Sandoz Inc.*, No. 2:20-cr-00111-RBS, dated March 2, 2020.

22. Attached hereto as **Exhibit 20** is a true and correct copy of the Expert Report of Dr. Zachary Nye, dated May 12, 2021.

23. Attached hereto as **Exhibit 21** is a true and correct copy of the deposition transcript of Dr. Zachary Nye, dated July 20, 2021.

24. Attached hereto as **Exhibit 22** is a true and correct copy of an excerpt from the deposition transcript of Dr. Zachary Nye, dated November 22, 2019.

25. Attached hereto as **Exhibit 23** is a true and correct copy of the court's order filed in *In re Ocwen Fin. Corp. Sec. Litig.*, No. 9:14-cv-81057-WPD, dated June 21, 2017 (ECF No. 285).

26. Attached hereto as **Exhibit 24** is a true and correct copy of an excerpt of the Rebuttal Expert Report of Dr. S.P. Kothari, dated June 30, 2021.

27. Attached hereto as **Exhibit 25** is a true and correct copy of a publication in The Business Lawyer, Vol. 49, by Mark L. Mitchell and Jeffry M. Netter, dated February 1994, titled "The Role of Financial Economics in Securities Fraud Cases: Applications at the Securities and Exchange Commission".

28. Attached hereto as **Exhibit 26** is a true and correct copy of a publication in the Journal of Economic Literature, Vol. 35, by A. Craig MacKinlay, dated March 1997, titled "Event Studies in Economics and Finance".

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 12, 2022.

*/s/ Rory A. Leraris*
Rory A. Leraris

Hon. J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

VIA ECF

Copy to:

All counsel of record

VIA ECF