UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Mylan N.V. Securities Litigation | Case No. 1:16-CV-07926 (JPO) |

**DECLARATION OF VERONICA V. MONTENEGRO**

I, Veronica V. Montenegro, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am Of Counsel of the law firm of Pomerantz LLP, appointed by the Court as Class Counsel in the above-captioned action. I am personally involved in the representation of the Class Representatives and the Class and submit this declaration in support of the Class Representatives' Opposition to Defendants' Motion *in Limine* to Exclude the Expert Testimony of Dr. Daniel E. Ingberman Relating to the Class Representatives' Epinephrine Auto-Injector Antitrust Allegations. I have personal knowledge of the matters set forth herein.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Expert Report of Dr. Daniel E. Ingberman, dated May 12, 2021. ("EAI Report"). (Filed Under Seal).

3. Attached hereto as Exhibit 2 is a true and correct copy of the Deposition Transcript of Dr. Daniel E. Ingberman, dated July 20, 2021. ("EAI Deposition Transcript"). (Filed Under Seal). (Excerpted).

4. Attached hereto as Exhibit 3 is a true and correct copy of the Rebuttal Expert Report of Dr. Robert Willig, dated June 30, 2021. ("Willig Report"). (Filed Under Seal).

5. Attached hereto as Exhibit 4 is a true and correct copy of the Rebuttal Expert Report of Dr. Michael Blaiss, dated June 30, 2021. ("Blaiss Report"). (Filed Under Seal).

6. Attached hereto as Exhibit 5 is a true and correct copy of the Rebuttal Expert Report of Edward A. Snyder, dated June 30, 2021. ("Snyder Report"). (Filed Under Seal).

7. Attached hereto as Exhibit 6 is a true and correct copy of a document bearing bates number MYERISA-00002020. (Filed Under Seal).

8. Attached hereto as Exhibit 7 is a true and correct copy of a document bearing bates number MYERISA-00024857. (Filed Under Seal).

I declare under penalty of perjury that the foregoing is true and correct. Executed this 13th day of June 2022, in New York, NY.

Veronica Montenegro

Veronica V. Montenegro