# Exhibit 1 - Filed Under Seal