# Exhibit 2 - Filed Under Seal