# Exhibit 3 - Filed Under Seal