# Exhibit 4 - Filed Under Seal