# Exhibit 5 - Filed Under Seal