# Exhibit 6 - Filed Under Seal