# Exhibit 7 - Filed Under Seal