UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Mylan N.V. Securities Litigation

Case No. 1:16-CV-07926 (JPO)

**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFFS'
MOTION TO EXCLUDE
THE EXPERT TESTIMONY OF S.P. KOTHARI**

WHEREAS, on February 23, 2022, this Court entered an Order setting the briefing schedule for the Parties' motions to exclude expert opinions (ECF No. 353), pursuant to which the Parties' opposition briefs are due on or before June 13, 2022;

WHEREAS, the Parties have met and conferred and have agreed to a two-day extension of time for one of Defendants' opposition briefs.

**IT IS HEREBY STIPULATED AND AGREED** by and between the Parties, through their undersigned counsel, that Defendants' Opposition to Plaintiffs' Motion to Exclude the Expert Testimony of S.P. Kothari shall be filed by June 15, 2022.

STIPULATED AND AGREED TO BY:

Dated:  June 13, 2022

**POMERANTZ LLP**

by   */s/ Austin P. Van*
   Jeremy A. Lieberman
   Austin P. Van
   600 Third Avenue, 20th Floor
   New York, New York 10016
   Tel: (212) 661-1100
   jalieberman@pomlaw.com
   avan@pomlaw.com

   *Class Counsel*

**CRAVATH, SWAINE & MOORE LLP**

by   */s/ Rory A. Leraris*
   David R. Marriott
   Kevin J. Orsini
   Rory A. Leraris
   Worldwide Plaza
   825 Eighth Avenue
   New York, New York 10019
   Tel: (212) 474-1000
   dmarriott@cravath.com
   korsini@cravath.com
   rleraris@cravath.com

   *Counsel for Defendants Mylan N.V., Mylan Inc., Heather Bresch, Robert J. Coury, Paul B. Campbell, Rajiv Malik, Kenneth S. Parks and John D. Sheehan*

2

**COZEN O'CONNOR P.C.**

by    */s/ Peter M. Ryan*
      Joseph P. Dever, Jr.
      Matthew L. Elkin
      Three World Trade Center
      175 Greenwich Street, 55th Floor
      New York, New York 10007
      Tel: (212) 509-9400
      jdever@cozen.com
      melkin@cozen.com


      Peter M. Ryan
      One Liberty Place
      1650 Market Street, Suite 2800
      Philadelphia, Pennsylvania 19103
      Tel: (215) 665-2130
      pryan@cozen.com

      *Counsel for Defendant James Nesta*

SO ORDERED.

Dated:_____
     New York, New York



_____
J. PAUL OETKEN
United States District Judge

3