**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE MYLAN N.V. SECURITIES LITIGATION | NO. 1:16-CV-07926 (JPO)<br><br>**DECLARATION OF RORY A. LERARIS IN SUPPORT OF DEFENDANTS' MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION *IN LIMINE* TO EXCLUDE THE EXPERT TESTIMONY OF S.P. KOTHARI** |

I, RORY A. LERARIS, declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a member of the law firm Cravath, Swaine & Moore LLP, which represents Defendants Mylan N.V., Mylan Inc., Heather Bresch, Robert J. Coury, Paul B. Campbell, Rajiv Malik, Kenneth S. Parks and John D. Sheehan in the above-captioned action (together with James Nesta, "Defendants"). I respectfully submit this declaration on behalf of Defendants in support of Defendants' Memorandum in Opposition to Plaintiffs' Motion *in Limine* to Exclude the Expert Testimony of S.P. Kothari.

2. Defendants are submitting today: (1) Defendants' Memorandum in Opposition to Plaintiffs' Motion *in Limine* to Exclude the Expert Testimony of S.P. Kothari; and (2) Defendants' motion for leave to file under seal the document identified above and certain of Exhibits A to E identified hereinafter in this Declaration.

3. Attached hereto as **Exhibit A** is a true and correct copy of the Declaration of Dr. S.P. Kothari, dated June 14, 2022.

4. Attached hereto as **Exhibit B** is a true and correct copy of the Corrected Rebuttal Expert Report of Dr. S.P. Kothari, dated June 14, 2022.

5. Attached hereto as **Exhibit C** is a true and correct copy of an excerpt of the deposition transcript of Dr. S.P. Kothari, dated July 21, 2021.

6. Attached hereto as **Exhibit D** is a true and correct copy of a Bloomberg article by David McLaughlin and Caroline Chen, titled "Perrigo Joins List of Firms With Generic Drugs Under U.S. Glare", dated March 3, 2017.

7. Attached hereto as **Exhibit E** is a true and correct copy of a Bloomberg article by David McLaughlin, titled "Pfizer Generics Unit Investigated in U.S. Price-Fixing Probe", dated August 14, 2017.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 15, 2022.

*/s/ Rory A. Leraris*
Rory A. Leraris

Hon. J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

VIA ECF

Copy to:

All counsel of record

VIA ECF