# Exhibit A

# FILED UNDER SEAL