# Exhibit B

# FILED UNDER SEAL