# Exhibit E

White Collar and Criminal Law 2022-06-08T12:57:29538-04:00

# Pfizer Generics Unit Investigated in U.S. Price-Fixing Probe

By David McLaughlin 2017-08-14T10:14:05000-04:00

The Justice Department is investigating Pfizer Inc.'s generic-drugs business as part of an industrywide probe into possible price-fixing by drugmakers, the company said Aug. 10.

Pfizer disclosed in a regulatory filing that the DOJ's Antitrust Division began probing its Greenstone generics unit in July.

The disclosure is a signal that the Justice Department's investigation continues to widen. About a dozen companies have said they have received subpoenas, including Mylan NV, Endo International Plc, Lannett Co., and Teva Pharmaceutical Industries Ltd. Perrigo Co. said in May that its offices were searched.

The government hasn't accused the companies of wrongdoing.

Both Pfizer and the DOJ declined to comment.

In January, two former executives of drugmaker Heritage Pharmaceuticals Inc. pleaded guilty to colluding with other companies to fix prices. Their cooperation with authorities could lead to charges against other executives, people familiar with the investigation have said.

Pfizer shares were little changed after the market closed in New York.

With assistance from Jared S. Hopkins

To contact the reporter on this story: David McLaughlin in Washington at dmclaughlin9@bloomberg.net

To contact the editor responsible for this story: Sara Forden at sforden@bloomberg.net


© 2022 The Bureau of National Affairs, Inc. All Rights Reserved. Terms of Service

©2017 Bloomberg L.P. All rights reserved. Used with permission


© 2022 The Bureau of National Affairs, Inc. All Rights Reserved. Terms of Service