**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE MYLAN N.V. SECURITIES LITIGATION | NO. 1:16-CV-07926 (JPO)<br><br>**DECLARATION OF RORY A. LERARIS IN SUPPORT OF DEFENDANTS' REPLY MEMORANDA TO EXCLUDE PLAINTIFFS' EXPERTS** |

I, RORY A. LERARIS, declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a member of the law firm Cravath, Swaine & Moore LLP, which represents Defendants Mylan N.V., Mylan Inc., Heather Bresch, Robert J. Coury, Paul B. Campbell, Rajiv Malik, Kenneth S. Parks and John D. Sheehan in the above-captioned action (the "Defendants"). I respectfully submit this declaration on behalf of Defendants and on behalf of Defendant James Nesta in support of Defendants' reply memoranda to exclude Plaintiffs' experts.

2. Defendants are submitting today: (1) Defendants' Reply in Support of Motion to Exclude Expert Testimony of James Kevin Gorospe; (2) Defendants' Reply in Support of Motion to Exclude Expert Testimony of Dr. Daniel E. Ingberman Related to Plaintiffs' Generic Drug Allegations; (3) Defendants' Reply in Support of Motion to Exclude Certain Proposed Expert Testimony of Dr. Zachary Nye and (4) Defendants' motion for leave to file under seal the documents identified above and certain of Exhibits I to VII identified hereinafter in this Declaration.

1. Attached hereto as **Exhibit I** is a true and correct copy of an email from Rosalind Davis to Terry Pierce, dated June 20, 2011, bearing Bates numbers MYL-SEC_LIT00239313 through MYL-SEC_LIT00239324, attaching a Medi-

Cal Net Cost Drug Rebate Agreement, dated August 26, 2008, bearing Bates numbers MYL-SEC_LIT00239325 through MYL-SEC_LIT00239333.

2. Attached hereto as **Exhibit II** is a true and correct copy of an email from Lynn Mihalik to Stephen Nelson, dated May 3, 2013, bearing Bates numbers MYLNEPI00003952 through MYLNEPI00003954.

3. Attached hereto as **Exhibit III** is a true and correct copy of a Business Facilities article, titled "Teva Pharmaceuticals Moving U.S. Headquarters To New Jersey", dated July 11, 2018.

4. Attached hereto as **Exhibit IV** is a true and correct copy of a U.S. Food & Drug Administration website, titled "Drugs@FDA: FDA-Approved Drugs", displaying the entry for ANDA 209554.

5. Attached hereto as **Exhibit V** is a true and correct copy of a U.S. Food & Drug Administration website, titled "Drugs@FDA: FDA-Approved Drugs", displaying the entry for ANDA 091589.

6. Attached hereto as **Exhibit VI** is a true and correct copy of a Washington Post article by Carolyn Johnson, titled "Trump on Drug Prices: Pharma Companies Are 'Getting Away with Murder'", dated January 11, 2017.

7. Attached hereto as **Exhibit VII** is a true and correct copy of an excerpt of the deposition transcript of Dr. S.P. Kothari, dated July 21, 2021.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 13, 2022.

*/s/ Rory A. Leraris*
Rory A. Leraris

Hon. J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

VIA ECF

Copy to:

All counsel of record

VIA ECF