# Exhibit I

# FILED UNDER SEAL