# Exhibit II
## FILED UNDER SEAL