# Exhibit III

# Teva Pharmaceuticals Moving U.S. Headquarters To New Jersey

*The Israel-based global pharmaceutical company will transfer and create more than 800 jobs to Parsippany-Troy Hills, NJ with help from state tax credits.*

July 11, 2018

Teva Pharmaceuticals USA will move its U.S. headquarters from North Wales, PA to Parsippany-Troy Hills, NJ. The move will support more than 1,000 high-wage jobs in New Jersey, including the transfer and creation of more than 800 positions. Teva had considered several other locations to house its U.S. headquarters and commercial operations before selecting New Jersey.

"While Teva will retain a significant presence in Pennsylvania, reducing the number of sites supports our drive to continue to improve productivity and efficiencies," said Brendan O'Grady, Executive Vice President and Head of North America Commercial. "We're pleased to expand our presence in New Jersey, having closer proximity to a vibrant business hub and a dynamic life sciences environment—all while increasing jobs and preserving many existing roles."



(Photo: Teva Pharmaceuticals)

Teva Pharmaceuticals USA is the North American arm of Teva Pharmaceuticals Industries Ltd., a global pharmaceutical company headquartered in Israel. The company has a global product portfolio of more than 1,800 molecules and a direct presence in 60 countries, including 30 locations across the U.S. and its territories.

Teva Pharmaceuticals sought to consolidate its operations into a more centralized location to drive efficiencies and maximize the advantage of being part of a thriving life sciences cluster. The company, which will expand the existing Parsippany-Troy Hills location to nearly 350,000 square feet, expects to transfer and create 843 jobs and retain 232 existing positions. The median annual wage associated with the more than 1,000 positions is $128,073.

ADVERTISEMENT

"The presence of global life sciences companies like Teva Pharmaceuticals is critical to New Jersey's ability to strengthen a thriving innovation ecosystem," said Governor Phil Murphy. "We are thrilled to expand our welcome to Teva, and its more than 1,000 employees, in the Garden State – the place to be for the world's most competitive life sciences companies."

The New Jersey Economic Development Authority (EDA) approved about $40 million in performance-based tax credits through the Grow New Jersey (Grow NJ) program over 10 years for Teva at its June 2018 board meeting.

"Nurturing the growth of strategic industry clusters is central to Governor Murphy's mission of reclaiming New Jersey's leadership in the innovation economy and strengthening the state's economic competitiveness," said Tim Sullivan, Chief Executive Officer of the EDA. "Teva's long-term commitment to New Jersey is the latest evidence of the enduring strength of our life sciences industry and New Jersey's value proposition to the world's leading companies."

**Relocating or Expanding Your Business In New Jersey**

Considering New Jersey for your company's relocation or expansion project? Check out *Business Facilities'* New Jersey Incentives and Workforce Development Guide.

Previous articleKroger Investing $17M In Northern Kentucky Distribution Center
Next articleTravel Push for Tourists

**BF Staff**

http://businessfacilities.com/blog
Business Facilities is a leading full-service media brand specializing in the site selection marketplace. Through a bi-monthly magazine, e-mail newsletters, a news portal, and its LiveXchange event, Business Facilities has created a dynamic community for C-level executives and economic development organizations.

Virginia Awards Workforce, Entrepreneurial, Site Development Grants

Jubilant HollisterStier To Invest $76M In Canadian Manufacturing Plant