# Exhibit IV

# Drugs@FDA: FDA-Approved Drugs

SHARE (HTTPS://WWW.FACEBOOK.COM/SHARER/SHARER.PHP?U=HTTPS://WWW.ACCESSDATA.FDA.GOV/SCRIPTS/CDER/DAF/INDEX.CFM?EVENT=BASICSEARCH.PROCESS)

TWEET (HTTPS://TWITTER.COM/INTENT/TWEET/?TEXT=DRUGS@FDA: FDA-APPROVED DRUGS&URL=HTTPS://WWW.ACCESSDATA.FDA.GOV/SCRIPTS/CDER/DAF/INDEX.CFM?EVENT=BASICSEARCH.PROCESS)

±

EMAIL (MAILTO:?SUBJECT=DRUGS@FDA: FDA-APPROVED DRUGS&BODY=HTTPS://WWW.ACCESSDATA.FDA.GOV/SCRIPTS/CDER/DAF/INDEX.CFM?EVENT=BASICSEARCH.PROCESS)

Home (index.cfm) | Previous Page

**Abbreviated New Drug Application (ANDA):** 209554
**Company:** MYLAN

EMAIL (MAILTO:?SUBJECT=DRUGS@FDA: FDA APPROVED DRUG PRODUCTS&BODY=HTTP://WWW.ACCESSDATA.FDA.GOV/SCRIPTS/CDER/DAF/INDEX.CFM?EVENT=OVERVIEW.PROCESS%26VARAPPLNO=209554)

## Products on ANDA 209554

CSV Excel Print

| Drug Name | Active Ingredients | Strength | Dosage Form/Route | Marketing Status | TE Code | RLD | I |
|---|---|---|---|---|---|---|---|
| TOBRAMYCIN | TOBRAMYCIN | 300MG/5ML | SOLUTION;INHALATION | Discontinued | None | No | N |

Showing 1 to 1 of 1 entries

## Approval Date(s) and History, Letters, Labels, Reviews for ANDA 209554

### Original Approvals or Tentative Approvals

CSV Excel Print

| Action Date | Submission | Action Type | Submission Classification | Review Priority; Orphan Status | Letters, Reviews, Labels, Patient Package Insert | Notes |
|---|---|---|---|---|---|---|
| 10/13/2017 | ORIG-1 | Approval | | STANDARD | | Label is not available on this site. |

Showing 1 to 1 of 1 entries