# Exhibit V

# Drugs@FDA: FDA-Approved Drugs

f SHARE (HTTPS://WWW.FACEBOOK.COM/SHARER/SHARER.PHP?U=HTTPS://WWW.ACCESSDATA.FDA.GOV/SCRIPTS/CDER/DAF/INDEX.CFM?EVENT=BASICSEARCH.PROCESS)

TWEET (HTTPS://TWITTER.COM/INTENT/TWEET/?TEXT=DRUGS@FDA: FDA-APPROVED DRUGS&URL=HTTPS://WWW.ACCESSDATA.FDA.GOV/SCRIPTS/CDER/DAF/INDEX.CFM?EVENT=BASICSEARCH.PROCESS)

±

EMAIL (MAILTO:?SUBJECT=DRUGS@FDA: FDA-APPROVED DRUGS&BODY=HTTPS://WWW.ACCESSDATA.FDA.GOV/SCRIPTS/CDER/DAF/INDEX.CFM?EVENT=BASICSEARCH.PROCESS)

Home (index.cfm) | Previous Page

**Abbreviated New Drug Application (ANDA):** 091589
**Company:** TEVA PHARMS USA

EMAIL (MAILTO:?SUBJECT=DRUGS@FDA: FDA APPROVED DRUG PRODUCTS&BODY=HTTP://WWW.ACCESSDATA.FDA.GOV/SCRIPTS/CDER/DAF/INDEX.CFM?EVENT=OVERVIEW.PROCESS%26VARAPPLNO=091589)

## Products on ANDA 091589

CSV Excel Print

| Drug Name | Active Ingredients | Strength | Dosage Form/Route | Marketing Status | TE Code | RLD | I |
|---|---|---|---|---|---|---|---|
| TOBRAMYCIN | TOBRAMYCIN | 300MG/5ML | SOLUTION;INHALATION | Prescription | AN | No | N |

Showing 1 to 1 of 1 entries

## Approval Date(s) and History, Letters, Labels, Reviews for ANDA 091589

### Original Approvals or Tentative Approvals

CSV Excel Print

| Action Date | Submission | Action Type | Submission Classification | Review Priority; Orphan Status | Letters, Reviews, Labels, Pati |
|---|---|---|---|---|---|
| 10/10/2013 | ORIG-1 | Approval | | | **Label (PDF) (https://www.accessda**<br>**Letter (PDF) (https://www.accessda** |

Showing 1 to 1 of 1 entries

**Supplements**

CSV Excel Print

| Action Date | Submission | Supplement Categories or Approval Type | Letters, Reviews, Labels, Patient Package Insert | Note |
|---|---|---|---|---|
| 02/06/2020 | SUPPL-10 | Labeling-Patient Package Insert, Labeling-Package Insert | | Label is not available on this site. |
| 02/06/2020 | SUPPL-9 | Labeling-Package Insert, Labeling-Patient Package Insert | | Label is not available on this site. |
| 10/12/2016 | SUPPL-6 | Labeling-Package Insert | | Label is not available on this site. |
| 10/12/2016 | SUPPL-5 | Labeling-Package Insert | | Label is not available on this site. |
| 09/01/2015 | SUPPL-4 | Labeling-Package Insert | | Label is not available on this site. |

Showing 1 to 5 of 5 entries

**Labels for ANDA 091589**

**Therapeutic Equivalents for ANDA 091589**