# Exhibit VII

# FILED UNDER SEAL