# CRAVATH, SWAINE & MOORE LLP

| | | | |
|---|---|---|---|
| JOHN W. WHITE | TIMOTHY G. CAMERON | O. KEITH HALLAM, III | HELAM GEBREMARIAM |
| EVAN R. CHESLER | KARIN A. DEMASI | OMID H. NASAB | MATTHEW G. JONES |
| STEPHEN L. GORDON | DAVID S. FINKELSTEIN | DAMARIS HERNÁNDEZ | MATTHEW M. KELLY |
| ROBERT H. BARON | RACHEL G. SKAISTIS | AMANDA HINES GOLD | DAVID H. KORN |
| CHRISTINE A. VARNEY | PAUL H. ZUMBRO | JONATHAN J. KATZ | BRITTANY L. SUKIENNIK |
| PETER T. BARBUR | ERIC W. HILFERS | DAVID L. PORTILLA | ANDREW M. WARK |
| MICHAEL S. GOLDMAN | GEORGE F. SCHOEN | ELAD L. ROISMAN | ANDREW T. DAVIS |
| RICHARD HALL | CRAIG F. ARCELLA | RORY A. LERARIS | DOUGLAS DOLAN |
| STEPHEN L. BURNS | LAUREN ANGELILLI | MARGARET T. SEGALL | SANJAY MURTI |
| KATHERINE B. FORREST | TATIANA LAPUSHCHIK | DANIEL K. ZACH | BETHANY A. PFALZGRAF |
| KEITH R. HUMMEL | ALYSSA K. CAPLES | NICHOLAS A. DORSEY | MATTHEW L. PLOSZEK |
| DAVID J. KAPPOS | MINH VAN NGO | ANDREW C. ELKEN | ARVIND RAVICHANDRAN |
| DANIEL SLIFKIN | JELENA MCWILLIAMS | JENNIFER R. GRAFF | |
| ROBERT I. TOWNSEND, III | KEVIN J. ORSINI | VANESSA A. LAVELY | |
| PHILIP J. BOECKMAN | MATTHEW MORREALE | G.J. LIGELIS JR. | PARTNER EMERITUS |
| RONALD E. CREAMER JR. | JOHN D. BURETTA | MICHAEL E. MARIANI | SAMUEL C. BUTLER |
| WILLIAM V. FOGG | J. WESLEY EARNHARDT | LAUREN R. KENNEDY | |
| FAIZA J. SAEED | YONATAN EVEN | SASHA ROSENTHAL-LARREA | |
| THOMAS E. DUNN | BENJAMIN GRUENSTEIN | MICHAEL P. ADDIS | OF COUNSEL |
| MARK I. GREENE | JOSEPH D. ZAVAGLIA | JUSTIN C. CLARKE | CHRISTOPHER J. KELLY |
| JENNIFER S. LEETE | STEPHEN M. KESSING | SHARONMOYEE GOSWAMI | KIMBERLEY S. DREXLER |
| DAVID R. MARRIOTT | LAUREN A. MOSKOWITZ | C. DANIEL HAAREN | LILLIAN S. GROSSBARD |
| MICHAEL A. PASKIN | DAVID J. PERKINS | EVAN MEHRAN NORRIS | KIMBERLY A. GROUSSET |
| ANDREW J. PITTS | J. LEONARD TETI, II | LAUREN M. ROSENBERG | ANDREI HARASYMIAK |
| MICHAEL T. REYNOLDS | D. SCOTT BENNETT | MICHAEL L. ARNOLD | JESSE M. WEISS |
| ANTONY L. RYAN | TING S. CHEN | HEATHER A. BENJAMIN | MICHAEL J. ZAKEN |
| GEORGE E. ZOBITZ | CHRISTOPHER K. FARGO | MATTHEW J. BOBBY | BENJAMIN G. JOSELOFF |
| GEORGE A. STEPHANAKIS | DAVID M. STUART | DANIEL J. CERQUEIRA | MEGAN Y. LEW |
| GARY A. BORNSTEIN | AARON M. GRUBER | ALEXANDRA C. DENNING | |

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: +1-212-474-1000
FACSIMILE: +1-212-474-3700

———

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: +44-20-7453-1000
FACSIMILE: +44-20-7860-1150

WRITER'S DIRECT DIAL NUMBER
+1-212-474-1257

WRITER'S EMAIL ADDRESS
rleraris@cravath.com

October 3, 2022

*In re Mylan N.V. Securities Litigation*, 16-cv-07926 (JPO) (S.D.N.Y.)

Dear Judge Oetken:

   This Firm represents Defendants Mylan N.V., Mylan, Inc., Heather Bresch, Robert J. Coury, Paul B. Campbell, Rajiv Malik, Kenneth S. Parks and John D. Sheehan (together with James Nesta, "Defendants") in the above-titled action.

   As indicated in Defendants' January 14, 2022, letter to the Court regarding the parties' Rule 56.1 submissions [ECF 345], Defendants are delivering today to Chambers and Plaintiffs thumb drives that contain the following hyperlinked copies of the parties' summary judgment and Rule 56.1 papers: Defendants' Memorandum of Law in Support of Defendants' Motion for Summary Judgment [ECF 293]; Plaintiffs' Motion for Partial Summary Judgment and Opposition to Defendants' Motion for Summary Judgment [ECF 334]; Plaintiffs' Rule 56.1 Statement of Fact [ECF 335]; Defendants' Reply Memorandum of Law in Further Support of Defendants' Motion for Summary Judgment and in Opposition to Plaintiffs' Motion for Partial Summary Judgment [ECF 341]; Defendants' Reply in Further Support of Defendants' Rule 56.1 Statement of Fact [ECF 342]; Defendants' Responses to Plaintiffs' Rule 56.1 Counterstatement of Fact [ECF 343]; and Plaintiffs' Reply in Support of Plaintiffs' Motion for Partial Summary Judgment [ECF 350].[1]

   Attached as Exhibit A is an appendix identifying alterations to the citations in the hyperlinked copies. The thumb drives contain documents that have already been filed under seal pursuant to the Court's orders [*see* ECF 291, 338, 346, 351].

---

[1] Defendants' Rule 56.1 Statement of Fact [ECF 303] is duplicated in Defendants' Reply in Further Support of Defendants' Rule 56.1 Statement of Fact [ECF 342], and is therefore not included separately in today's submission.

Defendants respectfully request oral argument with respect to the dispositive motions and motions to exclude expert opinions pending before the Court.

Respectfully,

*/s/ Rory A. Leraris*
Rory A. Leraris

Hon. J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

VIA ECF

Copy to:

All counsel of record

VIA ECF

## Exhibit A

**Defendants' Modifications**

- **ECF 293**
    - Pg. 24 (Original Cite: SOF ¶ 260)
        - Defendants linked SOF ¶ 360.
- **ECF 342**
    - Pg. 569, ¶ 903 (Original Cite: Defs.' Ex. 117 at Ex. 2)
        - Defendants linked to Pls.' Ex. 394 at the pincite referenced.
    - Pg. 663, ¶ 1063 (Original Cite: Defs' Ex. 57 at 22:18-23:5)
        - Defendants linked to Pls.' Ex. 365 at the pincite referenced.
- **ECF 343**
    - Pg. 422, ¶ 1627 (Original Cite: Pls.' Ex. 1627 at 93:14-22)
        - Defendants linked to Pls.' Ex. 370 at the pincite referenced.
    - Pg. 470, ¶ 1679 (Original Cite: *Id.*)
        - Defendants linked to Pls.' Ex. 554.

**Plaintiffs' Modifications**

- **ECF 342**
    - Pg. 29, ¶ 60 (Original Cite: Pls.' Ex. 347 at 6:20-24)
        - Plaintiffs linked to Pls.' Ex. 374 at the pincite referenced.
- **ECF 343**
    - Pg. 317, ¶ 1528 (Original Cite: Pls.' Ex. 395 at ¶ 105 & n. 13)
        - Plaintiffs linked to the cited exhibit at ¶ 105 & n. 113.
    - Pg. 800, ¶ 2044 (Original Cite: Pls.' Ex. 395 at Section 2.2.1)
        - Plaintiffs linked to Pls.' Ex. 394 at the pincite referenced.
    - Pg. 831, ¶ 2069 (Original Cite: Pls.' Ex. 394 at ¶ 385; Ex. A-12; Ex. A-35)
        - Plaintiffs linked to the cited exhibit at Ex. 6A-12 for the second pincite referenced and at Ex. 3A-35 for the third pincite referenced.
    - Pg. 890, Row 12 (Original Cite: Pls.' Ex. 1172)
        - Plaintiffs linked to Pls.' Ex. 1171.
    - Pg. 895, Row 4 (Original Cite: Pls.' Ex. 1286)
        - Plaintiffs linked to Pls.' Ex. 1285.
    - Pg. 900, Row 5 (Original Cite: Pls.' Ex. 1350)
        - Plaintiffs linked to Pls.' Ex. 1349.
    - Pg. 941, ¶ 2164 (Original Cite: Pls.' Ex. 701)
        - Plaintiffs linked to Pls.' Ex. 702.
    - Pg. 945, ¶ 2168 (Original Cite: Pls.' Ex. 933)
        - Plaintiffs linked to Pls.' Ex. 932.
    - Pg. 951, ¶ 2173 (Original Cite: Pls.' Ex. 604)
        - Plaintiffs linked to Pls.' Ex. 603.
    - Pg. 964, ¶ 2195 (Original Cite: Pls.' Ex. 959)
        - Plaintiffs linked to Pls.' Ex. 1959.