UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Mylan N.V. Securities Litigation | Case No. 1:16-CV-07926 (JPO) |

## NOTICE OF WITHDRAWAL OF COUNSEL

TO: The Clerk of Court and All Parties of Record:

PLEASE TAKE NOTICE THAT Veronica V. Montenegro will no longer be associated with Pomerantz LLP as of October 8, 2022 and should be removed from the Court's service list with respect to the above referenced action. Pomerantz LLP continues to serve as counsel for Class Representatives Menorah Mivtachim Insurance Ltd., Menorah Mivtachim Pensions and Gemel Ltd., Meitav DS Provident Funds and Pension Ltd., and Phoenix Insurance Company Ltd. (collectively, the "Class Representatives") and all future correspondence and papers in this action should continue to be directed to them.

Dated: October 6, 2022                                 Respectfully submitted,

**POMERANTZ LLP**

_/s/ Veronica V. Montenegro_
Veronica V. Montenegro
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone:   (212) 661-1100
Facsimile:    (212) 661-8665
Email: vvmontenego@pomlaw.com