

**Jeremy A. Lieberman**
Managing Partner

November 17, 2022

**VIA ECF**
The Honorable J. Paul Oetken, District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 706
New York, N.Y. 10007

Re:   *In re Mylan N.V. Securities Litigation,* 16-cv-07926 (JPO)

Dear Judge Oetken:

We are Class Counsel for Class Representatives in the above-referenced action. On November 15, 2022, the Court ordered oral argument on the parties' pending motions for summary judgment and motions in limine. We write pursuant to Rule 3(C) of Your Honor's Individual Rules & Practices in Civil Cases to request an adjournment of the oral argument from the currently scheduled date of November 28, 2022 to December 19 or 20, 2022. Class Counsel have conferred with Defendants, who consent to this request and to these proposed dates, which due to other matters are among the only dates in December 2022 on which Defendants do not have conflicts.

Class Counsel believe this adjournment would give the parties adequate time to prepare for oral argument, and so would result in a more helpful argument for the Court. The material to be considered at argument is unusually extensive. Oral argument is set to cover the parties' two motions for summary judgment and nine motions in limine to exclude expert testimony. *See* ECF Nos. 292, 325, 360-61, 365, 367, 371-72, 376, 378, 381. The parties' briefing on the motions for summary judgment alone totals almost 250 pages, and those motions are based on a statement of facts thousands of pages in length. The motions regarding expert testimony are similarly extensive. Class Counsel believe that adequate preparation to argue these eleven motions will require more than the seven business days allotted under the current schedule, which also covers the Thanksgiving holiday.

For these reasons, the Class respectfully requests an adjournment of the telephonic oral argument to December 19 or 20, 2022, or to a date thereafter that is convenient for the Court. This is Class Counsel's first request for an adjournment.

Respectfully,

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman

cc:   All counsel of record (via ECF)

jalieberman@pomlaw.com
600 Third Avenue, New York, New York 10016   main: 212.661.1100   direct: 646.581.9971   www.pomlaw.com
NEW YORK      CHICAGO      LOS ANGELES      PARIS

325