CRAVATH, SWAINE & MOORE LLP

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: +1-212-474-1000
FACSIMILE: +1-212-474-3700

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: +44-20-7453-1000
FACSIMILE: +44-20-7860-1150

WRITER'S DIRECT DIAL NUMBER
+1-212-474-1257

WRITER'S EMAIL ADDRESS
rleraris@cravath.com

November 23, 2022

*In re Mylan N.V. Securities Litigation*, 16-cv-07926 (JPO) (S.D.N.Y.)

Dear Judge Oetken:

      This Firm represents Defendants Mylan N.V., Mylan, Inc., Heather Bresch, Robert J. Coury, Paul B. Campbell, Rajiv Malik, Kenneth S. Parks and John D. Sheehan (together with James Nesta, "Defendants") in the above-titled action. With the consent of all parties, we respectfully request that the Court adjourn argument on the pending summary judgment and *in limine* motions, currently scheduled for January 5, to a later date in January.

      The Court originally scheduled this hearing for November 28, 2022. But Plaintiffs requested an adjournment to December 19 or 20, 2022, to which Defendants consented based on Plaintiffs' representation that the Court was available on those dates. In an order dated November 22, 2022, the Court adjourned the hearing to January 5, 2023. Unfortunately, however, lead counsel for all but one of Defendants is unavailable on January 5; he will be in Asia with his elderly parents and without reliable phone reception, returning to the United States on January 9, 2023. Thus, we respectfully request that the Court adjourn the January 5 hearing to any date in January after January 9, except for January 13 or January 31. We understand all parties are available on these proposed dates. This is Defendants' first request for an adjournment, to which all parties consent.

      Respectfully,

      */s/ Rory A. Leraris*
      Rory A. Leraris

Hon. J. Paul Oetken
    United States District Judge
        Southern District of New York
            40 Foley Square
                New York, NY 10007

VIA ECF

Copy to:

All counsel of record

VIA ECF