**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

In re Mylan N.V. Securities Litigation

16 **CIVIL** 7926 (JPO)

## JUDGMENT

-----------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 30, 2023, Defendants' motion for summary judgment is GRANTED. Plaintiffs' motion for partial summary judgment is DENIED. The outstanding evidentiary motions are DENIED; accordingly, the case is closed.

**Dated:**  New York, New York
       March 31, 2023

**RUBY J. KRAJICK**

**Clerk of Court**

**BY:** *K. Mango*

**Deputy Clerk**