UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Mylan N.V. Securities Litigation | Case No. 1:16-CV-07926 (JPO) <br><br> **NOTICE OF APPEAL** |

  PLEASE TAKE NOTICE that all plaintiffs in this action, including Class Representatives Menorah Mivtachim Insurance Ltd., Menorah Mivtachim Pensions and Gemel Ltd., Phoenix Insurance Company Ltd., and Meitav DS Provident Funds and Pension Ltd. ("Plaintiffs"), hereby appeal to the United States Court of Appeals for the Second Circuit from the final judgment (Dkt. No. 464) entered in this action on March 31, 2023, together with all other appealable orders and opinions in this matter, including but not limited to the district court's order (Dkt. No. 463) granting Defendants' Motion for Summary Judgment (Dkt. No. 292) and denying Plaintiffs' Motion for Partial Summary Judgment (Dkt. No. 325) entered on March 30, 2023, the district court's orders on Defendants' motions to dismiss (Dkt. Nos. 69, 102, 140), and all oral orders issued at conferences.

1

Dated: April 26, 2023

Respectfully,

POMERANTZ LLP

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman
Austin P. Van
600 Third Avenue, 20th Floor
New York, New York 10016
Tel.: (212) 661-1100
Fax: (212) 661-8665
Email: jalieberman@pomlaw.com
avan@pomlaw.com

Orly Guy
Eitan Lavie
POMERANTZ LLP
HaShahar Tower
Ariel Sharon 4, 34th Floor
Givatayim, Israel 5320047
Tel.: +972 (0) 3 624 0240
Fax: +972 (0) 3 624 0111
Email: oguy@pomlaw.com
eitan@pomlaw.com

*Class Counsel*

Jacob Sabo
LAW OFFICE OF JACOB SABO
No. 3 Daniel Frisch St., 24th Floor
Tel-Aviv 64731
Israel
Tel.: 03-7161555
Fax: 03-7161556

Joseph R. Seidman
BERNSTEIN LIEBHARD LLP
10 East 40th Street,
New York, NY 10016
Tel.: (212) 779-1414
Fax: (212) 779-3218
Email: seidman@bernlieb.com

Steven J. Toll
Daniel S. Sommers
Laura Posner

         COHEN MILSTEIN SELLERS
            & TOLL PLLC
        1100 New York Avenue, N.W.
        West Tower, Suite 500
        Washington, DC 2005-3964
        Tel.:  (202) 408-4600
        Fax:  (202) 408-4699
        Email:  stoll@cohenmilstein.com
        dsommers@cohenmilstein.com
        lposner@cohenmilstein.com

*Additional Counsel*

**CERTIFICATE OF SERVICE**

I certify that on April 26, 2023, I caused a true and correct copy of the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

*/s/ Austin P. Van*
Austin P. Van
